AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Middle District of Florida

| | |
|---|---|
| SHANNON OLSON | ) |
| ———————————————— | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA | ) |
| PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS | ) |
| NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, | )  Civil Action No. |
| LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., | ) |
| JODI GAYLE-GARCIA, in her individual and official capacities, | ) |
| MATTHEW HAND, in his individual and official capacities, GREGORY | ) |
| CROUCH, in his individual and official capacities, CHRISTINE MEALEY, | ) |
| in her individual and official capacities,  HEIDI MILLER, in her individual | ) |
| and official capacities, | ) |
| ———————————————— | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      TAKEDA PHARMACEUTICALS COMPANY, LIMITED
Serve: C T CORPORATION SYSTEM, *Registered Agent for the Service of Process*
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Mendoza
MENDOZA LAW, P.A.
618 E South St., Ste 110
Orlando, FL 32801
Tel: (407) 720-7211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                 *Signature of Clerk or Deputy Clerk*