UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S̲HANNON̲ O̲LSON̲,

    *Plaintiff*,

v.                                                  N̲O̲. 8:23-C̲V̲-00590-TPB-CPT

T̲AKEDA̲ P̲HARMACEUTICALS̲ A̲MERICA̲, I̲NC̲., *et al.*

    *Defendants.*

## **NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: April 4, 2023

By: /s/ MICHAEL A. MENDOZA
Michael A. Mendoza (FBN: 1020250)
MENDOZA LAW, P.A.
618 E South Street, Suite 110
Orlando, FL 32801
Tel: (407) 720-7211
michael@mendozalawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2023, a true copy of the foregoing Notice of Related Cases was filed pursuant to Local Rule 1.07(c) and will be served upon all parties along with the Complaint and Summons in this action.

Dated: April 4, 2023

By: /s/ MICHAEL A. MENDOZA
Michael A. Mendoza