UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANNON OLSON,

    *Plaintiff*,

v.                                          Case No.: 8:23-cv-00590-TPB-CPT

TAKEDA PHARMACEUTICALS
AMERICA, INC., *et al.*

    *Defendants.*

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested person order:

1.    The name of each person, attorney, association of persons, firm, law firm partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **a.  Shannon Olson, Plaintiff;**

    **b.  Mendoza Law, P.A., Counsel for Plaintiff;**

    **c.  Law Office of Michael A. Yoder, PLLC, Counsel for Plaintiff pending admission *pro hac vice*;**

    **d.  All listed entities and persons named as Defendants in this Action; and**

  **e. All listed in Defendant's Certificate of Interested Persons and Corporate Disclosure Statement.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None as to the Plaintiff.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **Shannon Olson, Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 4, 2023

                                         By: /s/ MICHAEL A. MENDOZA
                                              Michael A. Mendoza (FBN. 1020250)
                                              MENDOZA LAW, P.A.
                                              618 E South Street, Suite 110
                                              Orlando, FL 32801
                                              Tel: (407) 720-7211
                                              michael@mendozalawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2023, a true copy of the foregoing Notice of Related Cases was filed pursuant to Local Rule 1.07(c) and will be served upon all parties along with the Complaint and Summons in this action.

Dated: March 21, 2023

By: /s/ MICHAEL A. MENDOZA
Michael A. Mendoza