## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **SHANNON OLSON**, | |
| *Plaintiff,* | |
| v. | Civil Action No. 8:23-cv-00590-TPB-CPT |
| **TAKEDA PHARMACEUTICALS USA, Inc., *et al.,*** | |
| *Defendants.* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR SPECIAL ADMISSION OF MICHAEL A. YODER

Michael A. Yoder, Esquire, moves for special admission to represent SHANNON OLSON, individually and on behalf of all others similarly situated (hereinafter "Plaintiff") in this case. In support thereof, Mr. Yoder states as follows:

1.      I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.      I am a member in good standing of a bar of a United States District Court; specifically, the U.S. District Courts for the District of Columbia, Eastern District of Virginia, Nebraska, Eastern District of Missouri, and Western District of Texas.

3.      I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in this District during the last thirty-six (36) months.

4.      I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

5.   I have paid the fee for special admission or will pay the fee upon special admission.

6.   I will register with the Court's CM/ECF system. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: June 9, 2023

Respectfully submitted,
SHANNON OLSON

By:  /s/ MICHAEL A. MENDOZA
Michael A. Mendoza (FBN 1020250)
MENDOZA LAW, P.A.
618 E South Street, Suite 110
Orlando, FL 32801
Tel: (407) 720-7211
michael@mendozalawpa.com

By:  /s/ MICHAEL A. YODER
Michael A. Yoder
LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 2201
Tel: (202) 595-4504
michael@yoderesq.com

*Counsel for Plaintiff*

2

## <u>LOCAL RULE 3.01(g) CERTIFICATOIN</u>

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for the parties have conferred, and Defendants do not oppose Plaintiff's Motion for Special Admission of Michael A. Yoder as counsel for Plaintiff.

By: <u>/s/ MICHAEL A. MENDOZA</u>
Michael A. Mendoza

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 9, 2023, a true copy of the foregoing motion for special admission of attorney Michael A. Yoder was filed and served upon all parties and counsel of record via the Court's CM/ECF filing system.

/s/ MICHAEL A. MENDOZA
Michael A. Mendoza