UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHANNON OLSON,<br><br>   Plaintiff,<br> v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>   Defendants. | **CASE NO: 8:23-CV-00590** |

**RESPONSE TO MOTION FOR SPECIAL ADMISSION**

Defendant Takeda Pharmaceuticals America, Inc. ("Takeda") submits this limited response to Michael Yoder's request for special admission. If Mr. Yoder is no longer a Florida resident, then Takeda does not oppose the motion. If Mr. Yoder is a Florida resident, then this motion is opposed.

On June 9, 2023, Mr. Yoder filed a motion for special admission in this matter [ECF No. 8]. In that motion, Mr. Yoder states that he is not a Florida resident, consistent with the special admission requirement that Florida residents may not be specially admitted. (*See* Mot. ¶ 1, ECF No. 8); *see also* L.R. 2.01(c)(1). Normally, Takeda would find that representation sufficient.

But as recently as January 31, 2023, Mr. Yoder appeared to be a resident of Florida. On January 31, 2023, in *Braccica v. Northwell Health Systems*, Mr. Yoder filed a *pro hac vice* affidavit containing a "Florida acknowledgment" from a Florida notary public where the notary confirmed Mr. Yoder's identity by a ***Florida driver's license***. (*See* Yoder Aff., attached as **Exhibit 1**.) Thus, it seems Mr. Yoder was a Florida resident at least as recently as January 31, 2023—less than two months before this case was filed. Mr. Yoder's Twitter account also identifies his location as Miami Beach, Florida:



And, in a prior case in this Court, *Cook v. United Launch Alliance*, No. 6:22-cv-02204-CEM-EJK (M.D. Fla.), Mr. Yoder is listed in the complaint's signature block. (*See* Docket Sheet, attached as **Exhibit 2**.) The Court twice directed Mr. Yoder to file a motion for special admission, but the case was dismissed without prejudice before any activity occurred.

Takeda believes these indicia of residence warrant an additional showing as to Mr. Yoder's residency.

DATED: June 12, 2023  Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Alex Meier
Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorneys for Defendant Takeda
Pharmaceuticals America, Inc.