*Exhibit 1*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------

CYNTHIA BRACCICA, JENNIFER BROWNE, ANDREA
DEPALMA, DENNISE JOHNSON, MARISOL VENTRICE,

                              Plaintiff(s),

      v.

NORTHWELL HEALTH SYSTEMS

                         Defendant(s).

----------------------------------------------------------------

                   2:22-cv-06687-GRB-LGD

           **AFFIDAVIT IN SUPPORT OF**
           **MOTION TO ADMIT COUNSEL**
           ***PRO HAC VICE***

I, __MICHAEL A. YODER_____, being duly sworn, hereby depose and say as follows:

1.    I am a(n) __attorney_____ with the law firm of __Law Office of Michael A. Yoder, PLLC.__
2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __District of Columbia and Virginia_____.
4.    There are no pending disciplinary proceedings against me in any state or federal court
5.    I __have never____ been convicted of a felony. If you have, please describe facts and circumstances.

6.    I __have never____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: __DC - 1600519; VA -93863__
8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __2:22-cv-06687__ for __Plaintiffs Cynthia Braccica, Jennifer Browne, Andrea Depalma, Dennise Johnson, and Marisol Ventrice.__

Date __01/31/2023_____

                          *Michael Alan Yoder*
                  Signature of Movant
                  Firm Name __Law Office of Michael A. Yoder, PLLC__
                  Address____ 2300 Wilson Blvd.

**NOTARIZED**                        Suite 700
                           Arlington, VA 22201
                  Email____ michael@yoderesq.com
                  Phone____ (202) 595-4504

Please see attached Notarial certificate on page 2 for signature above

# FLORIDA ACKNOWLEDGMENT

State of Florida       )
County of  <u>okaloosa</u>      )

On  <u>01/31/2023</u>  before me, <u>OZELLA MAE MOORE</u>  , by means of
   *Date*          *Notary Name*

❑ Physical Presence **– OR –**

☑ Online Notarization,

personally appeared    <u>Michael Alan Yoder</u>
            *Name(s) of Signer(s)*

❑ personally known to me **-- OR --**

❑ proved to me on the basis of the oath of <u>     </u> **– OR --**
          *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: <u>FL  DRIVER LICENSE</u>
               *Type of ID Presented*

to be the individual(s) whose name(s) is/are subscribed to the within Instrument, & acknowledged
to me that they executed the same in their authorized capacity(ies) and by proper authority, and
that by their signature(s) on the Instrument, the individual(s), or the person(s) or entity upon behalf
of which they acted, executed the Instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

OZELLA MAE MOORE
Notary Public - State of Florida
Commission # GG 345254
Expires on June 13, 2023

Notary Public Signature: *Ozella Mae Moore*

Notary Name: <u>OZELLA MAE MOORE</u>

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: <u>  Affidavit     </u>

Document Date: <u> 01/31/2023 </u> Number of Pages (w/ certificate): <u>2  </u>

Signer(s) Other Than Named Above: <u>       </u>

**Capacity(ies) Claimed by Signer(s)**   **Capacity(ies) Claimed by Signer(s)**

Signer's Name: <u>Michael Alan Yoder</u>  Signer's Name: <u>    </u>

❑ Corporate Officer  Title: <u>  </u>  ❑ Corporate Officer  Title: <u>  </u>
❑ Partner – ❑  Limited ❑  General  ❑ Partner – ❑  Limited ❑  General
☑ Individual ❑  Attorney in Fact  ❑ Individual ❑  Attorney in Fact
❑ Trustee  ❑  Guardian of Conservator ❑ Trustee  ❑  Guardian of Conservator
❑ Other: <u>    </u>  ❑ Other: <u>    </u>
Signer Is Representing: <u>Self  </u>  Signer Is Representing: <u>   </u>

( 2 )