*Exhibit 2*


# Cook v. United Launch Alliance  M.D.Fla. 6:22-cv-02204-CEM-EJK
## Docket Entries

Showing **11** docket entries.; sorted by earliest docket entry.

---

**#1: Filed: 2022-11-28**  `Complaint`  `Pleading`     📄 **View Documents** (1/4) Fetched

COMPLAINT against United Launch Alliance with Jury Demand (Filing fee $402 receipt number AFLMDC-20242576) filed by Angela Cook. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Proposed Summons)(Sabatini, Anthony) (Entered: 11/28/2022)

---

**#2: Filed: 2022-11-29**

NEW CASE ASSIGNED to Judge Carlos E. Mendoza and Magistrate Judge Embry J. Kidd. New case number: 6:22-cv-2204-CEM-EJK. (SJB) (Entered: 11/29/2022)

---

**#3: Filed: 2022-11-29**     📄 **View Documents** (0/1) Fetched

SUMMONS issued as to United Launch Alliance. (SPM) (Entered: 11/29/2022)

---

**#4: Filed: 2022-11-29**

NOTICE to counsel Michael A. Yoder Local Rule 2.01(c), Special Admission of Non-Resident Lawyer - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the non-resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details (Signed by Deputy Clerk). (SPM) (Entered: 11/29/2022)

---

**Filed: 2022-11-29**

NEW CASE ASSIGNED to Judge Carlos E. Mendoza and Magistrate Judge Embry J. Kidd. New case number: 6:22-cv-2204-CEM-EJK. (SJB)

---

**Filed: 2022-11-29**

NOTICE to counsel Michael A. Yoder Local Rule 2.01(c), Special Admission of Non-Resident Lawyer - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the non-resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details (Signed by Deputy Clerk). (SPM)

---

**#5: Filed: 2022-11-30**  `Order`     📄 **View Documents** (0/1) Fetched

INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Carlos E. Mendoza on 11/30/2022. (MEH) (Entered: 11/30/2022)

---

**#6: Filed: 2022-11-30**

NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Carlos E. Mendoza on 11/30/2022. (MEH) (Entered: 11/30/2022)

**#7: Filed: 2022-11-30**  `Order`

View Documents (0/1) Fetched

ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Embry J. Kidd on 11/30/2022. (PML) (Entered: 11/30/2022)

**Filed: 2022-11-30**

NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Carlos E. Mendoza on 11/30/2022. (MEH)

Terminated on 2023-01-03 after 36 days

**#8: Filed: 2023-01-03**  `Order`

View Documents (1/1) Fetched

ORDER dismissing case without prejudice. The Clerk is directed to close this file. Signed by Judge Carlos E. Mendoza on 1/3/2023. (MEH) (Entered: 01/03/2023)