**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

SHANNON OLSON,

        Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC.,
f/k/a TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590**

**<u>NOTICE REGARDING NON-OPPOSITION TO</u>**
**<u>MOTION FOR SPECIAL ADMISSION</u>**

Defendant Takeda Pharmaceuticals America, Inc. ("Takeda") states that Mr.

Yoder has provided proof to Takeda that his residency recently changed from

Florida to another state. Takeda therefore files this notice to confirm its non-opposition to Mr. Yoder's application for special admission.

DATED: June 12, 2023                    Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        By: */s/ Alex Meier*
                                            Alex Meier
                                            ameier@seyfarth.com
                                            Florida Bar No. 1011557
                                            SEYFARTH SHAW LLP
                                            1075 Peachtree Street, N.E.
                                            Suite 2500
                                            Atlanta, Georgia 30309-3958
                                            Telephone: (404) 885-1500
                                            Facsimile: (404) 892-7056

                                            Attorneys for Defendant Takeda
                                            Pharmaceuticals America, Inc.