# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

   v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC.,
f/k/a TAKEDA
PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS
COMPANY, LIMITED, TAKEDA
PHARMACEUTICALS
COMPANY LIMITED, N.A., JODI
GAYLE-GARCIA, in her individual
and official capacities, MATTHEW
HAND, in his individual and official
capacities, GREGORY CROUCH, in
his individual and official capacities,
CHRISTINE MEALEY, in her
individual and official capacities,
HEIDI MILLER, in her individual
and official capacities,

      Defendants.

**CASE NO: 8:23-CV-00590**

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Takeda Pharmaceuticals America, Inc. ("Takeda") makes the following disclosure concerning parent companies, subsidiaries, partners,

limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associates or similar entities:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Defendant Takeda Pharmaceuticals America, Inc., is a wholly owned subsidiary of Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals International AG. Takeda Pharmaceuticals International AG is a directly held wholly owned subsidiary of Takeda Pharmaceutical Company Limited.**

   **Takeda Pharmaceutical Company Limited has no parent company and no publicly held corporation owns 10% or more of its stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   **Not applicable (action asserts federal question subject matter jurisdiction.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **Defendant's counsel Alex Meier and Seyfarth Shaw LLP as counsel of record and Takeda Pharmaceuticals America, Inc.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

95781942v.1

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding, the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution: **None.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: June 15, 2023    Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*
  Alex Meier
  ameier@seyfarth.com
  Florida Bar No. 1011557
  SEYFARTH SHAW LLP
  1075 Peachtree Street, N.E.
  Suite 2500
  Atlanta, Georgia 30309-3958
  Telephone: (404) 885-1500
  Facsimile: (404) 892-7056

  Attorney for Defendant Takeda Pharmaceuticals America, Inc.

95781942v.1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

  v.

TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

      Defendants.

**CASE NO: 8:23-CV-00590**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03 using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

95781942v.1

By: /s/ *Alex Meier*
     Alex Meier
     Attorney for Defendant