SHANNON OLSON,

        Plaintiff,

   v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC.,
f/k/a TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590**

## JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO SERVE DEFENDANTS AND DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Takeda

Pharmaceuticals America, Inc. ("Takeda") and Plaintiff Shannon Olson

("Plaintiff"), (together, the "Parties") jointly move for an extension of time for

Plaintiff to serve the individual Defendants in this matter and for Takeda to answer

or otherwise respond to Plaintiff's Complaint (Dkt. No. 1). In support of their motion, the Parties state as follows:

1. Plaintiff filed her Complaint on March 15, 2023. (Dkt. No. 1.) On or about May 31, 2023, copies of the Complaint and Summons were delivered to Takeda's registered agent for service of process, CT Corporation System. Accordingly, the current deadline for Takeda to answer or otherwise respond to Plaintiff's Complaint is June 22, 2023.

2. On June 7, 2023, Plaintiff's counsel asked Takeda's counsel via email for a 30-day extension of time for Plaintiff to serve the individual defendants named in this action. Takeda agreed to this 30-day extension with the stipulation that Takeda also receive a 30-day extension to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel agreed to this proposal This extension is necessary because there is a question as to whether all individuals involved in this matter intend to litigate the matter, the Complaint is lengthy, and it will take time to adequately respond.

3. Accordingly, the Parties request a 30-day extension of time for Plaintiff to serve the individual Defendants in this matter and for Takeda to file an answer or otherwise respond to Plaintiff's Complaint, up to and including July 24, 2023.

4. The undersigned counsel represent that this motion is made in good faith and not for the purpose of delay. Moreover, the granting of this request will not prejudice the parties.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time for Plaintiff to serve individual Defendants and for Takeda to answer or otherwise respond to Plaintiff's Complaint, up to and including July 24, 2023.

### **Local Rule 3.01(g) Certification**

In accordance with Local Rule 3.01(g), the Parties conferred in good faith on June 7, 2023, and agreed to the extensions requested herein.

DATED: June 15, 2023

Respectfully submitted,

MENDOZA LAW, P.A.

SEYFARTH SHAW LLP

By: /s/ Michael A. Mendoza
    Michael A. Mendoza
    Florida Bar No. 1020250
    MENDOZA LAW, P.A.
    618 E. South Street
    Suite 110
    Orlando, Florida 32801
    T:  (407) 720-7211
    michael@mendozalawpa.com

    Michael A. Yoder, Esq.
    *(Pro Hac Vice Pending)*
    LAW OFFICE OF MICHAEL A.
      YODER, PLLC
    2300 Wilson Blvd.
    Suite 700
    Arlington, Virginia 22201
    p: (202) 595-4504
    www.YoderEsq.com

    *Attorneys for Plaintiff Shannon Olson*

By: /s/ Alex Meier
    Alex Meier
    ameier@seyfarth.com
    Florida Bar No. 1011557
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    *Attorneys for Defendant Takeda Pharmaceuticals America, Inc.*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

       Plaintiff,

  v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC.,
f/k/a TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

       Defendants.

CASE NO: 8:23-CV-00590

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed this **JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO SERVE DEFENDANTS AND DEFENDANT TO ANSWER OR OTHERWISE**

**RESPOND TO PLAINTIFF'S COMPLAINT** using the CM/ECF system, which

will automatically send e-mail notification of such filing to all counsel of record:

By: /s/ *Alex Meier*

Alex Meier
Attorney for Defendant