IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **SHANNON OLSON**, <br><br> *Plaintiff,* <br><br> v. <br><br> **TAKEDA PHARMACEUTICALS USA, Inc.,** *et al.,* <br><br> *Defendants.* | Civil Action No. 8:23-cv-00590-TPB-CPT |

**PLAINTIFF'S UNOPPOSED MOTION FOR SPECIAL
ADMISSION OF MICHAEL A. YODER**

Michael A. Yoder, Esquire, moves for special admission to represent SHANNON OLSON, individually and on behalf of all others similarly situated (hereinafter "Plaintiff") in this case. In support thereof, Mr. Yoder states as follows:

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States District Court; specifically, the U.S. District Courts for the District of Columbia, Eastern District of Virginia, Nebraska, Eastern District of Missouri, Northern District of Texas, and Western District of Texas.

3. This is a renewed motion following the Court's initial order denying without prejudice Mr. Yoder's motion for special admission.[1] *See* ECF No. 11 (Motion

---

[1] On June 9, 2023, Mr. Yoder moved for special admission. (ECF No. 8). On June 12, 2023, Defendant opposed Mr. Yoder's motion on the good faith basis that Mr. Yoder was a Florida resident. (ECF No. 9). In response, Mr. Yoder communicated with Defendant and advised he is not, in fact, a Florida resident. As a result, Defendant filed a notice on June 12, 2023, advising the Court that it was withdrawing its opposition to the aforesaid motion.

1

denied for failing to list "each case in state or federal court in Florida in which [I] [have] initially appeared in the last thirty-six months.")

4. Pursuant to the Court's June 13, 2023 order, I clarify that I have not appeared in any case in state or federal court in Florida in the last thirty-six months.[2]

5. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in this District or the State of Florida[3] during the last thirty-six (36) months.

6. All requirements set forth under Local Rule 2.01 are satisfied.

7. I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. I have paid the fee for special admission or will pay the fee upon special admission.

9. I will register with the Court's CM/ECF system. I affirm the oath, which states:

---

[2] On or about November 28, 2022, *Cook v. United Launch Alliance*, Civil Action No.: 6:22-cv-02204 (EJK) was filed in this district by Mr. Yoder's local counsel. However, before Mr. Yoder filed a motion for special admission or otherwise appeared in the case, the action was dismissed. As such, Mr. Yoder has not filed a notice of appearance or otherwise moved for special admission to appear in any action in this district, or in any other district in the State of Florida concerning cases filed within the last thirty-six (36) months. All cases Mr. Yoder in which Mr. Yoder has appeared in this state were filed more than thirty-six months prior to the date of this filing. *See* Exhibit 1 – Mr. Yoder Docket.

[3] "State of Florida" shall be construed to mean all federal districts in this state as well as all state courts within this state.

2

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: July 1X, 2023

                                        Respectfully submitted,
                                        SHANNON OLSON

By: /s/ MICHAEL A. MENDOZA
     Michael A. Mendoza (FBN 1020250)
     MENDOZA LAW, P.A.
     618 E South Street, Suite 110
     Orlando, FL 32801
     Tel: (407) 720-7211
     michael@mendozalawpa.com

By: /s/ MICHAEL A. YODER
     Michael A. Yoder
     LAW OFFICE OF MICHAEL A. YODER, PLLC
     2300 Wilson Blvd., Suite 700
     Arlington, VA 2201
     Tel: (202) 595-4504
     michael@yoderesq.com

*Counsel for Plaintiff*

## **LOCAL RULE 3.01(g) CERTIFICATOIN**

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for the parties have conferred, and Defendants do not oppose Plaintiff's Motion for Special Admission of Michael A. Yoder as counsel for Plaintiff.

                                        By: /s/ MICHAEL A. MENDOZA
                                              Michael A. Mendoza

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| YODER, MICHAEL ALAN (aty) | 3:2019cv02977 | REED v. 3M COMPANY et al | Florida Northern District Court | 08/08/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02967 | PALMER v. 3M COMPANY et al | Florida Northern District Court | 08/07/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02966 | REESE v. 3M COMPANY et al | Florida Northern District Court | 08/07/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02896 | HAMILTON v. 3M COMPANY et al | Florida Northern District Court | 08/01/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02012 | STRIBLING v. 3M COMPANY et al | Florida Northern District Court | 07/09/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02877 | NICHOLS v. 3M COMPANY et al | Florida Northern District Court | 07/31/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02858 | STRIBLING v. 3M COMPANY et al | Florida Northern District Court | 07/30/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02255 | WILLIAMS v. 3M COMPANY et al | Florida Northern District Court | 07/23/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02248 | RAYNOR v. 3M COMPANY et al | Florida Northern District Court | 07/23/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 4:2019cv00341 | RAYNOR v. 3M COMPANY et al | Florida Northern District Court | 07/23/2019 | 07/23/2019 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02073 | MCMILLAN v. 3M COMPANY et al | Florida Northern District Court | 07/15/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02067 | WILSON v. 3M COMPANY et al | Florida Northern District Court | 07/15/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02065 | MONTGOMERY v. 3M COMPANY et al | Florida Northern District Court | 07/15/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02064 | RODGERS v. 3M COMPANY et al | Florida Northern District Court | 07/13/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019md02885 | IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Florida Northern District Court | 04/03/2019 | |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02251 | SPENCER v. 3M COMPANY et al | Florida Northern District Court | 07/23/2019 | 05/06/2022 |
| YODER, MICHAEL ALAN (aty) | 3:2019cv02990 | BOWEN v. 3M COMPANY et al | Florida Northern District Court | 08/09/2019 | |
| Yoder, Michael A. (aty) | 1:2020cv21282 | Olson v. Royal Carribean Cruises, LTD. | Florida Southern District Court | 03/25/2020 | 04/19/2021 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1X, 2023, a true copy of the foregoing motion for special admission of attorney Michael A. Yoder was filed and served upon all parties and counsel of record via the Court's CM/ECF filing system.

/s/ MICHAEL A. MENDOZA
Michael A. Mendoza

4