## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

  v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC., f/k/a
TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

      Defendants.

**CASE NO: 8:23-CV-00590**

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 ,

Defendant Jodi Gayle-Garcia ("Defendant"), makes the following disclosure

concerning parent companies, subsidiaries, partners, limited liability entity

members and managers, affiliates, and similar entities, as well as unincorporated

associates or similar entities:

96778187v.1

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **None.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   **None.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **Defendants Matthew Hand, Christine Mealey, Gregory Crouch, Heidi Miller, Defendant's counsel Alex Meier and Seyfarth Shaw LLP as counsel of record, and Takeda Pharmaceuticals America, Inc.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **Takeda Pharmaceutical Company Limited (TAK).**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding, the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution: **None.**

   ☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

96778187v.1

DATED: July 21, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*
    Alex Meier
    ameier@seyfarth.com
    Florida Bar No. 1011557
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Attorney for Defendant Takeda
    Pharmaceuticals America, Inc.

3

96778187v.1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANNON OLSON,<br><br>   Plaintiff,<br><br> v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>   Defendants. | CASE NO: 8:23-CV-00590 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03 using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By: /s/ *Alex Meier*
   Alex Meier
   Attorney for Defendants

4

96778187v.1