**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANNON OLSON,<br><br>      Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>      Defendants. | **CASE NO: 8:23-CV-00590** |

### DEFENDANT TAKEDA'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Takeda Pharmaceuticals America, Inc. ("Takeda"), by and through its attorney, Seyfarth Shaw LLP and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 3.01, moves this Court for entry of an Order dismissing Plaintiff Shannon Olson's ("Olson") claims in their entirety with prejudice. For the reasons set forth below, and addressed more fully in Takeda's

96815151v.1

accompanying Memorandum of Law, the Court should dismiss Plaintiff's Complaint with prejudice:

1.  Olson's discrimination claims fail because she does not allege actionable adverse employment actions and fails to state a claim for disparate treatment, disparate impact, discrimination or retaliation under Title VII, the ADA, or the FCRA. Additionally, aspects of Olson's discrimination claims are not viable because she fails to identify a viable comparator. Olson also failed to exhaust her administrative remedies for her failure to promote claim and disparate impact claim. Finally, Olson's hostile work environment and retaliation claims are inadequately pled and impermissible shotgun complaint allegations that fail to identify the activity underlying the claim.

2.  Olson fails to state a claim for intentional infliction of emotional distress against the individual defendants because the conduct she alleges is not sufficiently extreme and outrageous to state a viable claim under Florida law.

### Local Rule 3.01(g) Certification

The undersigned certifies that he repeatedly attempted to confer regarding the bases identified in this motion. On Tuesday, July 18, counsel requested to confer with Olson's counsel on Wednesday, Thursday, or Friday. On July 20 and July 23, counsel sent a follow-up email again requesting Olson's counsel's availability to confer. As of the date of this motion, counsel has not received a response to these attempts to confer.

DATED: July 24, 2023  Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*
    Alex Meier
    ameier@seyfarth.com
    Florida Bar No. 1011557
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Attorney for Defendant Takeda
    Pharmaceuticals America, Inc.

96815151v.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHANNON OLSON,<br><br>      Plaintiff,<br><br>  v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>      Defendants. | **CASE NO: 8:23-CV-00590** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed DEFENDANT TAKEDA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

                                            By:  /s/ *Alex Meier*
                                                      Alex Meier
                                                      Attorney for Defendants