# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 523-2022-00202 |

Florida Commission On Human Relations _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shannon M. Olson | (727) 641-1676 | 1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1405 Gulf Way, St Pete Beach, FL 33706 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TAKEDA PHARMACEUTICALS COMPANY LIMITED NA | 18,000 | (617) 441-6930 |

| Street Address | City, State and ZIP Code |
|---|---|
| 95 Hayden Avenue Lexington, MA 02421 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-16-2020  Latest: 10-26-2021
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Shannon M. Olson (Female, Christian, Caucasian, Age 47, Disabled) have been employed by Takeda Pharmaceuticals NA since December 1999, as a Senior Sales Representative. On June 16, 2020, Jordan Davis (young, African American, male), Coworker, was hired in a full-time position as Head Coach for Gaither High School boys basketball team with management's knowledge. Greg Crouch, Senior management, reached out to me and others who have African American counterparts and asked that we reach out to them to see how they are dealing with the George Floyd situation. Jordan was being paid his full salary and bonus checks while coaching the basketball team and not applying any effort into his job at Takeda Pharmaceutical. Jordan's numbers were so dismal that I was told by Greg Crouch and Jodi Garcia to give some of my scheduled engagements to Jordan so his numbers would increase. However, on October 13, 2020, I was question by Susan Potilechio, Employee Relations, and Perry O'Brian, Ethics and compliance, regarding a secondary income, I spent hours on calls to HR and filling out paperwork proving I did not have a secondary income from a trademark I own that does not generate any income, yet Jordan is not questioned. On November 16, 2020, the case was closed vindicating that I did not have a second income. In December 2020, I was Recognized by Exceptional Recognition - Manager Nomination. I

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Dec 22, 2021     *Shannon Olson* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date     Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 523-2022-00202 |

Florida Commission On Human Relations and EEOC

*State or local Agency, if any*

was also recognized by 6 other Takeda Region/District Employees for my outstanding contributions to their growth and development, product knowledge and leadership. February 2021, Jordan is still underperforming, so much so that I had to reach out to Matt Hand, Interim Manager. Takeda continued to place demands on me that were not placed on my direct counterpart Jordan. I repeatedly asked for help, none was given. Takeda's continuous mistreatment towards me negatively affected my health both mentally and physically causing me to seek medical attention and thus taking a leave of absence. On April 9, 2021, due to a hostile and unhealthy work environment, I went on Short Term Disability. Lincoln Financial Group (LFG) denied my disability claim and stopped my income. Takeda denied my disability claim for a condition that they sell a medication for and heavily profit from. After actively fighting Takeda and LFG throughout my medical leave, I returned to work on July 1, 2021. On July 6, 2021, an email was sent that Jordan is no longer with the company. On July 20, 2021, I met my manager Matt Hand for breakfast. He went over my performance review. I was visibly upset as my review was done when I was on leave and was done by him. Matt was my manager for aprox 3 months. My prior manager Jodi Gayle-Garcia did not complete my review. August 19, 2021, I voiced my concerns to Stac Thompson, Human Resources over my year end review being completed while I was out on leave and affected the Territory Manager position, I worked hard to achieve. I also spoke to her regarding not being treated fairly. She said tha I would have to speak to another HR individual regarding unfair and discriminatory treatment. On August 25, 2021, spoke to Irving Forestier. After the conversation, he said that he was going to reference our call as a "consultative call" Takeda's HR department did nothing. On August 20, 2021 I received a warning letter for "unprofessional behavior" from my Interim Manager Matt Hand and my Regional Manager Greg Crouch. The "unprofessional behavior" occurred on July 20, 2021. That morning, I met my manager for a meeting. That evening (July 20, 2021), I emailed him that I forgot to order a COVID test. I copied him on the order form and stated that I would return to the field as soon as I received my test and it was nagative. The phone call and subsequent letter I received, for "unprofessional behavior" was for no ordering a test (an isolated accidental incident) and occurred 1 month after the meeting. Prior to taking leave I was compliant with all Takeda policies. On September 10, 2021, the Corporate Office mandated all employees be vaccinated with the COVID-19 vaccine. On September 22, 2021, because of my deeply held religious beliefs I submitted a religious exemption/accommodation request as instructed by management for review and consideration. On September 29, 2021, had a meeting with Christine Mealey, Employee Relations Partner, I requested a copy of the call transcript but was told that the notes taken were confidential. On October 13, 2021, I received a denial letter to my religious request. That same day I asked for an appeal and the reason for the denial. On October 14, 2021, my appeal was denied with no explanation for my religious denial or my appeal denial. On October 18, 2021, I had a phone call with Ms. Mealey, I asked her how many religious accommodations were requested and how many were denied? She told me she could not disclose that. Ms Mealey stated Takeda is unwilling to send unvaccinated employees into the field, that Takeda deemed it an undue hardship. On October 22, 2021, I filed a medical accommodation request. Heidi Miller, Employee Relations Partner, said she would like to have a discussion regarding my disability. I told her to email me the questions and I would respond. She said she couldn't put the questions in writing, but an Occupational Health Specialist would speak with my medical

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Dec 22, 2021         *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 523-2022-00202 |

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

provider. I believe that my sincerely held religious beliefs have been infringed upon by my employer by mandating tha[t I] go against my religious beliefs and get vaccinated with the COVID-19 vaccine. I further believe that my disabili[ty] accommodation request should be granted per the medical documentation that was submitted to Takeda, to include t[he] additional medical questions Takeda asked to my medical provider.

Takeda treated Jordan Davis in a favorable manner when they allowed and did not question his second employment full-time position as a basketball coach, eased their work requirements, and told me to give him my schedule engagemen[ts] so his numbers would increase. Takeda Pharmaceuticals NA has discriminated against me due to my sincerely he[ld] religious beliefs, my disability, retaliated against me for requesting an accommodation, and also discriminated against m[e] due to my race, sex, age, by treating a young, African American, male in a favorable manner regarding his work dutie[s,] work assignments, and work productivity over my own. Furthermore, Takeda cultivated and continues to foster a[nd] impose a culture that allows and actively develops double standards which creates an unhealthy and hostile wo[rk] environment. I have been discriminated due to my religion, disability, age, race, sex, and retaliated against in violation [of] Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, Title 1 of t[he] Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true t[o] the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Dec 22, 2021     Shannon Olson<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |