## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

        Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC., f/k/a
TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590**

## DEFENDANT TAKEDA'S UNOPPOSED MOTION TO DISMISS IMPROPERLY ADDED TAKEDA ENTITIES

Pursuant to Federal Rules of Civil Procedure 12, 15(a)(2), and 21 and Local

Rule 6.02, Defendant Takeda Pharmaceuticals America, Inc. ("Takeda") moves to

dismiss Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals Company,

Limited, and Takeda Pharmaceuticals Company Limited, N.A. without prejudice

from this lawsuit. In support of its motion, Takeda states as follows:

1.      Plaintiff filed her Complaint on March 15, 2023. (Dkt. No. 1.) On or about May 31, 2023, copies of the Complaint and Summons were served to Defendant Takeda Pharmaceuticals America, Inc.'s ("Takeda") registered agent for service of process, CT Corporation System.

2.      The Complaint includes counts against Takeda entities other than Plaintiff's employer. On June 7, 2023, Takeda requested that Plaintiff dismiss without prejudice all Takeda entities other than Takeda Pharmaceuticals America, Inc. on the basis that Takeda Pharmaceuticals America, Inc. is the only proper defendant entity in this lawsuit. On June 7, 2023, Olson agreed to do so and stated that Olson had "no issue dismissing the other corporate entities without prejudice," which had been included to ensure the proper defendant entity was named.

3.      Takeda prepared a draft motion for Olson to file, but she did not file the motion. Takeda therefore moves the Court to dismiss Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals Company, Limited, and Takeda Pharmaceuticals Company Limited, N.A. as defendants from this lawsuit.

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), the Parties conferred in good faith on June 7, 2023 and agreed to the relief requested herein.

DATED: July 24, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*

Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorney for Defendant Takeda
Pharmaceuticals America, Inc.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., TAKEDA
PHARMACEUTICALS USA, INC., f/k/a
TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS COMPANY,
LIMITED, TAKEDA
PHARMACEUTICALS COMPANY
LIMITED, N.A., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

      Defendants.

**CASE NO: 8:23-CV-00590**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed DEFENDANT TAKEDA'S UNOPPOSED MOTION TO DISMISS IMPROPERLY ADDED TAKEDA ENTITIES using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By: /s/ *Alex Meier*
Alex Meier

Attorney for Defendants

95783980v.2