**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANNON OLSON,<br><br>Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>Defendants. | **CASE NO: 8:23-CV-00590** |

**DEFENDANT MATTHEW HAND'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Matthew Hand ("Hand"), by and through his attorney, Seyfarth Shaw LLP and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 3.01, moves this Court for entry of an Order dismissing Plaintiff Shannon Olson's ("Olson") claims against him in their entirety with prejudice. For reasons set

forth below, and addressed more fully in Hand's accompanying Memorandum of Law, the Court should dismiss Plaintiff's Complaint with prejudice:

1. Olson fails to state a claim for intentional infliction of emotional distress against Hand because the alleged conduct is not sufficiently extreme and outrageous to state a viable claim under Florida law.

DATED: July 27, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*

Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorney for Defendant Takeda Pharmaceuticals America, Inc.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

SHANNON OLSON,

Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

Defendants.

**CASE NO: 8:23-CV-00590**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically filed DEFENDANT MATTHEW HAND'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By: */s/ Alex Meier*
Alex Meier
Attorney for Defendants