**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SHANNON OLSON,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TAKEDA PHARMACEUTICALS USA, Inc., *et al*.,**<br><br>*Defendants*. | Civil Action No. 8:23-cv-00590-TPB-CPT<br><br>**UNOPPOSED MOTION** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANT'S RULE 12 MOTION AND TO ISSUE A BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), and without any opposition from Defendants[1], Plaintiff Shannon Olson respectfully moves this Court for an extension of time to oppose the motions to dismiss filed by Defendants Jodi Gayle-Garcia (ECF No. 17), Takeda Pharmaceuticals America, Inc. ("Takeda") (ECF No. 20), and Matthew Hand (ECF No. 24), and in doing so, Plaintiff also moves this Court to set a briefing schedule that includes an extension of time allowing for Defendant Christine Mealey to file her responsive pleading to the Complaint.

1. At present, Plaintiffs opposition to Ms. Gayle Garcia's motion is due August 4; her opposition to Takeda's motion is due August 8, and her opposition to Mr. Hand's motion is due August 10. Plaintiff moves this Court to extend the deadline and allow her to file her oppositions thereto on or before August 25, 2023.

---

[1] At present, the Defendants in this action are Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals Company, Limited, Takeda Pharmaceuticals Company, Limited, N.A., Jodi Gayle-Garcia, Gregory Crouch, Matthew Hand, Christine Mealey, and Heidi Miller.

2. Additionally, Plaintiff is aware that Defendant Christine Mealey was just served with the Complaint and Summons in this action on July 13, 2023 (ECF No. 27). Therefore, her present deadline to file a responsive pleading to the Complaint is presently August 3, 2023. Based on substantive discussions between all parties, Plaintiff consents to a two-week extension, providing Ms. Mealey until August 17, 2023 to file her responsive pleading to the Complaint.

3. The Federal Rules of Civil Procedure permit this Court to grant Plaintiffs an extension to file their responsive pleading upon a showing of good cause. *See* Fed. R. Civ. P. 6(b)(l)(A).

4. Plaintiffs assert that good cause exists, in that the parties have resolved many of the major disputes without court intervention and the basis for this motion is to further the parties' interests in efficiency and to serve the best interests of this Court's judicial economy.

5. By granting the relief requested and entering the forthcoming proposed briefing schedule, Plaintiff will have sufficient time to draft and prepare three opposition briefs and Defendant Ms. Mealey will have adequate time to prepare her response to this action.

6. Plaintiff has informed Defendants that she will voluntarily dismiss without prejudice all corporate Defendants other than Takeda Pharmaceuticals America, Inc. based upon the representations that Takeda Pharmaceuticals America, Inc. is the only entity that employed Plaintiff. Therefore, all non-employer corporate Defendants need not remain as part of this action. Moreover, Plaintiff has also

informed Defendants that she will voluntarily dismiss her FCRA and Title VII claims against all individual defendants.

7. This request for extension is reasonable under the circumstances and it is not sought for the purpose of delay.

8. Granting the relief requested will not prejudice any party.

WHEREFORE, Plaintiffs respectfully moves this Court and request that the Court grant Plaintiffs leave to file their Memorandum of Law and Points and Authorities in Opposition to Defendants Jodi Gayle-Garcia, Takeda Pharmaceuticals America, Inc., and Matthew Hand's Motions to Dismiss on or before August 25, 2023, and Plaintiff consents to extending time for Defendant Mealey to file her responsive pleading until August 17, 2023.

Dated: August 2, 2023

Respectfully submitted,

By: /S/ MICHAEL A. YODER

Michael A. Yoder [VSB 93863]
THE LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22202
Tel: (571) 234-5594
Fax: (571) 327-5554
michael@yoderesq.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, the foregoing Unopposed Motion for an Extension of Time to File a Responsive Pleading to Defendants' Rule 12 Motions and to Issue a Briefing Schedule to was filed and served upon all parties via the Court's CM/ECF electronic filing system.

By: /S/ MICHAEL A. YODER
Michael A. Yoder