**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SHANNON OLSON**,<br><br>*Plaintiff*,<br><br>v.<br><br>**TAKEDA PHARMACEUTICALS USA, Inc.,** ***et al.***,<br><br>*Defendants*. | Civil Action No. 8:23-cv-00590-TPB-CPT |

Based on the Unopposed Motion and good cause having been shown, for good cause, extend Plaintiffs' Motion for an Extension of Time to File a Responsive Pleading is **GRANTED**, and it is hereby **ORDERED** that:

1. Defendant Christine Mealey shall respond to the Complaint on or before August 17, 2023; and

2. Plaintiff shall file any opposition to motions to dismiss filed by Defendants Jodi Gayle-Garcia, Takeda Pharmaceuticals America, Inc., and Matthew Hand on or before August 25, 2023.

It is so **ORDERED**.

Dated, this _____ day of August, 2023.

_______________________________
THOMAS P. BARBER
UNITED STATES DISTRICT COURT JUDGE