**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SHANNON OLSON,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TAKEDA PHARMACEUTICALS USA, Inc., *et al.*,**<br><br>*Defendants*. | Civil Action No. 8:23-cv-00590-TPB-CPT |

## NOTICE ADVISING OF INTENT TO FILE AMENDED COMPLAINT

Pursuant to this Court's Order on August 3, 2023 (ECF No. 29), Plaintiff hereby files this notice to inform the Court of her intent to file an Amended Complaint to cure for the issues raised and discussed in her Motion for Extension of Time to Oppose Defendants' Motions to Dismiss (ECF No. 28).

Plaintiff will file an Amended Complaint on or before August 23, 2023.

Dated: August 7, 2023

Respectfully submitted,
SHANNON OLSON

By: /s/ MICHAEL A. YODER

Michael A. Yoder*
LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (202) 595-4504
Fax: (571) 327-5554
michael@yoderesq.com
*admitted *pro hac vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2023, a true copy of the foregoing Notice of Intent to File an Amended Complaint and will be served upon all parties along with the Complaint and Summons in this action.

Dated: August 7, 2023

By: /s/ MICHAEL A. YODER
Michael A. Yoder