**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANNON OLSON,<br><br>Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>Defendants. | **CASE NO: 8:23-CV-00590-TPB-CPT** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT CHRISTINE MEALEY TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Christine Mealey ("Mealey") moves for an extension of time for Mealey to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1). This motion is unopposed. In support of her motion, Mealey state as follows:

1. Plaintiff filed her Complaint on March 15, 2023. (Dkt. No. 1.) On or about July 13, 2023, Mealey was served with the Complaint and Summons in this matter. Accordingly, the original deadline for Mealey to answer or otherwise respond to Plaintiff's Complaint was August 3, 2023. (Dkt. 27).

2. On August 2, 2023, Plaintiff filed an Unopposed Motion for Extension of Time to File Responsive Pleading to Defendants Rule 12 Motion and to Issue a Briefing Schedule. (Dkt. 28). Based on the Parties' agreement, Plaintiff's Motion also requested to extend Mealey's deadline to file her responsive pleading to Plaintiff's Complaint up to and including August 17, 2023.

3. On August 3, 2023, the Court entered an Order granting Plaintiff's Motion for Extension of Time to File Responsive Pleading to Defendants Rule 12 Motion and to Issue a Briefing Schedule, thereby extending Mealey's deadline to answer or otherwise respond to Plaintiff's Complaint up to and including August 17, 2023. (Dkt. 29). The Court also issued a briefing schedule which requires Plaintiff to file an amended complaint on or before August 23, 2023, if she elected to file an amended pleading rather than respond to the pending motions.

4. On August 7, 2023, Plaintiff filed her Notice of Intent to File Amended Complaint on or before August 23, 2023. (Dkt. 30).

5. Because Plaintiff intends to file an amended complaint, any motion to dismiss filed by Mealey will be mooted. Therefore, rather than file a motion that will be moot, Mealey requests an extension of time to file her responsive pleading to and through 14 days after Plaintiff' files her amended complaint.

6. On August 14, 2023, counsel for the Parties conferred and agreed to extend Mealey's deadline to file her responsive pleading.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time for Mealey to answer or otherwise respond to Plaintiff's Complaint, to and through 14 days after Plaintiff files her amended complaint.

**Local Rule 3.01(g) Certification**

In accordance with Local Rule 3.01(g), the Parties conferred in good faith on August 14, 2023, and agreed to the extension requested herein.

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Alex Meier

Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorney for Defendant Takeda Pharmaceuticals America, Inc.*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANNON OLSON,<br><br>Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS USA, INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS COMPANY, LIMITED, TAKEDA PHARMACEUTICALS COMPANY LIMITED, N.A., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>Defendants. | **CASE NO: 8:23-CV-00590-TPB-CPT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I electronically filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CHRISTINE MEALEY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record:

By: /s/ *Alex Meier*

Alex Meier

Attorney for Defendant