# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

        Plaintiff,

    v.

TAKEDA PHARMACEUTICALS AMERICA, INC, JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590**

**JURY TRIAL DEMANDED**

## DEFENDANTS GAYLE-GARCIA, HAND, AND MEALEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Jodi Gayle-Garcia ("Gayle-Garcia"), Matthew Hand ("Hand"), and Christine Mealey ("Mealey"), (collectively the "Individual Defendants") by and through their attorney, Seyfarth Shaw LLP and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 3.01, move this Court for entry of an Order dismissing Plaintiff Shannon Olson's ("Olson") claims against them with prejudice. For reasons set forth below, and addressed more fully in their accompanying Memorandum of Law,  the Court should dismiss Plaintiff's Amended Complaint with prejudice:

97944418v.1

1. Olson claim for individual liability under Title VII (Count I) fails because Title VII does not authorize individual liability.

2. Olson fails to state a claim for intentional infliction of emotional distress against the Individual Defendant's because the alleged conduct is not sufficiently extreme and outrageous to state a viable claim under Florida law.

### Local Rule 3.01(g) Certification

The undersigned certifies that on September 5, 2023, counsel conferred with Plaintiff's counsel via email regarding the dismissal of Plaintiff's claims in this action. This motion is unopposed to the extent that it seeks the dismissal of Count I but otherwise opposed.

DATED: September 6, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alex Meier*
Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorney for Defendants Takeda Pharmaceuticals America, Inc., Jodi Gayle-Garcia, Matthew Hand, and Christine Mealey

2

97944418v.1

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

        Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC, JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590**

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed DEFENDANTS GAYLE-GARCIA, HAND, AND MEALEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By: /s/ *Alex Meier*
      Alex Meier
      Attorney for Defendants

3

97944418v.1