# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

        Plaintiff,

    v.

TAKEDA PHARMACEUTICALS AMERICA, INC., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590-TPB-CPT**

## JOINT UNOPPOSED MOTION TO CONTINUE
## SEPTEMBER 27, 2023 HEARING

Plaintiff Shannon Olson and Defendants Takeda Pharmaceuticals America, Inc., Jodi Gayle-Garcia, Matthew Hand, and Christine Mealey jointly move to continue the September 27, 2023 Case Management Conference [ECF No. 38]. In support of their request, the parties state as follows:

1.    On August 23, 2023, Olson filed her Amended Complaint [ECF No. 33].

2. On September 6, 2023, Defendants renewed their motions to dismiss Olson's Amended Complaint [ECF Nos. 36-37]. Olson's response to this motion is due on September 27, 2023.

3. The parties recognize that the Court's preference is to conduct in-person status conferences and that, for case management conferences, "[t]he Court may conduct brief hearings on ripe motions involving routine matters not requiring witness testimony." The parties also recognize that "[r]equests to appear by phone or other means (Zoom) are highly disfavored, and such requests will generally be denied absent compelling circumstances."

4. The parties respectfully submit that the Case Management Conference should be held after Defendants' motions to dismiss are fully briefed and/or after the Court issues a decision on Defendants' motions. The determination on Defendants' motions may substantially impact the scope of discovery, and the parties believe that either having a determination on the motions or the ability to discuss the motions at the Case Management Conference would best facilitate the continued progress of this matter.

5. If the Court would like to set the Case Management Conference soon after the motions are fully briefed, the parties are available October 9, 12, or 13.

WHEREFORE, the Parties respectfully ask that the Court continue the Case Management Conference to a date after a determination on Defendants' motions to dismiss or to October 9, 12, or 13.

## **<u>Local Rule 3.01(g) Certification</u>**

In accordance with Local Rule 3.01(g), the Parties conferred in good faith on September 18, 2023 and agree to the relief requested in this motion.

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Alex Meier
  Alex Meier
  ameier@seyfarth.com
  Florida Bar No. 1011557
  SEYFARTH SHAW LLP
  1075 Peachtree Street, N.E.
  Suite 2500
  Atlanta, Georgia 30309-3958
  Telephone: (404) 885-1500
  Facsimile: (404) 892-7056

*  Attorney for Defendant Takeda*
*  Pharmaceuticals America, Inc.,*
*Jodi Gayle-Garcia, Matthew Hand,*
*and Christine Mealey*

SHANNON OLSON,

        Plaintiff,

   v.

TAKEDA PHARMACEUTICALS AMERICA, INC., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590-TPB-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2023 I electronically filed this **JOINT UNOPPOSED MOTION TO CONTINUE SEPTEMBER 27, 2023 HEARING** using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record:

By: /s/ *Alex Meier*
Alex Meier

Attorney for Defendant

98587659v.1