# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHANNON OLSON,<br><br>      Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>      Defendants. | **CASE NO: 8:23-CV-00590-TPB-CPT** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, Rachel Lee Dreher, Esq., enters her appearance on behalf of Plaintiff, Shannon Olson, the above-captioned matter and shall be included on all future correspondence or filings submitted in this action.

Dated: September 27, 2023

                                    Respectfully submitted,
                                    RACHEL LEE DREHER

                            By: _/s/ Rachel Lee Dreher_
                                    Rachel Lee Dreher
                                    Florida Bar No. 32092
                                    DREHER LAW GROUP
                                    631 Lucerne Ave, Suite 53

Lake Worth, FL 33460  
Tel: (561) 801-8661  
Fax: (561) 354-5797  
dreherlawgroup@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, a true copy of the foregoing Notice of Appearance was filed and served upon all parties of record via the Court's CM/ECF electronic filing system.

By: _____
Rachel Lee Dreher, Esq.