**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:23-cv-590-TPB-CPT | | DATE: September 27, 2023 | |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | | |
| **SHANNON OLSON**<br><br>v.<br><br>**TAKEDA PHARMACEUTICALS AMERICA, INC., et al.** | | **PLAINTIFF COUNSEL:**<br>Michael Mendoza<br><br>**DEFENDANT COUNSEL:**<br>Alexander Meier | |
| **COURT REPORTER:** Rebekah Lockwood | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 1:59 – 2:12 p.m.<br>**TOTAL:** 13 mins. | | **COURTROOM:** | 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Court addresses status of case; addresses defendant's opposition to certain deadlines in proposed CMR attached to motion for leave to file (Doc. 41). Court modifies mediation deadline to 12/22/2023.

Oral motion by Mr. Mendoza to withdraw as local counsel – granted. New local counsel will file notice of appearance shortly.

Case Management Conference set January 17, 2024, at 1:30 p.m. Notice to follow.