# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SHANNON OLSON,

     *Plaintiff,*

v.

                                Case No.: 8:23-cv-00590-TPB-CPT

TAKEDA PHARMACEUTICALS
AMERICA, INC., *et al.*

     *Defendants.*

---

## NOTICE OF LEAD COUNSEL DESIGNATION

Undersigned hereby give notice that Plaintiff Shannon Olson will be represented by Michael Yoder (admitted *pro hac vice*) as lead counsel, and Rachel Dreher as local and additional counsel.

Dated: October 6, 2023

                  By:  /s/ MICHAEL A. YODER
                       Michael A. Yoder (DC No. 1600519)
                       LAW OFFICE OF MICHAEL A. YODER, PLLC
                       2300 Wilson Blvd., Suite 700
                       Arlington, VA 22201
                       Tel: (202) 595-4504
                       Fax: (571) 327-5554
                       michael@yoderesq.com
                       *Admitted *pro hac vice*

                       *Lead Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 6, 2023, a true copy of the foregoing

Notice of Lead Counsel Designation was filed and served upon all parties and counsel

of record via the Court's CM/ECF and/or NextGen electronic filing system.


Dated: October 6, 2023

By: /s/ MICHAEL A. YODER
Michael A. Yoder