# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

   v.

TAKEDA PHARMACEUTICALS
AMERICA, INC,

      Defendant.

**CASE NO: 8:23-CV-00590**


**JURY TRIAL DEMANDED**

## DEFENDANT TAKEDA'S MOTION TO DISMISS
## PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant Takeda Pharmaceuticals America, Inc. ("Takeda"), by and through its attorney, Seyfarth Shaw LLP and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 3.01, moves this Court for entry of an Order dismissing Plaintiff Shannon Olson's ("Olson") claims with prejudice. For the reasons set forth below, and addressed more fully in Takeda's accompanying Memorandum of Law, the Court should dismiss Plaintiff's Third Amended Complaint with prejudice:

1. Olson's discrimination claims fail because she does not allege any actionable adverse employment action Additionally, aspects of Olson's discrimination claims are not viable because she fails to identify a viable comparator. Olson also failed to exhaust her administrative remedies for her failure to promote claim.

2.	Olson should not be granted leave to amend because she has unduly delayed, engaged in bad-faith pleading, and failed to correct deficiencies even after detailed guidance from the Court.

## **Local Rule 3.01(g) Certification**

The undersigned certifies that on December 28, 2023, counsel conferred with Plaintiff's counsel via email regarding the dismissal of Plaintiff's claims in this action and notified Olson's counsel that Takeda would renew its Motion to Dismiss. As of the time of filing this Motion, Takeda has not received a response but believes the Motion to be opposed based on prior correspondence.

DATED: December 28, 2023	Respectfully submitted,


By: */s/ Alex Meier*
Alex Meier
ameier@seyfarth.com
Florida Bar No. 1011557
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorney for Defendant Takeda
Pharmaceuticals America, Inc.

307105412v.1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON,

      Plaintiff,

   v.

TAKEDA PHARMACEUTICALS AMERICA, INC, JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,

      Defendants.

**CASE NO: 8:23-CV-00590**

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed DEFENDANT TAKEDA'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

By: /s/ *Alex Meier*
Alex Meier
Attorney for Defendant

3

307105412v.1