

*Exhibit B*



## US Employment Policy

# OUTSIDE EMPLOYMENT AND OTHER ACTIVITIES

It is the policy of Takeda to allow employees to engage in outside employment and other activities, subject to prior Company approval and certain restrictions as outlined below or otherwise specified in writing. Approved activities outside of work cannot compete/conflict with, or otherwise compromise the Company's interests nor can they adversely affect the employee's ability to fulfill all Takeda responsibilities in a satisfactory manner. A conflict of interest is assumed when an employee's personal relationships, interests, associations, investments, activities, or actions interfere or appear to interfere with their best independent judgment, or with their obligation to perform in the best interests of Takeda. Outside employment and other activities is defined as include any employment or other activity whether compensated or uncompensated in any manner, which is not part of an employee's assigned duties and which Takeda has provided no compensation or other benefit. Such activities (whether paid or unpaid) can include:

- Freelance activities such as fitness instructors, personal training/coaching, career advising and other counseling activities, translations, cleaning, sport coaching, etc.
- Retail or other sales activities whether online, catalog, or door-to-door for such items like real estate, crafts, clothing, cosmetics, cooking tools, food, travel, vitamins, supplements, etc.
- Adjunct teaching activities, conducting research activities, contributing or authoring research papers/articles; speaking engagements
- Participation on Boards of any kind
- Performing marketing/consulting activities, particularly with companies within healthcare industry, including start-up consultation
- Entrepreneurship of any kind including joint ventures, sponsorship, licensing, etc.
- Participation in healthcare related associations including patient organizations
- Participation in industry association activities including but not limited to speaking, writing, advising, etc.
- Participating in government activities at a local, state, or federal level

Volunteering activities (e.g. sports, coaching, charity events, food drives, etc.) with non-profits, schools, churches, etc. are not intended to be covered by this policy, so long as such arrangements do not create a potential conflict of interest situation.

All Takeda employees need prior written approval before engaging in any outside employment or other activity as described above. This includes applicants who have accepted future employment with Takeda. To make a request, Employees must complete the appropriate form which may be obtained from Human Resources. Completed forms should be forwarded to the employee's immediate Manager and assigned Human Resources Partner for review. If applicable, Employees should also include any third-party agreements or statements which an employee is required to sign or acknowledge in connection with any

**Confidential:** This policy is strictly confidential and must not be distributed outside of Takeda. It may be amended and/or changed at any time by the Company in its sole discretion for any lawful reason, with or without cause or notice.

## Outside Employment and Other Activities

outside employment or activities. The Manager and Human Resources Partner will review the materials and consider the following:

1. Whether the outside employment or activity creates an actual or perceived conflict of interest;
2. May or appear to compete with or compromise Takeda's interests and/or could adversely affect the employee's job performance and their ability to fulfill all Takeda responsibilities;
3. Involves working for an organization that currently or potentially could competes with Takeda's business or involves working for a business that currently performs services for Takeda;
4. Could or does violate any other Company policy or agreement between the employee and Takeda; or
5. May adversely affect Takeda's reputation.

If any such factors exist, the Manager and Human Resources will consult with the relevant Business Unit/Function Ethics & Compliance Head and Employment Legal before making any decision on any request. Upon completion of the review, the Manager and Human Resources Partner will notify the employee in writing of Takeda's final decision and any associated conditions, which are contingent to any approval. Failure to agree to those conditions will result in immediate termination of employment. Please note that approvals are specific; new activities will require employees to re-initiate the process.

Post-approval, Takeda may conduct periodic reviews of any employee's outside employment or activity to ensure compliance and continued acceptability. Employees must immediately notify Takeda of any changes to such activities including but not limited to changes in length of arrangement, specific duties, financial implications, potential reputational risks, etc. Approval of any request may be revoked at any time at the sole discretion of Takeda. Further, employees must modify, limit, or otherwise terminate outside employment or activities upon request.

Approved employees must perform all duties pertinent to their position and employment in a full and competent manner and in compliance with all Company policies, procedures and other signed Company agreements including but not limited to any non-compete, confidentiality, or intellectual property obligations. Employee are prohibited from using any Company tools or equipment, including the unauthorized use or application of any confidential trade information or techniques when performing outside employment or activities. Employees cannot solicit or conduct outside employment or activities during paid time unless authorized. They also may not claim to be a Takeda representative in connection with any such outside activities or use the Company name, proprietary materials or goodwill to promote their outside employment or other activities, unless prior written approval is obtained according to this policy.

Employees should carefully consider the demands that any additional outside employment or other activities will create before requesting approval. Such activities will not excuse poor job performance, reduced quantity or quality of work performed, absenteeism, tardiness, leaving early, refusal to travel, refusal to work overtime or different hours, misuse/abuse of requests for paid time off, and/or inadvertent disclosures of confidential or proprietary Takeda information. If such activities contribute to a decline in job performance

**Confidential:** This policy is strictly confidential and must not be distributed outside of Takeda. It may be amended and/or changed at any time by the Company in its sole discretion for any lawful reason, with or without cause or notice.

**Outside Employment and Other Activities**

or other policy violation, Takeda reserves the right, in its sole discretion, to immediately withdraw any approval and discipline an employee, up to an including termination of employment.

All decisions regarding an employee's potential or actual involvement in any outside activity, including but not limited to whether such involvement creates a risk, brings disfavor on the Company, could impact their Takeda duties, etc., lie within Takeda's sole discretion.

Any Employee who provides false or incomplete information about their potential or actual involvement in an outside activity may be subject to disciplinary action, including but not limited to termination of employment. If you have questions about this policy, please discuss with Human Resources.

**Confidential:** This policy is strictly confidential and must not be distributed outside of Takeda. It may be amended and/or changed at any time by the Company in its sole discretion for any lawful reason, with or without cause or notice.

Page 3