

*Exhibit C*

## Meier, Alex

| | |
|---|---|
| **From:** | Meier, Alex |
| **Sent:** | Monday, November 20, 2023 10:53 PM |
| **To:** | Michael Yoder; dreherlawgroup@gmail.com |
| **Subject:** | Olson/Takeda - first set of discovery to Olson |
| **Attachments:** | Takeda - RFPs to Olson (set one) (served 11.20.23).pdf; Takeda - Interrogatories to Olson (set one) (served 11.20.23).pdf |

All,

Please see the attached discovery requests to Shannon Olson.

Alex

**Meier, Alex**

| | |
|---|---|
| **From:** | Meier, Alex |
| **Sent:** | Tuesday, December 5, 2023 8:14 PM |
| **To:** | Rachel Dreher |
| **Cc:** | Michael Yoder |
| **Subject:** | RE: Takeda - Takeda's Initial Disclosures (served 11.3.23) |

Following up on this.

**From:** Meier, Alex
**Sent:** Tuesday, December 5, 2023 10:55 AM
**To:** Rachel Dreher <dreherlawgroup@gmail.com>
**Cc:** Michael Yoder <myoder@yoderlaveglia.com>
**Subject:** RE: Takeda - Takeda's Initial Disclosures (served 11.3.23)

Thanks, Rachel. What days work for you?

Alex

**From:** Rachel Dreher <dreherlawgroup@gmail.com>
**Sent:** Monday, December 4, 2023 1:15 PM
**To:** Meier, Alex <AMeier@seyfarth.com>
**Cc:** Michael Yoder <myoder@yoderlaveglia.com>
**Subject:** Re: Takeda - Takeda's Initial Disclosures (served 11.3.23)

---

> **This Message Is From an External Sender**
> This message came from outside your organization.

Alex

The two days worth of depositions I had scheduled this week were canceled last minute so I am pretty open this week. I will defer to Mike's availability and should be able to make it work on my end.

Rachel


**Rachel Lee Dreher, Esq.**

**D R E H E R   L A W   G R O U P**
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33460
PH: 561.801.8661 | FAX: 561.354.5797
*Admitted in Florida & New York*


On Mon, Dec 4, 2023 at 12:53 PM Meier, Alex <AMeier@seyfarth.com> wrote:

Michael/Rachel,

Please let me know your availability for a call this week.

Alex

**Alex Meier** | Partner | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958
Direct: +1-404-885-6770 | Mobile: +1-407-620-3732
AMeier@seyfarth.com | www.seyfarth.com

# Seyfarth

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Meier, Alex
**Sent:** Thursday, November 30, 2023 11:13 AM
**To:** Michael Yoder <myoder@yoderlaveglia.com>; dreherlawgroup@gmail.com
**Subject:** Re: Takeda - Takeda's Initial Disclosures (served 11.3.23)

Where are we on this? And, in light of the court's order, I would again ask that you have a frank discussion with your client in advance of the mediation and provide us with a demand.

I really do not want to go to the court on this, but I'm not interested in having a useless mediation. And I find it hard to believe that a mediation will be productive if your client refuses to provide a pre-mediation demand. I still believe this is a case that can and should be resolved early.

Alex

Sent from my iPhone

On Nov 21, 2023, at 02:44, Michael Yoder <myoder@yoderlaveglia.com> wrote:

Hi Alex,

My apologies. We've been having some complications with the baby and are now expecting any day now. I will get both our initial disclosures over to you as well as our initial demand as soon as possible (and certainly by week's end).

Thanks,

Mike

**Michael A. Yoder, Esq.**
YODER LAVEGLIA LLP
2001 L St NW, Suite 500 | Washington, D.C. 20036
main: (202) 875-2799 | cell: (202) 595-4504
myoder@yoderlaveglia.com | www.YoderLaveglia.com [yoderlaveglia.com]

**From:** Meier, Alex <AMeier@seyfarth.com>
**Sent:** Monday, November 20, 2023 7:57 PM
**To:** Michael Yoder <myoder@yoderlaveglia.com>; dreherlawgroup@gmail.com <dreherlawgroup@gmail.com>
**Subject:** RE: Takeda - Takeda's Initial Disclosures (served 11.3.23)

Michael,

I'm following up again on the initial disclosures and your demand. I don't see the point of a mediation if we're going in blind.

Alex

**Alex Meier** | Partner | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958

Direct: +1-404-885-6770 | Mobile: +1-407-620-3732
AMeier@seyfarth.com | http://www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Meier, Alex
**Sent:** Friday, November 10, 2023 11:04 PM
**To:** Michael Yoder <myoder@yoderlaveglia.com>; dreherlawgroup@gmail.com
**Subject:** RE: Takeda - Takeda's Initial Disclosures (served 11.3.23)

Michael,

When can we expect your initial disclosures? Additionally, does your client intend to provide a demand?

**From:** Meier, Alex
**Sent:** Friday, November 3, 2023 11:17 PM
**To:** Michael Yoder <myoder@yoderlaveglia.com>; dreherlawgroup@gmail.com
**Subject:** Takeda - Takeda's Initial Disclosures (served 11.3.23)

All,

I attached a copy of Takeda's initial disclosures.

Alex