UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:23-cv-00590-TPB-CPT

SHANNON OLSON,

        Plaintiff,

v.

TAKEDA   PHARMACEUTICALS,
AMERICA, INC., et al.,

        Defendants.

_____/

## MEDIATOR'S REPORT

Mediation was held on January 5, 2024, with all parties and their counsel present via video conference.   A settlement was not reached.

Dated: January 9, 2024.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

/s/ Marlene Quintana
   Marlene Quintana, Mediator
   Florida Bar No.: 88358
   marlene.quintana@gray-robinson.com

#52500588 v1