**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:23-cv-590-TPB-CPT | **DATE:** January 17, 2024 |
| **HONORABLE THOMAS P. BARBER** | |
| **SHANNON OLSON** <br><br> **v.** <br><br> **TAKEDA PHARMACEUTICALS AMERICA, INC.** | **PLAINTIFF COUNSEL:** <br> Rachel Dreher <br><br> **DEFENDANT COUNSEL:** <br> Alexander Meier |

| | | |
|---|---|---|
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 1:18 – 1:23 p.m. <br> **TOTAL:** 5 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Court will enter order shortly regarding motion to dismiss (Doc. 57). Parties should continue moving case forward.

Case Management Conference set August 28, 2024, at 1:30 p.m. Notice to follow.