**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:23-CV-00590-TPB-CPT**

SHANNON OLSON,

      Plaintiff,

   v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Takeda Pharmaceuticals America, Inc. ("Takeda"), by and through their attorneys, hereby respectfully request leave of Court to permit Andrew M. McKinley of Seyfarth Shaw LLP to substitute as lead counsel for Defendant in place of Alexander Meier formerly of Seyfarth Shaw LLP and states as follows:

1.    Defendant Takeda states that the substitution of the identified counsel herein will not delay the progress of this case or otherwise interrupt the working operation of this Court.  Defendant is aware of the substitution, and there will be no undue hardship to Plaintiff or Defendant.

2.    Recently, Alexander Meier, Esq. departed Seyfarth Shaw LLP and will no longer be representing Defendant Takeda.

3.      All papers related to this matter should be directed to Andrew M. McKinley.  Alexander Meier should be removed from any and all service lists.

4.      As new counsel for Defendant Takeda, Andrew M. McKinley hereby certifies that he will comply with the existing hearing schedule and deadlines set by the Court.

5.      Andrew M. McKinley's email address is amckinley@seyfarth.com.

## COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendant certifies that he attempted to confer with Plaintiff's counsel, but did not receive a response to his request.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion to Substitute Andrew M. McKinley in place of Alexander Meier as counsel of record for Defendant Takeda in the above-captioned action.

Dated:  May 9, 2024                          Respectfully submitted,

                                             TAKEDA PHARMACEUTICALS
                                               AMERICA, INC.


                                             By: */s/ Andrew M. McKinley*
                                                 Andrew M. McKinley
                                                 Florida Bar No. 122069
                                                 amckinley@seyfarth.com
                                                 **SEYFARTH SHAW LLP**
                                                 1075 Peachtree Street, N.E.
                                                 Suite 2500
                                                 Atlanta, GA  30309-3958
                                                 Telephone: (404) 885-1500
                                                 Facsimile:   (404) 892-7056



                                             By: */s/ Alexander Meier*
                                                 Alexander Meier
                                                 Florida Bar No. 1011557
                                                 ameier@leemeier.law
                                                 Lee Meier Law
                                                 695 Pylant Street N.E.
                                                 Suite 105
                                                 Atlanta, GA  30306

                                                 *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Andrew M. McKinley*

Andrew M. McKinley
