**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:23-CV-00590-TPB-CPT**

SHANNON OLSON,

Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC.,

Defendant.

**DEFENDANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, Takeda Pharmaceuticals America, Inc. ("Takeda"), pursuant to Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Andrew M. McKinley's designation as Lead Counsel for Equifax in this action. Andrew M. McKinley is counsel of record and is duly registered to receive notices at amckinley@seyfarth.com.

DATED: May 9, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Andrew M. McKinley*

Andrew M. McKinley
Florida Bar No. 122069
amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3258
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*
*Takeda Pharmaceuticals America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024, I presented the foregoing document to the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley
*Counsel for Defendant*
*Takeda Pharmaceuticals America, Inc.*