SHANNON OLSON,

      Plaintiff,

  v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## JOINT MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES, AND TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff Shannon Olson and Defendant Takeda Pharmaceuticals America, Inc. (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, respectfully request a 60-day extension of the discovery deadline through and including September 24, 2024, with extensions of all subsequent deadlines to account for the same. In support of this Motion, the Parties state as follows:

1. On September 29, 2023, the Court entered the Case Management and Scheduling Order, which set the deadline for the completion of discovery as July 26, 2024. (Dkt. 50, at 2.)

2.	Plaintiff filed her Third Amended Complaint on December 15, 2023. (Dkt. 56.) Defendant subsequently filed a motion to dismiss, which was granted in part and denied in part on January 23, 2024. (Dkt. 62.)

3.	The Parties have exchanged a significant volume of discovery to date. However, in light of the nature and scope of Plaintiff's claims, they require a modest amount of additional time to complete discovery. Among other things, Plaintiff seeks to take a 30(b)(6) deposition covering a significant number of topics that, though some conferral as to scope is needed, will necessitate the coordination of schedules for multiple deponents and for multiple third-parties (i.e., former employees of Defendant) who will need to be contacted in preparation for the same. The Parties also are hopeful that the extension will facilitate the resolution of any discovery-related disputes among themselves, without Court involvement. Accordingly, the Parties seek a 60-day extension of the current discovery deadline, as well as an extension of any other subsequent deadlines set by the Court's Scheduling Order (Dkt. 50) and Case Management Conference Order (Dkt. 61), as follows:

| Deadline | Current Deadline | New Deadline |
| --- | --- | --- |
| Discovery Cut-Off | July 26, 2024 | September 24, 2024 |
| Case Management Conference | August 28, 2024 | October 29, 2024 (or any other nearby date available for the Court) |
| Summary Judgment, Daubert, and other Dispositive Motions | September 13, 2024 | November 12, 2024 |

| Pre-trial Conference | February 18, 2025 | April 14, 2025 (or a nearby date available for the Court) |
|---|---|---|
| Trial | March 3, 2025 | May 2025 trial term |

4.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. Instead, it will help to ensure the full and fair completion of discovery matters.

5.      Federal Rule of Civil Procedure 6(b) provides that the Court may grant extensions of time at any time in its discretion for cause shown. The Parties respectfully submit that the foregoing circumstances constitute good cause and warrant the extension requested.

WHEREFORE, the Parties request an extension of time through and including September 24, 2024, for the completion of discovery, along with an extension of all subsequent deadlines as set forth above.

## **RULE 3.01(g) CERTIFICATION**

As required by Local Rule 3.01(g), counsel for the Parties have conferred and agree to the relief requested in this motion.

Respectfully submitted this 15th day of July, 2024.

YODER DREHER PEARSON LLP      SEYFARTH SHAW LLP


By: */s/ Michael A. Yoder*
    Michael A. Yoder
    2001 L St NW, Suite 500
    Washington, DC 20036
    Telephone: (202) 595-4504
    michael@yoderesq.com

    *Attorney for Plaintiff*

By: */s/ Andrew M. McKinley*
    Andrew M. McKinley
    Florida Bar No. 122069
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, GA 30309-3958
    Telephone:   (404) 885-1500
    Facsimile:   (404) 892-7056
    amckinley@seyfarth.com

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley