## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SHANNON OLSON,

     Plaintiff,

     v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

     Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## RENEWED JOINT MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER

Plaintiff Shannon Olson and Defendant Takeda Pharmaceuticals America, Inc. (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move for entry of a Confidentiality Order. In support of this Motion, the Parties state as follows:

1. Plaintiff's Third Amended Complaint alleges that she was discriminated against by Defendant on the basis of her race and disability and has been subjected to harassment in connection with these claims. Defendant denies those allegations.

2. In light of the claims and factual allegations in this action, the Parties anticipate that certain upcoming discovery will involve the exchange of documents and other information containing commercial or other sensitive information that the Parties maintain is confidential, including but not limited to personal

information relating to third parties, including customers, and other information relating to Defendant's business operations.

3.     Rule 26(c)(1) specifically allows for the protection of confidential information, including "commercial information" to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1).

4.     Entry of the attached proposed Confidentiality Order will allow the parties to take discovery on matters involving confidential information without compromising the confidential nature of the information in question. The Parties have revised the proposed Confidentiality Order to address the issues with Paragraph VII.B noted in the Court's July 18, 2024 Order. Accordingly, the Parties submit that good cause exists for entry of the attached Confidentiality Order.

5.     The Parties respectfully request that this Court grant its Motion for Entry of a Confidentiality and Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) and enter the attached proposed Confidentiality and Protective Order.

6.     The Parties have conferred as required under Local Rule 3.01(g) and agree to the relief sought in this Motion.

Respectfully submitted this 23rd day of July, 2024.

YODER DREHER PEARSON LLP          SEYFARTH SHAW LLP

By: */s/ Michael A. Yoder*          By: */s/ Andrew M. McKinley*
    Michael A. Yoder                     Andrew M. McKinley
    2001 L St NW, Suite 500              Florida Bar No. 122069
    Washington, DC 20036                 1075 Peachtree Street, N.E.
    Telephone:  (202) 595-4504           Suite 2500
    michael@yoderesq.com                 Atlanta, GA 30309-3958
                                         Telephone:  (404) 885-1500
    *Attorney for Plaintiff*             Facsimile:   (404) 892-7056
                                         amckinley@seyfarth.com

                                         *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, the foregoing document was served via email on all counsel of record.

/s/ Andrew M. McKinley
Andrew M. McKinley