**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cv-590-TPB-CPT | **DATE:** August 28, 2024 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **SHANNON OLSON** <br><br> v. <br><br> **TAKEDA PHARMACEUTICALS AMERICA, INC.** | **PLAINTIFF COUNSEL:** <br> Michael Beltran for Michael Yoder <br><br> **DEFENDANT COUNSEL:** <br> Andrew McKinley | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 2:19 – 2:24 p.m. <br> **TOTAL:** 5 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Plaintiff's deposition has been taken; defendant anticipates filing a summary judgment motion.

Case Management Conference set January 23, 2025, at 1:30 p.m. Notice to follow.