# EXHIBIT B

SHANNON OLSON,

   Plaintiff,

  v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

   Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## <u>DECLARATION OF JODI GAYLE-GARCIA</u>

1.

My name is Jodi Gayle-Garcia. I previously worked as a District Business Manager for Takeda. In my role as District Business Manager, I reported to Southeast Regional Business Director Greg Crouch. I have personal knowledge of the facts set forth in this Declaration, and I am of competent age and mind to give this Declaration.

2.

In my role as a District Business Manager, I began managing Shannon Olson, who was a Senior Sales Representative, on May 20, 2019. I also managed Jordan Davis, who was a Sales Representative, beginning from the time of his hire on August 19, 2019, as Olson's new counterpart in their shared territory. I continued managing those two individuals until I transitioned to another role on January 10, 2021.

3.

Although both Olson and Davis were ultimately responsible for selling products (Trintellix, Vyvanse, and Mydayis) to health professionals in their territory, the two had a number of different accountabilities, given their different job positions, different experience levels, and Olson's additional role as District Trintellix Lead. For example, I expected Olson to take on leadership responsibilities, including by training and mentoring new Sales Representatives. Davis, as a new Sales Representative, on the other hand, was not responsible for training and mentoring other new Sales Representatives. A true and correct copy of the job description for Senior Sales Representatives is attached hereto as "Exhibit 1." A true and correct copy of a document with the job description for Sales Representatives is attached hereto as "Exhibit 2."

4.

I also generally expected Olson, based on her long tenure with Takeda as a Sales Representative and then Senior Sales Representative, to have a greater knowledge level than Davis, who had no prior pharmaceutical sales experience. For example, given that Davis completed his initial training in October 2019 and the changes that resulted from the onset of the COVID-19 pandemic in early 2020, I believed that Davis required time to become acclimated to his new role. I had hoped that Olson would utilize her greater experience to assist Davis with his acclimation. Ultimately, my expectation was for Olson and Davis to work

collaboratively to ensure that the territory's needs were fully addressed, and to assist each other as needed to ensure tasks were completed.

5.

To the extent I asked Olson to complete or assist with any task pertaining to her territory, I did so because I believed that it was the best way to ensure that the territory's needs were met, including because of her experience.

6.

I communicated my concerns to Davis regarding certain performance deficits I observed with him, and concerning the need for him to correct and improve upon those deficits while he was under my supervision. A true and correct copy of Manager Quality Conversations Quarterly Feedback notes that I prepared for Davis in performance year 2020 are attached hereto as "Exhibit 3." I also engaged the then-Regional Sales Trainer, Matt Hand, to assist Davis with develop strategies to improve his performance. I did not conceal Davis's performance issues, nor would there have been any benefit to me doing so.

7.

While she was under my supervision, I did not believe that Olson had yet consistently demonstrated the competencies that would warrant her being promoted to Territory Manager, including because I wanted to see further growth in her leadership skills and sales success. In fact, one of the reasons I encouraged Olson to become Trintellix Lead was to provide her opportunities to further develop her leadership skills.

8.

While Olson and I worked together, I did not deprive Olson of any opportunity to participate or present in Executive Leadership Team ("ELT") conference calls. I have also not concealed any information from her concerning her presenting during any ELT call.

9.

I did not discipline Olson for any performance issue attributable to Davis. To the extent I had any discussions with Olson and Davis concerning what was occurring in the territory, it was because they were both responsible for the success of the territory together and I wanted them to be as successful as possible together.

10.

A true and correct copy of Davis's annual performance year for fiscal year 2019 is attached hereto as "Exhibit 4."

11.

In 2020, Davis submitted a request for prior approval of his potential outside work as a high school basketball coach. A true and correct copy of the form submitted by Davis requesting prior approval is attached hereto as "Exhibit 5." Because there was no apparent conflict between a basketball coaching position and Takeda's business, particularly because Davis was seeking approval to coach only on weeknights, Greg Crouch and I approved Davis's request to perform outside work. When I relayed the approval to Davis, I reminded him that his coaching should not interfere with his job with Takeda.

12.

Olson did not submit a request for prior approval for outside work to me. Nevertheless, after I learned that Olson's outside work was being reviewed, I provided my approval for her to engage in that outside work.

13.

I did not make any decision or take any action concerning Olson on the basis of her race or disability status, of in retaliation for any request for an accommodation or complaint she may have made. Nor did I make decisions impacting the employment of other individuals on the basis of their races or disability statuses.

14.

While I worked for Takeda, Takeda did not have any Diversity, Equity, and Inclusion ("DEI") policies, quotas, or other requirements that called for, or encouraged, me to treat any individual more or less favorably on the basis of race or disability status. Nor did I treat any individual I supervised more or less favorably on the basis of race or disability status.

15.

Exhibits 1 through 5 were created in the ordinary course and as a regular practice of Takeda's business, at or near the time of the events detailed therein, by individuals with knowledge of the matters detailed therein, and are kept in the ordinary course of Takeda's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746.

_____

Jodi Gayle-Garcia

9/26/2024

_____

Date

# Exhibit 1



# Job Description / Role Profile

| Job/Position: | **Sr Sales Rep** | Job Code: | 50002593 |
|---|---|---|---|
| BU/Organization: US Business Unit/ Neuroscience | | Department: | Field Sales |
| Location: | | | |
| Global Reporting Level (CEO=1): | | Line Manager's Job/Position Title: | District Business Manager |

## OBJECTIVES/PURPOSE: *(3-4 bullets)*

The Takeda senior sales representative is responsible for selling the Takeda's family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

## SCOPE:

**Financial:**
Est. annual revenue range of accountability*: _____Oku Yen

Est. annual budget of responsibility: _____Oku Yen

**Leadership/People:**  No. of direct reports: _____   No. of indirect reports: _____

**Geographic Scope:**   Global:_____   Regional:__X__

Countries   United States of America

*if applicable*

## ACCOUNTABILITIES: *(Describe the primary duties and responsibilities of the job. Include only the essential functions of the job. Approximately 5 – 10 bulleted task statements should be identified).*

- Utilizes effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilizes sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accurate records.
- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).

Takeda_0000521



## Job Description / Role Profile

- Actively monitors local market conditions for changes that impact business and takes action based on identified needs. Proactively execute plans to maximize selling resources. Models business techniques to peers that maximize sales opportunities across the district.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Assist District Manager as needed with facilitating district meetings while modeling appropriate behavior in trying circumstances, proactively communicate strategies and model business techniques that maximize sales opportunities across the district. Share developmental experiences and encourage others to do the same.

- Assist District Manager to address district needs and and provide training/mentoring of new sales representatives.

- Collobrate with partners on routing and resource utilization to drive overall footprint performance.

- Attend all company-sponsored sales and medical meetings as directed by company management.

- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.

- Perform all Company business in accordance with all regulations, Company policy and procedures. Demonstrate high ethical and professional standards at all times.

- Additional duties may be assigned.

---

*CORE ELEMENTS RELATED TO THIS ROLE:* *(Describe what is critical and/or what differentiates this role).*

---

*DIMENSIONS AND ASPECTS:*

**Technical/Functional (Line) Expertise** *(Breadth and depth of knowledge, application and complexity of technical knowledge)*

**Leadership** *(Vision, strategy and business alignment, people management, communication, influencing others, managing change)*

**Decision-making and Autonomy** *(The capacity and authority to make organizational decisions, autonomy in decision-making, complexity of decisions, impact of decisions, problem-soliving)*

**Interaction** *(The span and nature of one's engagement with others when performing one's job, internal and external relationships)*

Takeda_0000522



# Job Description / Role Profile

**Innovation** *(The required level of scientific knowledge, knowledge sharing, innovation and risk taking)*

**Complexity** *(Products managed, mix of businesses, internal and/or external business environment, cultural considerations)*

***EDUCATION, BEHAVIOURAL COMPETENCIES AND SKILLS:*** *(List the essential and desirable education and competency requirements to perform the primary responsibilities of the job. Any minimum requirements should be noted.)*

**Required:**

- Bachelor's degree
- *Career Path Criteria:*
    - o    Two years minimum pharma sales, 1 year minimum Takeda sales
    - o    One "Exceeds Expectations" within most recent two years at Takeda
    - o    See additional *Career Path* criteria

***ADDITIONAL INFORMATION:*** *(Add any information legally required for your country here*

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

| Date: | Completed by: |
|---|---|
|  |  |

*For HR use only:*

| | |
|---|---|
| Legacy Organization: |  |
| Legacy Level/Role: |  |

Takeda_0000523

# Exhibit 2

R0010479 Sales Representative-NSF/PCP (Saint Petersburg,
FL): R0010479 Sales Representative-NSF/PCP (Saint
Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 1 of 5



| | |
|---|---|
| **Recruiting Start Date** | 07/11/2019 - 5 years ago |
| **Target Hire Date** | 07/19/2019 - 4 years ago |
| **Primary Location** | USA - Deerfield - Sales Remote (inactive) |



**Hiring Manager**

Julie Brisch

Hiring Manager

## Overview

### Overview

Candidate Pipeline

| | |
|---|---|
| **Active Candidates** | 1 |
| **Referral** | 0 |
| **Internal** | 0 |
| **Inactive** | 71 |

Candidates by Active Stage

| Recruiting Stage Name | Count of Candidates Currently in a Stage | Drop Off | Conversion | |
|---|---|---|---|---|
| Review | 0 | 93% | 7% | |
| Screen | 0 | 60% | 40% | |
| Assessment | 0 | 0% | 100% | |
| Interview | 0 | 50% | 50% | |
| Employment Agreement | 0 | 0% | 100% | |
| Offer | 0 | 0% | 100% | |
| Background Check | 0 | 0% | 100% | |
| Ready for Hire | 1 | 0% | 0% | |

Confidential

R0010479 Sales Representative-NSF/PCP (Saint Petersburg,
FL): R0010479 Sales Representative-NSF/PCP (Saint
Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 2 of 5



## Candidates by Source

| Candidates | Recruiting Source |
|---|---|
| 2 | Takeda Alumni/Rehire |
| 3 | Online Job Board |
| 1 | Professional/Social Networking Site |
| 4 | Glassdoor |
| 39 | Indeed |
| 21 | LinkedIn |
| 2 | Shire- Employee Referral |

# Details

## Details

### Requisition Details

| | |
|---|---|
| **Job Requisition** | R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled) |
| **Supervisory Organization** | Jacksonville, FL (Julie Brisch (Inherited)) (inactive) |
| **Number of Openings** | 0 available \| 0 unavailable \| 1 filled \| 1 total |
| **Referral Payment Plan** | |
| **Inbound Process** | Hire: Jordan Davis |
| **Available For Hire** | No |
| **Hiring Freeze** | No |
| **Requester** | Jodi Gayle-Garcia (Terminated) |
| **Job Application Template** | Job Application Default Template effective 03/01/2018, 5:07 PM |
| **Candidate Ranking Template** | |
| **Candidate Rating Template** | |
| **Primary Internal Questionnaire** | |
| **Secondary Internal Questionnaire** | |
| **Primary External Questionnaire** | USA - U.S.A. External Questionnaire |
| **Secondary External Questionnaire** | |
| **Recruiting Self-Schedule Calendars** | |
| **Reference Template** | |
| **Replacement For** | Tracy Sweeney (Terminated) |
| **Job Posting Title** | Sales Representative-NSF/PCP (Saint Petersburg, FL) |

Hiring Requirements

Job Details

R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL): R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 3 of 5



| | |
|---|---|
| **Job Profile** | USA - Sales Rep (inactive) |
| **Job Families for Job Profiles** | Sales - Field |
| **Worker Sub-Type** | Regular |
| **Worker Type** | Employee |
| **Time Type** | Full time |
| **Compensation Grade** | USA - General Medicine Sales |
| **Primary Location** | USA - Deerfield - Sales Remote (inactive) |
| **Primary Job Posting Location** | St. Petersburg, FL |
| **Additional Locations** | |
| **Additional Job Posting Locations** | |
| **Scheduled Weekly Hours** | 40 |
| **Work Shift** | |
| **Recruiting Start Date** | 07/11/2019 |
| **Target Hire Date** | 07/19/2019 |
| **Target End Date** | |

Additional Information
**Union Membership from Job Profile**
**Allowed Unions from Job Profile**

**Job Description**

OBJECTIVES:

The Takeda sales representative is responsible for selling the Takeda family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

ACCOUNTABILITIES:

- Utilize effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilize sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accurate records.

Takeda_0000803

R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL): R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 4 of 5

- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).
- Collaborate with partners on routing and resource utilization to maximize overall footprint performance.
- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.
- Attend all company-sponsored sales and medical meetings as directed by company management.
- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.
- Perform Company business in accordance with all regulations, Company policy and procedures.  Demonstrate high ethical and professional standards at all times.
- Additional duties may be assigned.

EDUCATION, EXPERIENCE AND SKILLS:

Education and Experience:
Required:

- Bachelor's degree

- Proficient in MS Office Suite

LICENSES/CERTIFICATIONS:

- Valid driver's license required.

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

**Additional Job Description**

Attachments
Attachments

Takeda_0000804

R0010479 Sales Representative-NSF/PCP (Saint Petersburg,
FL): R0010479 Sales Representative-NSF/PCP (Saint
Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 5 of 5



| Job Requisition Attachment |
|---|

## Business Process History
### Business Process

| Effective Date | Business Process | Initiated On | Completed On | Status |
|---|---|---|---|---|
| 07/11/2019 | Job Requisition Change: R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) | 07/11/2019 12:21:24 PM | 07/11/2019 12:21:24 PM | Successfully Completed |
| 07/11/2019 | Job Requisition: R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) | 07/11/2019 09:23:38 AM | 07/11/2019 09:24:50 AM | Successfully Completed |

# Job Postings

## Current

| Job Posting Details | Job Posting | Type | Posting Start Date | Posting End Date | Primary Posting | Posting Cost | Action |
|---|---|---|---|---|---|---|---|

## Historical

| Job Posting | Type | Posting Start Date | Posting End Date | Job Application Template | Posting Cost | Job Posting Details |
|---|---|---|---|---|---|---|
| Internal | Internal | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | Internal: Sales Representative-NSF/PCP (Saint Petersburg, FL) |
| zzdnuTakeda-Shire Internal Talent Exchange | External | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | zzdnuTakeda-Shire Internal Talent Exchange: Sales Representative-NSF/PCP (Saint Petersburg, FL) |
| External Careers | External | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | External Careers: Sales Representative-NSF/PCP (Saint Petersburg, FL) |

Takeda_0000805

# Exhibit 3

## Manager Quality Conversations Quarterly Feedback

| Employee Name | Jordan Davis | | Performance Year | 2020 |
|---|---|---|---|---|
| Manager Name | Jodi Garcia | | | |

### Performance and Global Core Competency Summary (strengths, opportunities, IDP progress and career development)

### FQ1'2020 (April – June) Manager Comments:

**Date Conversation took place**
- 8/11/2020

**Performance:**
- Cresset
- Current performance (4/24-6/26)
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix =-4.08% (Region:-4.32 %; Nation: -5.45%)
      - Vyvanse = -11.46% (Region: -11.21%; Nation: -9.44%)
      - Mydayis = -11.46% (Region: -11.21%; Nation: -9.43%)
    - % market share change
      - Trintellix = -3.83% (Region: 2.65%; Nation: 3.21%)
      - Vyvanse =-5.60 % (Region:-1.24 %; Nation: -1.35%)
      - Mydayis =-5.38 % (Region:1.96 %; Nation: 2.12%)

**Build:**
- This was during the time of reactive engagement where we were not having solid product messages to HCPS.
- Jordan effectively reached out to his district mates to gain insight on how to navigate the new normal. Jordan effectively used his district mates to find solutions to "new rep issues".
- Jordan is highly engaged during "new rep" calls with Matt Hand, sharing best practices and asking questions to become a stronger sales rep.
- Jordan has become more vocal in his footprint and is effectively holding his partner accountable to her effort with Vyvanse. He has taken leadership in the footprint with Vyvanse and provide her with insight on customers she needs to focus on.

**Execute (include Veeva utilization in this area):**

**Other Notes/Contributions:**

<u>Development/Making your best, better:</u>
  a. **Skill Development:**
      a. As a sales specialist Jordan will need to continue to work on becoming knowledgeable about tracking success and messaging. Jordan has established strong relationships with key HCPs and staff. Jordan will need to leverage these relationships to impact the business especially in the "new normal". Jordan understands the importance of the total office call and identifying key staff members to be an advocate for him in offices.
  b. Career Path:
      a. **YOU OWN YOUR DEVELOPMENT:** You are encouraged to seek out development opportunities that align with your career aspirations and professional development. Jordan is encouraged to take on a lead role in the upcoming lead change.
      b. **NETWORKING:** Jordan is encouraged to continue to reach out to other representatives in the region to gain knowledge and use them as a resource.
      c. **DEMONSTRATING & SUPPORTING:** Takeda Values, PTRB, and the 3C's.

## FQ2'2020 (July – September) Manager Comments:

<u>Date Conversation took place</u>
- 10/22/2020

<u>Performance</u>:
- Cresset
- Current performance
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix = % (Region: %; Nation: %)
      - Vyvanse = % (Region: %; Nation: %)
      - Mydayis = % (Region: %; Nation: %)
    - % market share change
      - Trintellix = % (Region: %; Nation: %)
      - Vyvanse = % (Region: %; Nation: %)
      - Mydayis = % (Region: %; Nation: %)

<u>Build:</u>

<u>Execute (include Veeva utilization in this area):</u>

  Suggestions: 64
  Mail: 29
  Logistical Call HCP: 2
  Logistical Call Staff: 83
  Engage HCP: 0
  Engage HCP w/ Meal:  4
  Engage Staff w/ Meal: 0
  TOTAL INTERACTIONS118

<u>**Other Notes/Contributions:**</u>

<u>**Development/Making your best, better:**</u>
a. **Skill Development:**
   a. As a sales specialist Jordan will need to continue to work on becoming knowledgeable about tracking success and messaging. Jordan has established strong relationships with key HCPs and staff while in the field. Jordan will need to leverage these relationships to impact the business especially in the "new normal". Jordan understands the importance of the total office call and identifying key staff members to be an advocate for him in offices. This quarter you struggled to keep up with required rep tasks that were important to the success of your footprint. This will be important for you to correct as you are now coaching in the evening and you need to ensure that the time does not interfere with your Takeda responsibilities. Below are some areas of focus that must be corrected and maintained moving forward:
      - Completing your portion of the FPP data for Q3, moving forward you will need to be more efficient and specific in how you complete the plan and align with business needs.
      - Returning expired samples within the appropriate time and following up with sample accountability in a timely manner.
      - Complementing tasks requests from DBM. You will need to have better follow up in a timely manner on all "asks" by DBM and other internal partners. Eg: email regarding engage interactions, concur transparency responses, 60 day concur expenses.
      - Customer maintenance up to date with your portion of the territory. This is your responsibility and all HCPs must within your section of the footprint must be updated, you did not enter HCPs for engages because they were not downloaded and added to the footprint. Moving forward you will need to have all your accounts updated and the appropriate HCPS/NPs added or removed from the system.
      - Call entry and proper documentation. You have been provided with the correct way to enter engagements but struggled to do so for the entire quarter. As a result, you have the lowest amount of engagements on the team. Moving forward you will need to have a minimum of 3 engagements per week with ALL HCPs attended added in. In addition, you will need to enter all interaction with staff and HCPs into Veeve to ensure you are meeting the metrics provided for logistical calls, Veeve engage, sample signatures, emails, mailings etc.
      - Taking the lead. You will need to be a more active and vocal participant in the development of your footprint plan, routing, and customer engagement. You will need to have a more proactive role in challenging your partner to equalizing the footprint needs.
b. Career Path:
   a. **YOU OWN YOUR DEVELOPMENT:** You are encouraged to seek out development opportunities that align with your career aspirations and professional development. Jordan is encouraged to take on a lead role within the footprint and the district and take some of the responsibilities of planning and executing from his partner. This will be a great way for you to grow and develop in your role. As a way to support your needs and help with organization strategies I would like you to connect with Matt Hand (RST) weekly for one on one touchpoints.
   b. **NETWORKING:** Jordan is encouraged to continue to reach out to other representatives in the region to gain knowledge and use them as a resource. You have multiple people within out district that can support and provide guidance on areas you struggle. You will need to connect with your partner and others within the district (Terry, Angie, Scott) to help with area you are struggling with. You will also need to reach out to your DBM when you are struggling and use Matt Hand a resource.
   c. **DEMONSTRATING & SUPPORTING:** Takeda Values, PTRB, and the 3C's.

Takeda_0000982

**FQ3'2020 (October - December) Manager Comments:**

<u>Date Conversation took place</u>
- 1/15/21

<u>Performance</u>:

Cresset:  October 2020 (Q3)
- 199 out of 438 – Top 50%
- <u>Current performance – QTD (10/2/20 – 12/18/20)</u>
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix = -0.25% (District: -1.00%; Region: -0.81%; Nation: -0.08%)
      - Vyvanse = 11.88% (District: 13.05%; Region: 8.75%; Nation: 8.18%)
      - Mydayis = 12.58% (District: -3.20%; Region: 1.12%; Nation: 1.05%)
    - % market share change
      - Trintellix = -0.10% (District: -1.25%; Region: -1.47%; Nation: -1.36%)
      - Vyvanse = 2.68% (District: 2.00%; Region: 0.11%; Nation: 0.30%)
      - Mydayis = 3.32% (District: -12.66%; Region: -6.91%; Nation: -6.31%)

<u>Build:</u>

Skills Development:
- **Drive for Results:**
  - Jordan continues to increase his HCP interactions.  He did come up short of the 3 per week laid out in the Q2 QC, but he increased activities with customers.
    - HCP Engage:  0 in Q2 vs 5 in Q3
    - HCP Engage w Meal: 4 in Q2 vs 26 in Q3
- **Self-Awareness**:
  - Jordan built upon feedback from Q2 QC and was more vocal and did take on more of an active role in his footprint.  Jordan took the lead on creating  the Q4 business plan and updated routing.
  - Jordan made improvements related to administrative duties and follow-up/follow-through.  He completed tasks like FPP, call entry and others as laid out by DBM in Q2 QC.

Career Path:
- **Develop Capabilities and Drive for Results:**
  - Jordan had multiple weekly 1:1s with Matt Hand (RST).  Touchpoints focused on putting in place strategies to improve better pull-through and follow up on key tasks, as well as being a more vocal active participant in footprint responsibilities.  Improvement was made, as Jordan took lead on putting together the Q4 business plan, but there still remains room for improvement regarding overall engagement and focused follow-through on tasks.
    - As a participant in the Elevated Excellence East Area training, Jordan did not follow up from 2 of the 4 calls as expected.
    - Follow up from 1:1s with Matt Hand improved, but accuracy of work (routing grid/plan) still has room for improvement.
  - Working with Matt Hand, Jordan put in place a better system to help ensure continued improvement for follow through for important tasks

Takeda_0000983

**Execute (include Veeva utilization in this area):**

- Engage Meeting HCP w/ meal: 26
- Engage Meeting HCP: 5
- Phone Staff: 114
- Phone HCP: 2

**TOTAL INTERACTIONS: 147**

- Key Veeva Suggestions: 7 Trintellix Sample Orders and 1 Trintellix DFTO and 2 Veeva Suggestions for 30 Free Vyvanse trial offer redemptions
- Mail: 24

**Other Notes/Contributions:**

**Development/Making your best, better:**

**Strategic Approach:**

- With change in bag mix and Q4 push to increase share of voice with Trintellix, Jordan will continue to dig deep in iINSIGHTS and analyze business opportunities and uncover new HCPs to help meet new expectations regarding driving Trintellix business.  (CVS Caremark/Viibryd update as well).
- Jordan will revisit HCPs that he conducted Engage Meeting w/ meal during Q2 to measure return on investment – did the appointment result in an increase in TRX?  Goal is to increase efficiency and impact of engagements.
  - Jordan will use the Q4 business plan that was developed and contains an ROI tracker, to track impact of HCP touchpoints.

**Drive for Results:**

- Jordan will look to utilize the Trintellix Speaker Exchange opportunity by getting at least 2 HCPs to attend – this will help to drive impact within his territory by utilizing a resource/initiative available to reps
- Jordan commits to continuing to follow through on all task requirements requests promptly, timely and accurately.  With many initiatives slated for Q4, effectively managing assignments and completing tasks will be critical to managing time while still connecting with HCPs, driving business and meeting overall expectations.

**Networking:**

- Jordan will proactively reach out and use resources outside of Team Jax - Amanda, Ashlea from New Hire Group
- Look for more feedback on messaging from other reps – Jordan will proactively reach out to, and look to partner with Dustin as a resource
- As was mentioned in Q2, continue to reach out when struggling.  Be proactive.

# EXAMPLE

**Build:**

Takeda_0000984

- Continues to make a significant impact through the Vyvanse DBM Lead Role: The Region ranked at the top for Vyvanse Goal Attainment in Q3 (capitalized on the market surge), Worked with the Vyvanse Leads and RST to enhance the Fast Start Meeting content/workshop
- Routinely uses data to promote critical thinking amongst his team (pivot tables from the SOT report to highlight under-detailed decliners and over-detailed HCPs with little to no Rx gains)
- Came in early for the Leadership Team Meeting in January to meet with 2 other DBMs to share best practices around business analysis...presented to peers at the meeting (i.e. ways to look differently at the business)
- Provides direct and candid feedback to his team (Ex: conversation about professionalism and another conversation about time in territory/maximizing effort)

**Execute:**
- Leverages the FCL Way Forward with specific follow up to help drive priority coaching pull-through (puts the ownership on the Representative – Call me in two weeks to discuss the area of opportunity)
- Conducts routine business review with each footprint
- Proactively reaches out to peers and RBD to gain different perspectives on business challenges/opportunities as well as personnel matters
- Keeps the scoreboard present in front of his team and directly calls out where things look good and where trends need to turn

**Development/Making your best, better:**
- Uncovered a potential blind spot in not acting quickly enough when dealing with personnel challenges – his plan is to more diligently assess the situation when he sees some 'smoke'
- There's an opportunity to more consistently flex his leadership style...natural tendency is to lean more toward directing (more supportive vs. directive – Ex: take less of a role in the follow up to footprint business discussions)

**FQ4'2020 (January – March) Manager Comments:**

**Date Conversation took place**
- 

**Performance:**
- Cresset
- Current performance
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix = % (Region: %; Nation: %)
      - Vyvanse = % (Region: %; Nation: %)
      - Mydayis = % (Region: %; Nation: %)
    - % market share change
      - Trintellix = % (Region: %; Nation: %)
      - Vyvanse = % (Region: %; Nation: %)
      - Mydayis = % (Region: %; Nation: %)

**Build:**


**Execute (include Veeva utilization in this area):**


**Other Notes/Contributions:**


**Development/Making your best, better:**


Takeda_0000986

# Exhibit 4



**Davis, Jordan**

Sales Representative

Manager: Jodi Gayle-Garcia (Terminated)

Evaluated By: Jodi Gayle-Garcia (Terminated)

# 2019 Year End Performance Review

Organization: Jacksonville, FL (Julie Brisch (Inherited)) (inactive)

Location: USA - MA - Lexington - Sales Virtual (inactive)

04/01/2019 - 03/31/2020

# Overall Ratings and Comments

## Manager Overall Year-End Summary

Rating: No Ratings - Not Rated

Comment:
FY Q2 (July-September)
Sales Performance- N/A
Cresset Rank: N/A
MIC Goal Attainment: Trintellix n/a Vyvanse n/a Mydayis n/a
Competencies
Jordan was hired 8/19/2019 and was in training for Q2.
FY Q3 (October-December)
Sales Performance-
Cresset Rank: 241/449
MIC Goal Attainment: Trintellix 99.92% Vyvanse 102.65% Mydayis 100%
Competencies:
Self-Awareness: Jordan is new to the industry and is working on his level of comfort with the job as well as his relationships with his partner and his HCPs. Jordan takes all feedback in a non-defensive manner and makes changes quickly and efficiently. In addition, Jordan maintains his composure and often seeks guidance from me and other leaders on the team (Terry Jackson) and outside the district (Lindsey Stewart) to help him overcome obstacles and use them as a resource to get better with product knowledge, manage care, and day to day business. Jordan always maintains a positive attitude and focus on business.
Strategic Approach: As the Vyvanse lead representative, Jordan effectively uses all marketing materials and executes good judgment in daily activities when making difficult business decisions. Jordan demonstrates an ability to create value for his products in the minds of physicians and provides additional resources that help patients. Jordan understands and applies the appropriate sales resources based on the specific needs of the sales situation (ie: disease state awareness and branded marketing pieces)

Development
**Skill Development:**
As a new sales specialist Jordan will need to continue to work on becoming knowledgeable about Insights, tracking success, and messaging. He is working on building strong relationships both with key HCPs and staff. Jordan understands the importance of the total office call and identifying key staff members to be an advocate for him in offices
Career Path:
**YOU OWN YOUR DEVELOPMENT:** You are encouraged to seek out development opportunities that align with your career aspirations and professional development.
**NETWORKING:** Jordan is encouraged to reach out to other representatives in the region to gain knowledge and use them as a resource.
**DEMONSTRATING & SUPPORTING:** Takeda Values, PTRB, and the 3C's.

Way Forward: Jordan is new to the industry and will need to develop his basic rep role responsibilities that will allow him to be more effective in the territory. An area that Jordan must work on is his

Takeda_0001127

willingness to speak up and provide feedback to his partner on territory management. He has great insight and a very realistic view of the territory needs and will need to share these with Shannon.

## Employee Overall Year-End Summary

Comment:

As a new representative I feel I have adapted well but I do believe I can always improve each and every day

.

# Goals and Priorities

My hire date was August 19th. I then was sent to training in Boston in late September. After completing my training in October I then began my career in the field

.

I began in the middle of quarter 3. My goal for 2019 was to learn my geography and identify the important customers to grow the business

.

Due Date:                    Status:    On Track              Completion Date:

Supports:

———— Section Summary ————

## Manager Year-End Summary                              ## Employee Year-End Summary

Comment:                                                   Comment:

# Areas for Development

## Develop in my current role

Additional Information:

I am committed to actively looking for opportunities to help me develop in my current role and will utilize my DBM and other busines partners to help develop and apply new skills and knowledge. I am utilizing lead reps to help refine my messaging
for both Vyvanse and Trintellix and effectively use these learning in the field.

Status:   Started                                  Relates To:   Role 2: Develop Capabilities - Continually Develop

## I am working to continually develop as a sales representative specifically in the area of driving results.

Additional Information:

Continuously executing my work plan that supports the goals of the organization and model a high performance standard

.

Status:   Started                                  Relates To:   Role 2: Drive for Results - Execute Plans

———— Section Summary ————

Takeda_0001128

Manager Year-End Summary

Comment:

Employee Year-End Summary

Comment:

# Global Core Competencies / Leadership Behaviors

Please provide an overall evaluation of your Leadership Behaviors.

Manager Year-End Summary

Response:

Employee Year-End Summary

Response:

As a new representative for Takeda I am effectively and efficiently completing all tasks assigned to me and share ideas and suggestions with my DM

.

I demonstrate professionalism while adapting to changes in company priorities and work demands

.

# Exhibit 5



| Date: | 9/23/2020 | Name of Employee: | Jordan Davis |
|---|---|---|---|
| Department and Function: | Neuroscience | Location: | St. Petersburg, FL |
| Job Title: | Sales Representative | Name of Manager: | Jodi Garcia |
| Name of HRBP: | Staci Thompson | Name of Outside Employer/Outside Activity: | Gaither High School |
| Address: | 16200 N Dale Mabry Hwy, Tampa, FL 33618 | | |
| Telephone: | (813) 975-7340 | Email of Supervisor or Responsible Point of Contact: | Jackie.eisenhauer@sdhc.k12.us |
| Nature of Business: | Gaither High School | Dates outside activity begins and terminates: | 11/2/2020 – 3/6/20 |
| Estimated hours required per week for outside employment/activities and scheduled times: | 10-15 Hours

Practice and games will occur after 5-6pm. | Will your activities be performed outside of Takeda work hours: | **Yes**

If No, please explain: |
| Will you be paid?: | Yes – One Time Stipend | If so, how much?: | $2,749.68 |
| Have you been asked to sign any terms and conditions related to your requested outside employment/activities? If so, please provide a copy of any such materials in connection with this request for review. | No | | |
| Does the outside employer or third-party have an existing business relationship with Takeda? If yes, please explain. | No | | |

| Describe in Detail the activities you will perform for this employer or organization: |
|---|
| I will be coaching the varsity basketball program at Gaither High School in Tampa, FL. This includes practice and games. This will occur in the evenings during the week only. |

Takeda_0000310



Please check all statements that apply to your requested outside employment/activities. For any statement checked, please provide a detailed written explanation.

- ❑ The proposed outside organization has contracts with or otherwise receives financial assistance from Takeda now or will likely seek to do so in the future.
- ❑ The activity provides (or would it potentially seek to provide) goods or services to Takeda now or in the future.
- ❑ The activity currently competes with a Takeda marketed product or a product in some stage of development or will compete in one of Takeda's therapeutic areas.
- ❑ The activity requires work during the typical Takeda workday.
- ❑ The activity has the potential to create time demands on the employee that would adversely impact his/her Takeda work or will somehow require him to perform some work in support of it during the Takeda workday.
- ❑ The activity provides (or would it potentially seek to provide) goods or services to Takeda's competitors, vendors, partners, etc.
- ❑ Involvement in the activity could impact/influence the employee's judgment/decision-making in his/her Takeda role.
- ❑ Involvement in the activity has the potential to create reputational risk for Takeda because the employee could be externally identified as a Takeda employee.
- ❑ The activity conflicts (or potentially conflicts) in some way with Takeda's core principles.
- ❑ The employee either intentionally or unintentionally could leverage his/her reputation as a Takeda employee to the benefit of the outside activity.
- ❑ Involvement in the activity could potentially jeopardize Takeda's confidential/proprietary information and/or trade secrets as the employee have difficulty not drawing on his/her knowledge of such assets in the course of working on the activity

Could the proposed outside employment/activities benefit Takeda and if so how?

_____

I am requesting permission from Takeda to engage in outside employment/activities as truthfully described in this form. I understand that providing false or incomplete information about my potential or actual involvement in outside activities may result in disciplinary action, up to and including termination of my employment, if employed.

I have thoroughly reviewed Takeda's policies, procedures, agreements, and/or guidelines related to outside employment/activities, including but not limited to Takeda's Global Code of Conduct. I understand that I may not engage in such activities if it is incompatible with my duties as a Takeda employee and/or in conflict with Takeda's interests. I further understand that Takeda may reject my request to engage in outside employment/activities. If rejected, I will not engage in those prohibited activities. If I refuse, I understand that my employment with Takeda may be immediately terminated and/or my offer of employment may be revoked.

By my signature below, I certify that the information contained within this form is true and complete to the best of my knowledge and belief. I acknowledge that this form does not change the nature of my employment with Takeda which remains at-will.

*Jordan Davis*
Signature

9-24-2020
Date

Takeda_0000311