# EXHIBIT D

SHANNON OLSON,

      Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## <u>DECLARATION OF GREGORY CROUCH</u>

1.

My name is Gregory Crouch. I worked as a Regional Business Director at Takeda from November 5, 2001 to July 8, 2022. I have personal knowledge of the facts set forth in this Declaration, and I am of competent age and mind to give this Declaration.

2.

In my role as Regional Business Director, I was familiar with Senior Sales Representative Shannon Olson and Sales Representative Jordan Davis. Due to their respective roles and experience levels, the expectations for Olson and Davis differed in a number of respects. For example, as an experienced Senior Sales Representative and Trintellix Lead, Olson was expected to take on leadership responsibilities, including training and mentoring new Sales Representatives. Davis, as a new Sales Representative, was not responsible for training and mentoring other new Sales Representatives. A true and correct copy of the job

description for Senior Sales Representatives is attached hereto as "Exhibit 1." A true and correct copy of a document with the job description for Sales Representatives is attached hereto as "Exhibit 2."

3.

In 2020, Davis submitted a request for prior approval of his potential outside work as a high school basketball coach. Because there was no apparent conflict between a basketball coaching position and Takeda's business, particularly because Davis was seeking approval to coach only on weeknights, Jodi Gayle-Garcia and I approved Davis's request to perform outside work.

4.

Olson did not submit a request for prior approval for outside work to me. Nevertheless, after I learned that Olson's outside work was being reviewed, I provided my approval for her to engage in that outside work.

5.

Because Olson received a warning letter in August 2021, she was not eligible for a promotion to a Territory Manager position in 2021. In any event, I also did not consider her to have consistently demonstrated strong competencies as a potential Territory Manager, such that a promotion to that role would have been appropriate—particularly when compared to her peers—even had she been otherwise eligible, and thus would not have selected her for a promotion at that time.

6.

My team and I invested considerable time and money in Olson's professional development while I was the Regional Business Director for the State of Florida. Specifically, we gave Olson the opportunity to attend a special leadership development day on January 24, 2020 in Jacksonville, Florida. The program was titled Leadercast Jax Women 2020 and took place at the Schulz Center in Jacksonville. Following the program, Olson sent me a text message, a true and correct copy of which is attached hereto as "Exhibit 3."

7.

I did not make any decision or take any action concerning Olson on the basis of her race or disability status, or in retaliation for any request for an accommodation or complaint she may have made. Nor did I make decisions impacting the employment of other individuals on the basis of their races or disability statuses.

8.

While I worked for Takeda, Takeda did not have any Diversity, Equity, and Inclusion ("DEI") policies, quotas, or other requirements that called for, or encouraged, me to treat any individual more or less favorably on the basis of race or disability status. Nor did I treat Olson, Davis, or any individual I supervised more or less favorably on the basis of race or disability status.

9.

Exhibits 1 and 2 were created in the ordinary course and as a regular practice of Takeda's business, at or near the time of the events detailed therein, by individuals with knowledge of the matters detailed therein, and are kept in the ordinary course of Takeda's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746.

Executed on ____9/26/2024_____

_Gregory Lynn Crouch_____
Gregory Crouch

# Exhibit 1



## Job Description / Role Profile

| Job/Position: | **Sr Sales Rep** | Job Code: | 50002593 |
|---|---|---|---|
| BU/Organization: US Business Unit/ Neuroscience | | Department: | Field Sales |
| Location: | | | |
| Global Reporting Level (CEO=1): | | Line Manager's Job/Position Title: | District Business Manager |

*OBJECTIVES/PURPOSE: (3-4 bullets)*

The Takeda senior sales representative is responsible for selling the Takeda's family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

*SCOPE:*

**Financial:**  Est. annual revenue range of accountability*: _____Oku Yen

Est. annual budget of responsibility: _____Oku Yen

**Leadership/People:**  No. of direct reports: _____   No. of indirect reports: _____

**Geographic Scope:**  Global:_____   Regional:__X__

Countries   United States of America

*if applicable*

*ACCOUNTABILITIES: (Describe the primary duties and responsibilities of the job. Include only the essential functions of the job. Approximately 5 – 10 bulleted task statements should be identified).*

- Utilizes effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilizes sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accurate records.
- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).

Takeda_0000521



## Job Description / Role Profile

- Actively monitors local market conditions for changes that impact business and takes action based on identified needs. Proactively execute plans to maximize selling resources. Models business techniques to peers that maximize sales opportunities across the district.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Assist District Manager as needed with facilitating district meetings while modeling appropriate behavior in trying circumstances, proactively communicate strategies and model business techniques that maximize sales opportunities across the district. Share developmental experiences and encourage others to do the same.

- Assist District Manager to address district needs and and provide training/mentoring of new sales representatives.

- Collobrate with partners on routing and resource utilization to drive overall footprint performance.

- Attend all company-sponsored sales and medical meetings as directed by company management.

- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.

- Perform all Company business in accordance with all regulations, Company policy and procedures. Demonstrate high ethical and professional standards at all times.

- Additional duties may be assigned.

---

*CORE ELEMENTS RELATED TO THIS ROLE: (Describe what is critical and/or what differentiates this role).*

---

*DIMENSIONS AND ASPECTS:*

**Technical/Functional (Line) Expertise** *(Breadth and depth of knowledge, application and complexity of technical knowledge)*

**Leadership** *(Vision, strategy and business alignment, people management, communication, influencing others, managing change)*

**Decision-making and Autonomy** *(The capacity and authority to make organizational decisions, autonomy in decision-making, complexity of decisions, impact of decisions, problem-soliving)*

**Interaction** *(The span and nature of one's engagement with others when performing one's job, internal and external relationships)*

Takeda_0000522



## Job Description / Role Profile

**Innovation** *(The required level of scientific knowledge, knowledge sharing, innovation and risk taking)*

**Complexity** *(Products managed, mix of businesses, internal and/or external business environment, cultural considerations)*

***EDUCATION, BEHAVIOURAL COMPETENCIES AND SKILLS:*** *(List the essential and desirable education and competency requirements to perform the primary responsibilities of the job. Any minimum requirements should be noted.)*

**Required:**

- Bachelor's degree
- *Career Path Criteria:*
    - o Two years minimum pharma sales, 1 year minimum Takeda sales
    - o One "Exceeds Expectations" within most recent two years at Takeda
    - o See additional *Career Path* criteria

***ADDITIONAL INFORMATION:*** *(Add any information legally required for your country here*

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

| Date: | Completed by: |
|---|---|
|  |  |

*For HR use only:*

| | |
|---|---|
| Legacy Organization: | |
| Legacy Level/Role: | |

Takeda_0000523

# Exhibit 2

R0010479 Sales Representative-NSF/PCP (Saint Petersburg,
FL): R0010479 Sales Representative-NSF/PCP (Saint
Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 1 of 5



| | |
|---|---|
| **Recruiting Start Date** | 07/11/2019 - 5 years ago |
| **Target Hire Date** | 07/19/2019 - 4 years ago |
| **Primary Location** | USA - Deerfield - Sales Remote (inactive) |



**Hiring Manager**

Julie Brisch

Hiring Manager

## Overview

### Overview

Candidate Pipeline

| | |
|---|---|
| **Active Candidates** | 1 |
| **Referral** | 0 |
| **Internal** | 0 |
| **Inactive** | 71 |

Candidates by Active Stage

| Recruiting Stage Name | Count of Candidates Currently in a Stage | Drop Off | Conversion | |
|---|---|---|---|---|
| Review | 0 | 93% | 7% | |
| Screen | 0 | 60% | 40% | |
| Assessment | 0 | 0% | 100% | |
| Interview | 0 | 50% | 50% | |
| Employment Agreement | 0 | 0% | 100% | |
| Offer | 0 | 0% | 100% | |
| Background Check | 0 | 0% | 100% | |
| Ready for Hire | 1 | 0% | 0% | |

R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL): R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 2 of 5



## Candidates by Source

| Candidates | Recruiting Source |
|---|---|
| 2 Takeda Alumni/Rehire | |
| 3 Online Job Board | |
| 1 Professional/Social Networking Site | |
| 4 Glassdoor | |
| 39 Indeed | |
| 21 LinkedIn | |
| 2 Shire- Employee Referral | |

# Details

## Details

### Requisition Details

| | |
|---|---|
| **Job Requisition** | R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled) |
| **Supervisory Organization** | Jacksonville, FL (Julie Brisch (Inherited)) (inactive) |
| **Number of Openings** | 0 available \| 0 unavailable \| 1 filled \| 1 total |
| **Referral Payment Plan** | |
| **Inbound Process** | Hire: Jordan Davis |
| **Available For Hire** | No |
| **Hiring Freeze** | No |
| **Requester** | Jodi Gayle-Garcia (Terminated) |
| **Job Application Template** | Job Application Default Template effective 03/01/2018, 5:07 PM |
| **Candidate Ranking Template** | |
| **Candidate Rating Template** | |
| **Primary Internal Questionnaire** | |
| **Secondary Internal Questionnaire** | |
| **Primary External Questionnaire** | USA - U.S.A. External Questionnaire |
| **Secondary External Questionnaire** | |
| **Recruiting Self-Schedule Calendars** | |
| **Reference Template** | |
| **Replacement For** | Tracy Sweeney (Terminated) |
| **Job Posting Title** | Sales Representative-NSF/PCP (Saint Petersburg, FL) |

Hiring Requirements

Job Details

R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL): R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 3 of 5



| | |
|---|---|
| **Job Profile** | USA - Sales Rep (inactive) |
| **Job Families for Job Profiles** | Sales - Field |
| **Worker Sub-Type** | Regular |
| **Worker Type** | Employee |
| **Time Type** | Full time |
| **Compensation Grade** | USA - General Medicine Sales |
| **Primary Location** | USA - Deerfield - Sales Remote (inactive) |
| **Primary Job Posting Location** | St. Petersburg, FL |
| **Additional Locations** | |
| **Additional Job Posting Locations** | |
| **Scheduled Weekly Hours** | 40 |
| **Work Shift** | |
| **Recruiting Start Date** | 07/11/2019 |
| **Target Hire Date** | 07/19/2019 |
| **Target End Date** | |

Additional Information
**Union Membership from Job Profile**
**Allowed Unions from Job Profile**

**Job Description**

OBJECTIVES:

The Takeda sales representative is responsible for selling the Takeda family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

ACCOUNTABILITIES:

- Utilize effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilize sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accurate records.

R0010479 Sales Representative-NSF/PCP (Saint Petersburg,
FL): R0010479 Sales Representative-NSF/PCP (Saint
Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 4 of 5

- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).
- Collaborate with partners on routing and resource utilization to maximize overall footprint performance.
- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.
- Attend all company-sponsored sales and medical meetings as directed by company management.
- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.
- Perform Company business in accordance with all regulations, Company policy and procedures.  Demonstrate high ethical and professional standards at all times.
- Additional duties may be assigned.

EDUCATION, EXPERIENCE AND SKILLS:

Education and Experience:
Required:

- Bachelor's degree

- Proficient in MS Office Suite

LICENSES/CERTIFICATIONS:

- Valid driver's license required.

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

**Additional Job Description**

Attachments
Attachments

R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL): R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) (Filled)

11:16 AM
07/17/2024
Page 5 of 5



| Job Requisition Attachment |
|---|

## Business Process History
### Business Process

| Effective Date | Business Process | Initiated On | Completed On | Status |
|---|---|---|---|---|
| 07/11/2019 | Job Requisition Change: R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) | 07/11/2019 12:21:24 PM | 07/11/2019 12:21:24 PM | Successfully Completed |
| 07/11/2019 | Job Requisition: R0010479 Sales Representative-NSF/PCP (Saint Petersburg, FL) | 07/11/2019 09:23:38 AM | 07/11/2019 09:24:50 AM | Successfully Completed |

# Job Postings

## Current

| Job Posting Details | Job Posting | Type | Posting Start Date | Posting End Date | Primary Posting | Posting Cost | Action |
|---|---|---|---|---|---|---|---|

## Historical

| Job Posting | Type | Posting Start Date | Posting End Date | Job Application Template | Posting Cost | Job Posting Details |
|---|---|---|---|---|---|---|
| Internal | Internal | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | Internal: Sales Representative-NSF/PCP (Saint Petersburg, FL) |
| zzdnuTakeda-Shire Internal Talent Exchange | External | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | zzdnuTakeda-Shire Internal Talent Exchange: Sales Representative-NSF/PCP (Saint Petersburg, FL) |
| External Careers | External | 07/11/2019 | 07/18/2019 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | External Careers: Sales Representative-NSF/PCP (Saint Petersburg, FL) |

# Exhibit 3

Jan 24, 2020 at 5:05 PM

Happy Friday!! I apologize for the late text but got home just a bit ago from the conference in Jacksonville. I wanted to say thank you for supporting us in our personal and professional growth. To have your support and know you have our backs with what we need to grow and develop is truly refreshing and honestly what I need.  The conference was amazing and we all took a lot away from it. Having been in this industry and w Takeda  for 20 years I truly feel blessed to be a part of this amazing team and to have you and Jodi. You two are doing an amazing job of supporting and providing opportunity for us. Thanks again– I really appreciate you and all you do for us.
Have a super weekend
Shannon Olson

Jan 25, 2020 at 10:21 AM

iMessage

Takeda_0000828