# EXHIBIT E

SHANNON OLSON,

      Plaintiff,

      v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## <u>DECLARATION OF STACI THOMPSON</u>

1.

My name is Staci Thompson. I am currently employed by Takeda as a USBU HR Business Excellence Lead. I was previously an HR Business Partner for Takeda from July 2018 to April 2022. I have personal knowledge of the facts set forth in this Declaration, and I am of competent age and mind to give this Declaration.

2.

In my role as HR Business Partner, I was personally involved in the reviews of whether Jordan Davis and Shannon Olson would respectively be permitted to perform outside work while working for Takeda.

3.

Consistent with Takeda's Secondary/Outside Employment policy, Davis submitted a request for prior approval to coach high school basketball on weeknights from November 2, 2020, to March 6, 2021. A true and accurate copy of the prior-approval request submitted by Davis is attached hereto as "Exhibit 1."

Exhibit 1 was created in the ordinary course and as a regular practice of Takeda's business, at or near the time of the events detailed therein, by individuals with knowledge of the matters detailed therein, and are kept in the ordinary course of Takeda's business.

4.

Takeda learned of Shannon Olson's outside work after she had reached out to the Trintellix marketing email account to market her company to Takeda. Because the company had not been previously disclosed and approved as required by Takeda's Secondary/Outside Employment policy, because the nature of the business was unclear, and because it was being marketed to Takeda, Takeda had questions concerning Olson's outside work, including whether it presented a conflict of interest or could be approved. After Susan Potilechio (Employee Relations) and Perry O'Brien (Ethics and Compliance) raised questions with Olson during an initial call, Takeda continued to have questions concerning the precise nature of Olson's business. After Olson completed the same prior-approval form that Davis had completed for his request—a form required for outside work requests—Takeda still had questions about the details of Olson's company and operations. Thus, Takeda asked Olson to resubmit the form with additional clarifying information to better understand her company and its operations. Ultimately, despite that Olson had not sought prior approval for her outside work as required by Takeda's policy, Olson was approved to perform the outside work going forward.

5.

Neither Olson's race nor any disability she may have had played any role in the handling or approval of her outside work.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746.

_Staci Thompson_
_____
Staci Thompson

9/26/2024
_____
Date

# Exhibit 1



| Date: | 9/23/2020 | Name of Employee: | Jordan Davis |
|---|---|---|---|
| Department and Function: | Neuroscience | Location: | St. Petersburg, FL |
| Job Title: | Sales Representative | Name of Manager: | Jodi Garcia |
| Name of HRBP: | Staci Thompson | Name of Outside Employer/Outside Activity: | Gaither High School |
| Address: | 16200 N Dale Mabry Hwy, Tampa, FL 33618 | | |
| Telephone: | (813) 975-7340 | Email of Supervisor or Responsible Point of Contact: | Jackie.eisenhauer@sdhc.k12.us |
| Nature of Business: | Gaither High School | Dates outside activity begins and terminates: | 11/2/2020 – 3/6/20 |
| Estimated hours required per week for outside employment/activities and scheduled times: | 10-15 Hours<br><br>Practice and games will occur after 5-6pm. | Will your activities be performed outside of Takeda work hours: | Yes<br><br>If No, please explain: |
| Will you be paid?: | Yes – One Time Stipend | If so, how much?: | $2,749.68 |
| Have you been asked to sign any terms and conditions related to your requested outside employment/activities? If so, please provide a copy of any such materials in connection with this request for review. | | | No |
| Does the outside employer or third-party have an existing business relationship with Takeda?  If yes, please explain. | | | No |

**Describe in Detail the activities you will perform for this employer or organization:**

I will be coaching the varsity basketball program at Gaither High School in Tampa, FL. This includes practice and games. This will occur in the evenings during the week only.

Takeda_0000310



Please check all statements that apply to your requested outside employment/activities. For any statement checked, please provide a detailed written explanation.

- ❏ The proposed outside organization has contracts with or otherwise receives financial assistance from Takeda now or will likely seek to do so in the future.
- ❏ The activity provides (or would it potentially seek to provide) goods or services to Takeda now or in the future.
- ❏ The activity currently competes with a Takeda marketed product or a product in some stage of development or will compete in one of Takeda's therapeutic areas.
- ❏ The activity requires work during the typical Takeda workday.
- ❏ The activity has the potential to create time demands on the employee that would adversely impact his/her Takeda work or will somehow require him to perform some work in support of it during the Takeda workday.
- ❏ The activity provides (or would it potentially seek to provide) goods or services to Takeda's competitors, vendors, partners, etc.
- ❏ Involvement in the activity could impact/influence the employee's judgment/decision-making in his/her Takeda role.
- ❏ Involvement in the activity has the potential to create reputational risk for Takeda because the employee could be externally identified as a Takeda employee.
- ❏ The activity conflicts (or potentially conflicts) in some way with Takeda's core principles.
- ❏ The employee either intentionally or unintentionally could leverage his/her reputation as a Takeda employee to the benefit of the outside activity.
- ❏ Involvement in the activity could potentially jeopardize Takeda's confidential/proprietary information and/or trade secrets as the employee have difficulty not drawing on his/her knowledge of such assets in the course of working on the activity

Could the proposed outside employment/activities benefit Takeda and if so how?

_____

I am requesting permission from Takeda to engage in outside employment/activities as truthfully described in this form. I understand that providing false or incomplete information about my potential or actual involvement in outside activities may result in disciplinary action, up to and including termination of my employment, if employed.

I have thoroughly reviewed Takeda's policies, procedures, agreements, and/or guidelines related to outside employment/activities, including but not limited to Takeda's Global Code of Conduct. I understand that I may not engage in such activities if it is incompatible with my duties as a Takeda employee and/or in conflict with Takeda's interests. I further understand that Takeda may reject my request to engage in outside employment/activities. If rejected, I will not engage in those prohibited activities. If I refuse, I understand that my employment with Takeda may be immediately terminated and/or my offer of employment may be revoked.

By my signature below, I certify that the information contained within this form is true and complete to the best of my knowledge and belief. I acknowledge that this form does not change the nature of my employment with Takeda which remains at-will.

*Jordan Davis*
Signature

9-24-2020
Date

Takeda_0000311