# EXHIBIT A

| | |
|---|---|
| **From:** | Rachel Dreher <dreherlawgroup@gmail.com> |
| **Sent:** | Tuesday, November 19, 2024 1:55 PM |
| **To:** | McKinley, Andrew |
| **Subject:** | Re: Olson v Takeda - Motion for Continuance - Request for approval |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Hello Andrew

I am reaching because as you can see we did not oppose your motion for summary judgment. There was a lot of information that came out during discovery that we were unaware of and so we wanted to see if you would be willing to stipulate to a discontinuance of the matter?

Please advise.

**Rachel Lee Dreher, Esq.**

**D R E H E R   L A W   G R O U P**
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33460
PH: 561.801.8661 | FAX: 561.354.5797
*Admitted in Florida & New York*