| Date | Amount | Description |
|---|---|---|
| 9/3/2024 | $3,321.65 | Veritext, LLC - deposition of Plaintiff Shannon Olson taken on 8/15/2024 |
| 9/6/2024 | $2,824.50 | Veritext, LLC - deposition of Plaintiff Shannon Olson taken on 8/15/2024 (video) |
| 9/24/2024 | $2,041.34 | First Legal Depositions - depositions of Mary E. Denmark and Matt Sheridan |
| | | |
| **SUB-TOTAL:** | **$8,187.49** | |
| | | |
| Date | Amount | Description |
| 7/30/2024 | $21.17 | Service of Subpoena on Holistic Mental Health Clinic to obtain plaintiff's medical records |
| 7/30/2024 | $21.17 | Service of Subpoena on West Coast Primary Care to obtain plaintiff's medical records |
| 7/30/2024 | $21.17 | Service of Subpoena on Anita Lenas, LCSW to obtain plaintiff's medical records |
| 7/30/2024 | $21.17 | Service of Subpoena on Gulf Coast Family Wellness to obtain plaintiff's medical records |
| | | |
| **SUB-TOTAL:** | **$84.68** | |
| | | |
| Date | Amount | Description |
| 8/9/2024 | $47.50 | Fee for medical records from Anita Louise Lenas, LCSW, Inc. |
| 8/7/2024 | $23.50 | Fee for medical records from The Holistic Mental Health Clinic |
| | | |
| **SUB-TOTAL:** | **$71.00** | |
| | | |
| **TOTAL:** | **$8,343.17** | |