# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHANNON OLSON,

    Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC.,

    Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## DEFENDANT'S SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION

On February 13, 2025, Takeda filed its Motion to Determine Entitlement to Attorney's Fees and Expenses. (Dkt. No. 84.) In the Motion, Takeda indicated that counsel for Takeda attempted to confer with counsel for Olson via emails dated February 10, 2025, and February 13, 2025,[1] but that Olson's counsel did not respond. (*Id.* at 13.) Since this time, as required by Local Rule 3.01(g)(3), Takeda's counsel has diligently continued to reach out to Plaintiff's counsel, including by emails on February 14. 2025, February 17, 2025, and February 18, 2025. Olson's counsel, however, still has not responded to any of the conferral attempts outlined above.

As a result, Takeda now files this supplement to Local Rule 3.01(g) Certification and states that attempts to confer with Olson's counsel remain

---

[1] Takeda's motion inadvertently referenced the year 2023 for the initial two email communications Takeda's counsel sent to Olson's counsel. The correct year is 2025.

unsuccessful, as Plaintiff's counsel has not responded to those attempts. Thus, Takeda has not been informed as to whether Olson intends to agree to or oppose the relief requested in Takeda's motion.

Respectfully submitted this 19th day of February 2025.

**SEYFARTH SHAW LLP**

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley
