**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SHANNON OLSON,

    Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC.,

    Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION

Plaintiff, Shannon Olson, by and through her undersigned counsel, unopposed by Defendant, Takeda Pharmaceuticals America, Inc., (collectively, the "Parties"), and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, respectfully request a 21-day extension of the Plaintiff's time to respond to Defendant's Motion to Determine Entitlement to Attorney Fees (Dkt. No. 84), the Parties state as follows:

1.    Counsel for the Parties filed a Joint Report with the Court on February 24, 2025 (Dkt. No. 88), stating the Parties were attempting to work together to reach a resolution of the issue of Defendant's entitlement to attorney fees.

2. Counsel for the Parties conferred by telephonic conference on February 24, 2025 and agreed to continue to work towards a mutually agreeable resolution.

3. However, the Parties have not resolved the issues raised in Defendant's motion as to the extent of the entitlement and need additional time to discuss and therefore, Plaintiff is requesting an additional 21 days to respond to Defendant's Motion to Determine Entitlement to Attorney Fees.

4. The Parties intend to continue conferring during the extension of time allotted to Plaintiff, in an attempt to resolve this issue.

Respectfully submitted this 26th day of February 2025.

                                YODER DREHER PEARSON LLP

                                By: */s/ Rachel Lee Dreher*
                                      Rachel Lee Dreher
                                      631 Lucerne Avenue, Suite 53
                                      Lake Worth Beach, FL 33460
                                      Telephone: (561) 801-8661
                                      rdreher@ydplaw.com

                                      *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

*/s/ Rachel Lee Dreher*
Rachel Lee Dreher