# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SHANNON OLSON,

      Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## DEFENDANT'S SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION

On March 26, 2025, Takeda filed its Motion for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses. (Dkt. No. 92.) In the Motion, Takeda indicated that counsel for Takeda attempted to confer with counsel for Olson via emails dated March 24, 2025 and March 25, 2025, but that Olson's counsel did not respond. (*Id.* at 3.) Since this time, as required by Local Rule 3.01(g)(3), Takeda's counsel diligently continued to reach out to Plaintiff's counsel via emails dated March 28, 2025, and March 31, 2025.

On March 31, 2025, Olson's counsel informed Takeda's counsel that she had been out of office for a personal matter and requested to discuss this matter over the next few days. The Parties are currently scheduling a time to discuss Plaintiff's stance on the motion.

Given the above, Takeda now files this supplement to Local Rule 3.01(g) Certification and states that Takeda's conferral attempts have not yet resulted in a

statement as to whether Olson opposes the motion for leave. However, in light of the recent communication from Olson's counsel, Takeda is attempting to set up a time to confer over the phone, which it expects to occur imminently. Takeda will file a further supplement after the same.

Respectfully submitted this 31st day of March 2025.

**SEYFARTH SHAW LLP**

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone:   (404) 885-1500
Facsimile:   (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley
