**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHANNON OLSON,

       Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

       Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## DEFENDANT'S SECOND SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION

On March 26, 2025, Takeda filed its Motion for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses. (Dkt. No. 92.) In the Motion, Takeda indicated that counsel for Takeda attempted to confer with counsel for Olson via emails dated March 24, 2025 and March 25, 2025, but that Olson's counsel did not respond. (*Id.* at 3.) On March 31, 2025, Takeda filed a supplemental 3.01(g) certification, noting that, on March 31, Olson's counsel informed Takeda's counsel had been out of office for a personal matter, but indicated she would be able to discuss the matter over the next few days.

Takeda's counsel subsequently asked, via email, for the availability of Plaintiff's counsel to confer via telephone on March 31, April 2, and April 3. However, Takeda's counsel did not receive any further response to its requests to confer and obtain Olson's stance on the motion. Thus, despite it's repeated efforts,

Takeda has received no response from Olson as to whether she intends to consent to or oppose the motion to filed a reply brief.

Respectfully submitted this 7th day of April 2025.

**SEYFARTH SHAW LLP**

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone:   (404) 885-1500
Facsimile:   (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

/s/ Andrew M. McKinley
Andrew M. McKinley