IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

SHANNON OLSON )
)
   *Plaintiff,* )
)
v. ) Civil Action No. 8:23-cv-00590-TPB-CPT
)
TAKEDA PHARMACEUTICALS, )
USA, Inc., et al., )
) JUN 11 2025 PM 2:15
) FILED - USDC - FLMD - TPA
   *Defendants.* )

### PLAINTIFF'S UNOPPOSED MOTION FOR SPECIAL
### ADMISSION OF JARED M. WICHNOVITZ

    I, Jared M. Wichnovitz, Esq, move for special admission to represent Shannon Olson, (hereinafter "Plaintiff") in this case. In support thereof, the undersigned states as follows:

1.    I am neither a resident of Florida nor a member in good standing of The Florida Bar.

2.    I am a member in good standing of the bar of at least one United States District Court. I am specifically in good standing with the New Jersey District Court. I am also in good standing with the New Jersey State Bar (Bar ID 414022022), the Third Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

3.    I have not abused the privilege of admission by maintaining a regular law practice in Florida. I have not appeared in any cases in this District during the last thirty-six (36) months.

4.    I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to


EP
$150
TPA72406

satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

5. I have paid the fee for special admission, or will pay the fee upon special admission. Enclosed with my motion is a Check (#353) with the required fee.

6. Upon my motion being granted, I will register with the Court's CM/ECF system. I affirm the oath, which states:

"I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession."

Dated: June 9, 2025

Respectfully submitted,

By: /s/ _____
Jared M. Wichnovitz, Esq.
Law Offices of Jared M. Wichnovitz, P.C.
50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, New Jersey 07030
*Proposed Counsel for Plaintiff*
*(Pending Pro Hac Vice)*

## LOCAL RULE 3.01(g) CERTIFICATOIN

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsels for the parties have conferred, and Defendants do not oppose Plaintiff's Motion for Special Admission of Jared M. Wichnovitz, Esq., to be counsel for Plaintiff.

By: _____
Jared M. Wichnovitz, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2025, a true copy of the foregoing motion for special admission of attorney Jared M. Wichnovitz, Esq., was ~~filed~~ mailed and served upon all parties and counsel of record via e-mail as the undersigned does not have access to CM/ECF at the time of the undersigned drafting this motion.

/s/ Jared M. Wichnovitz, Esq.