# Law Offices of Jared M. Wichnovitz, P.C.



June 9, 2025

**VIA OVERNIGHT MAIL (USPS)**
Clerk's Office
United States District Court
Middle District of Florida
801 North Florida Avenue, 2nd Floor
Tampa, Florida 33602

    **RE:**   **Shannon Olson v. Takeda Pharmaceuticals, USA, et. al.**
           Case No: 8:23-cv-00590-TPB-CPT

Dear Sir/Madam:

    Please be advised that this office is seeking to be granted special permission to represent the Plaintiff on the above-referenced matter. Pursuant to my phone conversation on Friday, June 6, 2025, with an individual from your office, please see the enclosed materials listed below.

- Check #353 made out to the Clerk – United States District Court for the Pro Hac Vice fee; and
- The undersigned's motion for Pro Hac Vice (4 pages).

    Thank you for your time and efforts. Should anything additional be needed, please don't hesitate to contact me directly.

                                                     Respectfully,
                             Law Offices of Jared M. Wichnovitz, P.C.

                             /s/ *Jared M. Wichnovitz*
                                       Jared M. Wichnovitz, Esq.
                                          Principal Attorney

Enc.

Cc: Andrew McKinley, Esq. (w/ enc., w/o check)
     Shannon Olson (w/o enc.)