**USPS PRIORITY MAIL EXPRESS — FLAT RATE ENVELOPE**

ER 212 636 228 US

FROM:
Law Offices of Jared Wichnovitz
50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, New Jersey 07030

TO:
Clerk
United States District Court
Middle District of Florida, Tampa
801 North Florida Avenue, 2nd Floor
Tampa, Florida 33602

PO ZIP Code: 10309
Scheduled Delivery Date: 6-10-25
Postage: $31.40
Date Accepted: 6-9-25
Time Accepted: 4:20 PM
Acceptance Employee Initials: JF
Total Postage & Fees: $31.40

Screened by USMS

EP13F October 2023
OD: 12 1/2 x 9 1/2
PS10001000006



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.