UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHANNON OLSON<br><br>*Plaintiff,*<br><br>-vs-<br><br>TAKEDA PHARMACEUTICALS, USA, Inc., et al.,<br><br>*Defendants* | Civil Action No.: 8:23-cv-00590-TPB-CPT<br><br>NOTICE OF APPEARANCE |

To: The Clerk of Court and
    All parties of Record:

PLEASE BE ADVISED:

As of June 16, 2025, I have been admitted Pro Hac Vice to practice before this Court, and I hereby enter my appearance as counsel and designated trial counsel for Plaintiff Shannon Olson in the above-captioned matter.

THE LAW OFFICES OF JARED M. WICHNOVITZ, P.C.
Attorneys for Plaintiff Shannon Olson

By: /s/ *Jared M. Wichnovitz*
JARED M. WICHNOVITZ, ESQ.
N.J. Bar ID 414022022 (*Pro Hac Vice Granted*)
Law Offices of Jared M. Wichnovitz, P.C.
50 Harrison Street, Suite 206
Hoboken, New Jersey 07030
Office: (732) 765-2157
Fax: (732) 358-0178
Email: Jared@WichnovitzLaw.com

Dated: June 17, 2025