# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SHANNON OLSON,

        Plaintiff,

v.

TAKEDA PHARMACEUTICALS
AMERICA, INC., JODI GAYLE-
GARCIA, in her individual and official
capacities, MATTHEW HAND, in his
individual and official capacities,
GREGORY CROUCH, in his individual
and official capacities, CHRISTINE
MEALEY, in her individual and official
capacities, HEIDI MILLER, in her
individual and official capacities,

        Defendants.

**CASE NO: 8:23-CV-00590-TPB-CPT**


**PROPOSED ORDER**

Before the Court is a Motion to Withdraw as Plaintiff's Counsel of Record (Doc. 103) brought by Rachel Lee Dreher of Dreher Law Group, PLLC, counsel of record for Plaintiff, Shannon Olson. Ms. Dreher notes in her motion that Plaintiff has chosen Mr. Jared M. Wichnovitz to represent her interests going forward. Ms. Dreher notes her Motion for withdrawal was brought at the request of the Plaintiff. Ms. Dreher further notes that Mr. Wichnovitz retains all case-related materials and this withdrawal will not cause any delay or prejudice to the proceedings.

Accordingly, having reviewed this Motion, and good cause appearing,

**IT IS ORDERED**

**(1)** Rachel Lee Dreher is hereby withdrawn as Counsel of Record for the Plaintiff, Shannon Olson;

**(2)** Jared M. Wichnovitz is hereby recognized as Counsel of Record for the Plaintiff, Shannon Olson;

Dated this _____ day of June, 2025.

_____
Honorable Christopher P. Tuite
United States District Judge