# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SHANNON OLSON,<br><br>        Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>        Defendants. | **CASE NO: 8:23-CV-00590-TPB-CPT** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

TO THE HONORABLE CHRISTOPHER P. TUITE, UNITED STATES DISTRICT COURT JUDGE:

    Rachel Lee Dreher of Dreher Law Group PLLC, counsel of record for Plaintiff Shannon Olson, respectfully requests permission to withdraw as counsel in the above-captioned matter because the Plaintiff has retained Jared M. Wichnovitz to represent her in this matter. Mr. Wichnovitz filed a notice of appearance in the matter on behalf of the Plaintiff on June 17, 2025.

Mr. Wichnovitz was selected by Plaintiff to continue her representation in this matter. Thus, the Plaintiff is aware of the pendency of this motion, as it has been made at her request, and they will receive service of this motion upon it's filing through their new counsel.

Mr. Wichnovitz retains all case-related materials, and the client's decision to retain him ensures continued representation, this withdrawal will not cause any delay or prejudice to the procedures.

I conferred with Defense Counsel, who has no objection to this Motion.

For these reasons, Rachel Lee Dreher respectfully requests that the Court grant this motion, allowing her to withdrawal as counsel of record and formally recognizing Jared M. Wichnovitz as the attorney of record for the Plaintiff.

RESPECTFULLY SUBMITTED this 24th day of June 2025.

BY:
/s/ *Rachel Dreher*
Rachel Dreher
Dreher Law Group, PLLC
631 Lucerne Ave., Ste 53
Lake Worth Beach, FL  33436
Telephone: (561) 801-8661
Email: dreherlawgroup@gmail.com
*Attorney for Plaintiff*

## Certificate of Rachel Lee Dreher

I hereby certify that beginning June 17, 2025, Plaintiff chose to retain Mr. Jared M. Wichnovitz, to represent her. Whereas Ms. Dreher's services were no longer needed. The Plaintiff remains apprised of the status of the case through Mr. Jared M. Wichnovitz and will be notified of the pendency of this motion upon service of this motion to the parties. This motion has been made upon the Plaintiffs' request.

BY:

*/s/ Rachel Lee Dreher*
Rachel Lee Dreher

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, the undersigned certifies that counsel for the movant conferred with counsel for the Defendant on June 24, 2025, regarding the relief requested in the Motion to Withdraw as Counsel. Counsel for the Defendant stated that he did not object to the Motion.

BY:

*/s/ Rachel Lee Dreher*
Rachel Lee Dreher

## **Certificate of Service**

I hereby certify that on this 24th day of June 2025, I served a copy of this Motion to Withdraw as Counsel upon all interested parties registered to receive electronic filings via the Courts ECF system.

BY:

*/s/ Rachel Lee Dreher*
Rachel Lee Dreher