UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHANNON OLSON,<br><br>        Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., JODI GAYLE-GARCIA, in her individual and official capacities, MATTHEW HAND, in his individual and official capacities, GREGORY CROUCH, in his individual and official capacities, CHRISTINE MEALEY, in her individual and official capacities, HEIDI MILLER, in her individual and official capacities,<br><br>        Defendants. | **CASE NO: 8:23-CV-00590-TPB-CPT**<br><br><br>**PROPOSED ORDER** |

Before the Court is an Unopposed Motion to Withdraw as Plaintiff's Counsel of Record (Doc. 105) brought by Rachel Lee Dreher of Dreher Law Group, PLLC, counsel of record for Plaintiff, Shannon Olson. Ms. Dreher notes in her motion that Plaintiff has chosen Mr. Jared M. Wichnovitz to represent her interests going forward. Ms. Dreher notes her Motion for withdrawal was brought at the request of the Plaintiff. Ms. Dreher further notes that Mr. Wichnovitz retains all case-related materials and this withdrawal will not cause any delay or prejudice to the proceedings. Further, counsel for the Defendant did not object to the Motion.

Accordingly, having reviewed this Motion, and good cause appearing,

**IT IS ORDERED**

**(1)**   Rachel Lee Dreher is hereby withdrawn as Counsel of Record for the Plaintiff, Shannon Olson;

**(2)**   Jared M. Wichnovitz is hereby recognized as Counsel of Record for the Plaintiff, Shannon Olson;

Dated this ____ day of June, 2025.

_____
Honorable Christopher P. Tuite
United States District Judge