UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANNON OLSON,

    Plaintiff,

v.   Case No. 8:23-cv-590-TPB-CPT

TAKEDA PHARMACEUTICALS
AMERICA, INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on July 1, 2025. (Doc. 107). Judge Tuite recommends that Defendant Takeda Pharmaceuticals America, Inc.'s "Motion to Determine Entitlement to Attorney's Fees and Expenses" (Doc. 84) be granted. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. The motion to determine entitlement to attorney's fees is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 107) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Defendant's Motion to Determine Entitlement to Attorney's Fees and Expenses" (Doc. 84) is **GRANTED.**

(3) Defendant is directed to file a motion to determine the amount of attorney's fees and costs within the time prescribed by Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>18th</u> day of July, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE