**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| SHANNON OLSON,<br><br>Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Defendant. | Case No: 8:23-CV-00590-TPB-CPT |

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE A MOTION TO DETERMINE AMOUNT OF ATTORNEY'S FEES AND EXPENSES**

Plaintiff Shannon Olson and Defendant Takeda Pharmaceuticals America, Inc., pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, jointly submit this Motion to Extend the Deadline to File a Motion to Determine Amount of Attorney's Fees and Expenses, and state:

1. On February 13, 2025, Takeda filed a Motion to Determine Entitlement to Attorney's Fees and Expenses. (Dkt. 84.)

2. On July 1, 2025, Magistrate Judge Tuite recommended Takeda's motion on entitlement to fees and expenses be granted. (Dkt. 107.) This Court adopted the Report and Recommendation on July 18, 2025. (Dkt. 108.)

3. According to the bifurcated procedure outlined in Local Rule 7.01, Takeda must file a supplemental motion on the amount of fees and expenses.

4. On August 29, 2025, the Court granted the Parties' joint motion to extend the deadline for the filing of Takeda's supplemental motion on the amount

of attorney's fees and expenses from September 2, 2025 to September 23, 2025. (Dkt. 110.)

5. The Parties remain engaged in discussions to determine whether the outstanding disputes may be resolved without the need for further Court action, and they request an additional 7 days to determine whether a final resolution may be reached.

6. This request for an extension of time has been made in good faith and is not sought for the purposes of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1. No party will prejudiced by this extension. This is the second extension request for Takeda's supplemental motion on amount of fees and expenses.

7. Accordingly, the Parties request a 7-day extension for the filing of Takeda's supplemental motion on the amount of attorney's fees and expenses, through and including September 30, 2025.

## RULE 3.01(g) CERTIFICATION

As required by Rule 3.01(g), the undersigned certify that they have conferred and that all Parties agree to the relief requested.

Respectfully submitted September 22, 2025.

**THE LAW OFFICES OF JARED M. WICHNOVITZ, P.C.**

By: *_/s/ Jared M. Wichnovitz_*
JARED M. WICHNOVITZ, ESQ.
N.J. Bar ID 414022022 (*Pro Hac Vice Granted*)
Law Offices of Jared M. Wichnovitz, P.C.
50 Harrison Street, Suite 206
Hoboken, New Jersey 07030
Office: (732) 765-2157
Fax: (732) 358-0178
Email: Jared@WichnovitzLaw.com

*Attorney for Plaintiff*

**SEYFARTH SHAW LLP**

By: *_/s/ Andrew M. McKinley_*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I caused the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will electronically send notification of such filing to all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley