# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHANNON OLSON,

Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC.,

Defendant.

Case No: 8:23-CV-00590-TPB-CPT

**DECLARATION OF ANDREW M. MCKINLEY**

I, Andrew M. McKinley, declare as follows:

1.

I am over the age of 18, and I am of competent mind to give this Declaration. The facts set out in this Declaration are based on my personal knowledge and records reasonably accessible to me.

2.

I am a partner at the law firm of Seyfarth Shaw LLP and lead counsel for Defendant Takeda Pharmaceuticals America, Inc. in connection with this action.

3.

I have been a practicing attorney since 2012 and have been a partner with Seyfarth Shaw LLP since January 2022. I graduated with honors from the Emory University School of Law, where I served as an Executive Managing Editor of the *Emory Law Journal*. I also previously served as a law clerk to the Honorable Karla R. Spaulding of the U.S. District Court for the Middle District of Florida, Orlando

Division, from approximately January 2015 to August 2016. Since joining Seyfarth Shaw, I have focused my practice in the area of employment law, including in courts throughout Florida, including the Middle District of Florida, and the country more broadly. I have also served as the Head of Seyfarth's Worker Classification Group.

4.

Seyfarth Shaw LLP has represented Takeda throughout the pendency of this matter. Takeda was originally represented by Alex Meier, who was initially the lead partner in this matter. I took over for Mr. Meier as lead counsel in May 2024, after Meier left Seyfarth Shaw. Since then, I have acted as the lead partner in this matter. Similarly, Shannon Cherney took over for Mariame Dangnokho as the responsible associate, following Ms. Dangnokho's departure from the firm.

5.

I am familiar with the background of Seyfarth Shaw attorneys, paralegals, and other persons who have billed to this matter. It is my opinion that these individuals were properly tasked according to their backgrounds and experience levels in connection with this case.

6.

I have reviewed the hourly rates charged by each individual in connection with this case. It is my opinion, based on my knowledge of the market and rates charged to other clients, that the hourly rates charged for the individuals in this

matter are reasonable and consistent with their backgrounds and experience levels. The hourly rates and hours billed for the case participants are as follows:

| **Legal Professional** | **Title** | **Hourly Rate Billed** | **Total Hours Billed** |
|---|---|---|---|
| Andrew McKinley | Partner | $700.00 until 12/31/24; $755 thereafter | 190.3 |
| Alex Meier | Partner | $700.00 | 64.8 |
| Shannon Cherney | Associate | $490.00 until 12/31/24; $555 thereafter | 236.4 |
| Mariame Dangnokho | Associate | $515.00 | 48.7 |
| Lisa Gonzalez | Paralegal | $335.00 until 12/31/24; $360 thereafter | 30.4 |

7.

Alex Meier is a former partner with Seyfarth Shaw LLP, specializing in employment law. He became a partner in January 2023, before starting his own law firm in 2024. Mr. Meier graduated from the Emory University School of Law, where he served on the *Emory Bankruptcy Developments Journal*. Mr. Meier clerked for the Honorable William C. O'Kelley of the U.S. District Court for the Northern District of Georgia. Mr. Meier has been recognized as a "Ones to Watch" lawyer for Best Lawyers in America from 2022 through 2025.

8.

Shannon Cherney graduated with honors from Emory University School of Law in 2023, and has been an associate with Seyfarth Shaw since 2023, specializing in employment law. At Emory, Ms. Cherney was on the Philip C.

Jessup International Moot Court Team and was elected to the Order of the Barristers.

9.

Mariame Dangnokho graduated from the Georgetown University Law Center in 2021. Ms. Dangnokho was a Senior Notes Editor for the *Georgetown Journal of Poverty Law and Policy*. She was an associate with Seyfarth Shaw LLP, specializing in employment law, from 2021 until she left the firm in 2023.

10.

Lisa Gonzalez is a paralegal who joined Seyfarth Shaw in 2019. Ms. Gonzalez graduated with a Bachelor of Business Administration from Hofstra University. She received her paralegal certificate from Adelphi University in 1992 and has worked as a paralegal for over 30 years.

11.

Seyfarth Shaw regularly researches and evaluates going market rates for comparable legal services, and accordingly sets its own hourly rates to remain competitive in the marketplace.

12.

The rates cited for the above-referenced individuals were the rates actually billed to Takeda for the work performed in this litigation. Those rates reflect a discount from Seyfarth Shaw's standard rates and are in line with what Seyfarth Shaw has charged for other cases in Florida, including in the Tampa area and Middle District of Florida, for associates and partners of similar experience levels.

In fact, I have billed at similar—and higher—rates in Tampa personally in other employment matters.

13.

It is the regular practice of all attorneys, paralegals, and other timekeepers at Seyfarth Shaw to record their time spent on each matter for each client. It is the regular practice of the firm to sort each timekeeper's entries by client and matter and to bill its client in the amounts incurred in connection with each matter in which fees or expenses were incurred for the relevant time period.

14.

Attached as Exhibit 1 is a true and copy of billing records setting forth each timekeepers' tasks in chronological order during the pendency of this case, with appropriate redactions for attorney-client privilege. I have redacted information from the records, including (1) billing items for which no recovery is sought; (2) information related to Olson's medical providers; and (3) items that I believe require redaction to adequately preserve attorney-client privilege and/or work-product. Although I believe that redacted information is unnecessary to address Takeda's motion to determine the fee amount, Takeda is willing to provide unredacted records upon request, with appropriate protections. Takeda's provision of records is solely to facilitate the Court's analysis and comply with applicable local rules, and it is not intended to waive any privilege or protection. I have reviewed each task on the billing record submitted, and it is my opinion that the charges not removed are not excessive duplicative, clerical, or otherwise

unreasonable. These billing records were created at or near the time of the matters described therein, in the course of Seyfarth Shaw's regularly conducted business, by individuals with knowledge of the matters discussed therein, and are maintained in the regular course of Seyfarth Shaw's business. The billing records identify a number of individuals/entities relevant to the litigation. Apart from Olson's counsel, those individuals are detailed in the table below, in order of appearance in the records:

| Name | Role |
| --- | --- |
| Ellen McLaughlin | Partner at Seyfarth Shaw LLP |
| Sonali Das | Counsel for Takeda |
| Jodi Gayle-Garcia | Former individual defendant |
| Matthew Hand | Former individual defendant |
| Donna Holdren | Case management supervisor for Takeda |
| Lighthouse Global | eDiscovery vendor for Takeda |
| Susi Stoner | Senior Project Manager at Lighthouse Global |
| Sara Meyers | eDiscovery Counsel for Takeda |
| Thomas Gilbert | Lighthouse Global employee |
| Sherri Haines | Leave Administration Lead at Takeda |
| Heidi Miller | Employee Relations Partner at Takeda |
| Gregory Crouch | Former individual defendant |
| Irving Forestier | Employee Relations Manager at Takeda |
| Matt Sheridan | Rule 30(b)(6) corporate representative |
| Mary Elizabeth "Beth" Denmark/Dean | Rule 30(b)(6) corporate representative |

15.

It is my opinion, based on my experience in other employment discrimination matters, that the number of hours billed in this matter were reasonable and necessary in light of the specific tasks involved, the attorneys' levels of experience, and the work required to litigate this case.

16.

Takeda also seeks to recover its non-taxable expenses in the amount of $6,559.16. I verify that these expenses were actually incurred in this case. Takeda has attached true and correct copies of receipts of expenses, other than those already submitted with Takeda's pending Bill of Costs, for which Takeda seeks recovery. These expenses were actually incurred in this litigation, and the receipts relevant to those expenses are attached hereto as Exhibit 2.

17.

In my opinion, the thorough and successful litigation of this case depended on the time and labor spent that resulted in the attorney's fees and expenses that Takeda seeks to recover. To that end, I believe that the reasonableness is further supported by the results achieved—i.e., either dismissal or summary judgment in Takeda's favor on all claims asserted against it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2025.

Andrew McKinley

____________________________________

Andrew McKinley

# EXHIBIT 1

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

April 27, 2023

Invoice No. 4213079
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through March 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 03/16/23 | A. Meier | 0.40 | 280.00 | Analyze complaint and position statement for S. Olson litigation. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 03/21/23 | A. Meier | 0.40 | 280.00 | Conduct research regarding case activity in filed litigation by M. Yoder. |
| 03/21/23 | A. Meier | 0.40 | 280.00 | Draft emails to E. McLaughlin regarding initial case analysis and recommendations. |
| 03/21/23 | A. Meier | 0.30 | 210.00 | Telephone call with Littler counsel regarding experience with opposing counsel. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 03/23/23 | A. Meier | 0.20 | 140.00 | Revise litigation hold. |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

May 19, 2023

Invoice No. 4231849
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through April 30, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 04/10/23 | A. Meier | 0.50 | 350.00 | Telephone call with S. Das regarding [redacted]. |

| | | |
|---|---|---|
| **Total Hours** | **0.50** | |
| **Total Fees** | | **$350.00** |
| **Total Fees And Disbursements This Statement** | | **$350.00** |

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

July 11, 2023

Invoice No. 4268512
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through May 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 05/15/23 | A. Meier | 0.20 | 140.00 | Review docket for activity and draft email update to S. Das. |

**Total Hours** **0.20**

**Total Fees** **$140.00**

**Total Fees And Disbursements This Statement** **$140.00**

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

July 11, 2023

Invoice No. 4268510
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through June 30, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 06/07/23 | M. Dangnokho | 0.40 | 206.00 | Strategy call with A. Meier. regarding upcoming filings. |
| 06/07/23 | A. Meier | 0.50 | 350.00 | Call with S. Das regarding [redacted]. |
| 06/07/23 | A. Meier | 0.40 | 280.00 | Analyze potential bases to move to dismiss plaintiff's complaint. |
| 06/07/23 | A. Meier | 0.30 | 210.00 | Draft email to opposing counsel and request information regarding lead counsel and dismissal of Takeda entities. |
| 06/08/23 | M. Dangnokho | 2.60 | 1,339.00 | Prepare Motion to show cause regarding Plaintiff's counsel's failure to file pro hac. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 06/09/23 | M. Dangnokho | 1.20 | 618.00 | Motion for extension of time for service and Defendants response to Complaint. |
| 06/09/23 | M. Dangnokho | 0.50 | 257.50 | Prepare Defendant's Corporate disclosure statement. |
| 06/09/23 | A. Meier | 0.50 | 350.00 | Review pro hac application and prior filings from M. Yoder regarding disclosure of residence. |
| 06/12/23 | A. Meier | 0.40 | 280.00 | Conduct research regarding M. Yoder's identification of state of residence. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 06/12/23 | A. Meier | 0.60 | 420.00 | Draft response in opposition to motion for special admission. |
| 06/12/23 | A. Meier | 0.30 | 210.00 | Revise draft motion for extension of time to answer complaint. |
| 06/14/23 | M. Dangnokho | 0.30 | 154.50 | Outlining complaint arguments. |
| 06/14/23 | M. Dangnokho | 0.20 | 103.00 | Finalize Defendant's disclosure and motion filings. |
| 06/21/23 | M. Dangnokho | 6.40 | 3,296.00 | Outlining Plaintiff's complaint to strategize motion to dismiss arguments. |
| 06/22/23 | M. Dangnokho | 0.50 | 257.50 | Gather religious accommodation motion to dismiss briefings and potential arguments. |
| 06/27/23 | A. Meier | 0.30 | 210.00 | Review complaint and draft email to M. Dangnokho regarding bases to move to dismiss. |
| 06/29/23 | M. Dangnokho | 1.20 | 618.00 | Strategize motion to dismiss arguments. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 06/29/23 | A. Meier | 0.30 | 210.00 | Draft emails to M. Dangnokho regarding potential arguments for dismissal of complaint. |
| 06/30/23 | M. Dangnokho | 2.30 | 1,184.50 | Prepare motion to dismiss arguments outline. |
| [redacted] | [redacted] | [redacted] | [redacted] | |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

September 11, 2023

Invoice No. 4314166
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through July 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/05/23 | M. Dangnokho | 6.00 | 3,090.00 | Prepare Defendant's motion to dismiss plaintiff's complaint. |
| 07/06/23 | M. Dangnokho | 1.00 | 515.00 | Prepare Defendant's motion to dismiss defendant's complaint. |
| [redacted] | [redacted] | [redacted] | [redacted] | |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

August 8, 2023

Invoice No. 4291686
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through July 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/10/23 | M. Dangnokho | 5.00 | 2,575.00 | Prepare motion to dismiss argument section. |
| 07/10/23 | A. Meier | 0.20 | 140.00 | Draft emails to M. Dangnokho regarding preparation of motion to dismiss. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/18/23 | A. Meier | 0.60 | 420.00 | Review draft motion to dismiss claims against Takeda. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/18/23 | A. Meier | 0.20 | 140.00 | Draft email to M. Yoder attempting to confer on bases for motion to dismiss. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/20/23 | M. Dangnokho | 2.00 | 1,030.00 | Prepare cover motion for defendants motion to dismiss and insert case citation links and pull exhibits in advance of filing. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 07/20/23 | A. Meier | 2.40 | 1,680.00 | Revise facts and argument section of motion to dismiss. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 07/20/23 | A. Meier | 0.90 | 630.00 | Analyze complaint and identify additional potential bases to move to dismiss. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 07/21/23 | A. Meier | 6.80 | 4,760.00 | Extensively revise draft motion to dismiss by adding case law regarding adverse employment action, disparate impact claim, intentional infliction of emotional distress, and impact of shotgun pleading on repleading obligation. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 07/22/23 | A. Meier | 3.30 | 2,310.00 | Continue to prepare motion to dismiss. |
| 07/22/23 | A. Meier | 0.20 | 140.00 | Draft additional conferral email to M. Yoder regarding bases for motion to dismiss by Takeda. |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | [redacted] | | |
| [redacted] | | | | [redacted] |
| [redacted] | | | | [redacted] |

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

September 11, 2023

Invoice No. 4314196
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through August 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/07/23 | A. Meier | 0.20 | 140.00 | Draft email to S. Das and Takeda team regarding [redacted]. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/24/23 | M. Dangnokho | 0.50 | 257.50 | Prepare redlined complaint and asses differences. |
| 08/24/23 | A. Meier | 0.40 | 280.00 | Analyze amended complaint and draft email providing update on next steps. |
| 08/25/23 | M. Dangnokho | 0.30 | 154.50 | Determine necessary information for joint case management order. |
| 08/25/23 | M. Dangnokho | 0.70 | 360.50 | Prepare wish list of document to request from Takeda. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/30/23 | M. Dangnokho | 4.30 | 2,214.50 | Prepare Takeda motion to dismiss Plaintiff's amended complaint. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | | |
| [redacted] | | | | [redacted] |
| [redacted] | | | | [redacted] |

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

September 29, 2023

Invoice No. 4326307
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through September 28, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/05/23 | M. Dangnokho | 1.00 | 515.00 | Revise Defendants memorandum of law in response to Plaintiff's motion to dismiss. |
| 09/05/23 | A. Meier | 0.40 | 280.00 | Revise motion to dismiss against Takeda. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/18/23 | A. Meier | 0.30 | 210.00 | Telephone call with opposing counsel regarding upcoming hearing and potential for settlement. |
| 09/18/23 | A. Meier | 0.70 | 490.00 | Prepare unopposed motion to continue hearing. |
| 09/19/23 | A. Meier | 0.20 | 140.00 | Revise and finalize draft joint motion to continue hearing. |
| 09/26/23 | A. Meier | 2.20 | 1,540.00 | Prepare for case management conference by reviewing motions to dismiss and case docket activity. |
| 09/26/23 | A. Meier | 0.30 | 210.00 | Telephone call with S. Das regarding [redacted]. |
| 09/26/23 | A. Meier | 1.10 | 770.00 | Attend case management conference. |
| 09/27/23 | A. Meier | 0.40 | 280.00 | Review and analyze response to motions to dismiss. |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

November 6, 2023

Invoice No. 4357632
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
ATTN: Larry Borska

---

For legal services rendered through October 31, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 10/05/23 | A. Meier | 0.20 | 140.00 | Draft emails to M. Yoder regarding mediator selection. |
| 10/23/23 | M. Dangnokho | 1.80 | 927.00 | Prepare Defendant's Initial disclosures. |

**Total Hours** **2.00**

**Total Fees** **$1,067.00**

[redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

December 12, 2023

Invoice No. 4387189
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
Attn: Larry Borska

---

For legal services rendered through November 30, 2023

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 11/03/23 | A. Meier | 0.60 | 420.00 | Revise draft initial disclosures. |
| 11/10/23 | A. Meier | 0.30 | 210.00 | Draft emails to M. Yoder regarding initial disclosures and status of demand request. |
| 11/13/23 | M. Dangnokho | 10.50 | 5,407.50 | Prepare Defendant's first set of requests for production, interrogatories, and admissions. |
| 11/13/23 | A. Meier | 0.30 | 210.00 | Draft emails to M. Dangnokho regarding preparation of initial discovery requests. |
| 11/20/23 | A. Meier | 1.30 | 910.00 | Revise initial discovery requests to plaintiff. |
| 11/20/23 | A. Meier | 0.30 | 210.00 | Draft email to M. Yoder regarding provision of initial discovery, failure to provide initial disclosures, and concerns regarding participation in discovery. |
| 11/27/23 | A. Meier | 0.90 | 630.00 | Draft email to S. Das providing [redacted] in advance of mediation. |
| 11/27/23 | A. Meier | 0.90 | 630.00 | Formulate strategy regarding mediation with plaintiff. |
| 11/27/23 | A. Meier | 0.30 | 210.00 | Review case activity in other litigation filed by M. Yoder. |
| 11/29/23 | A. Meier | 0.50 | 350.00 | Analyze order granting in part motion to dismiss. |
| 11/30/23 | A. Meier | 0.20 | 140.00 | Draft email to M. Yoder regarding initial disclosures and order on motion to dismiss. |

**Total Hours** **16.10**

**Total Fees** **$9,327.50**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

**Total Fees And Disbursements This Statement** **$9,327.50**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** January 22, 2024

**INVOICE NUMBER:** 4412081
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
730 Stockton Dr.
Attn: Larry Borska
Exton, PA 19341

**Shannon Olson Lawsuit**

For legal services rendered through January 22, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 12/04/23 | A. Meier | 0.60 | 420.00 | Review court order and prepare for call with S. Das regarding [redacted]. |
| 12/04/23 | A. Meier | 0.20 | 140.00 | Draft email to opposing counsel regarding mediation and demand status. |
| 12/04/23 | A. Meier | 0.30 | 210.00 | Telephone call with S. Das regarding [redacted]. |
| 12/05/23 | A. Meier | 0.20 | 140.00 | Draft email to E. McLaughlin providing status update regarding litigation and mediation. |
| 12/05/23 | A. Meier | 0.20 | 140.00 | Draft emails to opposing counsel regarding upcoming mediation and failure to provide initial disclosures. |
| 12/05/23 | A. Meier | 0.50 | 350.00 | Provide case status update to S. Cherney and requests for research in advance of mediation. |
| 12/07/23 | A. Meier | 0.30 | 210.00 | Telephone call with opposing counsel regarding mediation and valuation of case. |
| 12/11/23 | A. Meier | 0.20 | 140.00 | Prepare for call with mediator in advance of mediation. |
| 12/11/23 | A. Meier | 0.50 | 350.00 | Telephone call with mediator regarding mediation considerations and case positioning. |
| 12/14/23 | S. Cherney | 3.50 | 1,715.00 | Research 11th Circuit and Middle District of Florida precedent for adverse action standards in religious accommodation claims and for undue hardship interpretation in disability claims. |
| 12/15/23 | A. Meier | 1.40 | 980.00 | Analyze amended complaint and additional potential arguments for potential renewed motion to dismiss and impact on mediation. |
| 12/15/23 | A. Meier | 0.70 | 490.00 | Draft emails to S. Cherney regarding preparation of renewed motion to dismiss. |
| 12/15/23 | A. Meier | 0.60 | 420.00 | Review research results prepared by S. Cherney for mediation. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 12/18/23 | A. Meier | 0.70 | 490.00 | Draft emails to S. Cherney regarding mediation research and preparation of motion to dismiss. |
| 12/20/23 | S. Cherney | 0.90 | 441.00 | Create draft Settlement Agreement in preparation for settlement mediation. |
| 12/21/23 | S. Cherney | 0.40 | 196.00 | Continue to create draft Settlement Agreement in preparation for settlement mediation. |
| 12/21/23 | A. Meier | 1.20 | 840.00 | Prepare for mediation. |
| 12/22/23 | A. Meier | 0.40 | 280.00 | Coordinate mediation rescheduling and provide [redacted] to S. Das. |
| 12/22/23 | S. Cherney | 0.40 | 196.00 | Draft Notice of Mediation to inform the Court that the mediation was rescheduled due to a death in the mediator's family. |
| 12/28/23 | A. Meier | 7.10 | 4,970.00 | Prepare motion to dismiss third amended complaint. |
| 12/28/23 | A. Meier | 0.90 | 630.00 | Analyze amended complaint and identify bases for dismissal. |
| 12/28/23 | A. Meier | 1.20 | 840.00 | Conduct research regarding potential for dismissal with prejudice based on failure to cure shotgun pleading deficiencies. |
| 12/28/23 | S. Cherney | 6.10 | 2,989.00 | Prepare draft Motion to Dismiss Plaintiff's Third Amended Complaint. |
| 12/29/23 | A. Meier | 0.30 | 210.00 | Draft emails to S. Cherney regarding mediation status and motion to dismiss filing. |

**Total Hours** **28.80**

**Total Fees** **$17,787.00**

**Total Fees and Disbursements This Statement** **$17,787.00**

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

February 29, 2024

Invoice No. 4438325
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
Attn: Larry Borska

---

For legal services rendered through January 31, 2024

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 01/04/24 | A. Meier | 0.30 | 210.00 | Draft email to M. Quintana providing copy of second amended complaint and motion to dismiss, as well as brief summary of arguments. |
| 01/05/24 | A. Meier | 5.10 | 3,570.00 | Representation at mediation and attempt to resolve litigation. |
| 01/05/24 | A. Meier | 0.20 | 140.00 | Draft email to S. Cherney regarding upcoming case activity and preparation of document requests to Takeda. |
| 01/09/24 | S. Cherney | 1.50 | 735.00 | Create document tracker by reviewing documents and correspondence received from client to-date. |
| 01/10/24 | A. Meier | 0.80 | 560.00 | Draft emails to S. Cherney regarding initial document requests to Takeda and review of response to motion to dismiss. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 01/11/24 | A. Meier | 0.40 | 280.00 | Review prior court orders regarding motions to dismiss; discuss status with E. McLaughlin. |
| 01/11/24 | A. Meier | 0.20 | 140.00 | Draft emails to M. Yoder regarding failure to provide initial disclosures and written discovery responses. |
| 01/12/24 | S. Cherney | 5.10 | 2,499.00 | Create document tracker by reviewing documents and correspondence received from client to-date to draft list of information needed from client for upcoming discovery. |
| 01/12/24 | A. Meier | 0.40 | 280.00 | Analyze plaintiff's response to renewed motion to dismiss. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 01/12/24 | A. Meier | 0.20 | 140.00 | Draft emails to M. Yoder regarding failure to provide timely discovery responses. |
| 01/17/24 | A. Meier | 0.30 | 210.00 | Formulate potential initial discovery strategy after denial of motion to dismiss. |
| 01/17/24 | A. Meier | 1.80 | 1,260.00 | Prepare for case management hearing, including review of motion to dismiss filings and outline argument for dismissal of claims. |
| 01/23/24 | A. Meier | 0.30 | 210.00 | Review and analyze order denying motion to dismiss. |
| 01/24/24 | S. Cherney | 2.50 | 1,225.00 | Prepare answer to plaintiff's third amended complaint per Court's 1/23/24 Order on Defendant's Motion to Dismiss. |
| 01/24/24 | A. Meier | 0.20 | 140.00 | Draft emails to S. Das regarding [redacted]. |
| 01/27/24 | S. Cherney | 2.60 | 1,274.00 | Continue to draft answer to plaintiff's third amended complaint per Court's 1/23/24 Order on Defendant's Motion to Dismiss. |
| 01/29/24 | S. Cherney | 2.00 | 980.00 | Continue to draft answer to Plaintiff's Third Amended complaint per Court's 1/23/24 Order on Defendant's Motion to Dismiss. |
| 01/30/24 | A. Meier | 2.30 | 1,610.00 | Revise draft answer to third amended complaint. |
| 01/31/24 | S. Cherney | 1.20 | 588.00 | Revise draft of Answer to Third Amended complaint to incorporate feedback from A. Meier. |
| 01/31/24 | S. Cherney | 1.80 | 882.00 | Review Plaintiff's responses to Defendant's Interrogatory requests to identify deficiencies in her responses. |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth



[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
WWW.SEYFARTH.COM

March 8, 2024

Invoice No. 4445442
000418 077869 / 077869-000210
W1S

Takeda
730 Stockton Dr.
Exton, PA 19341
Attn: Larry Borska

---

For legal services rendered through February 29, 2024

**Shannon Olson Lawsuit**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 02/02/24 | S. Cherney | 1.00 | 490.00 | Review new [redacted] data received from client to incorporate into draft answer to Plaintiff's Third Amended Complaint. |
| 02/02/24 | A. Meier | 0.40 | 280.00 | Draft emails to S. Cherney regarding revisions to answers based on documents and information provided by [redacted]. |
| 02/05/24 | S. Cherney | 1.40 | 686.00 | Review additional [redacted] data regarding [redacted] received from client to incorporate into draft answer to Plaintiff's Third Amended Complaint. |
| 02/06/24 | S. Cherney | 0.80 | 392.00 | Review new information incorporated into Answer and prepare Answer for filing. |
| 02/06/24 | A. Meier | 0.30 | 210.00 | Revise and finalize draft answer. |
| 02/20/24 | A. Meier | 0.40 | 280.00 | Draft emails to S. Cherney regarding initial document collection and timing regarding plaintiff's deposition. |
| 02/22/24 | A. Meier | 0.50 | 350.00 | Draft email to S. Das providing [redacted]. |
| 02/23/24 | A. Meier | 0.30 | 210.00 | Draft follow-up emails to S. Das providing clarification regarding [redacted]. |
| 02/23/24 | A. Meier | 0.30 | 210.00 | Draft emails to S. Das regarding [redacted]. |

**Total Hours** **5.40**

| | |
|---|---|
| **Total Fees** | **$3,108.00** |
| **Total Fees And Disbursements This Statement** | **$3,108.00** |

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** May 31, 2024

**INVOICE NUMBER:** 50050021
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

**Shannon Olson Lawsuit**

For legal services rendered through April 30, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 04/11/24 | A. McKinley | 0.50 | 350.00 | Strategize concerning documents needed for potential affirmative production prior to discovery deadline. |
| 04/11/24 | S. Cherney | 0.40 | 196.00 | Review and revise discovery plan with A. McKinley. |
| 04/15/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning potential discovery issues and document collection. |
| 04/16/24 | S. Cherney | 1.50 | 735.00 | Review initial disclosures to develop potential supplemental witness list and review client documents to further develop discovery strategy for A. McKinley. |
| 04/22/24 | A. McKinley | 0.10 | 70.00 | Respond to D. Holdren concerning Lighthouse and document collection. |
| 04/23/24 | A. McKinley | 0.10 | 70.00 | Strategize in advance of call to discuss ESI status and next steps. |
| 04/24/24 | A. McKinley | 0.90 | 630.00 | Prepare for eDiscovery call, attend same, and strategize concerning action items following same. |
| 04/24/24 | S. Cherney | 0.50 | 245.00 | Review document production requests and status and meet with client and production vendor to develop production plan. |
| 04/28/24 | S. Cherney | 1.00 | 490.00 | Prepare list of alleged facts and Takeda's position to frame document review for affirmative discovery production. |
| 04/29/24 | S. Cherney | 0.70 | 343.00 | Continue to prepare list of alleged facts and Takeda's position to frame document review for affirmative discovery production. |
| 04/30/24 | A. McKinley | 0.30 | 210.00 | Begin revising and supplementing memorandum of topics for ESI collection. |

**Total Hours** **6.40**

**Total Fees** **$3,619.00**

| | |
|---|---|
| **Total Fees and Disbursements This Statement** | **$3,619.00** |

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** June 14, 2024

**INVOICE NUMBER:** 50060754
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through May 31, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 05/01/24 | A. McKinley | 0.10 | 70.00 | Communicate with S. Stoner concerning ESI topics. |
| 05/01/24 | A. McKinley | 0.70 | 490.00 | Begin revising and supplementing memorandum of topics for ESI collection. |
| 05/02/24 | A. McKinley | 0.60 | 420.00 | Prepare for and attend ESI-related call with Lighthouse team. |
| 05/02/24 | S. Cherney | 0.90 | 441.00 | Meet with client and discovery team to develop key word searches and provide team with pertinent case facts. |
| 05/14/24 | L. Gonzalez | 0.10 | 33.50 | Review court's order denying motion to substitute counsel and recently updated local rules; Draft correspondence to A. McKinley and A. Meier regarding same. |
| 05/14/24 | A. McKinley | 0.30 | 210.00 | Respond to Lighthouse time concerning narrowed ESI terms. |
| 05/15/24 | A. McKinley | 0.20 | 140.00 | Communicate with Lighthouse team concerning ESI collection hits. |
| 05/15/24 | A. McKinley | 0.20 | 140.00 | Review and strategize concerning email from Lighthouse concerning ESI status. |
| 05/16/24 | A. McKinley | 0.10 | 70.00 | Respond to email from K. Hughes concerning ESI collection inquiry from Lighthouse team. |
| 05/17/24 | A. McKinley | 0.40 | 280.00 | Review email from Lighthouse team concerning ESI parameters, strategize concerning temporal limits, and respond to same. |
| 05/17/24 | S. Cherney | 1.10 | 539.00 | Review client documents to determine proper date ranges for Lighthouse initial keyword search. |
| 05/29/24 | A. McKinley | 0.10 | 70.00 | Email Lighthouse team concerning potential further culling of ESI collection. |
| 05/29/24 | A. McKinley | 0.10 | 70.00 | Respond to S. Meyers concerning ESI issues. |

| | | |
|---|---|---|
| **Total Hours** | **4.90** | |
| **Total Fees** | | **$2,973.50** |
| **Total Fees and Disbursements This Statement** | | **$2,973.50** |

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** August 9, 2024

**INVOICE NUMBER:** 50107680
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through June 30, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 06/03/24 | A. McKinley | 0.20 | 140.00 | Communicate with S. Das concerning [redacted] as discovery comes to close. |
| 06/05/24 | S. Cherney | 0.60 | 294.00 | Meet with client and Lighthouse team to strategize review protocol based on review sets created and prepare to review sample set. |
| 06/05/24 | A. McKinley | 0.30 | 210.00 | Prepare for and attend ESI call with Lighthouse and Takeda ESI team. |
| 06/10/24 | A. McKinley | 0.60 | 420.00 | Communicate with Lighthouse team concerning revisions to issue tags, and strategize concerning additional custodians. |
| 06/10/24 | A. McKinley | 2.30 | 1,610.00 | Draft ESI review memo for review team. |
| 06/11/24 | A. McKinley | 0.10 | 70.00 | Respond to D. Holdren concerning additional custodian collection. |
| 06/11/24 | A. McKinley | 0.50 | 350.00 | Call with S. Das concerning [redacted] as discovery closes. |
| 06/11/24 | A. McKinley | 0.70 | 490.00 | Revise and supplement ESI review memo following feedback on same. |
| 06/11/24 | A. McKinley | 0.20 | 140.00 | Review and respond to email from Lighthouse team, and update memo with respect to coding items. |
| 06/11/24 | S. Cherney | 0.70 | 343.00 | Review First Pass Document Review Memorandum to prepare review protocol and train Lighthouse review team. |
| 06/12/24 | A. McKinley | 0.90 | 630.00 | Attend call with Lighthouse team concerning ESI review memorandum and review project. |
| 06/12/24 | S. Cherney | 1.00 | 490.00 | Attend meeting with Lighthouse review team to determine scope of document review and appropriate review protocols. |
| 06/13/24 | A. McKinley | 0.20 | 140.00 | Revise and supplement ESI review memo in light of call with Lighthouse team. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 06/13/24 | S. Cherney | 1.60 | 784.00 | Revise First Pass Document Review Memorandum based on feedback from meeting with Lighthouse team and review search hits for sample documents to use in Lighthouse review training. |
| 06/14/24 | A. McKinley | 0.20 | 140.00 | Prepare for training of ESI review team. |
| 06/14/24 | A. McKinley | 1.50 | 1,050.00 | Conduct training for ESI review team. |
| 06/14/24 | A. McKinley | 0.20 | 140.00 | Review email from T. Gilbert concerning feedback from initial set of documents reviewed. |
| 06/14/24 | S. Cherney | 1.50 | 735.00 | Conduct document protocol review and training for Lighthouse reviewers for the first pass document review with A. McKinley. |
| 06/17/24 | A. McKinley | 0.50 | 350.00 | Review initial document tagging set from Lighthouse team, and email Lighthouse team with feedback from same. |
| 06/17/24 | A. McKinley | 0.20 | 140.00 | Review and respond to tagging question from ESI review team. |
| 06/18/24 | S. Cherney | 0.40 | 196.00 | Review Initial Disclosures and cross reference with document review to determine if amendment to witness list is needed. |
| 06/19/24 | A. McKinley | 0.60 | 420.00 | Review and analyze [redacted] documents provided by [redacted], and email S. Das concerning [redacted]. |
| 06/19/24 | S. Cherney | 1.00 | 490.00 | Continue to review Initial Disclosures and cross reference with document review to determine if amendment to witness list is needed. |
| 06/20/24 | A. McKinley | 0.50 | 350.00 | Review and respond to emails from S. Das and S. Haines concerning [redacted]. |
| 06/24/24 | A. McKinley | 0.10 | 70.00 | Email T. Gilbert regarding ESI issues. |
| 06/24/24 | A. McKinley | 2.80 | 1,960.00 | Review documents marked by ESI review team, to narrow documents to Ready and Further Review categories. |
| 06/25/24 | A. McKinley | 0.50 | 350.00 | Collect additional documents to be uploaded into review platform. |
| 06/25/24 | A. McKinley | 0.10 | 70.00 | Communicate with H. Miller and S. Das concerning [redacted]. |
| 06/27/24 | A. McKinley | 0.50 | 350.00 | Strategize concerning Plaintiff's deposition, including logistics for same, and email opposing counsel requesting availability. |
| 06/27/24 | A. McKinley | 0.20 | 140.00 | Respond to questions from Lighthouse team concerning preparation of anticipated production set. |
| 06/27/24 | A. McKinley | 0.60 | 420.00 | Interview H. Miller. |
| 06/27/24 | A. McKinley | 0.90 | 630.00 | Continue marking ESI to identify documents that will be affirmatively produced, and email Lighthouse team concerning same. |
| 06/27/24 | A. McKinley | 0.20 | 140.00 | Email S. Das concerning [redacted]. |
| 06/27/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning deposition outline for Plaintiff's deposition. |

**INVOICE DATE:** August 9, 2024
**INVOICE NUMBER:** 50107680
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 06/27/24 | S. Cherney | 1.30 | 637.00 | Prepare draft amended initial disclosures and draft notice of deposition. |
| 06/30/24 | A. McKinley | 1.30 | 910.00 | Review and mark for production additional documents promoted to ESI platform for review. |
| 06/30/24 | A. McKinley | 0.80 | 560.00 | Update initial disclosures, and email S. Das concerning [redacted]. |

**Total Hours** **26.20**

**Total Fees** **$16,639.00**

**Total Fees and Disbursements This Statement** **$16,639.00**

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** August 31, 2024

**INVOICE NUMBER:** 50122590
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through July 31, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/01/24 | L. Gonzalez | 0.50 | 167.50 | Exchange correspondences with S. Cherney regarding plaintiff's document production in January (.2); Review case materials and court records to identify all counsel of record (.1); Draft correspondence to all counsel requesting plaintiff's document production in January (.2). |
| 07/01/24 | A. McKinley | 0.70 | 490.00 | Revise and supplement amended initial disclosures, and serve same on opposing counsel. |
| 07/01/24 | A. McKinley | 1.10 | 770.00 | Review and analyze updated production set, and email Lighthouse team concerning issues with same. |
| 07/02/24 | L. Gonzalez | 0.40 | 134.00 | Communication to opposing counsel regarding documents produced by plaintiff in January (.2); Investigation to identify current contact information for opposing counsel as contact information on file with the Court is no longer valid (.2). |
| 07/02/24 | A. McKinley | 0.20 | 140.00 | Review and tag newly uploaded documents for production. |
| 07/02/24 | A. McKinley | 0.60 | 420.00 | Review updated production sets from Lighthouse. |
| 07/02/24 | A. McKinley | 0.40 | 280.00 | Review and analyze [redacted], and email Lighthouse concerning inclusion of same. |
| 07/02/24 | A. McKinley | 0.10 | 70.00 | Email opposing counsel concerning deposition of Plaintiff. |
| 07/03/24 | A. McKinley | 0.60 | 420.00 | Finalize and serve affirmative production set. |
| 07/03/24 | S. Cherney | 0.90 | 441.00 | Review affirmative document production to prepare to draft deposition outline for S. Olson. |
| 07/05/24 | A. McKinley | 0.20 | 140.00 | Email S. Das concerning [redacted]. |
| 07/05/24 | S. Cherney | 1.70 | 833.00 | Continue to review affirmative document production to prepare to draft deposition outline for S. Olson. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/08/24 | S. Cherney | 3.40 | 1,666.00 | Draft deposition outline for S. Olson to include to include [redacted]. |
| 07/08/24 | S. Cherney | 3.50 | 1,715.00 | Continue to draft deposition outline for S. Olson to include [redacted]. |
| 07/08/24 | A. McKinley | 0.20 | 140.00 | Email J. Gayle-Garcia concerning [redacted]. |
| 07/08/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning upcoming deposition of Plaintiff. |
| 07/08/24 | L. Gonzalez | 1.10 | 368.50 | Review correspondences regarding defendant's document production and upcoming deposition of plaintiff (.2); Exchange correspondence with A. McKinley and S. Cherney regarding same (.2); Export PDFs of documents produced by defendant for use at upcoming deposition (.2); draft summary of documents produced by defendant for use in preparation of upcoming deposition of plaintiff (.5). |
| 07/09/24 | A. McKinley | 0.30 | 210.00 | Exchange emails with S. Das concerning [redacted]. |
| 07/09/24 | A. McKinley | 0.40 | 280.00 | Conduct call with J. Gayle-Garcia concerning [redacted]. |
| 07/10/24 | A. McKinley | 0.40 | 280.00 | Communicate with opposing counsel concerning Plaintiff's production set (0.4). |
| 07/11/24 | A. McKinley | 0.20 | 140.00 | Email opposing counsel concerning draft confidentiality order. |
| 07/11/24 | A. McKinley | 1.10 | 770.00 | Review and analyze documents produced by Plaintiff, and strategize concerning next steps in light of same. |
| 07/11/24 | A. McKinley | 0.50 | 350.00 | Revise and supplement draft confidentiality order and related motion, and email S. Das [redacted]. |
| 07/11/24 | A. McKinley | 0.70 | 490.00 | Review and respond to email from opposing counsel concerning 30(b)(6) deposition and related issues, and strategize concerning anticipated objections to 30(b)(6) notice. |
| 07/11/24 | A. McKinley | 0.80 | 560.00 | Draft email to S. Das requesting [redacted] and providing updates on [redacted] and recommendations for [redacted]. |
| [redacted] | | [redacted] | [redacted] | |
| 07/11/24 | S. Cherney | 2.40 | 1,176.00 | Review documents produced by Plaintiff to include in outline for Olson's deposition. |
| 07/11/24 | L. Gonzalez | 1.60 | 536.00 | Exchange correspondence regarding motion for entry of qualified HIPAA protective order (.2); Review court records to determine no protective order filed as of yet (.2); Identification of recently submitted and approved motion and protective order (.2); Draft Motion for Confidentiality Order and Proposed Confidentiality Order (.6); Exchange correspondence with A. McKinley regarding motion and proposed confidentiality order (.2); Exchange correspondence with S. Cherney regarding motion to extend discovery and pretrial deadlines (.2). |

**INVOICE DATE:** August 31, 2024
**INVOICE NUMBER:** 50122590
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/11/24 | L. Gonzalez | 0.60 | 201.00 | Obtain plaintiff's document production for use at upcoming deposition via secure FTP site (.2); Exchange correspondence with S. Cherney regarding same (.2); Exchange correspondence with D. Herbert regarding summary of documents produced (.2). |
| 07/12/24 | A. McKinley | 0.50 | 350.00 | Call with S. Das concerning [redacted]. |
| 07/12/24 | A. McKinley | 0.90 | 630.00 | Review and supplement motion to extend discovery deadline and modify case management order, and email opposing counsel concerning same. |
| 07/12/24 | A. McKinley | 0.40 | 280.00 | Respond to email from S. Das concerning [redacted]. |
| 07/12/24 | A. McKinley | 0.50 | 350.00 | Strategize concerning subpoenas to medical providers for Plaintiff, and well as extension of discovery deadline. |
| 07/12/24 | S. Cherney | 1.40 | 686.00 | Prepare draft motion for extension of time to complete discovery. |
| 07/12/24 | S. Cherney | 0.20 | 98.00 | Review draft confidentiality order. |
| 07/12/24 | S. Cherney | 2.50 | 1,225.00 | Continue to review documents produced by Plaintiff to include in outline for Olson's deposition. |
| 07/12/24 | S. Cherney | 2.00 | 980.00 | Review timeline produced by Plaintiff and edit Olson's deposition outline [redacted]. |
| 07/12/24 | L. Gonzalez | 0.20 | 67.00 | Review correspondences regarding Motion for Confidentiality Order and procedure regarding same. |
| 07/12/24 | L. Gonzalez | 0.40 | 134.00 | Review service copy of RFPs to plaintiff, noting authorization was included (.2); Exchange correspondence with A. McKinley regarding outstanding signed authorization from plaintiff (.2). |
| 07/12/24 | L. Gonzalez | 1.80 | 603.00 | Telephone conference with [redacted] regarding request for medical records (.1); telephone conference with [redacted] regarding request for medical records (.1); telephone conference with [redacted] regarding request for medical records (.1); telephone conference with [redacted] regarding request for medical records (.1); Draft Subpoena with supporting documentation to [redacted] (.3); Draft Subpoena with supporting documentation to [redacted] (.3); Draft Subpoena with supporting documentation to [redacted] (.3); Draft Subpoena with supporting documentation to [redacted] (.3); Draft Notice of Intent to Serve Subpoenas (.2). |
| [redacted] | | [redacted] | [redacted] | |
| 07/15/24 | A. McKinley | 0.20 | 140.00 | Email opposing counsel concerning resetting of Plaintiff's deposition and 30(b)(6). |

**INVOICE DATE:** August 31, 2024
**INVOICE NUMBER:** 50122590
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/15/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning court's extension of discovery period and implications of same, including with respect to moving Plaintiff's deposition, 30(b)(6), and medical subpoenas, and email S. Das concerning [redacted]. |
| 07/15/24 | S. Cherney | 1.70 | 833.00 | Review documents containing multiple files within Plaintiff's document production in preparation for upcoming depositions. |
| 07/15/24 | S. Cherney | 1.00 | 490.00 | Review [redacted] produced by Plaintiff and edit Olson's deposition to include reverences to [redacted]. |
| 07/16/24 | A. McKinley | 0.30 | 210.00 | Exchange multiple emails with D. Holden concerning job description for [redacted]. |
| 07/17/24 | L. Gonzalez | 0.20 | 67.00 | Review court's order granting extension motion, noting new deadlines. |
| 07/18/24 | A. McKinley | 0.70 | 490.00 | Review order denying motion for confidentiality order, and revise draft confidentiality order to address issues raised in same. |
| 07/19/24 | A. McKinley | 0.10 | 70.00 | Email opposing counsel concerning revisions to confidentiality agreement and deposition scheduling. |
| 07/19/24 | A. McKinley | 0.70 | 490.00 | Review email from S. Das concerning [redacted], and review files to provide information related to same. |
| 07/21/24 | A. McKinley | 1.60 | 1,120.00 | Begin drafting objections to 30(b)(6) notice. |
| 07/22/24 | A. McKinley | 2.40 | 1,680.00 | Continue drafting objection letter for 30(b)(6) deposition. |
| 07/22/24 | A. McKinley | 0.10 | 70.00 | Email opposing counsel concerning revised motion for confidentiality order. |
| 07/23/24 | A. McKinley | 0.30 | 210.00 | Draft amended deposition notice and serve same on opposing counsel. |
| 07/23/24 | L. Gonzalez | 0.30 | 100.50 | Review, revise and finalize Renewed Joint Motion for Protective Order and Proposed Protective Order for filing with the Court, which will serve upon all counsel of record (.2); Draft correspondence to Hon. Tuite regarding amended proposed protective order (.1). |
| 07/25/24 | A. McKinley | 0.30 | 210.00 | Revise and supplement 30(b)(6) object letter and email S. Das concerning same. |
| 07/25/24 | L. Gonzalez | 0.20 | 67.00 | Exchange correspondence with A. McKinley regarding upcoming deposition of plaintiff. |
| 07/26/24 | S. Cherney | 0.20 | 98.00 | Provide updates on case status regarding discovery and scheduled depositions for client. |
| 07/30/24 | A. McKinley | 0.40 | 280.00 | Review and finalize medical records subpoenas for service. |
| 07/30/24 | S. Cherney | 0.20 | 98.00 | Update and prepare subpoenas to medical providers disclosed by S. Olson. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/30/24 | L. Gonzalez | 2.60 | 871.00 | Review protective order issued by the Court (.2); Revise Notice of Intent to Serve Subpoenas (.2); Review and revise subpoena to [redacted] for inclusion in Notice of Intent (.2); Review and revise subpoena to [redacted] for inclusion in Notice of Intent (.2); Review and revise subpoena to [redacted] for inclusion in Notice of Intent (.2); Review and revise subpoena to [redacted] for inclusion in Notice of Intent (.2); Review and revise correspondence to each medical provider to include protective order issued by the court (.3); Finalize subpoena with all supporting documentation for service upon [redacted] (.2); Finalize subpoena with all supporting documentation for service upon [redacted] (.2); Finalize subpoena with all supporting documentation for service upon [redacted] (.2); Finalize subpoena with all supporting documentation for service upon [redacted] (.2); Exchange correspondences with A. McKinley regarding subpoenas to medical providers (.2); Draft correspondence to M. Yoder, opposing counsel, regarding Notice of Intent to Serve Subpoenas (.1). |
| 07/31/24 | A. McKinley | 0.20 | 140.00 | Email G. Crouch regarding [redacted], in advance of Olson's deposition. |
| 07/31/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning outstanding information collection in advance of Plaintiff's deposition. |
| 07/31/24 | A. McKinley | 1.70 | 1,190.00 | Revise and supplement outline for deposition of S. Olson and review documents for same. |

[redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** September 17, 2024

**INVOICE NUMBER:** 50129866
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through August 31, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/01/24 | L. Gonzalez | 0.60 | 201.00 | Investigation with FL Secretary of State corporate records to identify and obtain corporate documents regarding [redacted] (.3); Draft correspondence to A. McKinley and S. Cherney regarding same (.1); Review correspondences regarding job description and supplemental document production (.2). |
| 08/01/24 | L. Gonzalez | 0.20 | 67.00 | Review correspondences regarding service of subpoenas on medical providers. |
| 08/01/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning documents for supplemental production in advance of deposition of Plaintiff. |
| 08/01/24 | A. McKinley | 4.00 | 2,800.00 | Review and analyze documents and ESI for inclusion in deposition outline for S. Olson as exhibits and potential exhibits. |
| 08/01/24 | A. McKinley | 4.40 | 3,080.00 | Begin revising and supplementing deposition outline for S. Olson. |
| 08/01/24 | S. Cherney | 0.40 | 196.00 | Continue to review files on [redacted] from client to incorporate into deposition outline for S. Olson. |
| 08/01/24 | S. Cherney | 2.30 | 1,127.00 | Review topics 30(b)(6) included in notice and deficiency letter to draft prep outline for corporate representative. |
| 08/01/24 | S. Cherney | 0.40 | 196.00 | Review documents to include in production 2 and coordinate production with Lighthouse. |
| 08/02/24 | A. McKinley | 0.40 | 280.00 | Review and strategize concerning text messages from [redacted]. |
| 08/02/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning additional exhibits for deposition of Plaintiff. |
| 08/02/24 | A. McKinley | 3.70 | 2,590.00 | Continue drafting deposition outline for S. Olson. |
| 08/02/24 | S. Cherney | 1.70 | 833.00 | Prepare exhibits for use in deposition. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/03/24 | L. Gonzalez | 0.20 | 67.00 | Obtain PDFs of documents to be produced to opposing counsel (Prod 002) for use in upcoming deposition of plaintiff. |
| 08/03/24 | S. Cherney | 0.70 | 343.00 | Review document production volume 2 and prepare exhibits for incorporation into deposition outline for S. Olson. |
| 08/05/24 | L. Gonzalez | 0.10 | 33.50 | Draft correspondence to opposing counsel regarding supplemental document production. |
| 08/05/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning additional documents to be incorporated into outline for Plaintiff's deposition. |
| 08/05/24 | S. Cherney | 1.70 | 833.00 | Review and outline [redacted] data for Olson from [redacted] and from data gathered from client for use in Olson deposition. |
| 08/05/24 | S. Cherney | 0.30 | 147.00 | Review and incorporate [redacted] data into outline for Olson's deposition. |
| 08/05/24 | A. McKinley | 0.30 | 210.00 | Email S. Das concerning [redacted] for Plaintiff's deposition. |
| 08/05/24 | A. McKinley | 0.50 | 350.00 | Review and analyze additional [redacted] received from D. Holdren and I. Forrester. |
| 08/06/24 | A. McKinley | 0.50 | 350.00 | Prepare for Plaintiff's deposition. |
| 08/06/24 | A. McKinley | 0.20 | 140.00 | Call with S. Das concerning [redacted]. |
| 08/06/24 | A. McKinley | 0.50 | 350.00 | Communicate with opposing counsel concerning Plaintiff's deposition and related issues. |
| 08/06/24 | A. McKinley | 0.20 | 140.00 | Review and respond to email from D. Holdren concerning [redacted] |
| 08/07/24 | L. Gonzalez | 0.40 | 134.00 | Telephone conference with [redacted] regarding subpoena, protective order and response to same (.2); further telephone conference with [redacted] regarding responsive documents to subpoena (.1); draft correspondence to [redacted] to provide secure FTP site in order to receive invoice and W9 for advance payment requested (.1). |
| 08/07/24 | A. McKinley | 0.20 | 140.00 | Email M. Yoder concerning second deposition notice and related stipulation. |
| 08/08/24 | A. McKinley | 0.90 | 630.00 | Review and strategize concerning discovery requests and 30(b)[6] notice served by opposing counsel, and email S. Das concerning [redacted]. |
| 08/08/24 | A. McKinley | 0.10 | 70.00 | Respond to S. Das concerning [redacted]. |
| 08/08/24 | S. Cherney | 1.90 | 931.00 | Review and outline Olson's [redacted] files for evidence of [redacted] for use in deposition. |
| 08/09/24 | A. McKinley | 0.40 | 280.00 | Call with S. Das concerning [redacted]. |
| 08/09/24 | S. Cherney | 0.50 | 245.00 | Review Olson's request for production of documents to determine information needed from client. |
| 08/12/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning [redacted] exhibits to be used during deposition of S. Olson. |

**INVOICE DATE:** September 17, 2024
**INVOICE NUMBER:** 50129866
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/12/24 | L. Gonzalez | 1.30 | 435.50 | Exchange correspondences regarding upcoming deposition of plaintiff and evidence for presentation during same (.2); review medical records from [redacted] in response to subpoena (.2); draft correspondence to A. McKinley regarding records from [redacted] (.1); review court records to determine close of discovery, deadline for filing motion to compel discovery and upcoming MSJ deadline (.3); Exchange correspondences regarding upcoming deadlines (.2); Exchange correspondences regarding discoverable time period following review of plaintiff's complaints (.3). |
| 08/12/24 | S. Cherney | 0.50 | 245.00 | Review information received from Olson's medical provider and [redacted] |
| 08/12/24 | S. Cherney | 4.70 | 2,303.00 | Draft objections and responses to Plaintiff's request for production of documents and review previous productions for responsive documents to incorporate into draft. |
| 08/12/24 | S. Cherney | 2.10 | 1,029.00 | Continue to review Olson's request for production of documents to determine information needed from client. |
| 08/13/24 | A. McKinley | 0.20 | 140.00 | Communicate with S. Das regarding [redacted] after communications with opposing counsel. |
| 08/13/24 | A. McKinley | 2.00 | 1,400.00 | Draft list of documents and information needed to respond to Plaintiff's requests for production and interrogatories, and review documents for same. |
| 08/13/24 | A. McKinley | 0.20 | 140.00 | Communicate with opposing counsel concerning 30(b)(6) deposition. |
| 08/13/24 | L. Gonzalez | 0.90 | 301.50 | Review and revise defendant's responses to Requests for Production of Documents (.7); Exchange correspondence with S. Cherney regarding same (.2). |
| 08/13/24 | S. Cherney | 1.10 | 539.00 | Develop strategy for Plaintiff's deposition and for responding to Interrogatory requests based on information requested and anticipated responses. |
| 08/13/24 | S. Cherney | 0.40 | 196.00 | Continue to develop list of information needed from client in order to respond to Plaintiff's discovery requests. |
| 08/14/24 | A. McKinley | 0.20 | 140.00 | Communicate with anticipated 30(b)(6) representatives concerning [redacted]. |
| 08/14/24 | A. McKinley | 3.00 | 2,100.00 | Annotate documents and outline, and review [redacted] in advance of Plaintiff's deposition. |
| 08/14/24 | S. Cherney | 3.70 | 1,813.00 | Draft objections and responses to Plaintiff's requests for production of documents and include information requested from client. |
| 08/15/24 | A. McKinley | 0.80 | 560.00 | Strategize concerning discovery deficiencies and related issues following Plaintiff's deposition. |
| 08/15/24 | A. McKinley | 8.60 | 6,020.00 | Conduct deposition of Plaintiff. |
| [redacted] | | [redacted] | [redacted] | |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/15/24 | S. Cherney | 2.00 | 980.00 | Continue to draft responses to Plaintiff's interrogatory requests and include references to new information received from client. |
| 08/15/24 | S. Cherney | 0.40 | 196.00 | Strategize concerning next steps involving discovery to include responses to Plaintiff's initial disclosures and notices of deficiencies in Plaintiff's production. |
| 08/16/24 | A. McKinley | 0.10 | 70.00 | Review and strategize concerning Plaintiff's Initial Disclosures. |
| 08/16/24 | S. Cherney | 0.60 | 294.00 | Continue to draft responses to Plaintiff's requests for production of documents to include references to new information received from client. |
| 08/16/24 | S. Cherney | 2.30 | 1,127.00 | Continue to draft responses to Plaintiff's interrogatory requests to include references to new information received from client and based on information gathered in Plaintiff's deposition. |
| 08/16/24 | S. Cherney | 0.30 | 147.00 | Review client documents in Relativity for responsiveness to Plaintiff's request for production. |
| 08/16/24 | S. Cherney | 0.50 | 245.00 | Prepare deposition outlines by identifying scope of relevant topics for both corporate representatives. |
| 08/19/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning ESI for responses to Plaintiff's discovery requests. |
| 08/19/24 | A. McKinley | 2.30 | 1,610.00 | Revise and supplement responses to Plaintiff's Requests for Production. |
| 08/19/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning handling of Plaintiff's discovery deficiencies following deposition. |
| 08/19/24 | S. Cherney | 3.00 | 1,470.00 | Review previous productions and new files received from client in connection with draft discovery responses to determine and request additional information needed for responses. |
| 08/19/24 | S. Cherney | 0.90 | 441.00 | Review communications received from client regarding plaintiff to determine list of custodians and time frames of documents for each for ESI collection request. |
| 08/20/24 | A. McKinley | 0.40 | 280.00 | Revise and supplement 30(b)(6) objection letter and communicate with opposing counsel concerning same. |
| 08/20/24 | A. McKinley | 2.30 | 1,610.00 | Begin revising responses to Plaintiff's Interrogatories. |
| 08/20/24 | S. Cherney | 1.70 | 833.00 | Prepare 30(b)(6) deposition outline for B. Dean [redacted]. |
| 08/20/24 | S. Cherney | 1.00 | 490.00 | Review and incorporate edits from A. McKinley into response to Requests for Production. |
| 08/20/24 | S. Cherney | 3.40 | 1,666.00 | Prepare 30(b)(6) deposition outline for M. Sheridan [redacted]. |
| 08/21/24 | A. McKinley | 2.00 | 1,400.00 | Continue revising and supplementing Interrogatory responses, and reviewing documents for same (2.0). |
| 08/21/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning preparation of 30(b(6) deposition representatives. |
| 08/21/24 | S. Cherney | 1.80 | 882.00 | Prepare 30(b)(6) deposition outline for Matt Sheridan [redacted] |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/22/24 | A. McKinley | 2.80 | 1,960.00 | Revise and supplement outline for M. Sheridan's 30(b)(6) preparation session. |
| 08/22/24 | S. Cherney | 0.70 | 343.00 | Review new documentation received from client for responsiveness to document requests. |
| 08/22/24 | S. Cherney | 0.50 | 245.00 | Review and finalize 30(b)(6) deposition outlines for B. Dean and M. Sheridan to include all necessary documentation and citations. |
| 08/23/24 | A. McKinley | 3.50 | 2,450.00 | Conduct 30(b)(6) preparation session with M. Sheridan. |
| 08/23/24 | A. McKinley | 0.80 | 560.00 | Strategize concerning summary judgment motion and arguments for same. |
| 08/23/24 | S. Cherney | 1.90 | 931.00 | Continue to review new documentation received from client for responsiveness to document requests and interrogatory responses. |
| 08/26/24 | S. Cherney | 0.70 | 343.00 | Search client documents [redacted] for B. Dean's 30(B)(6) deposition. |
| 08/26/24 | S. Cherney | 2.40 | 1,176.00 | Review loose files from client in Relativity for responsiveness to discovery requests. |
| 08/26/24 | A. McKinley | 0.40 | 280.00 | Communicate with M. Sheridan concerning [redacted]. |
| 08/26/24 | A. McKinley | 0.80 | 560.00 | Strategize concerning collection of [redacted] emails following preparation session with B. Dean, and search for and review documents related to same. |
| 08/26/24 | A. McKinley | 1.50 | 1,050.00 | Prepare for 30(b)(6) deposition preparation session with B. Dean. |
| 08/26/24 | A. McKinley | 2.10 | 1,470.00 | Conduct deposition preparation session for B. Dean. |
| 08/27/24 | S. Cherney | 0.90 | 441.00 | Review previous productions for names referenced in Olson's deposition and review new client materials related to [redacted] |
| 08/27/24 | A. McKinley | 0.20 | 140.00 | Review and strategize concerning [redacted] documents [redacted]. |
| 08/27/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning collection of older performance reviews and Cresset rankings for Plaintiff. |
| 08/27/24 | A. McKinley | 0.20 | 140.00 | Email J. Gayle-Garcia concerning [redacted]. |
| 08/27/24 | A. McKinley | 0.40 | 280.00 | Review and strategize concerning email from opposing counsel concerning status conference, and response from chambers to same. |
| 08/28/24 | S. Cherney | 0.30 | 147.00 | Develop strategy and timeline to draft motion for summary judgment. |
| 08/28/24 | A. McKinley | 0.20 | 140.00 | Email S. Das concerning [redacted]. |
| 08/28/24 | A. McKinley | 0.30 | 210.00 | Review ESI information from S. Stoner, and respond concerning thoughts on ESI review. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 08/28/24 | A. McKinley | 1.40 | 980.00 | Attend status conference with court. |
| 08/28/24 | A. McKinley | 2.00 | 1,400.00 | Plan and prepare for status conference with Court. |
| 08/29/24 | S. Cherney | 1.30 | 637.00 | Begin preparing draft motion for summary judgment. |
| 08/29/24 | S. Cherney | 1.20 | 588.00 | Meet with M. Sheridan for 30(b)(6) prep and review [redacted] documentation in preparation for document production and motion for summary judgment. |
| 08/29/24 | A. McKinley | 0.20 | 140.00 | Review and analyze emails from B. Dean [redacted]. |
| 08/29/24 | A. McKinley | 2.90 | 2,030.00 | Prepare for and attend second 30(b)(6) deposition preparation session with M. Sheridan. |
| 08/29/24 | A. McKinley | 0.20 | 140.00 | Communicate with M. Sheridan concerning [redacted] documents. |
| 08/29/24 | A. McKinley | 1.80 | 1,260.00 | Prepare for and conduct second deposition preparation session with B. Dean. |
| 08/30/24 | S. Cherney | 5.10 | 2,499.00 | Prepare outline for motion for summary judgment argument section on disparate treatment/ race discrimination claims. |
| 08/30/24 | S. Cherney | 1.00 | 490.00 | Review documents collected from client thus far for production and inclusion into motion for summary judgment. |
| 08/30/24 | A. McKinley | 0.20 | 140.00 | Communicate with J. Gayle-Garcia concerning [redacted]. |
| 08/31/24 | S. Cherney | 1.50 | 735.00 | Draft procedural history section of motion for summary judgment. |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** September 17, 2024

**INVOICE NUMBER:** 50130214
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through September 17, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/02/24 | S. Cherney | 4.50 | 2,205.00 | Draft argument section on Title VII race discrimination claims in Motion for Summary Judgment. |
| 09/03/24 | S. Cherney | 2.10 | 1,029.00 | Review documents responsive to request for production in anticipation of close of discovery. |
| 09/03/24 | S. Cherney | 1.30 | 637.00 | Continue to draft argument section on Title VII race discrimination claims in Motion for Summary Judgment. |
| 09/03/24 | S. Cherney | 1.50 | 735.00 | Review loose files provided by client for responsiveness to requests for production and to determine affirmative production. |
| 09/03/24 | A. McKinley | 0.20 | 140.00 | Communicate with M. Sheridan and B. Dean [redacted]. |
| 09/03/24 | A. McKinley | 0.40 | 280.00 | Email J. Gayle-Garcia [redacted], and strategize concerning next steps following response to same. |
| 09/03/24 | A. McKinley | 0.10 | 70.00 | Communicate with opposing counsel concerning 30(b)(6) deposition. |
| 09/03/24 | A. McKinley | 0.60 | 420.00 | Strategize concerning arguments to be included in motion for summary judgment. |
| 09/03/24 | A. McKinley | 0.20 | 140.00 | Communicate with S. Das concerning [redacted]. |
| 09/04/24 | S. Cherney | 3.40 | 1,666.00 | Draft argument section on ADA and FHRA disability discrimination claims in Motion for Summary Judgment. |
| 09/04/24 | S. Cherney | 2.70 | 1,323.00 | Continue to draft argument section on Title VII race discrimination claims in Motion for Summary Judgment. |
| 09/04/24 | S. Cherney | 0.80 | 392.00 | Review and summarize [redacted] rankings for 30(b)(6) deposition prep. |

**INVOICE DATE:** September 17, 2024
**INVOICE NUMBER:** 50130214
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/04/24 | A. McKinley | 0.50 | 350.00 | Conduct final 30(b)(6) deposition preparation session with B. Dean. |
| 09/04/24 | A. McKinley | 2.00 | 1,400.00 | Conduct final 30(b)(6) deposition preparation session with M. Sheridan. |
| 09/04/24 | A. McKinley | 1.60 | 1,120.00 | Begin reviewing and tagging for production documents promoted for review by Lighthouse team, for response to Plaintiff's requests for production of documents. |
| 09/04/24 | A. McKinley | 0.20 | 140.00 | Communicate with S. Das concerning [redacted], and review documents from S. Das concerning [redacted]. |
| 09/05/24 | S. Cherney | 4.00 | 1,960.00 | Review deposition of Shannon Olson for facts to include in legal argument section of Motion for Summary judgment and to draft Statement of Facts. |
| 09/05/24 | S. Cherney | 3.10 | 1,519.00 | Begin drafting Statement of Facts to include in Motion for Summary Judgment. |
| 09/05/24 | S. Cherney | 3.50 | 1,715.00 | Continue to draft argument section on ADA and FHRA disability discrimination claims in Motion for Summary Judgment. |
| 09/05/24 | A. McKinley | 4.40 | 3,080.00 | Continue reviewing documents for inclusion in production set, in response to Plaintiff's request for production, and conduct quality check of document set. |
| 09/05/24 | A. McKinley | 3.80 | 2,660.00 | Prepare for and defend 30(b)(6) deposition. |
| 09/05/24 | A. McKinley | 0.50 | 350.00 | Revise and supplement responses to Plaintiff's requests for production. |
| 09/05/24 | A. McKinley | 0.10 | 70.00 | Communicate with opposing counsel concerning 30(b)(6) deposition. |
| 09/06/24 | A. McKinley | 0.10 | 70.00 | Draft verification for interrogatory responses. |
| 09/06/24 | A. McKinley | 2.10 | 1,470.00 | Complete additional quality review after communications with Lighthouse. |
| 09/06/24 | A. McKinley | 0.50 | 350.00 | Revise and supplement discovery responses, in light of recent ESI review and other information, and email S. Das concerning [redacted]. |
| 09/06/24 | A. McKinley | 0.30 | 210.00 | Revise and supplement interrogatory responses. |
| 09/06/24 | A. McKinley | 0.30 | 210.00 | Identify additional documents for inclusion in production set and communicate with Lighthouse concerning same. |
| 09/07/24 | A. McKinley | 0.30 | 210.00 | Review and tag additional documents processed by Lighthouse, and email Lighthouse concerning same to generate production set. |
| 09/08/24 | S. Cherney | 3.60 | 1,764.00 | Continue to draft Statement of Facts in Motion for Summary Judgment to include information about [redacted] |
| 09/08/24 | A. McKinley | 0.40 | 280.00 | Revise and supplement interrogatory responses [redacted], and email M. Sheridan concerning [redacted]. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/09/24 | A. McKinley | 1.50 | 1,050.00 | Revise, supplement, finalize, and serve discovery responses, production set, and second amended initial disclosures. |
| 09/09/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning production of medical records received in response to subpoenas. |
| 09/09/24 | S. Cherney | 1.90 | 931.00 | Review and finalize document production and discovery responses for close of discovery. |
| 09/09/24 | S. Cherney | 2.80 | 1,372.00 | Continue to draft statement of facts for Motion for Summary judgment and incorporate documents from previous two productions. |
| 09/09/24 | S. Cherney | 1.90 | 931.00 | Research and cite check 11th circuit precedent for Title VII and ADA discrimination argument in Motion for Summary Judgment. |
| 09/09/24 | S. Cherney | 2.50 | 1,225.00 | Incorporate deposition testimony into draft Motion for Summary judgment statement of facts. |
| 09/09/24 | S. Cherney | 0.70 | 343.00 | Review medical documents received from subpoena for production. |
| 09/10/24 | L. Gonzalez | 0.90 | 301.50 | Create PDFs of supplemental documents produced (Vol 3) for use in support of motion for summary judgment, and revise/supplement summary of documents produced by Defendant to incorporate Vol 3. |
| 09/10/24 | S. Cherney | 3.20 | 1,568.00 | Continue to draft and revise Motion for Summary judgment statement of facts and incorporate facts cited into argument section of motion. |
| 09/10/24 | S. Cherney | 3.10 | 1,519.00 | Continue to incorporate deposition testimony into draft Motion for Summary judgment. |
| 09/10/24 | S. Cherney | 1.90 | 931.00 | Continue to draft statement of fact section of Motion for Summary Judgment based on documents produced in production VOL3. |
| 09/11/24 | S. Cherney | 2.20 | 1,078.00 | Edit and revise draft motion for summary judgment and incorporate remaining citation references. |
| 09/13/24 | L. Gonzalez | 0.80 | 268.00 | Review court records and deadlines to determine start of discovery for use in motion for summary judgment (.5); Review documents produced in order to identify total number of documents and pages produced for use in motion to exceed pages regarding motion for summary judgment (.3). |
| 09/13/24 | S. Cherney | 0.60 | 294.00 | Draft motion to exceed page limitations for Motion for Summary Judgment. |

**Total Hours** **73.40**

**Total Fees** **$39,986.50**

## Disbursements

| Date | Description | Value |
|---|---|---|

| [redacted] | [redacted] | [redacted] |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** October 9, 2024

**INVOICE NUMBER:** 50143784
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through September 30, 2024

| Date | Timekeeper | Hours | Value | Description |
| --- | --- | --- | --- | --- |
| 09/16/24 | L. Gonzalez | 0.60 | 201.00 | Supplement summary of subpoena responses (.2); Communications to [redacted] regarding failure to respond to subpoena (.1); telephone conference with [redacted] regarding responsive documents to subpoena (.2); Draft correspondence to [redacted] following telephone conference with same (.1). |
| 09/17/24 | L. Gonzalez | 0.90 | 301.50 | Review and revise motion for leave to exceed page limitation (.5); communications with S. Cherney regarding same (.2); Review plaintiff's document production in order to incorporate pertinent information into motion for leave to exceed page limitation (.2). |
| [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | [redacted] | |
| 09/18/24 | A. McKinley | 0.10 | 70.00 | Email M. Hand, G. Crouch, and J. Gayle-Garcia [redacted] for motion for summary judgment. |
| 09/18/24 | A. McKinley | 3.70 | 2,590.00 | Begin revising and supplementing draft motion for summary judgment. |
| 09/19/24 | L. Gonzalez | 0.70 | 234.50 | Communications with S. Cherney regarding upcoming MSJ and declarations (.2); Draft preliminary declaration drafts for Jodi Gayle-Garcia, Matthew Hand, Gregory Crouch, Matt Sheridan, S. Haines and S. Thompson (.4); Draft correspondence to S. Cherney regarding same (.1). |
| 09/19/24 | S. Cherney | 3.20 | 1,568.00 | Prepare draft Gayle-Garcia declaration to file with Motion for Summary Judgment and review documents to use as exhibits in declaration. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/19/24 | A. McKinley | 1.90 | 1,330.00 | Continue revising and supplementing motion for summary judgment. |
| 09/20/24 | L. Gonzalez | 1.00 | 335.00 | Communications with Shannon Cherney regarding declarations (.2); Review/revise Declaration of Jody Gayle-Garcia (.5); Review/revise Declaration of Matthew Hand (.3). |
| 09/20/24 | S. Cherney | 2.00 | 980.00 | Prepare draft declaration for Greg Crouch to file with Motion for Summary Judgment. |
| 09/20/24 | S. Cherney | 2.40 | 1,176.00 | Continue drafting Gayle-Garcia declaration [redacted] to file with Motion for Summary Judgment. |
| 09/20/24 | S. Cherney | 1.70 | 833.00 | Prepare draft declaration for Matt Hand [redacted] to file with Motion for Summary Judgment. |
| 09/22/24 | A. McKinley | 4.20 | 2,940.00 | Continue revising and supplementing motion for summary judgment, focusing on race-related arguments. |
| 09/22/24 | A. McKinley | 0.70 | 490.00 | Continue revising and supplementing motion for summary judgment, focusing on race-related arguments. |
| 09/23/24 | A. McKinley | 3.40 | 2,380.00 | Continue revising and supplementing motion for summary judgment, focusing on race-related arguments. |
| 09/23/24 | A. McKinley | 0.40 | 280.00 | Strategize concerning declarations for motion for summary judgment, in light of current draft motion. |
| 09/23/24 | A. McKinley | 1.70 | 1,190.00 | Revise motion for summary judgment, after receipt of additional edits from S. Cherney. |
| 09/23/24 | A. McKinley | 0.80 | 560.00 | Revise and supplement draft declaration for S. Thompson, in support of motion for summary judgment. |
| 09/23/24 | S. Cherney | 3.30 | 1,617.00 | Prepare draft declarations for S. Thompson and S. Haines to file with Motion for Summary Judgment. |
| 09/23/24 | S. Cherney | 1.80 | 882.00 | Revise and edit draft declaration for Gayle-Garcia, Hand, and Crouch to file with Motion for Summary Judgment. |
| 09/24/24 | A. McKinley | 0.20 | 140.00 | Revise and supplement declaration of S. Haines, in light of communication from her. |
| 09/24/24 | A. McKinley | 0.40 | 280.00 | Revise and supplement declarations for S. Thompson and S. Haines. |
| 09/24/24 | A. McKinley | 0.20 | 140.00 | Revise and supplement declaration of S. Thompson, in light of communications with her. |
| 09/24/24 | A. McKinley | 0.70 | 490.00 | Revise and supplement draft declaration for G. Crouch, in support of motion for summary judgment. |
| 09/24/24 | A. McKinley | 0.70 | 490.00 | Revise and supplement draft declaration for S. Haines, in support of motion for summary judgment. |
| 09/24/24 | A. McKinley | 0.10 | 70.00 | Email S. Haines concerning [redacted]. |
| 09/24/24 | A. McKinley | 0.40 | 280.00 | Communicate with S. Thompson concerning [redacted]. |

**INVOICE DATE:** October 9, 2024
**INVOICE NUMBER:** 50143784
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/24/24 | A. McKinley | 0.40 | 280.00 | Revise and supplement declarations, and email J. Gayle-Garcia, M. Hand, and G. Crouch concerning [redacted]. |
| 09/24/24 | A. McKinley | 1.70 | 1,190.00 | Revise and supplement draft declaration for M. Hand, in support of motion for summary judgment. |
| 09/24/24 | A. McKinley | 1.90 | 1,330.00 | Revise and supplement draft declaration for J. Gayle-Garcia, in support of motion for summary judgment [redacted]. |
| 09/24/24 | S. Cherney | 2.60 | 1,274.00 | Revise and edit declarations for Gayle-Garcia, Hand, and Crouch based on updated citations and arguments in Motion for Summary Judgment. |
| 09/24/24 | L. Gonzalez | 0.60 | 201.00 | Review court's local rules and judge's preferences regarding motions in order to ensure compliance with same (.2); exchange correspondences regarding compliance with court and Judge's rules (.2); preparation of exhibit to Thompson Declaration (.2). |
| 09/25/24 | A. McKinley | 0.30 | 210.00 | Communicate with S. Haines concerning [redacted]. |
| 09/25/24 | A. McKinley | 0.30 | 210.00 | Revise and supplement declaration for S. Thompson, and email her concerning [redacted]. |
| 09/25/24 | A. McKinley | 0.30 | 210.00 | Communicate with S. Thompson and G. Crouch concerning [redacted]. |
| 09/25/24 | A. McKinley | 0.30 | 210.00 | Review and strategize concerning revisions to draft declaration from G. Crouch. |
| 09/25/24 | A. McKinley | 0.30 | 210.00 | Revise and supplement declaration of S. Thompson after receipt of communication from her, for execution. |
| 09/25/24 | A. McKinley | 1.00 | 700.00 | Revise and supplement declaration of G. Crouch after communicating with him, for execution. |
| 09/25/24 | A. McKinley | 1.10 | 770.00 | Communicate with M. Hand [redacted] and revise same for execution. |
| 09/25/24 | A. McKinley | 0.50 | 350.00 | Revise and supplement declaration for J. Gayle-Garcia and communicate [redacted]. |
| 09/25/24 | L. Gonzalez | 2.70 | 904.50 | Review, cite check and revise motion for summary judgment, following revisions to declarations. |
| 09/26/24 | A. McKinley | 0.10 | 70.00 | Communicate with G. Crouch [redacted]. |
| 09/26/24 | A. McKinley | 3.60 | 2,520.00 | Revise and supplement motion for summary judgment, after finalizing declarations and to finalize arguments, as well as to bring brief within page limits. |
| 09/26/24 | S. Cherney | 1.00 | 490.00 | Revise exhibits to Motion for Summary Judgment. |
| 09/26/24 | S. Cherney | 2.20 | 1,078.00 | Review Motion for Summary judgment to insert citations to finalized declarations and begin cite check. |

**INVOICE DATE:** October 9, 2024
**INVOICE NUMBER:** 50143784
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/26/24 | L. Gonzalez | 2.40 | 804.00 | Review and blue book motion for summary judgment (1.2); Preparation of oversized evidence in support of motion for summary judgment (.5); Communications throughout the day with S. Cherney regarding MSJ, record cites, research cites and evidence in support of same (.4); exchange correspondence with A. McKinley regarding court's local rules, judge's rules and redaction rules (.3). |
| 09/27/24 | S. Cherney | 4.20 | 2,058.00 | Continue to review Motion for Summary judgment, inserting citations to finalized declarations, cite checking precedent, and conducting final research into cited cases. |
| 09/27/24 | S. Cherney | 1.00 | 490.00 | Review FOIA documentation to determine responsiveness for production. |
| 09/27/24 | A. McKinley | 1.10 | 770.00 | Finalize motion for summary judgment, for filing, after receipt of QC edits. |
| 09/27/24 | L. Gonzalez | 2.00 | 670.00 | Review and finalize evidence iso MSJ (.8); Communications with S. Cherney regarding same (.3); Review and cite check revisions to MSJ (.4); Exchange correspondence regarding oral argument (.2); Review local court rules and judge's rules prior to filing MSJ in order to ensure compliance (.3). |
| 09/30/24 | L. Gonzalez | 0.30 | 100.50 | Draft correspondence to client regarding exhibits to MSJ (.1); Draft correspondence to judge regarding courtesy copy of MSJ in accordance with Judge's rules (.1); Exchange correspondence with N. Smith regarding preparation of Judge's courtesy copy (.1). |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** November 6, 2024

**INVOICE NUMBER:** 50158513
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through October 31, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 10/02/24 | L. Gonzalez | 0.40 | 134.00 | Cursory review of medical records from [redacted] and incorporate into electronic case file (.2); Draft correspondence to A. McKinley and S. Cherney regarding same (.1); Supplement summary of subpoenas regarding [redacted] subpoena response (.1). |
| 10/10/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning Olson 30(b)(6) transcripts, and email B. Dean and M. Sheridan concerning [redacted]. |
| 10/10/24 | S. Cherney | 0.80 | 392.00 | Review 30(b)(6) depositions for edits to include in Errata sheet for witnesses Sheridan and Denmark [redacted]. |
| 10/16/24 | L. Gonzalez | 0.20 | 67.00 | Exchange correspondences regarding Dean deposition transcript of testimony and approaching deadline to our MSJ. |
| 10/18/24 | A. McKinley | 0.10 | 70.00 | Review and approve draft motion for extension of summary judgment response deadline from opposing counsel. |
| 10/18/24 | A. McKinley | 0.30 | 210.00 | Conduct call with opposing counsel concerning Plaintiff's request to extend summary judgment response deadline, and strategize following same. |
| 10/21/24 | L. Gonzalez | 0.30 | 100.50 | Review correspondence from A. McKinley and court's order incorrectly granting plaintiff's extension motion (.1); telephone conference with Judge's clerk regarding motion for extension and order requesting revision to same (.2). |
| 10/21/24 | S. Cherney | 1.80 | 882.00 | Review documentation received from Plaintiff's medical provider for possible production and identify information related to Plaintiff's claims related to her [redacted] health. |
| 10/22/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning pendency of motion to extend summary judgment response deadline, and email S. Das concerning [redacted]. |

**INVOICE DATE:** November 6, 2024
**INVOICE NUMBER:** 50158513
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

[redacted] [redacted]

[redacted] [redacted]

**TIMEKEEPER SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 0.90 | hours at | $700.00 | per hour |
| S. Cherney | Associate | - | 2.60 | hours at | $490.00 | per hour |
| L. Gonzalez | Paralegal | - | 0.90 | hours at | $335.00 | per hour |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** December 13, 2024

**INVOICE NUMBER:** 50181846
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through November 30, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 11/18/24 | A. McKinley | 0.10 | 70.00 | Email S. Das concerning [redacted]t. |
| [redacted] | | [redacted] | [redacted] | . |
| 11/19/24 | A. McKinley | 0.20 | 140.00 | Email S. Das concerning [redacted]. |
| 11/20/24 | A. McKinley | 0.30 | 210.00 | Call with S. Das concerning [redacted]. |
| 11/20/24 | A. McKinley | 0.10 | 70.00 | Review and respond to email from S. Das concerning [redacted]. |
| 11/21/24 | A. McKinley | 0.30 | 210.00 | Strategize concerning questions from S. Das concerning [redacted] |
| 11/25/24 | S. Cherney | 2.30 | 1,127.00 | Research likelihood of success of seeking fees under Title VII and the ADA in the 11th Circuit based on factors such as Plaintiff's failure to respond to the Motion to Dismiss. |
| 11/29/24 | A. McKinley | 0.90 | 630.00 | Revise and supplement summary of fee-related issues [redacted], in connection with evaluation of whether fee motion should be pursued. |

[redacted] [redacted]

[redacted] [redacted]

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| E. McLaughlin | Partner | - | 0.50 | hours at | $875.00 | per hour |
| A. McKinley | Partner | - | 1.90 | hours at | $700.00 | per hour |

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Cherney | Associate | - | 2.30 | hours at | $490.00 | per hour |

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** January 13, 2025

**INVOICE NUMBER:** 50194862
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through December 31, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 12/01/24 | A. McKinley | 0.20 | 140.00 | Update fee-related summary [redacted]. |
| 12/02/24 | A. McKinley | 0.20 | 140.00 | Strategize concerning email from S. Das concerning [redacted]. |
| 12/05/24 | A. McKinley | 0.20 | 140.00 | Email S. Das concerning [redacted]. |
| 12/05/24 | A. McKinley | 0.60 | 420.00 | Draft response to S. Das concerning [redacted]. |
| 12/05/24 | S. Cherney | 0.30 | 147.00 | Continue researching standard and process for moving for fees under ADA and Title VII. |
| [redacted] | | [redacted] | [redacted] | |
| 12/28/24 | S. Cherney | 0.90 | 441.00 | Prepare draft motion for entitlement to attorney's fees. |
| 12/30/24 | S. Cherney | 1.20 | 588.00 | Research law related to motion for attorney's fees in 11th Circuit. |
| 12/30/24 | S. Cherney | 3.00 | 1,470.00 | Prepare drafting procedural background and argument section of motion for entitlement to attorney's fees. |

[redacted] [redacted]

[redacted] [redacted]

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| E. McLaughlin | Partner | - | 0.50 | hours at | $875.00 | per hour |
| A. McKinley | Partner | - | 1.20 | hours at | $700.00 | per hour |
| S. Cherney | Associate | - | 5.40 | hours at | $490.00 | per hour |

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** February 28, 2025

**INVOICE NUMBER:** 50218281
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through January 31, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 01/27/25 | S. Cherney | 0.90 | 499.50 | Continue to draft motion for entitlement to attorney's fees and expenses. |
| 01/28/25 | S. Cherney | 1.30 | 721.50 | Continue to draft motion for entitlement to attorney's fees and expenses to incorporate Court's Order granting Motion for Summary Judgment. |
| 01/29/25 | A. McKinley | 0.10 | 75.50 | Email S. Das concerning [redacted]. |
| 01/29/25 | A. McKinley | 0.30 | 226.50 | Review and strategize concerning order granting motion for summary judgment. |
| 01/30/25 | A. McKinley | 0.20 | 151.00 | Email G. Crouch, M. Hand, and J. Gayle-Garcia concerning [redacted]. |
| 01/30/25 | L. Gonzalez | 0.40 | 144.00 | Review court's order granting MSJ and entering judgment for defendant; Exchange correspondences regarding costs and attorneys fees for upcoming motion and obtain supporting documents regarding same. |
| 01/31/25 | A. McKinley | 0.20 | 151.00 | Strategize concerning documentation for motion for attorneys' fees and bill of costs. |
| 01/31/25 | S. Cherney | 4.20 | 2,331.00 | Continue to draft motion for entitlement to attorney's fees. |

**Total Hours** **7.60**

**Total Fees** **$4,300.00**

**TIMEKEEPER SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 0.80 | hours at | $755.00 | per hour |

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Cherney | Associate | - | 6.40 | hours at | $555.00 | per hour |
| L. Gonzalez | Paralegal | - | 0.40 | hours at | $360.00 | per hour |

**Total Fees and Disbursements This Statement** **$4,300.00**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** March 27, 2025

**INVOICE NUMBER:** 50230594
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through February 28, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 02/03/25 | S. Cherney | 3.60 | 1,998.00 | Continue to draft and revise motion for entitlement to attorney's fees. |
| 02/05/25 | S. Cherney | 0.30 | 166.50 | Edit motion for entitlement to attorney's fees. |
| 02/06/25 | A. McKinley | 6.20 | 4,681.00 | Revise and supplement motion for entitlement to attorneys' fees and nontaxable expenses. |
| 02/06/25 | A. McKinley | 0.40 | 302.00 | Strategize concerning preparation of bill of costs, after receipt of cost information from S. Cherney. |
| 02/06/25 | S. Cherney | 0.80 | 444.00 | Research 11th Circuit fees standard for edits to motion for entitlement to attorney's fees. |
| 02/07/25 | A. McKinley | 1.60 | 1,208.00 | Strategize concerning revisions to motion for entitlement to attorneys' fees, and update motion. |
| 02/07/25 | S. Cherney | 1.70 | 943.50 | Revise motion for entitlement to attorney's fees based on edits from A. McKinley. |
| 02/10/25 | A. McKinley | 0.10 | 75.50 | Draft email to opposing counsel concerning conferral on motion for determination as to entitlement to attorneys' fees. |
| 02/10/25 | S. Cherney | 2.60 | 1,443.00 | Research requirements for Bill of Costs and compare with costs in this matter. |
| 02/11/25 | L. Gonzalez | 0.90 | 324.00 | Draft Bill of Costs and Itemization of Bill of Costs in support of same while simultaneously reviewing costs and invoices regarding same; Exchange correspondence regarding same. |
| 02/11/25 | S. Cherney | 0.20 | 111.00 | Call Chambers to determine requirements for Bill of Costs and incorporate into filing. |
| 02/12/25 | A. McKinley | 0.20 | 151.00 | Email S. Das concerning [redacted]. |
| 02/12/25 | A. McKinley | 0.30 | 226.50 | Review and strategize concerning edits to draft Bill of Costs. |
| 02/12/25 | S. Cherney | 0.30 | 166.50 | Continue to prepare Bill of Costs. |

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 02/13/25 | L. Gonzalez | 1.30 | 468.00 | Review and revise Motion for Entitlement to Attorney's Fees and Expenses (.7); Identification and preparation of evidence in support of Motion (.2); Finalize Motion for Entitlement for filing with the Court, which will serve upon all counsel of record (.2); Finalize Bill of Costs and supporting evidence for filing with the Court, which will electronically serve upon all counsel of record (.2). |
| 02/13/25 | A. McKinley | 1.40 | 1,057.00 | Revise and supplement motion on entitlement to attorneys' fees, for filing. |
| 02/13/25 | A. McKinley | 0.10 | 75.50 | Email opposing counsel concerning conferral on motion on entitlement to attorneys' fees. |
| 02/13/25 | S. Cherney | 0.50 | 277.50 | Review Motion for Entitlement to Fees for filing. |
| 02/17/25 | S. Cherney | 0.40 | 222.00 | Prepare supplemental 3.01(g) motion. |
| 02/19/25 | A. McKinley | 0.10 | 75.50 | Finalize supplemental notice of conferral for motion for fees, for filing. |
| 02/21/25 | A. McKinley | 0.10 | 75.50 | Email opposing counsel concerning conferral ordered by court. |
| 02/21/25 | A. McKinley | 0.20 | 151.00 | Attempt multiple calls to opposing counsel, to comply with court order requiring telephonic conferral on motion for attorneys' fees. |
| 02/24/25 | S. Cherney | 0.20 | 111.00 | Prepare joint notice of local rule 3.01(g) communications. |
| 02/24/25 | S. Cherney | 0.50 | 277.50 | Review narratives on billing entries to determine dates for requesting and calculating attorney's fees. |
| 02/24/25 | A. McKinley | 0.60 | 453.00 | Strategize concerning potential fee figures to be used in conferral on motion for attorneys' fees, in light of communication with opposing counsel. |
| 02/24/25 | A. McKinley | 0.50 | 377.50 | Communicate with opposing counsel for conferral on motion for entitlement to fees. |
| 02/24/25 | A. McKinley | 0.90 | 679.50 | Revise and supplement draft status report for conferral on motion for entitlement to attorneys' fees, after receipt of draft from opposing counsel. |
| 02/25/25 | S. Cherney | 1.30 | 721.50 | Continue to review billing entries to determine amount of fees accumulated for summary judgment work. |
| 02/26/25 | A. McKinley | 0.40 | 302.00 | Draft email to S. Das concerning [redacted]. |

**Total Hours** **27.70**

**Total Fees** **$17,564.50**

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 13.10 | hours at | $755.00 | per hour |
| S. Cherney | Associate | - | 12.40 | hours at | $555.00 | per hour |

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Gonzalez | Paralegal | - | 2.20 | hours at | $360.00 | per hour |

**Total Fees and Disbursements This Statement** **$17,564.50**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** April 17, 2025

**INVOICE NUMBER:** 50242970
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through March 31, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 03/03/25 | A. McKinley | 0.30 | 226.50 | Call with S. Das concerning [redacted]. |
| 03/11/25 | A. McKinley | 0.30 | 226.50 | Call with S. Das concerning [redacted], in connection with fee dispute. |
| 03/11/25 | A. McKinley | 0.30 | 226.50 | Respond to S. Das concerning [redacted], and revise email to opposing counsel following same. |
| 03/11/25 | A. McKinley | 0.60 | 453.00 | Draft email to R. Dreher concerning conferral on amount of fees and costs and Takeda's stance on same. |
| 03/20/25 | A. McKinley | 0.90 | 679.50 | Review and analyze Plaintiff's response to motion for entitlement to attorneys' fees, and email S. Das concerning [redacted]. |
| 03/21/25 | A. McKinley | 0.30 | 226.50 | Call with S. Das concerning [redacted], and email opposing counsel following same. |
| 03/24/25 | A. McKinley | 1.00 | 755.00 | Draft motion for leave to file surreply in support of motion to determine entitlement to fees, and email opposing counsel concerning same. |
| 03/25/25 | L. Gonzalez | 0.20 | 72.00 | Telephone conference with Court Clerk regarding progress of Bill of Costs due to outstanding motion. |
| 03/25/25 | S. Cherney | 1.40 | 777.00 | Prepare draft Reply in support of Motion for Entitlement to Attorney's Fees and Expenses. |
| [redacted] | | [redacted] | [redacted] | |
| 03/26/25 | A. McKinley | 0.10 | 75.50 | Revise and supplement motion to file reply for motion on entitlement to fees. |

**INVOICE DATE:** April 17, 2025
**INVOICE NUMBER:** 50242970
**CLIENT MATTER:** 077869.000210

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 03/26/25 | A. McKinley | 0.20 | 151.00 | Strategize concerning reply in support of motion for entitlement to fees. |
| 03/26/25 | S. Cherney | 1.50 | 832.50 | Continue to draft Reply to Motion for Entitlement to Attorney's Fees and Expenses. |
| 03/26/25 | S. Cherney | 0.50 | 277.50 | Draft motion for leave to file reply to Motion for Entitlement to Attorney's Fees and Expenses. |
| 03/27/25 | S. Cherney | 1.00 | 555.00 | Review and edit Reply in support of Motion for Entitlement to Attorney's Fees and Expenses. |
| 03/28/25 | A. McKinley | 2.00 | 1,510.00 | Revise and supplement reply in support of motion for entitlement to fees. |
| 03/28/25 | A. McKinley | 0.10 | 75.50 | Email opposing counsel concerning conferral on motion to file reply. |
| 03/31/25 | A. McKinley | 0.30 | 226.50 | Revise and supplement conferral supplement for motion for leave to file reply. |

[redacted] [redacted]

[redacted] [redacted]

**TIMEKEEPER SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 6.40 | hours at | $755.00 | per hour |
| S. Cherney | Associate | - | 4.40 | hours at | $555.00 | per hour |
| L. Gonzalez | Paralegal | - | 0.20 | hours at | $360.00 | per hour |
| C. Williams | Paralegal | - | 0.40 | hours at | $360.00 | per hour |

[redacted] [redacted]

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** May 21, 2025

**INVOICE NUMBER:** 50260539
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through April 30, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 04/02/25 | A. McKinley | 0.10 | 75.50 | Respond to S. Das concerning [redacted]. |
| 04/07/25 | A. McKinley | 0.20 | 151.00 | Draft second supplemental 3.01(g) certificate for motion to file reply in support of motion for entitlement to fees. |
| 04/07/25 | L. Gonzalez | 0.10 | 36.00 | Finalize Second Supplement to Local Rule 3.01(g) Certification for filing with the Court, which will serve upon all counsel of record. |
| 04/11/25 | S. Cherney | 1.50 | 832.50 | Cite check and prepare exhibits for reply in support of motion for entitlement to attorneys' fees. |
| 04/14/25 | S. Cherney | 0.40 | 222.00 | Review and incorporate final edits to reply in support of motion for entitlement to attorneys' fees for filing. |
| 04/14/25 | A. McKinley | 0.10 | 75.50 | Respond to opposing counsel concerning reply brief on motion for fees. |
| 04/14/25 | A. McKinley | 0.40 | 302.00 | Review and respond to email from opposing counsel concerning court order relating to conferral on reply for motion for attorneys' fees. |
| 04/14/25 | A. McKinley | 0.60 | 453.00 | Revise and supplement declaration in support of reply brief for motion for attorneys' fees. |

**Total Hours** **3.40**

**Total Fees** **$2,147.50**

**TIMEKEEPER SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 1.40 | hours at | $755.00 | per hour |

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Cherney | Associate | - | 1.90 | hours at | $555.00 | per hour |
| L. Gonzalez | Paralegal | - | 0.10 | hours at | $360.00 | per hour |

**Total Fees and Disbursements This Statement** **$2,147.50**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** June 17, 2025

**INVOICE NUMBER:** 50275576
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through May 31, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 05/14/25 | A. McKinley | 0.40 | 302.00 | Exchange multiple emails with S. Das concerning [redacted]. |

| | | |
|---|---|---|
| **Total Hours** | **0.40** | |
| **Total Fees** | | **$302.00** |

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 0.40 | hours at | $755.00 | per hour |

**Total Fees and Disbursements This Statement** **$302.00**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** July 14, 2025

**INVOICE NUMBER:** 50292948
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through June 30, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 06/02/25 | A. McKinley | 0.20 | 151.00 | Email S. Das concerning [redacted], and strategize concerning response to opposing counsel. |
| 06/03/25 | A. McKinley | 0.30 | 226.50 | Respond to opposing counsel concerning pro hac vice motion, and review court rules related to same. |
| 06/18/25 | A. McKinley | 1.10 | 830.50 | Conduct call with opposing counsel and strategize concerning [redacted], in light of pending fee motion. |
| 06/18/25 | A. McKinley | 0.60 | 453.00 | Call with S. Das concerning i[redacted] |

**Total Hours** **2.20**

**Total Fees** **$1,661.00**

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 2.20 | hours at | $755.00 | per hour |

**Total Fees and Disbursements This Statement** **$1,661.00**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** August 13, 2025

**INVOICE NUMBER:** 50306858
**CLIENT MATTER:** 077869.000210 / 000418

Takeda
500 Kendall Street
Cambridge, MA 02142

Attn: Larry Borska

**Shannon Olson Lawsuit**

For legal services rendered through July 31, 2025

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 07/01/25 | A. McKinley | 0.50 | 377.50 | Review and analyze Report and Recommendation granting motion for entitlement to fees, and email S. Das concerning [redacted]. |
| 07/11/25 | A. McKinley | 0.40 | 302.00 | Email S. Das concerning [redacted] |
| 07/11/25 | A. McKinley | 0.70 | 528.50 | Prepare for and attend call with opposing counsel conferring on motion for relief from judgment, and concerning potential resolution discussions. |
| 07/11/25 | A. McKinley | 0.60 | 453.00 | Following call with opposing counsel, pull discovery materials and email opposing counsel concerning same and severance plan. |
| 07/18/25 | A. McKinley | 0.40 | 302.00 | Review order granting motion on entitlement to fees, and email S. Das concerning [redacted]. |
| 07/29/25 | A. McKinley | 0.10 | 75.50 | Respond to opposing counsel concerning Plaintiff's request to confer on threatened motion to set aside judgment. |

**Total Hours** **2.70**

**Total Fees** **$2,038.50**

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| A. McKinley | Partner | - | 2.70 | hours at | $755.00 | per hour |

**Total Fees and Disbursements This Statement** **$2,038.50**

# EXHIBIT 2

Hartsfield-Jackson
Atlanta International Airport

Parking - Takeda Hrng
am

RECEIPT

077869-210

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 1 | 09/27/2023 | | E109 | Parking | 36.00 USD | 36.00 USD |
| Business Purpose Description | ATL Airport Parking<br><br>Receipt Attached: Yes Firm Paid: No | | | | | |
| Allocations | 077869-000210 Takeda | | | Shannon Olson Lawsui | | 36.00 USD |

**Hope, Beth**

---

**From:** Meier, Alex
**Sent:** Friday, September 22, 2023 8:21 PM
**To:** Hope, Beth
**Subject:** Fwd: Your Flight Receipt - ALEXANDER CHARLE MEIER 27SEP23

**Categories:** Alex M

Please expense - travel to hearing for Olson/Takeda.

Sent from my iPhone

**Alex Meier** | Partner
Atlanta | Direct: +1-404-885-6770 | Mobile: +1-407-620-3732 | AMeier@seyfarth.com

Begin forwarded message:

> **From:** Delta Air Lines <DeltaAirLines@t.delta.com>
> **Date:** September 22, 2023 at 18:19:49 MDT
> **To:** alex.meier2013@gmail.com
> **Subject: Your Flight Receipt - ALEXANDER CHARLE MEIER 27SEP23**
> **Reply-To:** Transactional Email Reply Inbox <reply-330729-14_HTML-4343821-10982494-1213013@t.delta.com>

View as a Web Page

DELTA

[redacted]
Gold Medallion®

**CONFIRMATION #: GMPPYY**




You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

**Passenger Info**

Name: ALEXANDER CHARLE MEIER
SkyMiles #[redacted]
Gold

| FLIGHT | SEAT |
|---|---|
| DELTA 1587 | Select Seat |
| DELTA 988 | Select Seat |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Wed, 27SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 1587<br>Main Cabin (K) | ATLANTA<br>9:46am | TAMPA, FL<br>11:13am |
| DELTA 988<br>Main Cabin (K) | TAMPA, FL<br>5:31pm | ATLANTA<br>7:08pm |

MANAGE MY TRIP

**Flight Receipt**

Ticket #: 0062175471360
Place of Issue:
Issue Date: 22SEP23
Expiration Date: 22SEP24

| METHOD OF PAYMENT | |
|---|---|
| AX************1006 | **$611.80 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $541.40 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $40.60 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |

| | |
|---|---|
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$611.80 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| **Wed 27 Sep 2023** | | **ATL-TPA** |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~ USD | FREE (70LBS/32KG) WAS: ~~$40.00~~ USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

| **Wed 27 Sep 2023** | | **TPA-ATL** |
|---|---|---|
| CARRY ON | FIRST | SECOND |

**Hope, Beth**

| | |
|---|---|
| **From:** | Meier, Alex |
| **Sent:** | Wednesday, September 27, 2023 4:15 PM |
| **To:** | Hope, Beth |
| **Subject:** | Fwd: Receipt from Shemsu Muzeyin |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Alex M |

Please expense to Takeda: taxi from airport to courthouse.
Sent from my iPhone

**Alex Meier** | Partner
Atlanta | Direct: +1-404-885-6770 | Mobile: +1-407-620-3732 | AMeier@seyfarth.com

Begin forwarded message:

**From:** Shemsu Muzeyin <messenger@messaging.squareup.com>
**Date:** September 27, 2023 at 11:50:59 EDT
**To:** "Meier, Alex" <AMeier@seyfarth.com>
**Subject: Receipt from Shemsu Muzeyin**
**Reply-To:** Shemsu Muzeyin via Square
<CAESQhIAGjRyX21memZhNGRzcGpmaGU0c2RqbjNnaXdjamdya2V1dnRsb2Z4ZnFuY3poYnJ3bXpjMmxlIghkaWFsb2d1ZSIgAIXo8Tn0Sn2yOIgd3YWa4WSMLeVp4JnrifUOmMCnoaU=@reply2.squareup.com>

**This Message Is From an External Sender**

This message came from outside your organization.

Square automatically sends receipts to the email address you used at any Square seller. Learn more [a.squareupmessaging.com]



**Shemsu Muzeyin**

Let Shemsu Muzeyin know how your experience was

$42.00

| | |
|---|---|
| Custom Amount | $35.00 |
| Purchase Subtotal | $35.00 |

| | |
|---|---|
| Tip | $7.00 |
| **Total** | **$42.00** |

Shemsu Muzeyin

AMEX 1006 (Swipe)
ALEXANDER C MEIER

Sep 27 2023 at 11:50 AM #Pprz Auth code: 588969

**Receipt Settings**

Not your receipt? [a.squareupmessaging.com]
Turn off automatic receipts [a.squareupmessaging.com]
Manage preferences [a.squareupmessaging.com]

**Hope, Beth**

| | |
|---|---|
| **From:** | Alex Meier <alex.meier2013@gmail.com> |
| **Sent:** | Wednesday, September 27, 2023 4:13 PM |
| **To:** | Hope, Beth |
| **Subject:** | Fwd: Your Wednesday afternoon trip with Uber |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Alex M |

**This Message Is From an External Sender**
This message came from outside your organization.

Please expense to Takeda: Uber from court to airport.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** September 27, 2023 at 16:09:07 EDT
> **To:** alex.meier2013@gmail.com
> **Subject: Your Wednesday afternoon trip with Uber**

Uber

Total $20.93
September 27, 2023

# Total $20.93

| | |
|---|---|
| Trip fare | $12.91 |
| Subtotal | $12.91 |
| Booking Fee [click.uber.com] | $5.02 |
| Tips | $3.00 |

**Payments**

**American Express ••••3006** $20.93
9/27/23 4:08 PM

Switch Payment Method [click.uber.com]

Download PDF [click.uber.com]

## You rode with Rafael

4.97 ★ Rating

Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more › [click.uber.com]

UberX 7.50 miles | 12 min

2:23 PM
601 N Florida Ave, Tampa,
FL 33602, US

2:36 PM
Tampa International Airport
(TPA), Tampa, FL 33607, US




Report lost item › [click.uber.com]

Contact support › [click.uber.com]
Contact support › [click.uber.com]

My trips › [click.uber.com]

Uber

Forgot password [click.uber.com]

Privacy [click.uber.com]

Terms [click.uber.com]

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**GRAYROBINSON**
Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

January 9, 2024
FILE # 352001 - 2252

Seyfarth Shaw, LLP
Attn: Alexander Meier, Esquire
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309

Yoder Laveglia LLP
Attn: Michael A. Yoder, Esquire
2300 Wilson Blvd. Ste 700
Arlington, Virginia 22201

Dreher Law Group PLLC
Attn: Rachel Dreher, Esquire
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33436

Invoice # 11191200
Re: Olson, Shannon v. Takeda Pharmaceuticals America, Inc., et al.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice. Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

| | |
|---|---|
| CURRENT FEES: | $ 3,025.00 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| CURRENT BALANCE DUE: | $ 3,025.00 |
| **BALANCE TO BE PAID BY SEYFARTH SHAW LLP** | **$1,512.50** |
| **BALANCE TO BE PAID BY YODER LAVEGLIA LLP AND DREHER LAW GROUP PLLC** | **$1,512.50** |

0611

**CLIENT COPY**
**PAYMENT IS DUE UPON RECEIPT**
**To ensure timely allocation to amounts due, please wire payment to:**

**Wells Fargo Bank, NA**
**ABA/Routing #**[redacted]
**GrayRobinson, P.A. Operating Account**
**Account #**[redacted]
**Please reference your File or Invoice Number.**

INSERT
THIS END UP

ATLANTA INTL
HOURLY GARAGE
RECEIPT A4
IN: 01/16/24 15:16
OUT: 01/17/24 16:43
PARK-DUR.: HRS:MIN
1:01:27
AMOUNT: $ 72.00
CC-DATA:
AMEX
XXXXXXXXXXX3006
XXXXX 201
AUTH. CODE 519026
31987157

takeda
parking Hearing
$ 72
Alex

**Hope, Beth**

**From:** Alex Meier <alex.meier2013@gmail.com>
**Sent:** Thursday, January 18, 2024 8:45 PM
**To:** Hope, Beth
**Subject:** Fwd: Your Flight Receipt - ALEXANDER CHARLE MEIER 16JAN24

**This Message Is From an External Sender**
This message came from outside your organization.

Apologies if I didn't send. This is the flight for Takeda.

Alex
Sent from my iPhone

Begin forwarded message:

> **From:** Delta Air Lines <DeltaAirLines@t.delta.com>
> **Date:** January 12, 2024 at 14:20:06 EST
> **To:** alex.meier2013@gmail.com
> **Subject: Your Flight Receipt - ALEXANDER CHARLE MEIER 16JAN24**
> **Reply-To:** Transactional Email Reply Inbox <reply-369069-14_HTML-4343821-10982494-76856@t.delta.com>

View as a Web Page [view.t.delta.com]

[click.t.delta.com]

#[redacted] [click.t.delta.com]
Gold Medallion® [click.t.delta.com]

**CONFIRMATION #: J J PQ9B**

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** [click.t.delta.com] on **delta.com** [click.t.delta.com] before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: ALEXANDER CHARLE MEIER
SkyMiles #[redacted]
Gold

| FLIGHT | SEAT |
|---|---|
| DELTA 1457 | 24D |
| DELTA 998 | 26E |

Visit delta.com [click.t.delta.com] or download the Fly Delta app [click.t.delta.com] to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips [click.t.delta.com] to access a receipt of your purchase.

| Tue, 16JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1457<br>Main Cabin (K) | ATLANTA<br>6:35pm | TAMPA, FL<br>8:00pm |

| Wed, 17JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 998<br>Main Cabin (K) | TAMPA, FL<br>4:50pm | ATLANTA<br>6:31pm |

**MANAGE MY TRIP [click.t.delta.com]**

## Flight Receipt

Ticket #: 0062202973527 [click.t.delta.com]
Place of Issue:

Issue Date: 12JAN24
Expiration Date: 12JAN25

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | **$592.20 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $522.80 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $39.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |
| **TICKET AMOUNT** | **$592.20 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

**Hope, Beth**

**From:** Alex Meier <alex.meier2013@gmail.com>
**Sent:** Tuesday, January 16, 2024 10:22 PM
**To:** Hope, Beth
**Subject:** Fwd: Your Tuesday evening trip with Uber

**Categories:** Alex M

**This Message Is From an External Sender**
This message came from outside your organization.

Sorry, please use this one.
Sent from my iPhone

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** January 16, 2024 at 20:52:39 EST
**To:** alex.meier2013@gmail.com
**Subject: Your Tuesday evening trip with Uber**

Uber

Total $34.72
January 16, 2024

| Total | $34.72 |
|---|---|
| Trip fare | $19.10 |

| | |
|---|---|
| Subtotal | $19.10 |
| Booking Fee [email.uber.com] | $4.84 |
| TPA Airport Fee | $5.00 |
| Tip | $5.78 |

**Payments**

**American Express ••••3006** $34.72
1/16/24 8:52 PM

Switch Payment Method [email.uber.com]

Download PDF [email.uber.com]

## You rode with CARLOS

**4.99** ★ Rating

Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more > [email.uber.com]

8.90 miles | 14 min

8:17 PM

Airside F, Tampa
International Airport (TPA),
Tampa, FL 33607, US

8:32 PM
100 W Kennedy Blvd, Tampa
Bay, FL 33602, US




Report lost item › [email.uber.com]

Contact support › [email.uber.com]
Contact support › [email.uber.com]

My trips › [email.uber.com]

Uber

Forgot password [email.uber.com]

Privacy [email.uber.com]

Terms [email.uber.com]

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Aloft Tampa Downtown
100 West Kennedy Blvd
Tampa, FL 33602
United States
Tel: 813-898-8000

ALEXANDER MEIER

Page Number : 1 Invoice Nbr : 1000051127
Guest Number : 338953
Folio ID : A
Arrive Date : 16-JAN-24 20:36
Depart Date : 17-JAN-24
No. Of Guest : 1
Room Number : 615
Marriott Bonvoy Number : [redacted]

Information Invoice

Tax ID :
Aloft Tampa Do TPATL JAN-17-2024 03:30 9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-JAN-24 | RT615 | Room Chrg - Other Discount | 332.10 | |
| 16-JAN-24 | RT615 | Occupancy Tax | 19.93 | |
| 16-JAN-24 | RT615 | City/Local Tax | 24.91 | |
| 16-JAN-24 | RT615 | TMD Fee | 1.50 | |
| JAN-17-2024 | AX | American Express | | -378.44 |
| | | ** Total | 378.44 | -378.44 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Aloft Tampa Downtown
100 West Kennedy Blvd
Tampa, FL 33602
United States
Tel: 813-898-8000

ALEXANDER MEIER

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 1000051127 |
| Guest Number | : | 338953 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 16-JAN-24 | 20:36 | | |
| Depart Date | : | 17-JAN-24 | | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 615 | | | |
| Marriott Bonvoy Number : | | [redacted] | | | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | City Tax | Occ Tax | B&F | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 01-16-2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 378.44 | 378.44 | 0.00 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 378.44 | 378.44 | 0.00 |

Signature_______________________

If you have billing questions, please contact the hotel at 813-898-8000 and select option ``0`` for hotel operator or email us at frontdesk@alofttampa downtown.com

**Hope, Beth**

| | |
|---|---|
| **From:** | Meier, Alex |
| **Sent:** | Wednesday, January 17, 2024 2:10 PM |
| **To:** | Hope, Beth |
| **Subject:** | Fwd: Your Wednesday afternoon trip with Uber |

Return Uber to airport.
Sent from my iPhone

**Alex Meier** | Partner
Atlanta | Extension: 716770 (+1-404-885-6770) | Mobile: +1-407-620-3732 | AMeier@seyfarth.com

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** January 17, 2024 at 14:03:48 EST
> **To:** alex.meier2013@gmail.com
> **Subject: Your Wednesday afternoon trip with Uber**

Uber

Total $28.32
January 17, 2024

# Total $28.32

| | |
|---|---|
| Trip fare | $17.57 |

| | |
|---|---|
| Subtotal | $17.57 |
| Booking Fee | $6.03 |
| Tip | $4.72 |

**Payments**

**American Express ••••3006** $28.32
1/17/24 2:03 PM

Switch Payment Method

Download PDF

## You rode with Miguel

**4.98** ★ Rating

Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

7.53 miles | 10 min

**1:33 PM**
601 N Florida Ave, Tampa,
FL 33602, US

1:43 PM
Tampa International Airport
(TPA), Tampa, FL 33607, US




Report lost item ❯ Contact support ❯ Contact support ❯ My trips ❯

Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

ParkATL (404) 530-6725NPXT25

TICKET: 08464
ENTRY ON 08/14/24 AT 13:40
PAYE LE : 08/15/24 A 22:49
EQUIPMENT : 8 - TRANSACTION: 41920
AMOUNT USD 38.00 - VAT : 0% USD 0.00

CARDHOLDER COPY

H-J ATLANTA INT'L AIRPORT
PO BOX 20786
Atlanta
GA 30320

15/08/24 22:50
TRAN 192685 CREDIT
CARD ............8365
VISA CREDIT
CONTACTLESS
PURCHASE
AID A0000000031010
PAN SEQ 01
ARQC 5FEB80C33220EF81
AUTH CODE 015576
AMOUNT $38.00
TOTAL $38.00
Currency USD

No Cardholder
verification
(00) APPROVED

Your account will be
debited with the above
amount
Please retain the copy
Thank you for parking
with us.

12:28

< RECEIPTS

# ATL ‣ TPA

Confirmation# HXR828
Purchased Mon, Aug 12, 2024

**FLIGHT INFO**

**DL759: ATL ‣ TPA**

| | |
|---|---|
| DATE | 08/14/2024 |
| STATUS | FLWN |
| CABIN | Q |

**DL1594: TPA ‣ ATL**

| | |
|---|---|
| DATE | 08/15/2024 |
| STATUS | FLWN |
| CABIN | Q |

KEY OF TERMS

**ANDREW MCKINLEY [redacted]**

| | |
|---|---|
| FLIGHT TICKET # | 0062259593217 |
| FARE | $676.04 USD |
| TAXES, FEES, AND CHARGES | $80.90 USD |
| FLIGHT TOTAL | $756.94 USD |

PAID WITH AMERICAN EXPRESS ENDING IN 1002

**DETAIL**

| | |
|---|---|
| AY | $11.20 USD |
| US | $50.70 USD |
| XF | $9.00 USD |
| ZP | $10.00 USD |
| TOTAL | $80.90 USD |

▲ HIDE TAXES/FEES DETAIL ▲

Explore Book Trips Account More

12:28

< RECEIPTS

# Baggage Receipt

Purchased Wed, Aug 14, 2024
Receipt# 0064222006334
Confirmation# HXR828

ANDREW MCKINLEY [redacted]

| BAGGAGE | |
|---|---|
| EXCESS BAGGAGE | $35.00 USD |
| TAXES & FEES | $0.00 USD |
| TOTAL | $35.00 USD |

TERMS AND CONDITIONS >

NEED HELP? CONTACT US >

Explore Book Trips Account More

12:28

< RECEIPTS

# Baggage Receipt

Purchased Thu, Aug 15, 2024
Receipt# 0064222591257
Confirmation# HXR828

ANDREW MCKINLEY [redacted]

| BAGGAGE | |
|---|---|
| EXCESS BAGGAGE | $35.00 USD |
| TAXES & FEES | $0.00 USD |
| TOTAL | $35.00 USD |

TERMS AND CONDITIONS >

NEED HELP? CONTACT US >

Explore Book Trips Account More

[redacted]

| | | | | |
|---|---|---|---|---|
| 8/15/2024 | $6.20 SUNOCO 0531914000 QPS | TAMPA | FL | purchase |

[redacted]

MARRIOTT

**TAMPA AIRPORT MARRIOTT HOTEL** **GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 458<br>ROOM | MCKINLEY/A<br>NAME | 514.00<br>RATE | 08/15/24<br>DEPART | 12:00<br>TIME | [redacted]<br>ACCT# |
| DK<br>TYPE | | | 08/14/24<br>ARRIVE | 17:23<br>TIME | |
| 92<br>ROOM<br>CLERK | ADDRESS | PAYMENT | | | MBV#: XXXXX3516 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 08/14 | ROOM | 458, 1 | 514.00 | | |
| 08/14 | STATETAX | 458, 1 | 38.55 | | |
| 08/14 | CNTY TAX | 458, 1 | 30.84 | | |
| 08/15 | VS CARD | | | 583.39 | |

SETTLED TO CREDIT CD VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Reward benefits.**

MARRIOTT

TAMPA AIRPORT MARRIOTT HOTEL
TAMPA INTL AIRPORT
TAMPA : FL 33607
EMAIL TPAAPINQUIRY@MARRIOTT.COM

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| 08/15/2024 | MARRIOTT 337A0 PARKING TAMPA FL | $37.63 |
| [redacted] | [redacted] | [redacted] |


HMSHost

TAMPA AIRPORT

To Go

MOCHA DRIZZLE
FRAPP CHIPS
COOKIE CRUMBLES

Subtotal $9.60
Tax $0.72
Payment $10.32
Change Due $0.00
MasterCard $10.32

Check Closed

We value your feedback!

***Customer Copy***

Chick-fil-A
Tampa International Airport
4200 George J Bean Parkway
Suite 1160 Tampa, Florida 33607
United States

Chk #: 45603

Device: THSTPACFASOK-C2
Date: 08/14/2024 18:38:54
Name: ANDREW

TAKE AWAY

| QTY | ORDERED ITEMS | TOTAL |
|---|---|---|
| 1 | Chocolate Fudge Brownie | $2.52 |
| 1 | Cookie<br>*Size Cookie 1* | $1.86 |
| 1 | Nuggets<br>*Nuggets Size 8 Pc* | $6.04 |
| 1 | Spicy Chicken Sandwich Deluxe w/ Pjack Meal<br>*Drink Upgrade Large Drink*<br>*Choose Bun White Bun*<br>*Meal side Upgrade Large Waffle Fry*<br>*Large Drink Flavour Regular Lemonade* | $12.68 |

Sub Total $23.10

Sales Tax(7.5%) $1.73

Total: $24.83

Order#: 342479

PAID BY CARD -
*************** PURCHASE ***************
APPROVED

Total: $24.83

Card Type: MASTERCARD
Card Entry: Contactless
Acct #: ************8723
Approval Code: 014795

************* EMV PURCHASE *************

App Label: Mastercard
Mode: Issuer
AID: A0000000041010
TVR: 0000008001
IAD: 0110A04001220000000000000000000000FF
TSI:
ARC: 00
AC: AD728271AE57D431
CVM: 1F0302

| Date | Description | | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |
| 08/15/2024 | TPA TAMPA BAY | TAMPA FL | $23.90 |
| [redacted] | [redacted] | | [redacted] |

| Date | Description | | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |
| 08/15/2024 | GASLIGHT VALET | TAMPA FL | $35.00 |
| [redacted] | [redacted] | | [redacted] |



ParkATL (404) 530-6725

TICKET: 26537
ENTRY ON 08/27/24 AT 12:22
PAID ON : 08/28/24 A 21:20
EQUIPMENT : 5 - TRANSACTION:
53274
AMOUNT USD 38.00 - VAT : 0% USD
0.00
CARDHOLDER COPY
H-J ATLANTA INT'L AIRPORT
PO BOX 20786
Atlanta
GA 30320
28/08/24 21:20
TRAN 215862 CREDIT
CARD ............8365
VISA CREDIT
CONTACTLESS
PURCHASE
AID A0000000031010
PAN SEQ 01
ARQC EA81181FA0D4A681
AUTH CODE 028492
AMOUNT $38.00
TOTAL $38.00
Currency USD
No Cardholder
verification
(00) APPROVED

Your account will be
debited with the above
amount
Please retain the copy
Thank you for parking
with us.

1:10

< RECEIPTS

# TPA ‣ ATL

Confirmation# GNJIVF
Purchased Tue, Aug 27, 2024

**FLIGHT INFO**

**DL759: TPA ‣ ATL**

| | |
|---|---|
| DATE | 08/28/2024 |
| STATUS | FLWN |
| CABIN | Y |

KEY OF TERMS

**ANDREW MCKINLEY[redacted]**

| | |
|---|---|
| FLIGHT TICKET # | 0062263441095 |
| FARE | $897.45 USD |
| TAXES, FEES, AND CHARGES | $97.51 USD |
| FLIGHT TOTAL | $994.96 USD |

PAID WITH AMERICAN EXPRESS ENDING IN 1002

**DETAIL**

| | |
|---|---|
| AY | $11.20 USD |
| US | $67.31 USD |
| XF | $9.00 USD |
| ZP | $10.00 USD |
| TOTAL | $97.51 USD |

**BALANCE INFORMATION**

| | |
|---|---|
| FARE DIFFERENCE | $373.95 USD |
| TAXES/CARRIER IMPOSED FEES (DIFFERENCE) | $28.05 USD |
| SERVICE CHARGE | $0.00 USD |

Explore Book Trips Account More



1:12

‹ RECEIPTS

Baggage Receipt

Purchased Tue, Aug 27, 2024
Receipt# 0064223000388
Confirmation# GNJIVF

ANDREW MCKINLEY [redacted]

| BAGGAGE | |
|---|---|
| EXCESS BAGGAGE | $35.00 USD |
| TAXES & FEES | $0.00 USD |
| TOTAL | $35.00 USD |

TERMS AND CONDITIONS ›

NEED HELP? CONTACT US ›

Explore Book Trips Account More

1:12

< RECEIPTS

# Baggage Receipt

Purchased Wed, Aug 28, 2024
Receipt# 0064223724778
Confirmation# GNJIVF

ANDREW MCKINLEY [redacted]

| BAGGAGE | |
|---|---|
| EXCESS BAGGAGE | $35.00 USD |
| TAXES & FEES | $0.00 USD |
| TOTAL | $35.00 USD |

TERMS AND CONDITIONS >

NEED HELP? CONTACT US >

Explore Book Trips Account More

**Waters, Melodi**

**From:** Andrew McKinley <andrewmmckinley@gmail.com>
**Sent:** Friday, August 30, 2024 1:08 AM
**To:** McKinley, Andrew
**Subject:** Fwd: Hertz Receipt

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Begin forwarded message:

> **From:** Hertz <HertzNoReply@rentals.hertz.com>
> **Date:** August 28, 2024 at 3:16:33 PM EDT
> **To:** andrewmmckinley@gmail.com
> **Subject: Hertz Receipt**
> **Reply-To:** NoReply <HertzNoReply@rentals.hertz.com>

Here's Your Hertz Rental Car Receipt. VIEW ONLINE [hertz.ltschat.com]

Hertz
[hertzera.bormc.com]

We're here to get you there.



Your Receipt

VIEW RECEIPT [hertz.ltschat.com]

| | | | | | |
|---|---|---|---|---|---|
| # | 01 MR | RR | | | 371693711 |
| | | RES | | | K9623836114 |

**ANDREW MCKINLEY**

**INITIAL CHARGES**

| | | | | | | |
|---|---|---|---|---|---|---|
| RENT RT | $ | 37.27/ DAY | @ | 1/ DAYS | $ | 37.27 |
| **SUBTOTAL 1** | | | | | $ | **37.27** |
| DISCOUNT - | R | 5% | | | $ | 1.86 |
| **SUBTOTAL LESS DISCOUNT** | | | | | T $ | **35.41** |

**CHARGES ADDED DURING RENTAL**

| | | | | | |
|---|---|---|---|---|---|
| LDW | DECLINED | | | | |
| LIS | DECLINED | | | | |
| PAI, PEC | DECLINED | | | | |
| PREM RD SVC | DECLINED | | | | |
| FUEL & SERVICE | $ | .393 PER MILE $ | 10.99 PER GAL | T $ | 8.25 |
| * ADDITIONAL CHARGES | | | | | |

**SERVICE CHARGES/TAXES**

| | | | | | |
|---|---|---|---|---|---|
| CONCESSION FEE RECOVERY | | 10.00 % | | T $ | 3.65 |
| VEHICLE LICENSING COST RECOVERY | | 3.08 % | | T $ | 1.09 |
| STATE/CUSTOM | | | | T $ | 7.97 |
| TAX | 7.500% | ON TAXABLE TTL OF $ | 56.37 | $ | 4.23 |

**TOTAL AMOUNT DUE** $ **60.60**

**CHARGED ON** **AMX** **XXXXXXXXXXX1002**

**FOR EXPLANATION OF THE ABOVE CHARGES,**
**PLEASE ASK A REPRESENTATIVE OR GO TO**
**WWW.HERTZ.COM/CHARGEEXPLAINED [hertz.com]**

| | |
|---|---|
| VEHICLE: | 01398/976878923SIR CAMRY 2.5 S |
| LICENSE: | FLQNFH13 |
| FUEL: | 100% OUT100% IN |
| MILEAGE IN: 24351 | TR-X MILES: |
| MILEAGE OUT: 24330 | MILES ALLOWED: |
| MILES DRIVEN: 21 | MILES CHARGED: |
| CDP: | 211762-PLATINUM CARD FROM AMEX |
| RENTED: | TAMPA INTL AP |
| RENTAL: | 08/27/2415:43 |
| RETURN: | 08/28/2415:10 |
| RETURNED: | TAMPA INTL AP |
| COMPLETED BY: | 0206/FLTAM11 |
| PLAN IN: TMD1 | RATE CLASS: F |
| PLAN OUT: | TMD1 |
| FF: | ZE1 |

www.Hertz.com [hertz.com]

Hertz CAR SALES

## Buying a Car Made Better




[hertzera.bormc.com]

[hertzera.bormc.com][hertzera.bormc.com][hertzera.bormc.com][hertzera.bormc.com][hertzera.bormc.com]

Reservations [hertzera.bormc.com] | Contact Us [hertzera.bormc.com] | FAQs [hertzera.bormc.com] | Privacy Policy [hertzera.bormc.com]

This electronic-mail message contains confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby instructed to return or destroy this copy of this message.

® Reg. U.S. Pat. Off. ©2023 The Hertz Corporation. All rights reserved.

5601 Northwest Expressway, Oklahoma City, OK 73132 U.S.A.


1:27
Platinum Card®
••••51002
Looking for something? Tap to search.
Earn $300 Back
Earn more with the Blue Cash Preferred® Card. Terms apply.
View Offer
Aug 28
[redacted]
SHELL OIL
$3.28
Pending

Le Meridien Tampa
601 North Florida Ave.
Tampa, FL 33602
United States
Tel: 813-221-9555 Fax: 813-221-0555

ANDREW MCKINLEY

| | | | | |
|---|---|---|---|---|
| Page Number | : 1 | | Invoice Nbr | : 1000074576 |
| Guest Number | : 331262 | | | |
| Folio ID | : A | | | |
| Arrive Date | : 27-AUG-24 | 16:12 | | |
| Depart Date | : 28-AUG-24 | | | |
| No. Of Guest | : 1 | | | |
| Room Number | : 552 | | | |
| Marriott Bonvoy Number : | [redacted] | | | |

Le Meridien Ta TPAMD AUG-28-2024 02:20 9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 27-AUG-24 | RT552 | Room Chrg - Other Discount | 264.00 | |
| 27-AUG-24 | RT552 | Room Tax | 19.80 | |
| 27-AUG-24 | RT552 | Tourism Marketing District Fee | 1.95 | |
| 27-AUG-24 | RT552 | Occupancy/Tourism | 15.84 | |
| 27-AUG-24 | RT552 | Destination Fee | 25.00 | |
| 27-AUG-24 | RT552 | Tax | 1.88 | |
| 27-AUG-24 | RT552 | Occupancy Tourism Tax | 1.50 | |
| 27-AUG-24 | RT552 | Valet Parking Overnight Guest | 40.00 | |
| 27-AUG-24 | RT552 | State Tax | 3.00 | |
| AUG-28-2024 | VI | Visa | | -372.97 |

Approve EMV Receipt for VI - 1550: Signature Captured
TC:F2AA52E134F31250 IAD:06021203A02002 TVR:0080008000
AID:A0000000031010 Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 372.97 | -372.97 |
| *** Balance | -0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Le Meridien Tampa
601 North Florida Ave.
Tampa, FL 33602
United States
Tel: 813-221-9555 Fax: 813-221-0555

ANDREW MCKINLEY

| | | | | |
|---|---|---|---|---|
| Page Number | : 2 | | Invoice Nbr | : 1000074576 |
| Guest Number | : 331262 | | | |
| Folio ID | : A | | | |
| Arrive Date | : 27-AUG-24 | 16:12 | | |
| Depart Date | : 28-AUG-24 | | | |
| No. Of Guest | : 1 | | | |
| Room Number | : 552 | | | |
| Marriott Bonvoy Number | : [redacted] | | | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

It has been a pleasure serving you! We hope you are able to recommend us!!

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 08-27-2024 | 0.00 | 0.00 | 0.00 | 372.97 | 372.97 | 0.00 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 372.97 | 372.97 | 0.00 |

Bring the Le Meridien sleep experience home with you. Shop ShopLeMeridien.com.

Uber

August 27, 2024

## Thanks for ordering, Andrew

Here's your receipt for Origami Sushi.

| | |
|---|---|
| **Total** | **$54.23** |

| | |
|---|---|
| 1 Ocean Roll | $15.85 |
| 1 Lava | $14.50 |
| 1 King Kong Roll | $15.75 |
| 1 Spicy Conch | $9.25 |

| | |
|---|---|
| **Subtotal** | **$55.35** |
| Service Fee | $8.62 |
| Tax | $4.80 |
| Tip | $6.00 |
| Promotion | -$15.00 |
| Membership Benefit | -$5.54 |

## Payments

| | |
|---|---|
| Mastercard ••••8723<br>8/27/24 8:23 PM | $54.23 |

You ordered from Origami Sushi

**Picked up from**

3615 W Hillsborough Ave, Tampa, FL 33614-3713, US

**Delivered to**

601 N Florida Ave, Tampa Bay, FL 33602, US


APPROVED - THANK YOU
SUBTOTAL
TIP: 14.00
ROUND UP 4 CHARITY: 0.00
TOTAL: 60.62
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT
ROUND UP FOR JOURNEY
FOR GOOD FOUNDATION AND
ITS FIGHT AGAINST POVERTY
WWW.JOURNEYFORGOOD.ORG