# EXHIBIT A

Outlook

## You've Been Recognized!

From  Takeda Recognition Program < ███████████████████ >

Date  Wed 1/29/2020 5:54 AM

To     Olson, Shannon <█████████████████ >

Be advised that this email came from outside Takeda / ██████████████████

Congratulations!

You have been recognized by Dana L Roberson as part of the
Takeda Recognition Program.

*Shannon, thank you for being so engaged at our Fast Start
meeting! Your excitement is contagious! I love having you as a
teammate!*

For additional information about this recognition please copy and
paste Takedarecognition.com into a supported browser to visit your
Activity tab.

Takedarecognition.com is supported by the following browsers:
Internet Explorer 11 as well as the latest versions of Internet
Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

With questions, please email
[████████████████████████

    Share to Teams     Zoom     

## You've Been Recognized!

TP | Takeda Recognition Program <_____>   
To: ● Olson, Shannon                                    Wed 3/25/2020 12:58 PM

ⓘ Some content in this message has been blocked because the sender       Trust sender     Show blocked content
isn't in your Safe senders list.

Be advised that this email came from outside Takeda / ████████████████████

Congratulations!

You have been recognized by Scott D Comernisky as part of the
Takeda Recognition Program.

*Shannon- Great job collaborating on our Prescriber Maintenance
focus right now. You ROCK! Scott*

For additional information about this recognition please copy and
paste Takedarecognition.com into a supported browser to visit your
Activity tab.

Takedarecognition.com is supported by the following browsers:
Internet Explorer 11 as well as the latest versions of Internet
Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

With questions, please email
██████████████████████████████████

↩ Reply     ↪ Forward

Outlook

**You've Been Recognized!**

From Takeda Recognition Program ████████████████████

Date  Thu 3/26/2020 10:06 AM

To  Olson, Shannon <shannon.███████

████████████████████████

Be advised that this email came from outside Takeda /

Congratulations!

You have been recognized by Dana L Roberson as part of the
Takeda Recognition Program.

*Thanks for having such a positive attitude throughout these
unprecedented times! I hope you and your family are well!*

For additional information about this recognition please copy and
paste Takedarecognition.com into a supported browser to visit your
Activity tab.

Takedarecognition.com is supported by the following browsers:
Internet Explorer 11 as well as the latest versions of Internet
Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

████████████████████████████

Outlook

**You've Been Recognized!**

From Takeda Recognition Program ▮▮▮▮▮▮▮▮▮▮

Date Thu 3/26/2020 10:16 AM

To Olson, Shannon <shannon▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Be advised that this email came from outside Takeda ▮▮▮▮▮▮▮▮▮▮

Congratulations!

You have been recognized by Jordan Davis as part of the Takeda Recognition Program.

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

Outlook

## You've Been Recognized!

From Takeda Recognition Program <

Date  Thu 3/26/2020 4:24 PM

To    Olson, Shannon <shannon

Be advised that this email came from outside Takeda /

Congratulations!

You have been recognized by Angie Warner as part of the Takeda Recognition Program.

Shannon, Thank you for all the notes you sent on Trintellix and Vyvanse this quarter. You really helped me to add to my communication with my providers! These kind of concrete facts are so valuable!

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

◙ Outlook

**You've Been Recognized!**

From Takeda Recognition Program █████████████████████

Date Wed 4/1/2020 6:47 PM

To    Olson, Shannon <shannon███████

Be advised that this email came from outside Takeda █████████████

Congratulations!

You have been recognized by Debbi A Owen as part of the Takeda Recognition Program.

*Thank you for consistently collaborating on doctors we share in our territory and always being will to share ideas and strategies that you are using. As well, thank you for always being open and willing to consistently share and discuss our latest personal development podcasts and books we both have been utilizing. Having that accountability with each other makes me a better rep!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

## Outlook

**You've Been Recognized!**

From Takeda Recognition Program ████████████████████

Date Mon 5/25/2020 11:39 PM

To    Olson, Shannon <shann████████

Be advised that this email came from outside Takeda / ████████████████

Congratulations!

You have been recognized by as part of the Takeda Recognition Program.

*Shannon, thank you so much for your positive attitude throughout training and always going above and beyond to share relevant data. It is truly appreciated! Thanks for being so awesome!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!



**You've Been Recognized!**

From Takeda Recognition Program █████████████████

Date  Mon 5/25/2020 11:39 PM

To  Olson, Shannon <shannon ███████

Be advised that this email came from outside Takeda / █████████████████

Congratulations!

You have been recognized by as part of the Takeda Recognition Program.

*Shannon! thank you for your contributions in assisting Team Jax with breaking down the Trintellix copay utilization card report to help analyze our business!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

 Outlook

**You've Been Recognized!**

From Takeda Recognition Program ███████████████

Date Sun 6/7/2020 11:23 AM

To    Olson, Shannon <shannon ████████

Be advised that this email came from outside Takeda ███████████

Congratulations!

You have been recognized by Angie Warner as part of the Takeda Recognition Program.

*Thank you so much for sharing notes for Trintellix; this definitely added to what I was able to get out of the training. You Rock!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

🗑 ⌄   📂 ⌄   ↩   ↞   ↪ ⌄   Share to Teams    ⊕ Zoom    ⌁ ⌄   ✉   🏷 ⌄   🚩 ⌄   🗐 ⌄

You've Been Recognized!

TP  Takeda Recognition Program ████████████    ↞  ↪  🔁   ⌄  ⊘  ⬚  ⋯

Tue 6/30/2020 11:08 AM

To: ⬤ Olson, Shannon

ℹ  Some content in this message has been blocked because the sender     Trust sender    Show blocked content
isn't in your Safe senders list.

Be advised that this email came from outside Takeda █████████████████████

Congratulations!

You have been recognized by Exceptional Recognition - Manager Nominations as part of the Takeda Recognition Program.

*Shannon, thank you so much for taking the time to put together the helpful information surround MDD. The work you put in did not go unnoticed! This will definitely come in handy!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

↩ Reply    ↪ Forward

### Outlook

**You've Been Recognized!**

From Takeda Recognition Program ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date Wed 8/5/2020 5:07 PM

To    Olson, Shannon <shannon▮▮▮▮▮▮▮▮▮

Be advised that this email came from outside Takeda / ▮▮▮▮▮▮▮▮▮▮▮▮

Congratulations!

You have been recognized by Jordan Davis as part of the Takeda Recognition Program.

*Always appreciate bouncing ideas off you and hearing your feedback.*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

**You've Been Recognized!**

Takeda Recognition Program

To: ● Olson, Shannon                                    Tue 9/8/2020 11:00 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.

Trust sender    Show blocked content

View conversation

Be advised that this email came from outside Takeda

Congratulations!

You have been recognized by Exceptional Recognition - Manager Nominations as part of the Takeda Recognition Program.

*Shannon, thank you for sharing your business tracker. It was very useful to my POD. Effective and efficient! Terry*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

With questions, please email

↩ Reply    ↪ Forward

**Outlook**

**You've Been Recognized!**

From Takeda Recognition Program █████████████

Date  Thu 10/1/2020 9:37 AM

To  Olson, Shannon <shannon███████████

Be advised that this email came from outside Takeda █████████████

Congratulations!

You have been recognized by Ashlea Rocker as part of the Takeda Recognition Program.

*Shannon, You did an amazing job sharing best practices yesterday on the regional call! Thank you for sharing great ways to impact the providers! - Ashlea*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!



**Outlook**

**You've Been Recognized!**

From Takeda Recognition Program ◄ ██████████████████████

Date Tue 12/1/2020 2:48 PM

To Olson, Shannon <shannon ████████████

Be advised that this email came from outside Takeda ██████████████████████

Congratulations!

You have been recognized by Theresa Estrera as part of the
Takeda Recognition Program.

*Shannon! Thanks for leading the district with information on
Trintellix. Suggestions on messaging, objection handling, etc. have
been super helpful!*

For additional information about this recognition please copy and
paste Takedarecognition.com into a supported browser to visit your
Activity tab.

Takedarecognition.com is supported by the following browsers:
Internet Explorer 11 as well as the latest versions of Internet
Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

 Outlook

**You've Been Recognized!**

From Takeda Recognition Program < ███████████████████████ >

Date Tue 12/1/2020 9:35 AM

To   Olson, Shannon <shannon███████████████ >

███████████████████████

Be advised that this email came from outside Takeda / ██████████████████

Congratulations!

You have been recognized by Exceptional Recognition - Manager Nominations as part of the Takeda Recognition Program.

*Greetings, we'd like to take a moment to celebrate you and your many contributions to the organization this year. As a gesture of our sincere appreciation, please enjoy these well-earned recognition points. Whether you treat yourself to something for your home, redeem them for a virtual gift card, or maybe you've finally saved up enough points for that kayak on your wish list, you deserve it! These points are yours to use however you wish. The USBU leadership team is grateful for you and all that you've done to help deliver on our commitments, adapt to new ways of working, and keep our business moving forward, all while being supportive and generous to one another and the communities we serve. Thank you very much. Wishing you a safe, happy and healthy holiday season and a prosperous New Year! Ramona and the USBU Executive Leadership Team. *Please note that the legacy Recognition Programs will be harmonized in January. You will have until December 31st to redeem these points. If you miss this deadline, your points will be converted to a virtual gift card to be used at your convenience.*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

████████████████████████████████

You've Been Recognized!

TP    Takeda Recognition Program ▮▮▮▮▮▮▮▮▮

To: ● Olson, Shannon

Wed 12/2/2020 11:35 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender    Show blocked content

Be advised that this email came from outside Takeda

Congratulations!

You have been recognized by Angie Warner as part of the Takeda Recognition Program.

*Shannon, Thank you for all the support this year. I have literally pulled out the notes you sent the team on Trintellix when I'm pre-call planning. You have helped to make me a better rep and to surely help more patients this year!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

↩ Reply    ↪ Forward

**You've Been Recognized!**



Congratulations!

You have been recognized by Milton M Sanchez as part of the Takeda Recognition Program.

*Thanks for being such a great Trintellix Lead partner during this very unique and difficult year. Your professionalism shines and your hard work is greatly appreciated!!!*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

With questions, please email

↩ Reply    → Forward



## You've Been Recognized!



TP  Takeda Recognition Program

To: Olson, Shannon                                                          Mon 12/7/2020 2:19 PM

Some content in this message has been blocked because the sender isn't in your Safe senders list.                   Trust sender    Show blocked content

View conversation

Be advised that this email came from outside Takeda /

Congratulations!

You have been recognized by Joanne C Bottomley as part of the Takeda Recognition Program.

*Shannon, I wanted to thank you so much for being my collaboration partner in the region! You are a wealth of knowledge and have shared great tips and ideas to help me as a representative! Thank you so much! Joanne*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

↩ Reply    ↱ Forward



You've Been Recognized!

Congratulations!

You have been recognized by Dustin Shane Barley as part of the Takeda Recognition Program.

*Hey Shannon. Just a token of appreciation for your wisdom and passion for what you do for patients each day. You do change lives, and you don't take that lightly. You're a great example of what Takeda defines, patient centricity. Have a great holiday with your family.*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

↩ Reply    ↗ Forward

 Outlook

## You've Been Recognized!

From Takeda Recognition Program ██████████████████████

Date  Fri 12/11/2020 5:14 PM

To    Olson, Shannon <shannon██████████████

Be advised that this email came from outside Takeda ████████████████████████

Congratulations!

You have been recognized by Debra J McAnnally as part of the Takeda Recognition Program.

*Shannon exemplifies Takedaism. When one of Shannon's HCPs moved from her territory into mine, Shannon didn't just enter the new address and be done. Shannon contacted me with an indepth profile of her customer to ensure this Doctor was taken care of in his new practice. Shannon went above and beyond.*

For additional information about this recognition please copy and paste Takedarecognition.com into a supported browser to visit your Activity tab.

Takedarecognition.com is supported by the following browsers: Internet Explorer 11 as well as the latest versions of Internet Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

 Outlook

## RE: OUTSTANDING!!!

| | |
|---|---|
| From | Dees, David <david█████████████████ |
| Date | Wed 9/30/2020 9:35 AM |
| To | Hand, Matt <matt██████████████; Sanchez, Milton <milton████████████>; Olson, Shannon <shannon████████████████>; Churcher, Ben <ben████████████████>; Kelly, Melissa <melissa████████ |
| Cc | Gayle-Garcia, Jodi <jodi██████████████████; Glover, Ryan <ryan████████████>; Koenig, Ann <ann.██████████████ |

AGREED!! Well done and very productive. I appreciate all of your efforts.

David Dees
District Business Manager
Southern Florida District
████████████



**From:** Hand, Matt <matt██████████>
**Sent:** Wednesday, September 30, 2020 9:29 AM
**To:** Sanchez, Milton <milton████████████>; Olson, Shannon <shannon████████████>; Churcher, Ben <ben████████████>; Kelly, Melissa <melissa████████████>
**Cc:** Dees, David <david████████████; Gayle-Garcia, Jodi <jodi██████████████████; Glover, Ryan <ryan████████████>; Koenig, Ann <ann████████████>
**Subject:** OUTSTANDING!!!

GREAT job on the call!!! Y'all knocked it out of the park!!

Thanks so much for the time, effort, collaboration and leadership. Some really great and valuable information.

Have a great day!

All the best,

Matt Hand
Regional Sales Trainer – Southeast Region
Neuroscience Business Unit
Takeda Pharmaceuticals
████████████

 Outlook

**RE: Request for Additional Vyvanse DFTO for Shannon Olson (Takeda Representative)**

From Olson, Shannon <shanno█████████████
Date Mon 12/6/2021 11:16 AM
To   Sander, John <john████████████████, Adu, Nana <nana███████████>; Wolfe, Brittany
Cc   Sheridan, Matt <matt███████████; Crouch, Greg <greg████████████
     <brittany█████████████; Crouch, Greg <greg████████████

You are welcome. Please let me know if you need any additional help with any of the territory accounts.

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals




From: Sander, John <john████████████████
Sent: Monday, December 6, 2021 11:08 AM
To: Adu, Nana <nana███████████████████; Hand, Matt <matt██████████ Wolfe, Brittany
Cc: Sheridan, Matt <matt████████████; Olson, Shannon <shannon.█████████ Crouch, Greg
<brittany████████████████████████████████████████
<greg████████████████ nal Vyvanse DFTO for Shannon Olson (Takeda Representative)
Subject: Request for Additional Vyvanse DFTO for Shannon Olson (Takeda Representative)
Importance: High

Hi Nana,
Can your team please allocated **Qty 10 Vyvanse DFTO** to Takeda Sales Representative: Shannon Olson?
shannon█████████████████

**Reason:**
1. **Shannon is part of the Southeast Region DFTO Pilot Program**
2. Shannon went "ABOVE AND BEYOND" (PTRB) to help an HCP located in a vacant sales territory,
   *outside of her own territory.*
HCP: Dr. Jackie Hubbard proactively called Takeda management requesting more Vyvanse DFTO's.
Shannon took care of helping this request today.
**Thank you Shannon Olson for your excellent collaboration and teamwork!**

Thank you Nana for your consideration of this request.

Best,

John Sander
Interim District Business Manager
Georgia D0523
Neuroscience Business Unit
██████████████████
Takeda Pharmaceutical Company



**Outlook**

## Top 10 in the region



From Crouch, Greg <greg.crouch@takeda.com>

Date Tue 4/14/2020 1:57 PM

To Rebol, Amanda <amanda ; Coffey, Jake <jake, ; Held, Melanie
<melanie ; Edris, Allison <Allison ; Dennis, Stephanie
<stephanie n>; Broome, Ryan <ryan ; Elmore, Wylly J.
<wyllyj Olson, Shannon <shannon ; Dykes, Ingrid
<ingrid White, Karen <karen ; Thomas, Jennifer
<jennifer

Cc Clark, Chris <chris ; Dees, David <david ; Gayle-Garcia, Jodi
<jodi , Glover, Ryan <ryan ; Granam, Jennifer
<jennifer Koenig, Ann <ann. ; Sheridan, Matt
<matt

*Great job everyone!!*

| Rank | Name | Team | Points |
|---|---|---|---|
| 1 | Amanda Rebol | Atlanta | 1528 |
| T2 | Jake Coffey | Georgia | 1527 |
| T2 | Melanie Held | Northern FL | 1527 |
| T4 | Allison Edris | S Georgia | 1526 |
| T4 | Stephanie Dennis | S Georgia | 1526 |
| 6 | Ryan Broome | Georgia | 1525 |
| 7 | Wylly J. Elmore | Atlanta | 1523 |
| T8 | Shannon Olson | Jacksonville, FL | 1521 |
| T8 | Ingrid Dykes | S Georgia | 1521 |
| T10 | Karen White | Atlanta | 1520 |
| T10 | Jennifer Thomas | Northern FL | 1520 |

Regards,

g

_____

Greg Crouch
Regional Business Director | Southeast
Takeda Pharmaceuticals U S A  Inc.
| greg

 Outlook

CONTEXT - SE style - ENGAGEMENTS for August 1 - Sept 18th

From
Date
To

🗎 attachment (159 KB)
INSIGHT - Aug 1 - Sept 18 .lsx

SE TA,

As we prepare for Q3 2020 (October – December) I wanted to share some insight from the most current data (August 1 – Sept 18th) so everyone across the region will have the context needed to identify areas where you are strong and some areas where you want to increase your focus. I hope this opens up the lines of communications across the region when it comes helping each other develop.

*I know when we share insight while at the same time get tips from peers the result is always a win-win!*

The data and insight will be divided into the following 4 groups:

- **HCP ENGAGEMENTS** - Since they are the most important there is no better place to begin
  - o Insight included in this e-mail
- **E-mail, Details, Details with Samples and etc.**
  - ◦ Wednesday e-mail
- **Vouchers and Savings Cards**
  - ◦ Thursday e-mail
- **Routing**
  - ◦ Monday e-mail

**HCP ENGAGEMENTS** - I intentionally placed the "by rep" ENGAGEMENT chart at the bottom of this e-mail. It is important insight for context but I wanted to take time to highlight the following first:
- Footprints where both reps are making it happen
- Reps who are new to Takeda (some new to PHARMA) who have gotten off to a solid start

## HCP ENGAGEMENTS by footprint



| DIST | | GEO NAME | # of Engagements by footprint | % of Region's Engagements from 8.1 - 9.18 |
|---|---|---|---|---|
| | | Atlanta N, GA | 86 | 6.04% |
| Atlanta | | Athens, GA | 81 | 5.68% |
| Atlanta | | | 66 | 4.63% |
| Coastal, FL | | West Palm Beach, FL | 65 | 4.56% |
| | | | 56 | 3.93% |
| | | Orlando N, FL | 54 | 3.79% |
| Northern FL | | Miami, FL | 53 | 3.72% |
| Southern FL | | North-West Georgia | 52 | 3.65% |
| - Atlanta | | Orlando S, FL | 51 | 3.58% |
| Southern FL | | Atlanta, GA | 50 | 3.51% |
| - Atlanta | | San Juan, PR | 49 | 3.44% |
| Coastal, FL | | | 49 | 3.44% |
| | | | 47 | 3.30% |
| | | West Palm Beach, FL | 46 | 3.23% |
| Southern FL | | | 45 | 3.16% |
| | | Miami, FL | 43 | 3.02% |
| - Coastal, FL | | Orlando S, FL | 43 | 3.02% |
| - Northern FL | | Marietta, GA | 41 | 2.88% |
| 35 - Atlanta | | | 41 | 2.88% |
| | | Jacksonville, FL | 40 | 2.81% |
| Jacksonville, FL | | Tallahassee, FL | 39 | 2.74% |
| Jacksonville, FL | | Saint Petersburg, FL | 35 | 2.46% |
| Jacksonville, FL | | | | |

| | | | | 13 | 2.32% |
|---|---|---|---|---|---|
| | | Daytona Beach, FL | | 32 | 1.25% |
| sonville, FL | | | | 32 | 2.25% |
| | | Sarasota, FL | | 31 | 2.18% |
| Coastal, FL | | Fort Myers, FL | | 30 | 2.11% |
| outhern, FL | | | | 29 | 2.04% |
| | | | | 24 | 1.68% |
| Northern FL | | Jacksonville, FL | | 23 | 1.61% |
| Coastal, FL | | Fort Lauderdale, FL | | 21 | 1.47% |
| Southern FL | | Tampa, FL | | 20 | 1.40% |
| acksonville, FL | | Orlando N, FL | | 18 | 1.26% |
| Northern FL | | Tampa, FL | | | |

## HCP ENGAGEMENTS – what will have the greatest impact consistently?

*The following 9 footprints are highlighted because both reps have 20+ HCP ENGAGEMENTS.*
*I included Xavier and Lisa because they are 20+ but the only rep in their footprint.*

| DIST | FOOT ID | GEO NAME | Rep | HCP Engagements by Rep (Region had 1425) | Comment |
|---|---|---|---|---|---|
| Atlanta | | Atlanta N, GA | Amelie Bagwell & Jamie Barber | 51 | |
| Atlanta | | Atlanta N, GA | Cassie Mills | 35 | |
| Atlanta | | North-West Georgia | Aida Ventura | 28 | |
| Atlanta | | North-West Georgia | Melodie Swedin | 24 | |
| Atlanta | | Athens, GA | Melissa Kelly | 37 | |
| Atlanta | | Athens, GA | Wylly Elmore | 44 | |
| Atlanta | | | Joanne Bottomley | 38 | |
| | | | Toni Scaggs | 28 | |
| | | | Xavier Almeyda | 31 | one rep in foot |
| Coastal, FL | | Sarasota, FL | Jana Washburn | 33 | |
| Coastal, FL | | West Palm Beach, FL | Manuel Pataca | 32 | |
| Coastal, FL | | West Palm Beach, FL | Laura Lopez Vasquez | 49 | one rep in foot |
| Coastal, FL | | San Juan, PR | Brittany Wolfe | 22 | |
| Northern FL | | Orlando S, FL | Travis Seusaman | 21 | |
| Northern FL | | Orlando S, FL | Becky Pruitt | 22 | |
| | | | Brenton Colson | 23 | |
| | | | Cristy Jerald | 24 | |
| | | | Robolin Sebastien | 25 | |
| | | | Courtney Goss | 29 | |
| | | | Ryan Broome | 27 | |

## Reps hired since 8/1/2019 with 10+ ENGAGEMENTS
*Great to see the early success leveraging ENGAGEMENTS!*

| DIST | FOOT ID | GEO NAME | Name | HCP Engagements by Rep (Region had 1425) | % of Region's HCP Engagements | Comments |
|---|---|---|---|---|---|---|
| | | | | | | Glad to have back & top 1/3 in region |
| outhern FL | | Miami, FL | Johanna Hernandez | 34 | 2.39% | new to pharma & top 1/3 in region |
| - Atlanta | | Atlanta, GA | Amanda Reboli | 32 | 2.25% | new to pharma & top 1/3 in region |
| outhern FL | | West Palm Beach, FL | Jessica Ziegler | 31 | 2.18% | new to pharma & top 1/3 in region |
| | | | Gabriella Packer | 28 | 1.96% | Glad to have back |
| cksonville, FL | | Jacksonville, FL | Dustin Barley | 24 | 1.68% | new to pharma |
| Southern FL | | Tampa, FL | Jeff Carlson | 19 | 1.33% | |
| Southern FL | | Miami, FL | Bria Everett | 19 | 1.33% | |
| S - Atlanta | | Atlanta, GA | Ashlea Rocker | 18 | 1.26% | new to pharma & zero days in the field calling on HC |
| | | | Kristi Babb | 17 | 1.19% | new to pharma |
| | | West Palm Beach, FL | Dylan Young | 15 | 1.05% | |
| Southern FL | | | Stephanie Dennis | 13 | 0.91% | new to pharma |
| Jacksonville, FL | | Orlando N, FL | Rebekah Hinz Timmel | 12 | 0.84% | |

## ENGAGEMENTS by Rep

| DIST | FOOT ID | GEO NAME | HCP Engagements by Rep (Region had 1425) | % of Region's HCP Engagements |
|---|---|---|---|---|
| | | San Juan, PR | 49 | 3.44% |
| Coastal, FL | | Athens, GA | 44 | 3.09% |
| Atlanta | | | | |

| | Location | Count | Percent |
|---|---|---|---|
| Atlanta | Atlanta N, GA | 42 | 2.95% |
| | | 38 | 2.67% |
| Atlanta | Athens, GA | 37 | 2.60% |
| rthern FL | Orlando N, FL | 16 | 2.53% |
| Atlanta | Atlanta N, GA | 35 | 2.46% |
| uthern FL | Miami, FL | 34 | 2.39% |
| outhern FL | Orlando S, FL | 33 | 2.32% |
| Coastal, FL | West Palm Beach, FL | 33 | 2.32% |
| Atlanta | Atlanta, GA | 32 | 2.25% |
| ksonville, FL | Saint Petersburg, FL | 32 | 2.25% |
| Coastal, FL | West Palm Beach, FL | 32 | 2.25% |
| outhern FL | West Palm Beach, FL | 31 | 2.18% |
| Coastal, FL | Sarasota, FL | 31 | 2.18% |
| | | 30 | 2.11% |
| | | 29 | 2.04% |
| | | 28 | 1.96% |
| s - Atlanta | North-West Georgia | 28 | 1.96% |
| | | 28 | 1.96% |
| | | 27 | 1.89% |
| | Marietta, GA | 25 | 1.75% |
| S - Atlanta | Miami, FL | 25 | 1.75% |
| - Coastal, FL | | 25 | 1.75% |
| lanta | North-West Georgia | 24 | 1.68% |
| onville, FL | Jacksonville, FL | 24 | 1.68% |
| | | 24 | 1.61% |
| onville, FL | Daytona Beach, FL | 23 | 1.61% |
| | | 23 | 1.54% |
| onville, FL | Tallahassee, FL | 22 | 1.54% |
| rthern FL | Orlando S, FL | 22 | 1.54% |
| | | 22 | 1.54% |
| | | 22 | 1.47% |
| avg | Orlando S, FL | 21 | 1.33% |
| rthern FL | Tampa, FL | 19 | 1.33% |
| uthern FL | Miami, FL | 19 | 1.33% |
| uthern FL | | 19 | 1.33% |
| | | 19 | 1.26% |
| Atlanta | Atlanta, GA | 18 | 1.26% |
| outhern FL | Orlando S, FL | 18 | 1.26% |
| Coastal, FL | Miami, FL | 18 | 1.26% |
| orthern FL | Orlando N, FL | 17 | 1.19% |
| cksonville, FL | Tallahassee, FL | 17 | 1.19% |
| | | 17 | 1.19% |
| Coastal, FL | Fort Lauderdale, FL | 16 | 1.12% |
| - Atlanta | Marietta, GA | 16 | 1.12% |
| cksonville, FL | Jacksonville, FL | 15 | 1.05% |
| Southern FL | West Palm Beach, FL | 15 | 1.05% |
| | | 15 | 1.05% |
| Northern FL | Jacksonville, FL | 14 | 0.98% |
| | | 14 | 0.98% |
| Northern FL | Tampa, FL | 14 | 0.98% |
| | | 13 | 0.91% |
| Southern FL | Fort Myers, FL | 13 | 0.91% |
| | | 13 | 0.91% |
| | | 12 | 0.84% |
| sonville, FL | Orlando N, FL | 9 | 0.63% |
| Atlanta | Atlanta N, GA | 9 | 0.63% |
| sonville, FL | Daytona Beach, FL | 9 | 0.68% |
| uthern FL | Fort Myers, FL | 9 | 0.63% |
| rthern FL | Jacksonville, FL | 8 | 0.56% |
| ksonville, FL | Orlando N, FL | 8 | 0.56% |
| outhern FL | Fort Myers, FL | 6 | 0.42% |
| oastal, FL | Fort Lauderdale, FL | 4 | 0.28% |
| orthern FL | Tampa, FL | 3 | 0.21% |
| ksonville, FL | Saint Petersburg, FL | 2 | 0.14% |
| southern FL | Tampa, FL | | |

Thanks for taking some time to review the above insight. I have attached the Excel spreadsheet with all the specific data by event. I would love your feedback on this insight and anything else that is on your mind. Feel free to reach out any time!

I hope everyone is having a great week and enjoying leaning in through Takeda Cares! What a great opportunity to help others and have some fun at the same time! I was blessed to spend some time with the **SoFlo team** this morning during their Takeda Cares Team Event and it delivered in every way!



Regards,

g

_____

Greg Crouch
Regional Business Director | Southeast
Takeda Pharmaceuticals U.S.A., Inc.
 greg.



| DIST | FOOT ID | GEO NAME | # of Engagements by footprint | % of Region's Engagements from 8.1 - 9.18 |
|---|---|---|---|---|
| Atlanta | | Atlanta N, GA | 86 | 6.04% |
| Atlanta | | North-West Georgia | 52 | 3.65% |
| Atlanta | | Marietta, GA | 41 | 2.88% |
| Atlanta | | Atlanta, GA | 50 | 3.51% |
| Atlanta | | Athens, GA | 81 | 5.68% |
| ksonville, FL | | Tallahassee, FL | 39 | 2.74% |
| ksonville, FL | | Jacksonville, FL | 40 | 2.81% |
| ksonville, FL | | Daytona Beach, FL | 32 | 2.25% |
| ksonville, FL | | Orlando N, FL | 20 | 1.40% |
| ksonville, FL | | Saint Petersburg, FL | 35 | 2.46% |
| outhern FL | | Orlando S, FL | 51 | 3.58% |
| outhern FL | | Tampa, FL | 21 | 1.47% |
| outhern FL | | Fort Myers, FL | 30 | 2.11% |
| outhern FL | | West Palm Beach, FL | 46 | 3.23% |
| outhern FL | | Miami, FL | 53 | 3.72% |
| Georgia | | Atlanta S, GA | 41 | 2.88% |
| Georgia | | Augusta, GA | 66 | 4.63% |
| Georgia | | Macon, GA | 29 | 2.04% |
| Georgia | | Savannah, GA | 32 | 2.25% |
| Georgia | | Southeast GA | 47 | 3.30% |
| oastal, FL | | Fort Lauderdale, FL | 23 | 1.61% |
| oastal, FL | | Sarasota, FL | 31 | 2.18% |
| oastal, FL | | West Palm Beach, FL | 65 | 4.56% |
| oastal, FL | | Miami, FL | 43 | 3.02% |
| oastal, FL | | San Juan, PR | 49 | 3.44% |
| orthern FL | | Jacksonville, FL | 24 | 1.68% |
| orthern FL | | Orlando S, FL | 43 | 3.02% |
| orthern FL | | Orlando N, FL | 54 | 3.79% |
| orthern FL | | Tampa, FL | 18 | 1.26% |
| Georgia | | Atlanta SW, GA | 45 | 3.16% |
| Georgia | | Atlanta E GA | 49 | 3.44% |
| Georgia | | North Georgia | 33 | 2.32% |
| Georgia | | South Georgia | 56 | 3.93% |

| DIST | FOOT ID | GEO NAME | Name | HCP ENGAGE by Rep (Region had 1425) | % of Region's HCP ENGAGE |
|---|---|---|---|---|---|
| - Atlanta | | Atlanta N, GA | | 42 | 2.95% |
| - Atlanta | | Atlanta N, GA | | 35 | 2.46% |
| - Atlanta | | Atlanta N, GA | | 9 | 0.63% |
| - Atlanta | | North-West Georgia | | 28 | 1.96% |
| - Atlanta | | North-West Georgia | | 24 | 1.68% |
| - Atlanta | | Marietta, GA | | 25 | 1.75% |
| - Atlanta | | Marietta, GA | | 16 | 1.12% |
| - Atlanta | | Atlanta, GA | | 32 | 2.25% |
| - Atlanta | | Atlanta, GA | | 18 | 1.26% |
| - Atlanta | | Athens, GA | | 44 | 3.09% |
| - Atlanta | | Athens, GA | | 37 | 2.60% |
| cksonville, FL | | Tallahassee, FL | | 22 | 1.54% |
| cksonville, FL | | Tallahassee, FL | | 17 | 1.19% |
| cksonville, FL | | Jacksonville, FL | | 24 | 1.68% |
| cksonville, FL | | Jacksonville, FL | | 16 | 1.12% |
| cksonville, FL | | Daytona Beach, FL | | 23 | 1.61% |
| cksonville, FL | | Daytona Beach, FL | | 9 | 0.63% |
| cksonville, FL | | Orlando N, FL | | 12 | 0.84% |
| cksonville, FL | | Orlando N, FL | | 8 | 0.56% |
| cksonville, FL | | Saint Petersburg, FL | Shannon Olson | 32 | 2.25% |
| cksonville, FL | | Saint Petersburg, FL | Jordan Davis | 3 | 0.21% |
| Southern FL | | Orlando S, FL | | 33 | 2.32% |
| Southern FL | | Orlando S, FL | | 18 | 1.26% |
| Southern FL | | Tampa, FL | | 19 | 1.33% |
| Southern FL | | Tampa, FL | | 2 | 0.14% |
| Southern FL | | Fort Myers, FL | | 13 | 0.91% |
| Southern FL | | Fort Myers, FL | | 9 | 0.63% |
| Southern FL | | Fort Myers, FL | | 8 | 0.56% |
| Southern FL | | West Palm Beach, FL | | 31 | 2.18% |
| Southern FL | | West Palm Beach, FL | | 15 | 1.05% |
| Southern FL | | Miami, FL | J | 34 | 2.39% |
| Southern FL | | Miami, FL | | 19 | 1.33% |
| S. Georgia | | Atlanta S, GA | | 28 | 1.96% |
| S. Georgia | | Atlanta S, GA | | 13 | 0.91% |
| S. Georgia | | Augusta, GA | | 38 | 2.67% |
| S. Georgia | | Augusta, GA | | 28 | 1.96% |
| S. Georgia | | Macon, GA | | 15 | 1.05% |
| S. Georgia | | Macon, GA | | 14 | 0.98% |
| S. Georgia | | Savannah, GA | | 19 | 1.33% |
| S. Georgia | | Savannah, GA | | 13 | 0.91% |
| S. Georgia | | Southeast GA | | 30 | 2.11% |
| S. Georgia | | Southeast GA | | 17 | 1.19% |
| - Coastal, FL | | Fort Lauderdale, FL | | 17 | 1.19% |
| - Coastal, FL | | Fort Lauderdale, FL | | 6 | 0.42% |
| - Coastal, FL | | Sarasota, FL | | 31 | 2.18% |
| - Coastal, FL | | West Palm Beach, FL | | 33 | 2.32% |
| - Coastal, FL | | West Palm Beach, FL | | 32 | 2.25% |
| - Coastal, FL | | Miami, FL | | 25 | 1.75% |
| - Coastal, FL | | Miami, FL | | 18 | 1.26% |
| - Coastal, FL | | San Juan, PR | | 49 | 3.44% |

| | | | | | |
|---|---|---|---|---|---|
| █ | Northern FL | Jacksonville, FL | █ | 15 | 1.05% |
| | Northern FL | Jacksonville, FL | | 9 | 0.63% |
| | Northern FL | Orlando S, FL | | 22 | 1.54% |
| | Northern FL | Orlando S, FL | | 21 | 1.47% |
| | Northern FL | Orlando N, FL | | 36 | 2.53% |
| | Northern FL | Orlando N, FL | | 18 | 1.26% |
| | Northern FL | Tampa, FL | | 14 | 0.98% |
| | Northern FL | Tampa, FL | | 4 | 0.28% |
| - Georgia | Atlanta SW, GA | | 23 | 1.61% |
| - Georgia | Atlanta SW, GA | | 22 | 1.54% |
| - Georgia | Atlanta E, GA | | 25 | 1.75% |
| - Georgia | Atlanta E, GA | | 24 | 1.68% |
| - Georgia | North Georgia | | 19 | 1.33% |
| - Georgia | North Georgia | | 14 | 0.98% |
| - Georgia | South Georgia | | 29 | 2.04% |
| - Georgia | South Georgia | | 27 | 1.89% |

 Outlook

## Virtual Engagement Info

From Gayle-Garcia, Jodi <jod██████████████
Date  Fri 10/16/2020 12:42 PM
To  DL-SALES Dist 00036 NSF Jacksonville, FL ████████████████

Team,
Please take a look at this. There is a disparity between teams on the number of VEs… how can we balance this? Let's come prepared to discuss on Wednesday.

| District | DT | Call: Owner Name | T | TOTAL Engage Meeting HCP DETAIL-O | TOTAL Engage Meeting HCP w/ meal DETAIL-O | TOTAL Engage Meeting HCP DW/ SAMPLE | TOTAL Engage Meeting HCP w/ meal DW/ SAMPLE | TOTAL ENGAGE MEET (8.1 - 10.10) | AUG TOTAL ENGAGE MEET | % of TOTAL ENGAGE MEET from AUG | AUG TOTAL ENGAGE MEET per day (22) | SEPT TOTAL ENGAGE MEET | % of TOTAL ENGAGE MEET from SEPT | SEPT TOTAL ENGAGE MEET per day (21) | OCT TOTAL ENGAGE MEET | % of TOTAL ENGAGE MEET from OCT | OCT TOTAL ENGAGE MEET per day (7) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jacksonville, FL | PC | | R | 1 | 34 | 5 | 4 | 44 | 16 | 36% | 0.7 | 13 | 30% | 0.6 | 15 | 34% | 2.1 |
| Jacksonville, FL | PC | Shannon Olson | R | 14 | 38 | 1 | 2 | 55 | 21 | 38% | 1.0 | 26 | 47% | 1.2 | 8 | 15% | 1.1 |
| Jacksonville, FL | PC | | R | 6 | 4 | 3 | 3 | 16 | 6 | 38% | 0.3 | 2 | 13% | 0.1 | 8 | 50% | 1.1 |
| Jacksonville, FL | PC | | R | 1 | 22 | 2 | 4 | 29 | 12 | 41% | 0.5 | 10 | 34% | 0.5 | 7 | 24% | 1.0 |
| Jacksonville, FL | PC | | R | 2 | 18 | 11 | 5 | 36 | 18 | 50% | 0.8 | 12 | 33% | 0.6 | 6 | 17% | 0.9 |
| Jacksonville, FL | PC | | R | 3 | 12 | 3 | 0 | 18 | 5 | 28% | 0.2 | 7 | 39% | 0.3 | 6 | 33% | 0.9 |
| Jacksonville, FL | PC | | R | 1 | 31 | 3 | 1 | 36 | 15 | 42% | 0.7 | 16 | 44% | 0.8 | 5 | 14% | 0.7 |
| Jacksonville, FL | PC | | R | 1 | 16 | 0 | 0 | 17 | 7 | 41% | 0.3 | 5 | 29% | 0.2 | 5 | 29% | 0.7 |
| Jacksonville, FL | PC | Diana Roberson | R | 0 | 18 | 3 | 5 | 26 | 6 | 23% | 0.3 | 18 | 69% | 0.9 | 2 | 8% | 0.3 |
| Jacksonville, FL | PC | Jordan Davis | R | 0 | 5 | 0 | 0 | 5 | 2 | 40% | 0.1 | 2 | 40% | 0.1 | 1 | 20% | 0.1 |

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Mobile ████████████████
Email: Jodi ████████████████

# EXHIBIT B

Outlook

**FINALTRIN_FastStart2020_BrandSlides 2019-12-13 Final presented.pptx**

From Gayle-Garcia, Jodi <jodi █████████

Date Fri 1/3/2020 10:40 AM

To    Olson, Shannon <shannon ██████████

📎 1 attachment (3 MB)

FINALTRIN_FastStart2020_BrandSlides 2019-12-13 Final presented.pptx;

Shannon,

Take a look at these slides. I would like you to be the presenter for Trintellix. We will go over this during our ride along before the meeting.

*Jodi C. Gayle-Garcia*
District Business Manager
Jacksonville District
Neuroscience Business Unit
Mobile: ████████████
Email: jodi █████████████



 Outlook

**Boulenger Reprint.pdf**

From Olson, Shannon <shannon █████████████████>

Date Sun 1/12/2020 8:53 PM

To   Gayle-Garcia, Jodi <jodi█████████████; Davis, Jordan <jordan██████████; Warner, Angie
     <angie█████████ Comernisky, Scott <scott█████████████>; Timmel, Rebekah
     <rebekah█████████; Watson, Brad <brad████████████ Jackson, Teresa
     <teresa██████████; Roberson, Dana <dana█████████

📎 1 attachment (9 MB)

Boulenger Reprint.pdf;

Hey Guys

Hope you all had a great weekend.  To prepare for our upcoming meeting, please review the attached study as we have a workshop on it.  We will go through the study- but when preparing think if you are going to detail this study, what parts would you pick.

Let me know if you have any questions.  And please know, you can reach out to me at anytime with any Trintellix questions, concerns or you just want to run an idea by someone.  Whatever your Trintellix need is- I am your girl. Take care and see you all soon.

Shannon Olson
████████████

Outlook

**RE: Fast Start Meeting**

**From** Olson, Shannon <shannon ███████████

**Date** Sat 1/25/2020 1:06 PM

**To**   Olson, Shannon <shannon ███████████

Presented and Lead the Trintellix meeing/training at our fast start meeting.  Broke the Boulenger study down for district, provided through notes. Provided extra notes that I researched on depression and Tintellix and other treatments (spent hours of nonwork time doing this)

-----Original Message-----
From: Olson, Shannon <shannon ███████████████
Sent: Thursday, January 16, 2020 7:28 AM
To: Olson, Shannon <shannon ████████████
Subject:



**Re: FAST START Agenda**

From Olson, Shannon <shannon█████████████

Date Tue 1/14/2020 9:49 PM

To    Gayle-Garcia, Jodi <jodi████████████

Cc    Timmel, Rebekah <rebekah████████████; Watson, Brad <brad████████████; Jackson, Teresa
      <teresa████████████; Comernisky, Scott <scott████████████; Davis, Jordan
      <jordan████████████; Warner, Angie <angi████████████; Roberson, Dana
      <dana████████████

Hey guys

So looking forward to this meeting. I did find a boot camp class nearby ($17) on Friday morning at 5:00am- it
sounds great. Let me know if you want to join me- I'd love a buddy!

AT&T                        9:45 PM                    

Friday, January 17

## 05:00 AM – 06:00 AM

Boot Camp - Reservation only

BOOK

Sara Silva

⌄ Hide details

## Boot Camp - Reservation only Description

Not for the weak of heart...our Boot Camp is a combination of a motivated team atmosphere, high intensity cardiovascular and strength workouts that will test your mind, body, and spirit. You got this!

Boot Camp classes are a great option if you are trying to lose weight and increase your muscular strength and endurance. We will use everything from free weights, to medicine balls, aerobic steps, and more (we get creative). The goal is to torch fat, gain strength and overcome all challenges that arise. We incorporate a variety of workouts in our Boot Camp classes to include:

- HIIT- High Intensity Interval Training (HIITT) classes ensure you get both a cardio and strength training workout.



**You've Been Recognized!**

From Takeda Recognition Program <maestr█████████████████████

Date Wed 1/29/2020 5:54 AM

To Olson, Shannon <shannon██████████████

Be advised that this email came from outside Takeda ████████████████████████

Congratulations!

You have been recognized by Dana L Roberson as part of the
Takeda Recognition Program.

*Shannon, thank you for being so engaged at our Fast Start
meeting! Your excitement is contagious! I love having you as a
teammate!*

For additional information about this recognition please copy and
paste Takedarecognition.com into a supported browser to visit your
Activity tab.

Takedarecognition.com is supported by the following browsers:
Internet Explorer 11 as well as the latest versions of Internet
Explorer Edge, Google Chrome, Apple Safari, and Mozilla Firefox.

Again, congratulations on your recognition!

Outlook

## Summary of Trintellix 318 Study

From Olson, Shannon <shannon █████████████████

Date Tue 11/19/2019 10:06 AM

To    Gayle-Garcia, Jodi <jodi. ████████████████

2 attachments (20 KB)

Effect of Trintellix and Lexapro on Sexual Functioning in Adults with Well.docx; ATT00001.txt;

Hey there

I summarized key points of study 318. I also read through various blogs and sites as I wanted to know more about the patient who suffers from Treatment Emergent Sexual Dysfunction. I feel that by including what patients are actually saying and feeling we can better paint the patient profile. Let me know your thoughts.

Outlook

**Summary of Trintellix 318 Study**

From Olson, Shannon <shannon.

Date Tue 11/19/2019 10:06 AM

To    Gayle-Garcia, Jodi <jod

📎 2 attachments (20 KB)

Effect of Trintellix and Lexapro on Sexual Functioning in Adults with Well.docx; ATT00001.txt;

Hey there

I summarized key points of study 318.  I also read through various blogs and sites as I wanted to know more about the patient who suffers from Treatment Emergent Sexual Dysfunction.  I feel that by including what patients are actually saying and feeling we can better paint the patient profile. Let me know your thoughts.

# EXHIBIT C



**Fwd: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days**

From Gayle-Garcia, Jodi <jodi██████████████████

Date Fri 2/14/2020 3:03 PM

To    Davis, Jordan <jordan██████████  Sweeney, Tracy <tracy████████████; Olson, Shannon
      <shannon██████████

Here is the update from sample Accountability. Ladies thanks for your help. Jordan please call Tolliver and get clarity on what you need to to before EOB today.

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421
Mobile ██████████████████
Email: Jodi██████████████████

Begin forwarded message:

**From:** Ask Sample Operations <████████████████

**Date:** February 14, 2020 at 2:48:27 PM EST

**To:** "Davis, Jordan" <jordan██████████, Ask Sample Operations

**Cc:** "Gayle-Garcia, Jodi" <jodi██████████

**Subject: RE: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days**

Hello Jordan,

We have received approval for corrections to be made to calls ████████████████

As this variance is reportable to the FDA, these call corrections will need to be completed as soon as possible. You will need to contact me once you arrive at this HCP's office to correct these calls, and I will provide you with the instructions for correction.

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
~~~~~~~~~ IL 60015 U S A

**From:** Davis, Jordan <jordan███████
**Sent:** Thursday, February 13, ████ 2:35 PM
**To:** Ask Sample Operations <███████████████
**Cc:** Gayle-Garcia, Jodi <jodi███████
**Subject:** RE: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5
Business Days

I thoroughly reviewed my sampling activity. Here are my findings:

1. My December 2019 month end inventory was wrong, I know it was wrong as I recorded more
10mg samples then I had received in shipments. Thus, I miscounted and incorrectly added them up.
   - In my possession as of Feb 13, 2020, I have

   5mg 308 units
   10mg 436

2. Dec 10 I sampled Dr Amin 5mg and 10mg Trintellix. I accidentally recorded it wrong- I recorded a
sleeve of 4 units as 1. Thus, I don't have the samples as I left them with the doctor so my record
needs to updated reflecting that I sampled Dr Amin 4 units of 10mg and 4units of 5mg

3. Jan 8, 2020. I sampled Dr Amin and did the same thing. I left 2 sleeves of 5mg and 2 sleeves of
10mg. I recorded it wrong. The correct amount I left would have been 8units 5mg and then 8 units
10mg

4. With these mistakes, the inventory would be off in both 5mg and 10mg by 9 units.
Once those are added in, and the amount of samples I left on those 2 calls are accurately reflected, I
believe my samples will be reconciled.

Sincerely,
Jordan Davis

**From:** Ask Sample Operations ███████████████
**Sent:** Tuesday, February 11, 2020 8:39 AM
**To:** Gayle-Garcia, Jodi <jodi████████████████>; Ask Sample Operations
<████████████
**Cc:** Davis, Jordan <jordan████████████
**Subject:** RE: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5
Business Days

Hello Jodi,

As this variance is reportable to the FDA we can extend this time until 02/13/2020. We will need to have a response by the end of business that day. If he cannot find an explanation for his variance he must respond via email that he cannot identify the cause for his variance(s)

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

**From:** Gayle-Garcia, Jodi <jodi
**Sent:** Monday, February 10, 2020 8:51 PM
**To:** Ask Sample Operations
**Cc:** Davis, Jordan <jordan
**Subject:** Re: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days

I met with Jordan's and he is working on the reconciliation, he has been communicating with you and is still looking into the variance. He is pulling additional data and analyzing his sample activity, inventory, samples received and transfers to identify the discrepancy. He will need additional time to complete this.

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421

2020 at 3:25 PM, Ask Sample Operations
wrote:

Dear Jodi,

In an effort to finalize Jordan's sample inventory reconciliation, we are asking for your help in contacting the Sales Representative regarding unresolved sample variances.

Our goal is to work with the Sales Representative to resolve the sample variances and to complete the Q4 2019 reconciliation as soon as possible.

- Please respond to this email if your Representative is on leave of absence, vacation, or if there are extenuating circumstances as to why their response is delayed. We will work on an extension for those Representatives to complete the reconciliation process.

- If the Sales Representative is considered active, please reply to this email once you have instructed the employee to comply with the reconciliation process.

Your help in conveying the importance and sense of urgency to your Sales Representative regarding the reconciliation process is greatly appreciated.

**Please note**: Sales Representatives who do not comply with reconciliation will have their sampling privileges restricted.

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

**From:** Ask Sample Operations
**Sent:** Thursday, February 6, 2020 2:46 PM
**To:** Davis, Jordan <jordan████████>; Ask Sample Operations
**Cc:** Gayle-Garcia, Jodi <jodi█████████
**Subject:** RE: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days
**Importance:** High

Hello Jordan,

Sample Accountability received your inventory submitted on 02/02/2020. An updated reconciliation report showing a variance for Trintellix 5MG and Trintellix 10MG is attached for your review.

You previously indicated two disbursements were completed incorrectly for Dr Amin; one December and one in January.  The call from January was outside

of the reconciliation period. A review of your sampling history reflects you sampled 5 practitioners during the Q4 2019 reconciliation period. The call correction is denied, your sampling history does not support a call correction. The call correction also will not reconcile your variance.

Please review your sampling activity and report any discrepancies or missing transactions to Sample Accountability by 02/07/2020. If you cannot find an explanation for your variance you must respond via email that you cannot identify the cause for your variance(s). Please contact Sample Accountability via email a█████████████████████████if you have any questions.

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

███████████████████████████

**From:** Davis, Jordan <jordan███████████████
**Sent:** Thursday, January 30, 2020 2:20 PM
**To:** Ask Sample Operations ████████████████████
**Cc:** Gayle-Garcia, Jodi <jod█████████████████████
**Subject:** Re: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days

When I received my last shipment of samples before December 29th I believe my count was off.

Jordan Davis
Takeda Sales Rep

On Jan 30, 2020, at 11:30 AM, Ask Sample Operations
█████████████████████████ wrote:

Hello Jordan,

I am sending this email as a follow up to the voicemail I left earlier this morning. Please give me a call when you have a moment to discuss your Q4 2019 Reconciliation. I can be reached at ████████████████

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability

Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

███████████████████

**From:** Davis, Jordan <jordan██████████████
**Sent:** Wednesday, January 29, 2020 7:57 PM
**To:** Ask Sample Operations ████████████████
**Subject:** ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan
Davis | Due Within 5 Business Days

Out of these dates I must have sampled 4 boxes as 1 box thus throwing
off the count. I still have all my samples in storage and in my vehicle
accounted for.

**From:** Davis, Jordan
**Sent:** Wednesday, January 29, 2020 8:19 AM
**To:** Gayle-Garcia, Jodi <jodi██████████████
**Subject:** Re: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan
Davis | Due Within 5 Business Days

I replied but they asked me to look at another set of dates.

Jordan Davis
Takeda Sales Rep

On Jan 28, 2020, at 4:44 PM, Gayle-Garcia, Jodi
<jodi██████████████> wrote:

Did you ever take care of this??

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421
Mobile : ████████████
Email: Jodi██████████████

Begin forwarded message:

**From:** Ask Sample Operations
████████████████
**Date:** January 28, 2020 at 4:18:49 PM EST
**To:** Ask Sample Operations

██████████████████████ "Davis,
Jordan" <jordan███████
**Cc:** "Gayle-Garcia, Jodi" <jodi██
██████████

**Subject: RE: ACTION REQUIRED: Q4 2019
Sample Reconciliation | Jordan Davis | Due
Within 5 Business Days**

Hello Jordan,

I am following up on my previous email.
Please review the information below and
provide us with a response no later than
01/29/2020. If you cannot find an
explanation for your variance you must
respond via email that you cannot identify
the cause for your variance(s). Please
contact Sample Accountability via email
at ██████████████████████ if
you have any questions.

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

████████████████████
████████████████████

**From:** Ask Sample Operations
████████████████████
**Sent:** Thursday, January 23, 2020 12:01 PM
**To:** Davis, Jordan <jordan████████
Ask Sample Operations
████████████████████
**Subject:** RE: ACTION REQUIRED: Q4 2019
Sample Reconciliation | Jordan Davis | Due
Within 5 Business Days

Hello Jordan,

Please review the report attached. You
recorded a total of 5 disbursements during
your reconciliation period. Can you identify
which calls had errors? If this error was only
made on one call, the correction of that error
will not reconcile your variance. If you need

further assistance, or have any additional
questions please give me a call at

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

**From:** Davis, Jordan
<jordan
**Sent:** Wednesday, January 22, 2020 8:56 PM
**To:** Ask Sample Operations

**Subject:** Re: ACTION REQUIRED: Q4 2019
Sample Reconciliation | Jordan Davis | Due
Within 5 Business Days

My issue is that on some of my calls when I
was starting as a representative I was logging
some of my calls wrong. Instead marking 4 for
a sleeve of Trintellix I was counting the sleeve
as 1.

Jordan Davis
Takeda Sales Rep

On Jan 20, 2020, at 1:06 PM, Ask
Sample Operations

Hello Jordan,

Thank you for the information
provided. Based on your
email, you are claiming the
reason for the sample
variance is due to a sample
disbursement error. You have
a 39 unit shortage for

Trintellix 5MG, and a 47 unit
shortage for Trintellix 10MG.

A variance would still remain
even if this call was corrected.
Have you reviewed all of your
sampling activity to try and
discover what the cause of
the remaining variance would
be?

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America,
Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

**From:** Davis, Jordan
<jordan███████████████>
**Sent:** Monday, January 20, 2020
9:29 AM
**To:** Ask Sample Operations

**Subject:** RE: ACTION REQUIRED:
Q4 2019 Sample Reconciliation |
Jordan Davis | Due Within 5
Business Days

After reviewing my sample count
I have come to the conclusion
that I was counting a sleeve of 4
as 1. This was on December 10th,
2019 and January 8th, 2020 with
Dr. Amin in St Petersburg,
Florida. I know understand my
error and will do my best to not
let this happen again moving
forward.

**From:** Ask Sample Operations

██████████████████

**Sent:** Monday, January 13, 2020
4:00 PM
**To:** Davis, Jordan

███████████████

**Cc:** Ask Sample Operations

████; Gayle-Garcia, Jodi
<jodi█████████████
**Subject:** ACTION REQUIRED: Q4
2019 Sample Reconciliation |
Jordan Davis | Due Within 5
Business Days

Good Afternoon Jordan,

Your assistance is required to
reconcile your sample inventory
variance(s). This reconciliation period
includes sampling activity from
**10/13/2019** through **12/29/2019**.

Please review your attached
Inventory Reconciliation Report (IRR)
and My Disbursement from iEngage
to identify missing or inaccurate
transactions that would explain and
resolve your variance(s).

- Did you accurately count your
  sample inventory and submit
  your physical count as the last
  transaction of the day?
- Did you have any sample
  theft/loss or data loss during
  this period?
- Are you currently working with
  Sample Accountability on any
  outstanding sample shipment,
  transfer, return, inventory or
  disbursement errors?
- Do all of your sample
  transactions appear correctly on
  this report compared to
  iEngage?

To review your "My Disbursements"
report from iEngage, complete the

following:

- Login to iEngage (http://salesforce.com)
- Click on the "Reports" tab and then "Takeda Sales Team Reports Folder"
- Click on the "My Disbursements" report
- Click "Export Details" to review your disbursements in Excel

After you have completed your review, document any transactions that are missing or incorrect in an email to Sample Accountability. Please provide the following information within 5 business days:

- Reason for sample variance(s) (i.e. missing transaction, inventory error, pending return, shipment transfer discrepancy, etc.)
- Product, Lot Number, and Quantity related to the variance
- Transaction ID (i.e. Inventory ID, Return ID (ST-), etc.)
- Transaction Date

If you cannot find an explanation for your variance you must respond via email that you cannot identify the cause for your variance(s). Please contact Sample Accountability via email at ██████████████ you have any questions.

Thank You,

Tolliver Turner
Client Services Representative
Sample Accountability
Takeda Pharmaceuticals America, Inc.
One Takeda Parkway
Deerfield, IL 60015 U.S.A.

██████████████████████
██████████████████████
██████████████████████

# EXHIBIT D

 Outlook

**Fwd: ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days**

From Gayle-Garcia, Jodi <jodi ███████████████

Date Fri 2/14/2020 3:03 PM

To     Davis, Jordan <jorda███████████ Sweeney, Tracy <tracy████████████ ; Olson, Shannon
         <shannon███████████

Here is the update from sample Accountability. Ladies thanks for your help. Jordan please call Tolliver and get clarity on what you need to to before EOB today.

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421

Email: Jodi ████████████████

Begin forwarded message:

> **From:** Ask Sample Operation██████████████████████
> **Date:** February 14, 2020 at 2:48:27 PM EST
> **To:** "Davis, Jordan" <jordan███████████ , Ask Sample Operations
> ███████████████
> **Cc:** "Gayle-Garcia, Jodi" <jodi██████████████████
> **Subject: RE:  ACTION REQUIRED: Q4 2019 Sample Reconciliation | Jordan Davis | Due Within 5 Business Days**

> Hello Jordan,

> We have received approval for corrections to be made to calls ████████████████

> As this variance is reportable to the FDA, these call corrections will need to be completed as soon as possible. You will need to contact me once you arrive at this HCP's office to correct these calls, and I will provide you with the instructions for correction.

> Thank You,

# EXHIBIT E

 Outlook

---

**Re: Olson, Shannon shared "2020Q4Routing" with you.**

---

From Davis, Jordan <jorda███████████

Date Tue 1/21/2020 8:55 AM

To   Olson, Shannon <shann████████████

---

Shannon this is great. Thank you for putting this together. Let's be great going forward!

Jordan Davis
Takeda Sales Rep

> On Jan 20, 2020, at 6:10 PM, Olson, Shannon <shann██████████████> wrote:

>> Hey there
>> Happy MLK JR Day!! I finally finished our routing.  Jordan its a work in progress.  I also went through iInsights and added those who were not on the SOT.  I will also go back through and compare to SOT and tomorrow iInsights. Keep notes on anything special with the offices and lets commit to deleting extra address and hitting the primary button for the correct address.   This week, I will plan on North 1 if you want to do  South 1.  Talk soon

>> <AttachedImage> This link only works for the direct recipients of this message.

>> <AttachedImage>  2020Q4Routing

>> <AttachedImage>                                          <AttachedImage>

>> Microsoft respects your privacy. To learn more, please read our Privacy Statement.
>> Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

 Outlook

**Re: 2020Q4Routing.xlsx**

From Gayle-Garcia, Jodi <jodi ████████████

Date Thu 1/23/2020 9:36 AM

To  Olson, Shannon <shannon ████████████

Looks great!

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421
Mobile ████████████
Email: Jodi ████████████

> On Jan 23, 2020, at 7:43 AM, Olson, Shannon <shannon ████████████> wrote:

> Hey there
> I sent a link to our routing but want to send it as an attachment- Just in case. Jordan I will continue
> to update as we go along. Please delete any extra addresses you see when making calls. Also when
> there are multiple please hit the primary button for the primary office. I went through iInsights and
> added the providers that were not in the SOT and who met the criteria. I will go back through each
> week. Let me know if you have any questions
> For simplicity, I will start North week 1 and you start South week 1- does that work?

> Shannon
> <2020Q4Routing.xlsx>

 Outlook

**FW: Gayle-Garcia, Jodi shared "Copy of FL Blue master target list - add opp" with you.**

From  Olson, Shannon <shannon█████████

Date  Sat 1/25/2020 1:23 PM

To    Olson, Shannon <shannon█████████

My territory partner was new so I completed all admin for our territory- all reports, routing, prescriber maintenance

**From:** Gayle-Garcia, Jodi <jodi████████████
**Sent:** Friday, December 20, 2019 8:37 AM
**To:** Olson, Shannon <shannon████████
**Subject:** Fwd: Gayle-Garcia, Jodi shared "Copy of FL Blue master target list - add opp" with you.


Jodi Gayle-Garcia

US BU-District Business Manager- Jacksonville, Fl

US BU - Neuroscience

**Takeda Pharmaceutical Company Limited**

Shire is now part of Takeda

300 Shire Way

Lexington, MA 02421

Mobile  █████████

Email: Jodi█████████████████

Begin forwarded message:

> **From:** "Gayle-Garcia, Jodi" <jodi█████████
> **Date:** December 9, 2019 at 9:42:02 PM EST
> **To:** "Gayle-Garcia, Jodi" <jod████████████████, "Jackson, Teresa"
> <teresa████████████, "dana████████<dana██████████████
> "brad█████████████" <brad██████"angle████████████
> <angie████████████, "shannon███████████<shannon██████████
> "jordan███████████<jordan██████
> **Subject:** RE:  Gayle-Garcia, Jodi shared "Copy of FL Blue master target list - add opp" with you.


**\*\* External Email \*\*:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Team,
As a follow up. This is to be updated by your last day working in the field. Thank you.

*Jodi C. Gayle-Garcia*
District Business Manager

 Outlook

**Re: Admin work**

From  Olson, Shannon <shannon ███████████
Date  Wed 1/29/2020 8:51 AM
To    Davis, Jordan <jordan ████████

Awesome! There is so much shit to do that I feel it best and most time efficient to split. So I will go through iInsights and update routing accordingly and email you if there are changes. If you could start the managed care stuff as that is an initiative mangement wants us to do. The easiest way I have found in the past is to have each product separate and then alphabetize the providers for each product.

I am also working on business plan and will call you once I am done. Can you email me what you and Jodi worked on?

Warmest Regards,
Shannon Olson


> On Jan 29, 2020, at 8:17 AM, Davis, Jordan <jordan.davis@takeda.com> wrote:
>
> That works for me.
>
> Jordan Davis
> Takeda Sales Rep
>
>> On Jan 28, 2020, at 8:24 PM, Olson, Shannon <shannon.olson@takeda.com> wrote:
>>
>> Hey there
>> So I have been cleaning up our iInsights and Veeva. I was thinking, Let's split the admin stuff. I will make sure that our iInsights prescriber list is up to date each week (we download it on Wednesdays) and then will you take over printing the managed care for both Vyvanse and Trintellix? You can print enough for both of us each quarter this you would be gathering the data and info once a quarter. Let me know your thoughts.
>>
>> Warmest Regards,
>> Shannon Olson
>>
>>

Outlook

---

**Business Plan**

---

From  Olson, Shannon <shannon ██████████

Date  Tue 1/28/2020 9:28 PM

To    Gayle-Garcia, Jodi <jodi ███████████

Hey Girl

Do not respond until tomorrow. I am going to bed but did not want to forget to ask you to send me a copy of the Business Plan you came up with. Thanks girl!

Warmest Regards,
Shannon Olson

 Outlook

---

**Re: Vyvanse Program**

---

From  Olson, Shannon <shannon ███████████

Date  Wed 1/29/2020 6:36 PM

To  Gayle-Garcia, Jodi <jodi ██████████

Yay! I know- I promise to start that Feb 1. I just need to get caught up. But no work for you either- so stop checking emails!, 😅

Warmest Regards,
Shannon Olson

> On Jan 29, 2020, at 6:10 PM, Gayle-Garcia, Jodi <jodi.gaylegarcia@takeda.com> wrote:
>
> Done! I am requesting the funds!.. Also.. sign off! No work after 5 woman!
>
> Jodi C. Gayle-Garcia
> District Business Manager
> Jacksonville District
> Neuroscience Business Unit
> Mobile: ███████
> Email: jodi ████████████
>
>
>
> -----Original Message-----
> From: Olson, Shannon <shannon ████████████
> Sent: Wednesday, January 29, 2020 6:03 PM
> To: Gayle-Garcia, Jodi <jodi ████████████
> Cc: Davis, Jordan <jordan ████████████
> Subject: Vyvanse Program
>
> Hey there
>
> I would love to bring a Vyvanse speaker to Dr M Shah (decile 8, currently 20.15% MS)  in Wesley Chapels office.  He recently brought in 2 ARNPs who have no experience in treating ADHD/ADD.  I proactively set up a lunch as they are hard to get for April 9, 2020.  Please let me know if we are able to secure the funds for this office.  Thank you
>
>
> Warmest Regards,
> Shannon Olson

# EXHIBIT F

 Outlook

**Re: Olson, Shannon shared "Jordan SamplesOct-Dec" with you.**

From  Gayle-Garcia, Jodi <jodi███████████████

Date  Thu 2/13/2020 10:17 AM

To  Olson, Shannon <shannon.████████████

Thanks for your help Shannon. Jordan, have you followed up with sample compliance.

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Shire is now part of Takeda
300 Shire Way
Lexington, MA 02421
Mobile ███████████
Email: Jodi ████████████████████

On Feb 13, 2020, at 10:02 AM, Olson, Shannon <shannon█████████████> wrote:

Here's the document that Olson, Shannon shared with you.

<AttachedImage> This link only works for the direct recipients of this message.

<AttachedImage>  Jordan SamplesOct-Dec

<AttachedImage>                                          <AttachedImage>

Microsoft respects your privacy. To learn more, please read our Privacy Statement.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052



 Outlook

## Samples

From Olson, Shannon <shannon.olson@takeda.com>

Date Thu 2/13/2020 2:29 PM

To    Davis, Jordan <jordan███████████████; Gayle-Garcia, Jodi <jodi███████████████

I throughly reviewed my sampling activity.  Here are my findings:

1.  My December 2019 month end inventory was wrong, I know it was wrong as I recorded more 10mg samples then I had received in shipments.  Thus, I miscounted and incorrectly added them up.
    - In my possession as of Feb 13, 2020, I have

      5mg 308 units
      10mg 436

2.  Dec 10 I sampled Dr Amin 5mg and 10mg Trintellix.  I accidentally recorded it wrong- I recorded a sleeve of 4 units as 1.  Thus, I don't have the samples as I left them with the doctor so my record needs to updated reflecting that I sampled Dr Amin 4 units of 10mg and 4units of 5mg

3.  Jan 8, 2020. I sampled Dr Amin and did the same thing.  I left 2 sleeves of 5mg and 2 sleeves of 10mg.  I recorded it wrong.  The correct amount I left would have been 8units 5mg and then 8 units 10mg

4.  With these mistakes, the inventory would be off in both 5mg and 10mg by 9 units.
Once those are added in, and the amount of samples I left on those 2 calls are accurately reflected, I believe my samples will be reconciled.

Warmest Regards,
Shannon Olson

# EXHIBIT G

 Outlook

---

**2020Q4Routing copy.xlsx**

From  Olson, Shannon <shannon█████████████>
Date  Fri 2/28/2020 6:13 PM
To    Olson, Shannon <shannon█████████████>; Davis, Jordan <jordan.█████████████>; Gayle-Garcia, Jodi
       <jodi█████████████>

📎 1 attachment (24 KB)
2020Q4Routing copy.xlsx;

Hey Guys

So I updated routing based on what we discussed at our meeting.  V+ means Vyvanse Biggest Growers,  T+ means Trintellix Biggest Growers

I took off any ownership and our Trintellix HyperTargets on Friday.  Friday I left blank as we can use it to see anyone we missed.  If we did not miss anyone we should see all the V+, T+ growing prescribers.

Our Vyvanse Hyper-targets remain the same.  And we have committed to seeing them, messaging appropriately and conducting a breakfast/lunch and learn and if we cannot get one bring food/snacks.

Let me know if you have any questions.

 Outlook

**StPeteProviderContactInfo.xlsx**

From  Olson, Shannon <shannon██████████>

Date  Tue 3/17/2020 3:06 PM

To    Gayle-Garcia, Jodi <jodi.g████████████>; Davis, Jordan <jordan████████████>

Cc    Olson, Shannon <shannon████████████>

📎 1 attachment (27 KB)

StPeteProviderContactInfo.xlsx;

Here is the Contact Info.

I thought ahead for footprint planning and added every ARNPs/PAs under each specific doctor for Trintellix.
Jordan, will you add the Vyvanse ARNPs/PAs under each doctor? I will also send this in OneDrive so we can edit
the same workbook



## Olson, Shannon shared "StPeteProviderContactInfo" with you.

**From** Olson, Shannon <shanno████████████████

**Date** Thu 3/19/2020 7:20 AM

**To** Davis, Jordan <jordan██████████████>; Gayle-Garcia, Jodi <jodi███████████████>; Olson, Shannon <shannor████████████



# Olson, Shannon shared a file with you

Hey there

IM/PCP Trintellix/Vyvanse providers and mid levels have been emailed. I updated the spread sheet to include those whose email we do not have. I will try to find an email for them. Jordan if you could update the Vyyanse mid level ped providers under the appropriate physician and the email addresses that we do not have.

Thanks

  StPeteProviderContactInfo

This link only works for the direct recipients of this message.




Microsoft

Privacy Statement



 Outlook

**Trintellix Target List**

From Olson, Shannon <shannon█████████████
Date Fri 3/20/2020 3:35 PM
To    Davis, Jordan <jordan██████████████
Cc    Olson, Shannon <shannon████████████████    Gayle-Garcia, Jodi <jodi███████████████████

Hey there
Happy Friday! I scrubbed our Trintellix prescribers in iInsights.  All address changes, updates, moves etc have been made. Jordan let me know if you need help with the Vyvanse iInsight prescriber list.  Have a great weekend

Warmest Regards,
Shannon Olson

# EXHIBIT H

 Outlook

## Rep Life

| | |
|---|---|
| **From** | Olson, Shannon <shannon███████████████> |
| **Date** | Tue 3/3/2020 5:14 PM |
| **To** | Davis, Jordan <jordan████████████; Watson, Brad <brad███████████>; Timmel, Rebekah <rebekah████ |
| **Cc** | Gayle-Garcia, Jodi <jodi█████████████; Olson, Shannon <shannon█████████ |

Hey Guys

I hope you all are doing well.  I had an idea and am reaching out to you to see if you would find it beneficial.  As reps our main job is to educate, sell product and move market share.  But I know you all have figured out by now, you have many other jobs to do as well.  Samples, expense reports, product knowledge, disease state knowledge, competitor knowledge, marketplace knowledge, logistical knowledge, marketing, etc.  I remember being a new rep, I want to help you all navigate your transition.

I don't want to add anything additional to your plate- but want to help you all simplify and be efficient.  Would you all like to have a conf call Friday afternoon and we could take a topic or two or questions you have you get them answered?  We could plan every other Friday and then eventually once a month.  I just don't want you all being overwhelmed.  Or for your heads to spin.  I have 20 years of knowledge, mistakes and successes.  If this is something you would find beneficial, let me know what you would like to discuss.  You can always call or text me

 Outlook

**Re: Rep Life**

From Gayle-Garcia, Jodi <jodi█████████████████

Date Tue 3/3/2020 5:20 PM

To    Olson, Shannon <shannon███████████████

Cc    Davis, Jordan <jordan█████████████ Watson, Brad <brad██████████████; Timmel, Rebekah
        <rebekah████████████

Shannon this is awesome! Thank you for offering your expertise!!

Jodi Gayle-Garcia
US BU-District Business Manager- Jacksonville, Fl
US BU - Neuroscience
**Takeda Pharmaceutical Company Limited**
Mobile ████████████
Email: Jodi██████████████████

On Mar 3, 2020, at 5:14 PM, Olson, Shannon <shannon███████████████ wrote:

Hey Guys

I hope you all are doing well.  I had an idea and am reaching out to you to see if you would find it beneficial.  As reps our main job is to educate, sell product and move market share.  But I know you all have figured out by now, you have many other jobs to do as well.  Samples, expense reports, product knowledge, disease state knowledge, competitor knowledge, marketplace knowledge, logistical knowledge, marketing, etc.  I remember being a new rep, I want to help you all navigate your transition.

I don't want to add anything additional to your plate- but want to help you all simplify and be efficient.  Would you all like to have a conf call Friday afternoon and we could take a topic or two or questions you have you get them answered? We could plan every other Friday and then eventually once a month.  I just don't want you all being overwhelmed. Or for your heads to spin.  I have 20 years of knowledge, mistakes and successes.  If this is something you would find beneficial, let me know what you would like to discuss.  You can always call or text me ████████████

 Outlook

**Re: Rep Life**

From  Timmel, Rebekah <rebekah█████████

Date  Thu 3/5/2020 7:59 AM

To  Olson, Shannon <shannon████████

This is such a wonderful idea, Shannon!!! Thank you for thinking of us.

Sent from my iPad

> On Mar 3, 2020, at 5:14 PM, Olson, Shannon <shannon█████████ wrote:

Hey Guys

I hope you all are doing well. I had an idea and am reaching out to you to see if you would find it beneficial. As reps our main job is to educate, sell product and move market share. But I know you all have figured out by now, you have many other jobs to do as well. Samples, expense reports, product knowledge, disease state knowledge, competitor knowledge, marketplace knowledge, logistical knowledge, marketing, etc. I remember being a new rep, I want to help you all navigate your transition.

I don't want to add anything additional to your plate- but want to help you all simplify and be efficient. Would you all like to have a conf call Friday afternoon and we could take a topic or two or questions you have you get them answered? We could plan every other Friday and then eventually once a month. I just don't want you all being overwhelmed. Or for your heads to spin. I have 20 years of knowledge, mistakes and successes. If this is something you would find beneficial, let me know what you would like to discuss. You can always call or text me █████████

# EXHIBIT I

 Outlook

---

## Territory



**From** Olson, Shannon <shannon███████████>
**Date** Mon 6/1/2020 4:26 PM
**To** Gayle-Garcia, Jodi <jod████████████     Davis, Jordan <jordan██████████

There is a difference between our Ped and IM/PCP offices

1. How many of your key practices are NOT back to seeing patients in that office?

Peds: About half are still not seeing patients in office.

PCP/IM:  A handful are still Telemed.  The rest are seeing patients in the office.  However, some are still Telemed for sick patients and  some have decreased office hours.

2. How many of your key practices are seeing reps again?

Peds: seeing reps
PCP/IM:  all our hospital system affiliated provides are not seeing reps.  Some independent offices are seeing reps w protocol in place.

3. What is you comfort level on going back into the field?

Jordan- I am comfortable going back out in the field if deemed safe.
Shannon- with reopening, I am not comfortable and would rather wait a couple more weeks to make sure there is not a surge.

Warmest Regards,
Shannon Olson

# EXHIBIT J



## RE: 2pm meeting

  Olson, Shannon
To: ○ Davis, Jordan

Mon 6/8/2020 1:39 PM

No worries. I am finishing up our territory breakdown/ ownership list. I'll email you it when done. Call me later and we can quickly discuss

-----Original Message-----
From: Davis, Jordan <jordan.██████████████
Sent: Monday, June 8, 2020 1:36 PM
To: Olson, Shannon <shannon.███████████
Subject: 2pm meeting

Hey Shannon,

I will not be able to get on the 2pm call. I have an appointment at the same time. Just wanted to give you a heads up.

Jordan Davis
Takeda Sales Rep

← Reply     → Forward



**Split Targets**

Olson, Shannon
To: Davis, Jordan <jordan██████████

Mon 7/6/2020 8:00 PM

Hey

I did the best I could splitting our territory. I tried my hardest to give you the guys you wanted- but had to take the St Pete ones to balance us out. Let me know what you think

↩ Reply    → Forward

# EXHIBIT K

## Fw: Day to Present Business Plan- Jordan and Matt

1 message

**Olson, Shannon** <shannon
To:

**From:** Olson, Shannon
**Sent:** Monday, November 9, 2020 6:18 PM
**To:** Davis, Jordan <jordan
**Subject:** Day to Present Business Plan

Hey there

How does either Monday or Wed work to present Jodi with business plan.  Are you planning to present the spread sheet you and Matt put together?

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its contents. Please immediately notify the sender and thereafter delete this email and any attachments.

# EXHIBIT L



Emailing: ▮▮▮▮▮▮ ReportStPete

Olson, Shannon
To: ● Olson, Shannon

Mon 8/3/2020 8:15 PM

▮▮▮▮▮▮ ReportStPe... ▾

Your message is ready to be sent with the following file or link attachments:

LundbeckOverlap ReportStPete

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

↩ Reply    ↪ Forward

# EXHIBIT M

Let me know if you have any questions. Talk soon

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



**From:** Olson, Shannon
**Sent:** Wednesday, October 21, 2020 9:38 PM
**To:** Davis, Jordan <jordan█████
**Cc:** Gayle-Garcia, Jodi <jodi██████████          Olson, Shannon <shannon███████████>
**Subject:** Q32020CovidTargets2.xlsx

Hey There

Our FINAL PUSH for 2020!!!
Attached is our updated target list (Jordan refer to tab labeled Jordan). It is based on both 4 and 13 week iInsights data- NRx, Decliners and Growers, Viibryd and Concerta prescribers. We both have 64 targets. As mentioned, some providers on your list are no sees- we committed to sending no sees weekly mailings (coupons etc).

My Plan:
The workbook I attached includes individual sheets: office info, routing, and a tab for each of my Trintellix, Vyvanse, and Mydayis growers and decliners.
Routing: I split my 64 targets into a 2 week route. One week Trintellix- where Monday and Tuesday I will target my Viibryd prescribers. The second week is Vyvanse peds and targets, including Concerta and High AdderallXR prescribers. The top gainer/decliners for each product are who we each are going to hyper focus on weekly.

We have to streamline and focus on where we are getting business while also stop the bleeding and move the decliners into green. My spreadsheet book took a lot of time to put together (analyze, etc.) BUT it provides me a clear road map to a detailed and specific destination.

For next Wednesday, lets both analyze iInsights growers and decliners in our respected geographies for each product and come prepared to discuss the conversations we have had with these providers/offices (contact each office prior to next Wed morning) and What Our NEXT MOVE/ OUR IMMEDIATE Plan is for each account.

We can use this as a working routing. And update with changes as needed. With proper planning and solid execution I know we will have a successful quarter. Let me know your thoughts



Excel    Q32020CovidTargetb.xlsx

File   Home   Insert   Share   Page Layout   Formulas   Data   Review   View   Help   Draw

**Data IInsights 13 weeks over 13 weeks TRx and NRx**

| Provider | Provider Notes | Virtual Engagement Date | Market TRx | Mkt TRx Change | Trint TRx | Trint TRx Change |
|---|---|---|---|---|---|---|
| | | | 07/10-10/02 | 07/10-10/02 | 07/10-10/02 | 07/10-10/02 |
| **Top TRx Gainer** | | | | | | |
| Orr, Elizabeth | | | 341 | +29 | 9 | +6 |
| McKeel, Harry | | | 210 | -13 | 6 | +5 |
| Hughes, David | | | 293 | -20 | 10 | +4 |

| | | | Market NRx | Mkt NRx Change | Trint NRx | Trint NRx Change |
|---|---|---|---|---|---|---|
| **Top NRx Gainer** | | | | | | |
| Anias, Beth | | | 255 | -11 | 7 | +5 |
| McKeel, Harry | | | 153 | +10 | 5 | +4 |

Office Provider Info   Routing   Trintellix   Vyvanse   Mydayis   Shannon   Jordan

---

Olson, Shannon    Wed 10/21/2020 1:37 PM
To  O Davis, Jordan
Cc  +2 others

Q32020CovidTargets.xlsx
9 kB

Hey There

Our FINAL PUSH for 2020!!!

Attached is our updated target list (Jordan refer to tab labeled Jordan). It is based on both 4 and 13 weeks iinsights data. NRx, Decliners and Growers, Vilbryd and Concerta prescribers. We both have 64 targets. As mentioned, some providers on your list are no sets we committed to sending no sets weekly mailings (coupons etc).

My Plan:
The workbook I attached includes individual sheets; office info, routing, and a tab for each of my Trintellix, Vyvanse, and Mydavis growers and decliners.
Routing: I split my 64 targets into a 2 week route. One week Trintellix where Monday and Tuesday I will target my Vibryd prescribers. The second week is Vyvanse peds and targets, including Concerta and High AdderallXR prescribers. The top gainer/decliners for each product are who we each are going to hyper focus on weekly.

We have to streamline and focus on where we are getting business while also stop the bleeding and move the decliners into green. My spreadsheet book took a lot of time to put together (analyze, etc.) BUT it provides me a clear road map to a detailed and specific destination.

For next Wednesday, lets both analyze iinsights growers and

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| *Top Viibryd* | *Top Viibryd* | **Download Iinsights** **POD MEETING** | | |
| Wojnowich/ Polley | Bishko | | Pudur/ Mary T- | |
| Abinales, B | Barasch | Amin (T&V) T- | Nowacki T- | |
| Passaro | Yazdzni | Anlas T+ | Johnson, Karen T- | |
| Sagar, Sheela | Abbott, Norman | Patel, K | Eichenbaum T- | |
| Martinez, E | Burns | Hicks (T&M) | Jacobs, C T- | |
| Martin, Sarah T- | Brve | Orr T+ | Ball (T&V) T- V+ | |
| Saifi (T,V,M) | Nanda | Trevino T+ | Ahmad T- | |
| Carine (T&M) | Hughes T+ | McNeel T+ | | |
| Palanca, E | | | | |

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | **Download Iinsights** **POD MEETING** | | |
| Vazquez-Diaz V+ | Savel V+ | | Zhao | |
| Andrews V- | Kelly, Kathleen V- | | Patages | |
| Casadonte | *Boreman* | Davis, James | Vaughan | |
| | Odom | | Reid, K | |
| Sterling, F V- | | Patterson, Jebhar | | |
| Cano | Ellis V- | *Reilly Hays* | Shobe (V & M) | |
| | | | Rosen (Mydayis) | |
| Cibran V+ | Patranella | | | |
| Szafranski V- | *Cross/Johnson/Smith/Logue* | Karges | | |

 Outlook

---

**RE: Q32020CovidTargets2.xlsx**

---

From  Olson, Shannon <shannon ███████████

Date  Wed 10/28/2020 1:05 PM

To    Davis, Jordan <jordan ████████

Ok- can you send the invite

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals
████████████



**From:** Davis, Jordan <jordan ████████████
**Sent:** Wednesday, October 28, 2020 10:48 AM
**To:** Olson, Shannon <shannon ████████
**Subject:** RE: Q32020CovidTargets2.xlsx

Okay. See you Friday?


**From:** Olson, Shannon <shannon ███████████
**Sent:** Wednesday, October 28, 2020 10:38 AM
**To:** Davis, Jordan <jordan ███████████
**Cc:** Gayle-Garcia, Jodi <jod ████████████
**Subject:** RE: Q32020CovidTargets2.xlsx

Hey there

Following up from our call this morning.  Lets plan to regroup on a call Friday morning 9:00am.

As mentioned below, we need to have a plan a for each office for each product.  Between now and Friday, contact each office that you need information (virtual/ seeing reps/ not seeing reps/ lunches/ point of contact in each office/ office hours/ etc.) so that you can have a plan for offices in your respected geography.  If no see, order Comac and post office boxes as we committed to sending no see offices weekly mailers.
Let's also update our calendars with and invite each other to appointments and lunches.

 Outlook

**Shannon FPPQ3 2020.xls**

| | |
|---|---|
| From | Olson, Shannon <shannon ███████████ |
| Date | Thu 11/5/2020 1:42 PM |
| To | Davis, Jordan <jordan ███████████   Gayle-Garcia, Jodi <jodi ███████████ |

📎 1 attachment (172 KB)
Shannon FPPQ3 2020.xls;

Hey Guys

I completed FPP. Attached is my modified coverage report.  I scrubbed committed and noncommitted lists and deleted any calls on accounts I am not calling on.  I added in every target I am calling on that did not appear in either list.  Those accounts who will see me, I put 75% virtual.  Given the amount of time left in the field for 2020, my plan is to see each account live once.  I will also have virtual calls with as many of the others as I can.  Holidays are huge for depression so I will leverage my samples to those offices.

Let me know if you have any questions

# EXHIBIT N

 Outlook

## What to do when you can not locate a provider

From Olson, Shannon <shannon. █████████████████
Date Tue 1/28/2020 7:51 PM
To   Davis, Jordan <jordan██████████ ; Warner, Angie <angie███████████ ; Jackson, Teresa
     <teresa██████████ ████████, Scott <scott██████████ ███████ Watson, Brad
     <brad███████████         Timmel, Rebekah <rebekah██████████        ; Davis, Jordan
     <jorda██████████         Olson, Shannon <shannon████████████████



Hey all

This is the easiest way to locate a provider.  Click on link, put in first and last name and then an address
will populate.  You can then goggle the provider and address and call the phone number listed to verify
they are at that location.

A lot of times I will goggle the provider.  However, a lot of time the search will show the provider at
numerous locations.  That is then when the below site is handy.  It shows where the provides license is
valid.

Hope that helps

https█████████████████████████████████████████████

Warmest Regards,
Shannon Olson



📷 Outlook

Fwd: ████████rdMothlyUtilization JAN FY19.pdf

From  Olson, Shannon <shannon████████████████
Date  Fri 2/7/2020 8:51 PM
To    Jackson, Teresa <teresa██████████████ ; Warner, Angie <angle.warner@████████ ; Watson, Brad
      <brad██████████████ immel, Rebekah <rebekah██████████████ ; Roberson, Dana
      <dana.roberson@████████ Davis, Jordan <jordan███████████ strera, Theresa
      <theresa████████████ Comernisky, Scott <scot███████████ Gayle-Garcia, Jodi
      <jodi████████████████████
Cc    Olson, Shannon <shannon████████████

📎 2 attachments (448 KB)
████████████_SaveCardMothlyUtilization JAN FY19.pdf; ATT00001.htm;

Hey Guys-
Attached is 2019 the Trintellix savings card monthly breakdown, total year, total savings per territory. It's great to see how much we are saving and helping patients.  Be proud of this!  GO to page 11 of this report to see our district and each individual territory.  We will have a call later this week to discuss how to use this and best practices.

Warmest Regards,
Shannon Olson

Begin forwarded message:

**From:** "Olson, Shannon" <shannon████████████████
**Date:** February 7, 2020 at 4:51:05 PM EST
**To:** "Davis, Jordan" <jordan████████████████ , "Gayle-Garcia, Jodi"
<jodi████████████████████
**Cc:** "Olson, Shannon" <shannon████████
**Subject:** ████████████SaveCardMothlyUtilization JAN FY19.pdf

Hey
This is 2019 monthly breakdown, total year, total savings ████████████ Cards.  GO to page 11 of this report.  I could not figure out how to convert this and add it to the provider detailed report I sent you.

 Outlook

**Olson, Shannon shared "█████████ x Savings Card - HCP Detail JAN FY19" with you.**



From Olson, Shannon <shannon█████
Date Fri 2/7/2020 9:34 PM
To    Jackson, Teresa <teresa███████

Hey Guys
Attached is our Individual Presciber Trintellix Savings Card Report. You can scroll up to your territory, highlight all columns and rows, copy it, then paste it on another sheet as I did with the ██████ tab. You can then click on the sort and filter icon which will then allow you to sort and filter. I will walk you all though this next week. Let me know if you have any questions. Talk soon

This link only works for the direct recipients of this message.

 Savings Card - HCP Detail JAN FY19





Microsoft respects your privacy. To learn more, please read our Privacy Statement.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

 Outlook

---

**Re: Trintellix -Efficacy Is Not Enough**



Thank you Shannon- I found two pearls in your notes that I can use in my current sales call approach for Trintellix!!!

Sent from my iPad

Angela Warner
Senior Sales Representative
Takeda Pharmaceuticals America, Inc.
Mobile ▮▮▮▮▮▮▮▮▮

> On Mar 6, 2020, at 2:14 PM, Olson, Shannon <shanno▮▮▮▮▮▮▮▮n> wrote:

> Hey Guys
> Is everyone familiar with SchoolX? SchoolX is a Learning and Development resource. There are courses on everything: products, managed markets, healthcare, marketing etc. I love it, as I can listen to videos during my drives.

> You can download the SchoolX app from our company portal.

> Attached is my summary of: Ask the Expert: Efficacy Is Not Enough

> It is for rep use only. Let me know if you have any questions
> <Trintellix -EfficacyIsNotEnough.docx>

 Outlook

---

## RE: Vyvanse ADHD Fundamentals-1

---

From  Comernisky, Scott <scott

Date  Mon 4/6/2020 2:06 PM

To  Olson, Shannon <shannon

Thanks Shannon!

**From:** Olson, Shannon <shannon                              n>
**Sent:** Monday, April 6, 2020 2:05 PM
**To:** Davis, Jordan <jordan                  ; Warner, Angie <angie                        Roberson, Dana
<dana                         ; Estrera, Theresa <theresa                              Comernisky, Scott
<scott                   ; Jackson, Teresa <teresa                          ; Watson, Brad
<brad                       Timmel, Rebekah <rebekah.                        ; Barley, Dustin
<dustin
**Cc:** Gayle-Garcia, Jodi <jodi                              -; Olson, Shannon <shannon
**Subject:** Vyvanse ADHD Fundamentals-1

Hey All

Attached are highlights/ notes from today's training. My OCD won't allow me to just read, I have to type out
notes- so I thought I would share.

 Outlook

## Viibryd

**From** Olson. Shannon <shannon ██████████████

**Date** Wed 4/8/2020 2:41 PM

**To** Timmel, Rebekah <rebekah.████████████████>; Davis, Jordan <jordan.██████████████; Watson, Brad <brad█████████████; Barley, Dustin <dustin█████████

**Cc** Gayle-Garcia, Jodi <jodi██████████████████, Olson, Shannon <shannon███████████████

Hey Guys

I hope you all are well.  Prior to our new reality, I was working on a program I came up with called Rep Life.  The goal was to answer any questions you have and help you navigate the newness of  rep-hood.  Rebekah asked me about selling against Viibryd and Brad asked about coupon redemption reports.  I have NOT forgotten.  I was/am trying to not overwhelm.  While we are going through the trainings and daily life please feel free to reach out to me ████████ text or email.  I have a bunch of stuff I created to help out especially with Trintellix, competitors, clinical studies etc.  I will send that out when it coincides with trainings. Guys, if you need anything please reach out to me!!
Talk Soon.

 Outlook

---

**Personal Development**

From Olson, Shannon <shannon ████████████

Date Fri 4/17/2020 11:34 AM

To    Warner, Angie <angi█████████████ Davis, Jordan <jordan████████████Roberson, Dana
       <dana████████████████████ Estrera, Theresa <theresa██████████████Comernisky, Scott
       <scott████████████████; Jackson, Teresa <teresa████████████; Watson, Brad
       <brad██████████████; Timmel, Rebekah <rebekah███████████; Barley, Dustin
       <dusti████

Cc    Gayle-Garcia, Jodi <jod████████████████; Olson, Shannon <shannon███████████

📎 1 attachment (36 KB)

Personal Development.docx;

Hey All

Happy Friday! I wanted to share some notes I took this week on professional/ personal development. I focused this week on communication. Attached are the highlights.

 Outlook

**Binge Eating Disorder Facts and Information**

From  Olson, Shannon <shannon.olson@takeda.com>
Date  Fri 5/15/2020 2:26 PM
To    Davis, Jordan <jordan████████████; Barley, Dustin <dustin███████████>; Scott Cornelison
      <scott███████████; Timmel, Rebekah <rebekah██████; Jackson, Teresa
      <teresa██████ Roberson, Dana <dana███████; Warner, Angie
      <angie███ Watson, Brad <brad██████████Estrera, Theresa
      <theres██████
Cc    Gayle-Garcia, Jodi <jodi██████████████; Olson, Shannon <shannon████████████

https://www.bingeeatingdisorder.com/

Warmest Regards,
Shannon Olson

 Outlook

**Trintellix TrainingMod3**

**From** Olson, Shannon <shannon █████████████████

**Date** Thu 5/28/2020 7:57 PM

**To** Warner, Angie <angie ████████████; Davis, Jordan <jorda ███████████; Roberson, Dana <dana ████████████; Estrera, Theresa <theresa ████████████; Comernisky, Scott <scott ████████████; Jackson, Teresa <teresa ████████████; Watson, Brad <brad ████████████>; Timmel, Rebekah <rebekah ████████████ Barley, Dustin <dustin ████████████

**Cc** Gayle-Garcia, Jodi <jodi ████████████; Olson, Shannon <shannon ████████████

📎 1 attachment (2 MB)

Trintellix TrainingMod3.docx;

Hey Guys

Attached are notes for this weeks Trintellix Training.  Let me know if you have any questions

 Outlook

**TrintellixTrainingCongnition**

From Olson, Shannon <shannon █████████████████>

Date Wed 6/3/2020 10:54 AM

To Warner, Angie <angie ████████████>; Roberson, Dana <dana ██████████████>; Estrera, Theresa <theresa███████████████>; Comernisky, Scott <scott███████████████>; Jackson, Teresa <teresa█████████████████>; Watson, Brad <brad.███████████████>; Davis, Jordan <jordan██████████████>; Timmel, Rebekah <rebekah███████████████>; Barley, Dustin <dustin███████████>

Cc Gayle-Garcia, Jodi <jodi██████████████████>  Olson, Shannon <shannon.████████████>

📎 1 attachment (3 MB)

TrintellixTrainingCongnition.docx;

Hey Guys
Happy Wednesday!! Attached are notes from this weeks training.  Let me know if you have any questions



O🗄 Outlook

---

**Lexapro - patient voices**

---

From Olson, Shannon <shannon.████████████>

Date Fri 6/5/2020 10:29 AM

To      Davis, Jordan <jordan██████████████; Warner, Angie <angie████████████████>; Estrera, Theresa
        <theresa██████████████ Jackson, Teresa <teres██████████████; Comernisky, Scott
        <scott████████████; Roberson, Dana <dana████████████; Barley, Dustin
        <dustin██████████████ Timmel, Rebekah <rebekah███████████████; Watson, Brad
        <brad████████████ Gayle-Garcia, Jodi <jod██████████████ Olson, Shannon
        <shannon██████████████

📎 2 attachments (30 KB)

Lexapro Patient Experiences.docx; ATT00001.txt;

Attached are some things patients have said regarding their experience with Lexapro

 Outlook

**Lexapro - patient voices**

From  Olson, Shannon <shannon.olson@takeda.com>

Date  Fri 6/5/2020 10:29 AM

To  Davis, Jordan <jordan⬛⬛⬛⬛; Warner, Angie <angie⬛⬛⬛⬛; Estrera, Theresa
<theresa⬛⬛⬛⬛ Jackson, Teresa <teresa.⬛⬛⬛⬛ Comernisky, Scott
<scott.⬛⬛⬛⬛; Roberson, Dana <dana.r⬛⬛⬛⬛; Barley, Dustin
<dustin⬛⬛⬛⬛; Timmel, Rebekah <rebekah⬛⬛⬛⬛Watson, Brad
<brad⬛⬛⬛⬛ Gayle-Garcia, Jodi <jod⬛⬛⬛⬛lson, Shannon
<shanno⬛⬛⬛⬛

📎 2 attachments (30 KB)

Lexapro Patient Experiences.docx; ATT00001.txt;

Attached are some things patients have said regarding their experience with Lexapro

Outlook

## Sexual dysfunction study

From Olson, Shannon <shannon.olson@takeda.com>

Date Fri 6/5/2020 10:36 AM

To      Warner, Angie <angie███████████; Roberson, Dana <dana██████████; Watson, Brad
        <brad.███████████ Davis, Jordan <jordan████████ Comernisky, Scott
        <scott███████████; Barley, Dustin <dustin████████; Estrera, Theresa
        <theresa████████████ Jackson, Teresa <teresa███████████; Timmel, Rebekah
        <rebekah███████████; Gayle-Garcia, Jodi <jodi████████████; Olson, Shannon
        <shannon.████████████

📎 2 attachments (22 KB)

Effect of Trintellix and Lexapro on Sexual Functioning in Adults with Well.docx; ATT00001.txt;

FYI

 Outlook

## Trintellix- Treatment of MDD.Medications.StarD

From Olson, Shannon <shannon.█████████

Date Thu 6/18/2020 9:30 PM

To Davis, Jordan <jordan█████████; Jackson, Teresa <teresa████████████; Estrera, Theresa
<theresa██████████; Warner, Angie <angi█████████ Comernisky, Scott
<scot██████████; Roberson, Dana <dana████████████ Timmel, Rebekah
<rebeka███████ Barley, Dustin <dustin████████ Watson, Brad
<brad.█████████

Cc Gayle-Garcia, Jodi <jod██████████████; Olson, Shannon <shannon████████████

📎 1 attachment (14 MB)

Trintellix- Treatment of MDD.Medications.StarD.docx;

Hey All
Attached last weeks notes for Trintellix.  I will explain importance of STARD and a very simplified way to reference it in our sales calls on Fridays calls
Let me know if you all have any questions

 Outlook

---

**TrintellixCognitionandBoulengerStudy**

From Olson, Shannon <shannon ████████████

Date Thu 6/18/2020 10:34 PM

To Davis, Jordan <jordan████████████; Barley, Dustin <dustin███████████; Jackson, Teresa
<teres████████████ Estrera, Theresa <theresa███████████; Warner, Angie
<angie███████ Comernisky, Scott <scott███████████; Roberson, Dana
<dan██████████ Timmel, Rebekah <rebekah.███████████ Watson, Brad
<brad████████████

Cc Gayle-Garcia, Jodi <jod████████████; Olson, Shannon <shannon████████████

---

📎 1 attachment (2 MB)

TrintellixCognitionandBoulengerStudy.docx;

Hey All
Attached are notes from this weeks Trintellix study.  Please let me know if you have any questions
Take care

 Outlook

## TrintellixPI-ClinicalStudies

**From** Olson, Shannon <shannon█████████

**Date** Fri 6/19/2020 8:47 AM

**To** Davis, Jordan <jordan████████████; Jackson, Teresa <teresa████████████; Comernisky, Scott
<scot████████████; Roberson, Dana <dana████████████; Barley, Dustin
<dustin████████████ Estrera, Theresa <theresa███████████; Warner, Angie
<angie████████████ Timmel, Rebekah <rebekah██████████ Watson, Brad
<brad.████████████

**Cc** Gayle-Garcia, Jodi <jodi█████████████; Olson, Shannon <shannon████████████

📎 1 attachment (5 MB)

TrintellixPI-ClinicalStudies.docx;

Hey All

YAY ITS FRIDAY!!!!!

Last training for the week- Trintellix PI and Clinical Studies

Let me know if you have any questions!

Outlook

## Viibryd

| From | Olson, Shannon <shannon█████████████████ |
| Date | Fri 6/19/2020 10:06 AM |
| To | Davis, Jordan <jordan███████████ Watson, Brad <brad████████████; Timmel, Rebekah |
| | <rebekah██████████; Comernisky, Scott <scott██████████; Jackson, Teresa |
| | <teres█████████████ Estrera, Theresa <theres████████████; Warner, Angie |
| | <angie██████████ Roberson, Dana <dana████████████; Watson, Brad |
| | <brad██████ |
| Cc | Gayle-Garcia, Jodi <jodi██████████████ Olson, Shannon <shannon█████████████████ |

📎 2 attachments (418 KB)

Trintellix Newsletter - Volume 1 Viibryd.docx; ATT00001.txt;

 Outlook

## Viibryd

**From** Olson, Shannon <shannon█████████

**Date** Fri 6/19/2020 10:07 AM

**To** Davis, Jordan <jordan██████████; Watson, Brad <brad███████████; Timmel, Rebekah
<rebeka██████████ Warner, Angie <angie███████ Estrera, Theresa
<theresa███████ Jackson, Teresa <teresa██████ Comernisky, Scott
<scott██████████ Roberson, Dana <dana████ Barley, Dustin
<dustin███████

**Cc** Gayle-Garcia, Jodi <jod████████████; Olson, Shannon <shannon████████████



📎 2 attachments (550 KB)

Viibryd Study Aid.docx; ATT00001.txt;

Outlook

**Trintellix Receptor Activity- Viibryd**

From Olson, Shannon <shannon█████████████████████

Date Fri 6/19/2020 10:10 AM

To    Barley, Dustin <dustin███████████████ Roberson, Dana <dana█████████████; Timmel, Rebekah
      <rebekah████████████ Watson, Brad <brad█████████████ Davis, Jordan
      <jordan███████████ Warner, Angie <angie████████ Estrera, Theresa
      <theresa█████████████ Comernisky, Scott <scott████████████ Jackson, Teresa
      <teresa████████

Cc    Olson, Shannon <shannon█████████████ayle-Garcia, Jodi <jodi███████████████████

📎 2 attachments (547 KB)

Viibryd for newsletter.docx; ATT00001.txt;

 Outlook

**Trintellix - Response not enough**

| | |
|---|---|
| **From** | Olson, Shannon <shanno█████████████████████ |
| **Date** | Fri 6/19/2020 10:12 AM |
| **To** | Roberson, Dana <dana██████████████; Barley, Dustin <dusti████████████████ Comernisky, Scott <scot██████████ Jackson, Teresa <teresa████████████ Estrera, Theresa <theresa███████████varner, Angie <angi███████████ Timmel, Rebekah <rebekah██████████████Watson, Brad <brad███████ Davis, Jordan <jorda████████████████████████████████████ |
| **Cc** | Gayle-Garcia, Jodi <jod██████████████████████ Olson, Shannon <shannor████████████████ |

📎 2 attachments (26 KB)

Trintellix -EfficacyIsNotEnough.docx; ATT00001.txt;

Outlook

---

**Pristiq patient experiences**

| | |
|---|---|
| From | Olson, Shannon <shanno█████████████ |
| Date | Fri 6/19/2020 10:15 AM |
| To | Davis, Jordan <jordan█████████ Roberson, Dana <dan██████████████; Barley, Dustin <dustin████████ Estrera, Theresa <theres██████ Warner, Angie <angie████████ ackson, Teresa <teresa██████ Comernisky, Scott <scott████████ Timmel, Rebekah <rebekah██████ Watson, Brad <brad████ |
| Cc | Gayle-Garcia, Jodi <jod████████████ Olson, Shannon <shanno█████████████ |

📎 2 attachments (13 KB)

pristiq.docx; ATT00001.txt;

Outlook

**Lexapro Physician Detail**

From  Olson, Shannon <shannon█████████████

Date  Fri 6/19/2020 10:17 AM

To    Davis, Jordan <jordan██████████ Barley, Dustin <dusti███████████████; Roberson, Dana
      <dana███████████████; Estrera, Theresa <there█████████; Warner, Angie
      <angie██████████ Jackson, Teresa <teresa██████████ Comernisky, Scott
      <scott███████████; Timmel, Rebekah <rebekah█████████; Watson, Brad
      <brad██████████

Cc    Olson, Shannon <shanno███████████ Gayle-Garcia, Jodi <jod███████████████

📎 2 attachments (15 KB)

Lexapro Physician Profile.docx; ATT00001.txt;

Lexapro

Olson, Shannon

To: ○ Davis, Jordan;  ○ Watson, Brad;  ⊙ Timmel, Rebekah;  ○ Comernisky, Sc    Fri 6/19/2020 10:19 AM

Cc: ● Olson, Shannon;  ○ Gayle-Garcia, Jodi

Trintellix Newsletter - Volum...          ATT00001.txt
417 KB                                    371 bytes

2 attachments (418 KB)    ☁ Save all to OneDrive - Takeda    ⌄ Download all

↩ Reply      ↩ Reply all      ↪ Forward

 Outlook

**StPeteCOVIDROI&Top20.xlsx**

From  Olson, Shannon <shannon███████████

Date  Thu 8/27/2020 12:46 PM

To    Davis, Jordan <jordan██████████ Warner, Angie ██████████████████; Roberson, Dana
      <dana████████████████████ Estrera, Theresa <theresa█████████████; Jackson, Teresa
      <teresa██████████████ Watson, Brad <brad█████████████ Timmel, Rebekah
      <rebekah██████████████████ Barley, Dustin <dustin███████████ Comernisky, Scott
      <scott██████████████████████

Cc    Gayle-Garcia, Jodi <jodi███████████████; Olson, Shannon <shannon███████████████

📎 1 attachment (35 KB)

StPeteCOVIDROI&Top20.xlsx;

Hey All
I created this tracker for Jordan and I.  Wanted to pass it along



 Outlook

**Fwd: Trintellix Ped Question**

From Olson, Shannon <shannon███████████████

Date Fri 9/18/2020 3:00 PM

To  Davis, Jordan <jordan███████████; Comernisky, Scott ████; ███████████████; Jackson,
     Teresa <teresa████       Roberson, Dana <dana████       ████; Barley, Dustin
     <dustin██████  Estrera, Theresa <there███  ████Warner, Angie
     <angie.███████  Timmel, Rebekah <reb██   ██>; Watson, Brad
     <brad.v███████  Gayle-Garcia, Jodi <jod███████  ████>; Olson, Shannon
     <shann████████

📎 4 attachments (55 KB)

ATT00001.htm; ; ATT00002.htm; image001.jpg;

Hey guys

I have had some ped offices ask about Trintellix.  I messaged Ann and below is her answer. Very useful info! Have a great weekend

Warmest Regards,
Shannon Olson

Begin forwarded message:

> **From:** "Koenig, Ann" <ann███████████████
> **Date:** September 18, 2020 at 11:12:51 AM EDT
> **To:** "Olson, Shannon" <shanno████████████
> **Subject: RE:  Trintellix Ped Question**

Hi Shannon,

All good here – hope you are too! This has come up a few times in my district, and I reached out to compliance last year about it. I've attached the string of communication for your reference. The bottom line is that we will be able to sample, send emails about Trintellix in Veeva once the prescriber's specialty designation is updated in the Veeva system.

The steps would be:

1. Receive an unsolicited request from the HCP about Trintellix.
2. If they have adult patients, they can then send you an email stating this (including the approx. percentage of patients in their practice who are adult).

3. Submit the letter through prescriber maintenance and work with FSS to update his/her specialty.
4. Once it is updated, you can sample, send iEngage emails, etc. to this provider and receive credit for TRxs if completed before frozen alignment deadline.

Hope this helps!
Ann

**From:** Olson, Shannon <shannon█████████████
**Sent:** Thursday, September 17, 2020 4:04 PM
**To:** Koenig, Ann <ann████████████████
**Subject:** Trintellix Ped Question

Hey there

I hope you and your family are doing well and staying healthy. I have a question. I have a ton of pediatric offices that see patients 18 years and older. What is the pediatric provider protocol on Trintellix? Specifically, detailing, sampling, my sample closet, mailing info to them, getting credit for Rx's on pts 18+ years of age?

Lastly, in Veeva will we soon have the ability to email pediatric offices Trintellix info, saving cards etc?

I appreciate your help. Thanks Ann

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals
████████████

 Outlook

## Document1



From  Olson, Shannon <shannon███████████████

Date  Wed 9/23/2020 5:40 PM

To  Davis, Jordan <jordan██████████ Comernisky, Scott <scott████████████████; Roberson, Dana <dana████████████ Jackson, Teresa <teresa████████████; Barley, Dustin <dustin██████ Warner, Angie <angi██████████ Estrera, Theresa <theresa█████████; Timmel, Rebekah <rebeka████████████ Watson, Brad <brad███████████

Cc  Gayle-Garcia, Jodi <jod██████████████; Olson, Shannon <shanno████████████

📎 1 attachment (18 KB)

Document1.docx;

Hey Guys

I am a visual learner and in general person. I am also organized and like to have a solid plan. I take notes (a lot of notes) and on everything. Yes, Scott I took and have notes on High Performace Habits. It's the way I am, the way I learn and the way I can retain all I need to do. So, I do take notes on our calls. I print them out and tape them to my desk.

Attached are some key notes from todays calls.

Have a great night
S

Takeda:

Order PPE

Order Tlink

Update WorkDay


Gut Check:

- **Did I SELL**
- **Did I Ask for Something/ Commitment?**
  - o **90 DAY Rx and Refills to carry pt. through January (cheaper for patient and come new year they do not have to deal with deductible)**
- **Who is Killing me/ Who is Helping me?**
  - o 4 weeks over 4 weeks
    - Am I doing better this month over last month?
    - Who is growing NRx (4-week time frame)?
    - Who is declining NRx (4-week time frame)?
      - What do we do need to do differently with these providers?
    - Track Virtual Engagements
      - Are you getting a ROI?

- **Am I Utilizing ALL RESOUCES:**
  - o **Virtual Engagement**
  - o **Samples**
  - o **Emails- who has opened, and which one did they open**
  - o **Vyvanse Trial report**
  - o **Coupon Redemption Report**
  - o **VyvansePro.com (can not show them but can walk them through)**
  - o **Tintellix.com**

 Outlook

**From** Barley, Dustin <dustin███████████

**Date** Thu 3/25/2021 2:50 PM

**To** Olson, Shannon <shanno███████████

I am totally going to be trying this to see what responses I get rather than my typical, "What do you love about ___?" or, "Great, can't wait to hear about your patients' results!" Thank you a lot for sharing this, and also giving us a summary of what is said in the video, Shannon!

And by the way, thank you so much for the points you sent over. I will be sure to return the favor for all of the wisdom and insight you bring to us. You rock, Shannon!

Best Regards,
Dustin Barley
Takeda Neuroscience Representative- Jacksonville, FL
███████████
dustin.███████████

On Mar 25, 2021, at 10:25 AM, Olson, Shannon <shannon███████████> wrote:

Hey Guys

Wanted to share the below 2 min video- we all have those amiable customers who say something to the effect of, "Yup, I will use Trintellix/Vyvanse", "I love Trintellix/Vyvanse, I promise to use it more or will use it more" but numbers show they do not.
Prior to closing ask the provider to be brutally honest with their reply. "Dr, before I ask one last question- I want you to be brutally honest with your reply. Please…. feel free to be brutally honest"

According to this consultant group, the providers desire to be pleasant is over ridden by their desire to be honest. I think this is interesting and will try this strategy with appropriate providers.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals
███████████

 Outlook

## FW: tAccessUpdate_Objection Handler_AFD.pdf

**From** Estrera, Theresa <theresa. ███████████

**Date** Tue 11/17/2020 9:35 AM

**To**   Olson, Shannon <shannon ███████████

Thanks Shannon! Hope all's well with you and your family!
T.

**From:** Gayle-Garcia, Jodi <jodi ███████████
**Sent:** Tuesday, November 17, 2020 9:24 AM
**To:** Olson, Shannon <shannon █████████>; Davis, Jordan <jordan ██████████; Roberson, Dana
<dana ████████>; Comernisky, Scott <scott ████████ Barley, Dustin
<dustin ████████; Jackson, Teresa <teresa ████████; Estrera, Theresa
<theresa ████████>; Warner, Angie <angie ████████ Watson, Brad
<brad ████████ Timmel, Rebekah <rebekah █████████
**Subject:** RE: tAccessUpdate_Objection Handler_AFD.pdf

Thanks for passing on..

*Jodi C. Gayle-Garcia*
District Business Manager
Jacksonville District
Neuroscience Business Unit
Mobile: ███████████
**EMAIL:** jodi ███████████



**From:** Olson, Shannon <shannon █████████
**Sent:** Tuesday, November 17, 2020 6:09 AM
**To:** Davis, Jordan <jordan ████████; Roberson, Dana <dana ████████; Comernisky, Scott
<scott ███████ Barley, Dustin <dustin ████████ Jackson, Teresa
<teresa ███████ era, Theresa <theresa ████████; Warner, Angie
<angie ████████ Watson, Brad <brad ████████ immel, Rebekah
<rebekah ███████
**Cc:** Gayle-Garcia, Jodi <jodi ████████
**Subject:** tAccessUpdate_Objection Handler_AFD.pdf

Hey Guys

Attached is a Trintellix Objection Handler.  Let me know if you have any questions or want to discuss. Have a great day

Outlook

Takeda Folder

From  Olson, Shannon <shannon █████████████████████

Date  Wed 7/21/2021 1:22 PM

To    Roberson, Dana <dana███████████████; Timmel, Rebekah <rebekah████████████████ Warner,
      Angie <angie███████████████████; Estrera, Theresa <theres████████████████ Comernisky, Scott
      <scott████████████████████

Cc    Olson, Shannon <shanno███████████

📎 1 attachment (203 KB)
FQ1'21 Rep NSBU Behaviors - Final - CHANGE CALLOUT (003).pdf;


Hey My People

2020/2021, I compromised my family and self for Takeda by putting all my energy into Takeda and my offices.
Suicide rates/Depression were so high and I did not want anyone who needed Trintellix to not have access to it-
thus I worked myself into an unhealthy rut and compromised and neglected my family along the way. And for
what???? And for who????

I tell you this because I learned that life lesson and will never repeat it. I know my Priorities and will not
compromise them.

I Promised and Committed to myself and my kiddos that I would implement TAKEDA BOUNDARIES, starting with a
daily have a Hard START and A HARD STOP.

That being said, we have a lot of nuttiness as sales reps are being challenged with. Let's SIMPLY IT!

The "Rep of The Future" is a term I keep hearing. SO to simplify and not miss any new expectations I have done
three things.

  1. I set calendar weekly/ biweekly/ monthly calendar reminders in my phone. (See below)

  2. I have a manilla folder named "INTENTIONAL, CONSISTENT, PROACTIVE, that will keep on the front seat
     of my car in my car so I can reference daily and reference on Fridays. For the immediate future, I am
     designating Fridays as my weekly virtual/office Day.

          Folder contains: a print out of the below email, the attachment in this email, the STAR
          printout in the email I just sent, a printout of my quality conversation, field trip
          coaching logs and a print out of NSBU Field Sales Competency Model with Proficiency
          Levels

  3. In Outlook I created folders with the following labels:

     Intentional
     Consistent
     Proactive

Change Management
Customer Engagement
Strategic Territory Management

Weekly/BiWeekly/Mthly Phone/ Ipad Calendar Alerts:

1. OEC resources
   a. Emails: Matt stated best time to send emails is Monday pm, Tues am, Thurs pm
      i. Every other week through the end of Sept (end of quarter) I have a reminder to send an email to my Predictive Targets
         1. One week is Monday pm, Two week later Tues am, two weeks later Thurs AM

   b. After every call Send an email:
      i. Get into the habit, after you log in a call, send an email

2. Every Friday ( Right now, I am planning my Fridays as a Virtual/ Office )
   * Morning: Communicate with any remaining weeks routing offices (ideally I do not have many as we have a lot of admin stuff to do)
   * Administrative:
      o Weekly Expense Report
         1. I know the expectation is Bi-Weekly but I am going to do it weekly as there are too many expense report rejections and I don't want to get behind on anything
      o Respond to any emails that I did not throughout the week
      o Submit to Matt "Shannon Week July 26-30 Highlights"
         ■ I will create this document on Monday and add to it throughout the week. This serves me in a couple ways: Matt wants communication (check), will assist me in updating my Quality Conversations as I will provide specific examples (ideally using STAR both Global Competencies and Field Sales Behaviors
         ■ Territory Manager is my next "Promotion" so I will also include specific examples pertaining to that role
         ■ I will include monthly performance scorecard and cresset info as well as F2F, Virtual Details (expectation is 32-38) and $ spent
      o QVIA Update (Thursdays) analyze and update Trintellix Playbook
      o Prescriber Maintenance
         ■ Prescriber Detail Report will be released Aug 2
         ■ I will spend 1 1/2 – 2 hrs on Fridays going through this list
         ■ THIS IMPACTS BONUS AND CRESSET- Thus investing the time is worth it.

While we each may be in different boats, we are all in the same Takeda storm. It will be easier if we all are together. I hope this email helps.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



**From:** Olson, Shannon <shannon████████████████>
**Sent:** Wednesday, July 21, 2021 6:55 PM
**To:** Comernisky, Scott <scott████████████████>
**Subject:** Re: Takeda Folder

Anything I miss? Tell me yours as mine may be over complicated

Warmest Regards
Shannon Olson


> On Jul 21, 2021, at 3:32 PM, Comernisky, Scott <scott.████████████████> wrote:
>
> Nice! Thanks for sharing. I have my own system to deal with all the craziness. But I like your organization
>
> Sent from my iPad


>> On Jul 21, 2021, at 1:23 PM, Olson, Shannon <shannon████████████████> wrote:
>>
>> Hey My People
>>
>> 2020/2021, I compromised my family and self for Takeda by putting all my energy into Takeda and my offices. Suicide rates/Depression were so high and I did not want anyone who needed Trintellix to not have access to it- thus I worked myself into an unhealthy rut and compromised and neglected my family along the way. And for what???? And for who????
>>
>> I tell you this because I learned that life lesson and will never repeat it. I know my Priorities and will not compromise them.
>>
>> I Promised and Committed to myself and my kiddos that I would implement TAKEDA BOUNDARIES, starting with a daily have a Hard START and A HARD STOP.
>>
>> That being said, we have a lot of nuttiness as sales reps are being challenged with. Let's SIMPLY IT!
>>
>> The "Rep of The Future" is a term I keep hearing. SO to simplify and not miss any new expectations I have done three things.
>>
>>> 1. I set calendar weekly/ biweekly/ monthly calendar reminders in my phone. (See below)

Outlook

RE: Takeda Folder

From Olson, Shannon <shannon █████████████
Date Thu 7/22/2021 8:05 AM
To    Comernisky, Scott <scott █████████████

You are the best!

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
████████████aceuticals



**From:** Comernisky, Scott <scott █████████████
**Sent:** Wednesday, July 21, 2021 8:10 PM
**To:** Olson, Shannon <shannon █████████████
**Subject:** RE: Takeda Folder

I have a folder labeled *"Weekly Shit."* I just have a bunch of hand written stuff in there, basically same as yours. Don't stress and keep enjoying the ride—"This too shall pass😊"

Scott

"Everyone thinks of changing the world, but no one thinks of changing himself" - Leo Tolstoy

**SCOTT COMERNISKY**
**TERRITORY MANAGER**
**JACKSONVILLE, FL**

# EXHIBIT O

 Outlook

July 12

From  Olson, Shannon <shannon█████████████████

Date  Mon 7/12/2021 1:57 PM

To     Hand, Matt <matt██████████████

Cc     Olson, Shannon <shannon█████████████████

Hey there

Wanted to keep you up to date regarding my daily work progress. My priority for today (and last week) was Veeva. I am unable to log back in to synch. Most of my day today has been spent on hold and then "fixing" a problem that can not be fixed. I was just told that while my RTW was July 1- the system updated July 9 and then it will take 3 days after that for me to have access to Veeva/Salesforce.
As asked, I did call HR 2 weeks prior to my return so that issues like this would not occur.
It is frustrating as so much time has been wasted. Moving onto another project. Talk soon

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



## Manager Quality Conversations Quarterly Feedback

| Employee Name | Shannon Olson | | |
|---|---|---|---|
| Manager Name | Jodi Garcia | Performance Year | 2020 |

**Performance and Global Core Competency Summary (strengths, opportunities, IDP progress and career development)**

### FQ1'2020 (April – June) Manager Comments:

**Date Conversation took place**
- 8/10/2020

**Performance:**
- Cresset
- Current performance (4/24-6/26)
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix =-4.08% (Region:-4.32 %, Nation: -5.45%)
      - Vyvanse = -11.46% (Region: -11.21%, Nation: -9.44%)
      - Mydayis = -11.46% (Region: -11.21%, Nation: -9.43%)
    - % market share change
      - Trintellix =-3.83% (Region: 2.65%; Nation: 3.21%)
      - Vyvanse =-5.60 % (Region:-1.24 %, Nation:-1.35%)
      - Mydayis =-5.38 % (Region:1.96 %; Nation: 2.12%)

**Build:**
- Trintellix lead- during field engagement training, Shannon was a resource to teammates and the district. Providing clarity on studies as well as shared simplified competitor messaging. This an example of Shannon stepping up in a leadership capacity during the new normal.
- Lead Change:
  - Shannon took the lead on cleaning up the footprint customer list and simplifying the routing by using data to focus HCPs that impacted the business.
  - Lead Change: Shannon showed flexibility and adaptability to change when the organization moved the PCP/PED focus to Vyvanse/ PED, by taking the lead to analyze the data for St. Pete footprint and working with Jordan to implement the necessary changes for maximum impact.

**Execute (include Veeva utilization in this area):**

Challenge 1: Shannon 10867    Team: 10716.5
Challenge 2: Shannon 11751    Team: 11466.0
Challenge 3: Shannon: 14584    Team: 14622.2

**Other Notes/Contributions:**

**Development/Making your best, better:**

Development:

a. Leadership: Shannon has stepped up to be the District Trintellix Lead as a means of exerting her leadership capabilities and help to develop and foster growth among the reps in our district. Shannon will take on a new Lead role in the upcoming lead changes to expand her knowledge and impact on the team and region.

b. Self- awareness: Shannon will continue to take a leadership role on the team with developing new representatives in the district.

c. Career Path: Shannon is looking for an opportunity within the organization that allows her to develop and be of value. With 21 years of experience Shannon can be a wealth of knowledge. Shannon is interested in learning more about the Rare Disease division and will do her investigation on each BU and their products/Patients to identify where she would like to focus.

---

## FQ2'2020 (July-September) Manager Comments:

**Date Conversation took place**
- 10/21/2020

**Performance:**
- Cresset

Cresset: YTD (March 2020) National Rank 219

-%TRx Volume Change (13 weeks, 07/03/2020- 09/25/2020
- Trintellix:   -4.71% (Region: -2.88%, Nation: -2.61%)
- Vyvanse:   2.01% (Region: 3.03%, Nation: 2.03%)
- Mydayis:  -4.24% (Region: 2.02%, Nation: 0.46%)

- % Market Share Change
- Trintellix:  -0.02% (Region: -0.04%, Nation: -0.02%)
- Vyvanse:  0.00% (Region: -0.17%, Nation: -0.03 %)
- Mydayis:  -0.01% (Region: -0.01%, Nation: -0.01%)

**Build:**

**Execute (include Veeva utilization in this area):**
- Veeva Engagements: 456
  - HCP Engage: 15
  - HCP Engage w/ Meal: 33
  - Logistical Calls HCP: 16
  - Logistical Calls Staff: 233
  - Mailings: 163
  - Suggestions: 68

**Other Notes/Contributions:**

**Development/Making your best, better:**
- Competencies:
- Leadership (Impact on my business and others):
  - Regional Trintellix Lead:
    - Continues to share best practices and shares probes and Patient Profile of middle-aged woman with region Was recognized by fellow rep in the region.
  - Created and Shared my COVID and top 20 tracker with the district, many members currently utilizing it
  - Regional Pairing:
    - Bi-weekly phone calls with my Joanne- shared best practices, tips, what is working, what is not working
  - Pediatricians and Trintellix:
    - Had offices inquire about Trintellix for college patients
      - o Followed up With Trintellix Lead Ann, shared info gathered with district
  - Continuously reviewed data, Iinsights, SOT and adjusted call priorities for myself and direct partner

- Development:
  - Change Management:
  Joined numerous groups within Takeda and attended various WebEx trainings
    - Ramona Sequeira and Special Guest Eric Holder
    - Unconscious Biased Training
    - Promoting Racial Quality in the Workplace
    - Building Asian Leaders

- Women Who Pivot
- GROW
- Gender Parity
- Faith in the Workplace
- Applied for EPIC Position

a) Career Path:

- Shannon is looking for an opportunity within the organization that allows her to develop and be of value and has recently applied to the Epic Program for 2021. As the senior rep in the footprint and in the district, it is important for Shannon to continue to step up and help with the development and engagement. For Q2 Shannon has done an excellent job of increasing her engagements and interactions with both pediatricians and IM HCPs. It will be important that Shannon influences her partner to help "carry" the load in this new environment, ensuring that the entire footprint is growing and both her and her partner are succeeding in accessing the right HCPs. Shannon will need to ensure that Jordan is holding up his part of the territory they are both executing at the same pace and hold him accountable to similar performance in terms of customer engagements etc.

---

**FQ3'2020 (October - December) Manager Comments:**

**Date Conversation took place**

- 1/20/21

**Performance:**
Cresset: October 2020 (Q3)
- 199 out of 438 – Top 50%
- Current performance – QTD (10/2/20 – 12/18/20)
  - All three brands & compared to District, Region and Area
    - % TRx volume change
      - Trintellix = -0.25% (District: -1.00%; Region: -0.81%; Nation: -0.08%)
      - Vyvanse = 11.88% (District: 13.05%; Region: 8.75%; Nation: 8.18%)
      - Mydayis = 12.58% (District: -3.20%; Region: 1.12%; Nation: 1.05%)
    - % market share change
      - Trintellix = -0.10% (District: -1.25%; Region: -1.47%; Nation: -1.36%)
      - Vyvanse = 2.68% (District: 2.00%; Region: 0.11%; Nation: 0.30%)
      - Mydayis = 3.32% (District: -12.65%; Region: -6.91%; Nation: -6.31%)

**Build:**

**Strategic Approach/Lead Change**

- Worked Well:  double booking, snacks/coffee to get engagement.  Shannon led district in overall HCP Engage interactions for Q3.
  - This worked out to be around 3 interactions per day.
- Shannon leveraged staff interactions to ensure total office call and to build an advocate in the office to be able to connect with

**Collaboration**

- Recognized numerous times district/region throughout quarter (Recognition Program)
  - Partnered with Rep in neighboring territory/district to transition account over as HCP moved into new area

**Execute (include Veeva utilization in this area):**

- Engage Meeting HCP w/ meal: 85
- Engage Meeting HCP: 6
- Engage Meeting staff only w/ meal: 1
- Engage Meeting staff only: 2
- Phone Staff: 99
- Phone HCP: 13
- **TOTAL INTERACTIONS: 206**
- Key Veeva Suggestions: 7 Veeva Suggestions for Trintellix Sample Orders and 1 Trintellix DFTO and 2 Veeva Suggestions for 30 Free Vyvanse trial offer redemptions
- Mail: 9

**Other Notes/Contributions:**

- Applied for Epic Opportunity
- Participated in numerous Takeda Virtual Conferences
- ( How to Promote Racial Equity in the Workplace.)

**Development/Making your best, better**

**Develop Capabilities**

- FINAL PUSH Analysis, Business Plan and Routing for 2020!!!
  - Track ROI via Business Plan to measure Impact of Engage Appointments.  Share updates/progress.  Make changes when ROI isn't there.

**Strategic Approach**

- Find New Targets and plan and execute Virtual discussions (Lauren Bartkovsky, ARNP)
- Pivot POD meeting to Friday's to review weekly data
  - Create 'new writer' and 'new bleeder' target lists for following week.  In addition to planned routing/activities,  add HCP to plan for that upcoming week
  - Track Impact with identified HCPS
  - Share success with district and region

**FQ4'2020 (January – March) Manager Comments:**

**Date Conversation took place**

- 

**Performance:**

- Cresset
- Current performance
  - ○ All three brands & compared to District, Region and Area
    - ▪ % TRx volume change
      - • Trintellix = % (Region: %; Nation: %)
      - • Vyvanse = % (Region: %; Nation: %)
      - • Mydayis = % (Region: %; Nation: %)
    - ▪ % market share change
      - • Trintellix = % (Region: %; Nation: %)
      - • Vyvanse = % (Region: %; Nation: %)
      - • Mydayis = % (Region: %; Nation: %)

**Build:**

**Execute (include Veeva utilization in this area):**

**Other Notes/Contributions:**

**Development/Making your best, better:**

 Outlook

## FW: Your Pixel by Labcorp Order

From  Olson, Shannon <shannon ███████████████

Date  Tue 7/20/2021 8:58 PM

To    Hand, Matt <matt ██████████████

Cc    Olson, Shannon <shannon ████████████████

Hey

I apologize for the late email. I just remembered and ordered my at home Covid test. I will take it and send it off as soon as I receive it. I will also keep you informed each step, as this will delay my F2F customer engagements. Pre LOA I had no issues being compliant with COVID test ordering and testing, thus this delay is an isolated incident. My plan is to take a test and then re-order on Tuesdays.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals

██████████████



From: Pixel by Labcorp <orders@pixel.labcorp.com>
Sent: Tuesday, July 20, 2021 8:42 PM
To: Olson, Shannon <shannon.olson@takeda.com>
Subject: Your Pixel by Labcorp Order

Be advised that this email came from outside Takeda / お知らせ：社外から送信されたメールです



**From:** Hand, Matt <matt█████████████
**Sent:** Wednesday, July 21, 2021 8:15 AM
**To:** Olson, Shannon <shannon████████
**Cc:** Hand, Matt <matt██████████
**Subject:** 7/20 Touchpoint Follow up Email

Shannon,

It was great getting the chance to connect in person and catch up. Here is a follow up email with some of what we spent time reviewing as well as a couple of Way Forward/Action Items. Please don't hesitate to reach out with any questions if you need additional clarity on any of it – I know we went over quite a few things.

- Trintellix Predictive Target Playbook is to be updated weekly starting this week.
  - By the end of each week – record your weekly activities for each HCP as well as the CW NRX based on that week Vital Signs update (ex: This week will input WE 7/2 data)
    - I check on Monday mornings with the expectation everyone has it filled out
  - Use the shared file we updated together and I sent you
- NSBU weekly call expectations are now at 32-38 HCP interactions/wk with focusing on your most important customers
  - As I shared, the district for the month of June was meeting those interactions goals. So while it's grown a bit since early April when you went on LOA, they are very much attainable.
- To help supplement/augment your activities leveraging OCE levers/resources will be key to helping drive your share of voice and increase your Reach and Frequency
  - The Informed and Empowered workshop next week will add greater context as does the pre-work video
  - Consistent and strategic use of these resources is an expectation. As was noted MCM (now OCE) is mentioned multiple times in the Qualitative Behaviors.
- Attached you'll find the Qualitative Behaviors sheet we reviewed. It highlights the updates made in Q1.
  - As has been, and continues to be, a Consistent-Intentional-Proactive Approach is key for owning these behaviors.

Way Forward Items - By Monday 7/26:
- **Send me a list of your Back to School Targets**
  - Use the 7/12 email I sent to help serve as your guide.
  - Select 10 HCPs you have consistent access to – the goal being to see them every other week
  - Continue to book appointments with these HCPs now – having the BTS conversations now, will help set us up for success when school officially kicks off in August
- **Create a routing – and send to me**
  - PT+3 targets to be seen weekly (please highlight within the routing)
  - Back to School targets to be seen every other week (please highlight within the routing)
  - Include other key HCPs for both Vyvanse and Trintellix (overall top writers, top growers and top decliners) based upon business needs and LBO
  - You can create whatever routing 'template' works for you

As always, please don't hesitate to reach out with any questions. Here to help however I can!

All the best,

Matt Hand
Interim District Business Manager - Jacksonville
Neuroscience Business Unit
Takeda Pharmaceuticals ██████████



 **Outlook**

---

**Takeda Folder**

---

From  Olson, Shannon <shannon█████████████████

Date  Wed 7/21/2021 1:23 PM

To    Roberson, Dana <dana████████████████; Timmel, Rebekah <rebekah███████████████; Warner,
      Angie <angie██████████████  Estrera, Theresa <theresa███████████  Comernisky, Scott
      <scott███████████

Cc    Olson, Shannon <shannon██████████████

---

📎 1 attachment (203 KB)

FQ1'21 Rep NSBU Behaviors - Final - CHANGE CALLOUT (003).pdf;

---

Hey My People

2020/2021, I compromised my family and self for Takeda by putting all my energy into Takeda and my offices. Suicide rates/Depression were so high and I did not want anyone who needed Trintellix to not have access to it- thus I worked myself into an unhealthy rut and compromised and neglected my family along the way. And for what???? And for who????

I tell you this because I learned that life lesson and will never repeat it. I know my Priorities and will not compromise them.

I Promised and Committed to myself and my kiddos that I would implement TAKEDA BOUNDARIES, starting with a daily have a Hard START and A HARD STOP.

That being said,  we have a lot of nuttiness as sales reps are being challenged with.  Let's SIMPLY IT!

The "Rep of The Future" is a term I keep hearing. SO to simplify and not miss any new expectations I have done three things.

1. I set calendar weekly/ biweekly/ monthly calendar reminders in my phone. (See below)

2. I have a manilla folder named "INTENTIONAL, CONSISTENT, PROACTIVE, that will keep on the front seat of my car in my car so I can reference daily and reference on Fridays. For the immediate future, I am designating Fridays as my weekly virtual/office Day.

   Folder contains: a print out of the below email, the attachment in this email, the STAR printout in the email I just sent, a printout of my quality conversation, field trip coaching logs and a print out of NSBU Field Sales Competency Model with Proficiency Levels

3. In Outlook I created folders with the following labels:

   Intentional
   Consistent
   Proactive

Change Management
Customer Engagement
Strategic Territory Management

Weekly/BiWeekly/Mthly Phone/ Ipad Calendar Alerts:

1. OEC resources
    a. Emails: Matt stated best time to send emails is Monday pm, Tues am, Thurs pm
        i. Every other week through the end of Sept (end of quarter) I have a reminder to send an email to my Predictive Targets
            1. One week is Monday pm, Two week later Tues am, two weeks later Thurs AM
    b. After every call Send an email:
        i. Get into the habit, after you log in a call, send an email

2. Every Friday ( Right now, I am planning my Fridays as a Virtual/ Office )
    • Morning: Communicate with any remaining weeks routing offices (ideally I do not have many as we have a lot of admin stuff to do)
    • Administrative:
        ○ Weekly Expense Report
            1. I know the expectation is Bi-Weekly but I am going to do it weekly as there are too many expense report rejections and I don't want to get behind on anything
        ○ Respond to any emails that I did not throughout the week
        ○ Submit to Matt "Shannon Week July 26-30 Highlights"
            ▪ I will create this document on Monday and add to it throughout the week. This serves me in a couple ways: Matt wants communication (check), will assist me in updating my Quality Conversations as I will provide specific examples (ideally using STAR both Global Competencies and Field Sales Behaviors
            ▪ Territory Manager is my next "Promotion" so I will also include specific examples pertaining to that role
            ▪ I will include monthly performance scorecard and cresset info as well as F2F, Virtual Details (expectation is 32-38) and $ spent
        ○ QVIA Update (Thursdays) analyze and update Trintellix Playbook
        ○ Prescriber Maintenance
            ▪ Prescriber Detail Report will be released Aug 2
            ▪ I will spend 1 1/2 – 2 hrs on Fridays going through this list
            ▪ THIS IMPACTS BONUS AND CRESSET- Thus investing the time is worth it.

While we each may be in different boats, we are all in the same Takeda storm.  It will be easier if we all are together.  I hope this email helps.


Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals
727-641-1676

 Outlook

**RE: WeConnect : Shannon Olson unable to access VS / FW: Field Sales Request 10587-Assigned To**

From  Hand, Matt <matt████████████████

Date  Mon 7/26/2021 1:06 PM

To    Olson, Shannon <shannon████████████████

Thank you for continuing to keep me updated and in the loop.  Sorry for the frustrations it has caused you.

All the best,

Matt Hand
Interim District Business Manager - Jacksonville
Neuroscience Business Unit
Takeda Pharmaceuticals



From: Olson, Shannon <shannon.olson@takeda.com>
Sent: Monday, July 26, 2021 11:00 AM
To: Hand, Matt <matt████████████████
Cc: Olson, Shannon <shannon.████████████████
Subject: FW: WeConnect : Shannon Olson unable to access VS / FW: Field Sales Request 10587-Assigned To

Hey there

Called the connect team 1st thing this morning. I just heard back from them.  Like on Friday, I was told that they have my request, it has been escalated and they will call once they have a resolution.  So as of now I still do not have access to VitalSigns.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals

Takeda Pharmaceuticals



**From:** Hand, Matt <
**Sent:** Friday, August 20, 2021 4:53 PM
**To:** Olson, Shannon <
**Cc:** Hand, Matt <matt                    ; Crouch, Greg <                        >; Thompson, Staci
<stac                    Forestier, Irving <irvin
**Subject:** Warning Letter - Follow up

Shannon,

This email serves as a follow up to the conversation we had on 8/20/21 during which time I delivered and read to you the Warning Letter that is attached to this email.

As was discussed, this is as a result of violating Takeda's Code of Conduct and USBU Summer 2021 Interim COVID-19 Guidance Protocol, a training which you took and attested to.

By 9am Monday 8/23/21, email to me a signed copy of the attached Warning Letter to show receipt and understanding
- Please print, sign and then scan/take a picture of the signed letter in its entirety (both pages) and reply to this email.

If you do not agree with what has been laid out in the Warning Letter, you do not have to sign. If that is the case, please follow the steps laid out in the attached document by sending an email to Irving Forestier providing insight as to why you chose to not to sign the Warning Letter.

Thank you in advance.

All the best,

Matt Hand
Interim District Business Manager - Jacksonville
Neuroscience Business Unit
Takeda Pharmaceuticals



2

Olson, Shannon

| | |
|---|---|
| **From:** | Thompson, Staci |
| **Sent:** | Monday, August 16, 2021 3:58 PM |
| **To:** | Olson, Shannon |
| **Subject:** | RE: Review question |

Hi Shannon,

Apologies that we are playing phone tag. I just sent an invite for later this week, but was not able to see your calendar. If that time doesn't work, I can also make myself available on Thursday from 1-330p central.

Kind regards,
Staci Thompson

-----Original Message-----
From: Olson, Shannon <shannon█████████████████
Sent: Thursday, August 12, 2021 8:51 AM
To: Thompson, Staci <staci█████████████████
Subject: Review question

Hi Staci

My name is Shannon Olson. I am a representative in St Petersburg, FL. I have a couple questions I wanted to ask. When would be a good time to talk live via phone? Let me know. Thank you

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
██████████████uticals

1

5:39 PM  Fri Nov 19

## August 2021

**Touch Base**
Staci to call Shannon (

(727) 641-1676

Calendar

Invitation from
**Staci Thompson**

Invitees
· Shannon Olson

Show As

Private

**Accept**

Day    Week    Month    Year

Thu    Fri

Kids Return From Mikes

Matt – Vacation
Take/Order COVID T...
Prescriber Detail Rep

Take/Order COVID T...

BTS Dr Ward and Dr
Lunch Dr Trevino

Take/Order COVID T...
Lunch Dr Jacobs
Lunch Dr Jacobs

· Order Covid Test
· Team JAX touchpoint     · Order Covid Test
                          · Dr McAuliffe
                          · Dr Martinez
Ashura                    · Dr Kelly

5     6

12     13
       · *Reminder - FQ3 '21 Pres...
       BTS Lunch Dr Patr...

19     20
       Shannon - Matt Touch...

26     27
Take/Order COVID Test     Team JAX touchpoint
                          ELC Global Call

100%

 Outlook

## Warning Letter - Follow up

**From** Hand, Matt <mat██████████████████>
**Date** Fri 8/20/2021 4:53 PM
**To** Olson, Shannon <shannon████████████████████
**Cc** Hand, Matt <matt████████████ ████████████ Crouch, Greg <greg████████████████ Thompson, Staci <stac████████████████ Forestier, Irving <irving f██████████████

📎 1 attachment (144 KB)
Shannon Olson - Warning Letter Memo-Final (8.20.21).pdf;

Shannon,

This email serves as a follow up to the conversation we had on 8/20/21 during which time I delivered and read to you the Warning Letter that is attached to this email.

As was discussed, this is as a result of violating Takeda's Code of Conduct and USBU Summer 2021 Interim COVID-19 Guidance Protocol, a training which you took and attested to.

By 9am Monday 8/23/21, email to me a signed copy of the attached Warning Letter to show receipt and understanding.
  • Please print, sign and then scan/take a picture of the signed letter in its entirety (both pages) and reply to this email.

If you do not agree with what has been laid out in the Warning Letter, you do not have to sign. If that is the case, please follow the steps laid out in the attached document by sending an email to Irving Forestier providing insight as to why you chose to not to sign the Warning Letter.

Thank you in advance.


All the best,

Matt Hand
Interim District Business Manager - Jacksonville
Neuroscience Business Unit
Takeda Pharmaceuticals



 Outlook

## RE: Warning Letter - Follow up

**From** Olson, Shannon <shannon ██████████████

**Date** Sun 8/22/2021 10:43 PM

**To**   Thompson, Staci <stac██████████████        Forestier, Irving <irving ████████████

**Cc**   Crouch, Greg <greg██████  ████████; Hand, Matt <ma███████████  ██████; Olson, Shannon
        <shannon█████████

Good Evening

I hope this email finds you well.  I learned of this violation Friday 8/20/21 aprox 4:00pm.  I am emailing to request
a full working day to properly and thoroughly review the violation and warning letter.  I appreciate your time and
consideration.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals
727-641-1676



**From:** Hand, Matt <matt███████████
**Sent:** Friday, August 20, 2021 4:53 PM
**To:** Olson, Shannon <shannon█████  ████████
**Cc:** Hand, Matt <ma██████████  ████; Crouch, Greg <greg████  ████████████; Thompson, Staci
<staci███████  ██████orestier, Irving <irving████████████
**Subject:** Warning Letter – Follow up

Shannon,

This email serves as a follow up to the conversation we had on 8/20/21 during which time I delivered and read to
you the Warning Letter that is attached to this email.

As was discussed, this is as a result of violating Takeda's Code of Conduct and USBU Summer 2021 Interim COVID-
19 Guidance Protocol, a training which you took and attested to.

 Outlook

RE: Warning Letter - Follow up

From Forestier, Irving <irving █████████████>
Date Mon 8/23/2021 7:26 AM
To    Olson, Shannon <shannon█████████████>

Hi Shannon, if your question(s) have to do with the incident or factors that lead to the discipline, I suggest you discuss those directly with your manager. If the question(s) you have are related to policy or the training you received, I can help you with that part. Let me know and I will check your schedule and set aside some time today to talk. I will help you clarify any aspect I can.



**Better Health, Brighter Future**

Irving I. Forestier
Employee Relations Partner
**Takeda Pharmaceutical Company Limited**
45 Hayden Avenue
Lexington, MA 02421
Office █████████████
irving█████████████

In the U.S., HRConnect and the ERC transformed into the
**U.S. People Resource Hub**
takeda.info/peopleresourcehub
866-866-7893 or 224-334-6800
peopleresourcehub@takeda.com

From: Olson, Shannon <shannon █████████████>
Sent: Sunday, August 22, 2021 11:59 PM
To: Forestier, Irving <irving █████████████>
Subject: FW: Warning Letter - Follow up

Hi Irving
I hope you had a great weekend. I have a couple questions regarding the warning letter. Can we schedule a live call? Let me know your availability. Thank you

Best Always,

5:39 PM Fri Nov 19

## August 2021

| Day | Week | Month | Year |

**Discuss Workplace Concern**
Microsoft Teams Meeting

Teams

| Mon | Tue | Wed |
|---|---|---|
| 23 — Take/Order COVID Test · Lunch Dr Jacobs · Lunch Dr Jacobs · Lunch Gina Montine · Discuss Concerns | 24 — US CMC COVID-19 Ed... Short Bowel Syndrome | 25 — UPDATED - Shannon - Field Day · Lunch Dr Trevino · Lunch Dr Trevino |
| 30 — Take/Order COVID Test · Lunch Dr Beasley · Lunch Dr Goldstein · Lunch Goldstein | 31 — · Lunch Savel · Lunch Dr Hicks, La... · Lunch Dr Hicks- Laron Nutrition and Fitness S... | |
| 6 | 7 — Lunch- Dr Cory Nelso | Sep 1 — Update Budget Tracker (S... Save the Date Quart |
| 13 — Labor Day Labor Day Take/Order COVID Test | Shannon Olson- Vacation Rosh Hashanah | 8 — Shannon Olson Vacation Dr Disanto- last day in... |

Matt - Off

### Calendar

**Irving Forestier**

Invitees
Shannon Olson

Notes
Staci Thompson

Accept

14    15    16    17

 Outlook

## Shannon Olson

From Olson, Shannon <shannon████████
Date Sun 8/29/2021 1:13 PM
To    Forestier, Irving <irving.████████
Cc    Olson, Shannon <shannon████████

📎 5 attachments (1 MB)
Shannon Olson (2).jpg; Shannon Olson (3).jpg; Shannon Olson (4).jpg; Shannon Olson (5).jpg; Shannon Olson (1).jpg;

Happy Friday Irving!

I hope you had a great week. I have attached a response to the warning letter I received last Friday, August 20, 2021. I also included a copy of an email that I sent to Matt as soon as I remembered that I needed to order a COVID test. I am appreciative that I am able to add my version of the event to this warning letter. To reiterate, prior to leave I was compliant with Takeda's Covid policy. This incident was isolated, was not intentional nor malicious and occurred after a 12 week leave of absence. Thank you for your time and listening ear. Have a wonderful weekend Irving. Take care

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Ph███████uticals



As a Takeda employee, you are expected to demonstrate the highest level of integrity and professionalism. Therefore, if the Company observes or learns of similar behavior at any time, and/or determines that you have violated any Takeda policies or procedures, the Company will take further disciplinary action up to and including the termination of your employment.

You are urged and expected to take immediate action to rectify your behavior. However, as you are aware, Takeda prohibits employees from engaging in any form of retaliation including contacting anyone internally or externally who may have raised concerns about your behavior. Violators of this policy will be subject to immediate termination of employment. This letter is confidential and shall remain so without discussion with others on the team.

Please sign below acknowledging your understanding of the content of this document and return the signed document to me. If you disagree with any of the information contained within this document, you may submit a written statement explaining your position to the Employee Relations Partner for the USBU, Irving Forestier. Any submitted responses will be reviewed and maintained as a part of your confidential personnel.

Sincerely,


Matt Hand
Interim District Business Manager, Jacksonville
Neuroscience



Acknowledgment:

I have read and understand the contents of this warning letter.

Shannon Olson

8/27/2021
Date

**Olson, Shannon**

| | |
|---|---|
| From: | Olson, Shannon |
| Sent: | Tuesday, July 20, 2021 8:58 PM |
| To: | Hand, Matt |
| Cc: | Olson, Shannon |
| Subject: | FW: Your Pixel by Labcorp Order |

Hey

apologize for the late email. I just remembered and ordered my at home Covid test. I will take it and send it off as soon as I receive it. I will also keep you informed each step, as this will delay my F2F customer engagements. Pre LOA had no issues being compliant with COVID test ordering and testing, thus this delay is an isolated incident. My plan is to take a test and then re-order on Tuesdays.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



From: Pixel by Labcorp
Sent: Tuesday, July 20, 2021 8:42 PM
To: Olson, Shannon <shannon
Subject: Your Pixel by Labcorp Order

Be advised that this email came from outside Takeda

August 27, 2021

The purpose and intent of this letter is to provide an accurate, truthful and transparent explanation behind the 8/20/2021 Warning Letter for "Unprofessional Behavior" I received.

I, Shannon Olson, Do 100% take responsibility and own the following actions:

- On July 8, 2021 you voluntarily shared with me your vaccination status. During that same conversation sustained on July 8, 2021, you asked and were told that you needed to be tested to engage in field activities.

- On July 16, 2021 you received training and attested to the USBU Summer 2021 interim COVID-19 Guidance Protocol.

- On July 20, 2021, you met with me knowing that you had not been vaccinated nor tested. Later that evening, after our meeting, unsolicited, you forwarded me an email making me aware that you had just ordered your first PIXEL test.

- Based on the outlined timeline of events, when you met with me on July 20, 2021, you knew or should have known that your actions were in violation of Takeda Policy because four (4) days before, you received training in and attested to the COVID Guidance Protocol – thus resulting in a violation of Takeda's COVID Guidance Protocol and Code of Conduct.

The above stated action, was isolated and unintentional.

On July 1, 2021, I returned to work at Takeda from a 12 week leave of absence. Prior to my leave of absence, I was 100% compliant with Takeda's COVID policy.

While planning to return to face to face interactions in the field, I became aware that I did not order a COVID test. I immediately ordered a test and emailed confirmation of that order to Matt. I have attached a copy of that email to this letter.

My failure to order, take and obtain results of a COVID test prior to meeting with Matt Hand on July 20, 2021, was an isolated, unintentional oversight and in no way was intended to undermine or circumvent Takeda's policy.

Shannon Olson                                      8/27/2021

Senior Sales Representative

 Outlook

---

## RE: Shannon Olson

From Forestier, Irving <irving█████████████████
Date Thu 9/16/2021 8:06 AM
To   Olson, Shannon <shannon████████████████

---

Hi Shannon, good to hear from you. I got your email and will file it along with the other documents. Take care!



**Better Health, Brighter Future**

Irving I. Forestier
Employee Relations Partner
**Takeda Pharmaceutical Company Limited**
45 Hayden Avenue
Lexington, MA 02421
Office █████████████████
irving█████████████████

In the U.S., **HRConnect** and the ERC transformed into the
**U.S. People Resource Hub**
takeda.info/peopleresourcehub
866-866-7893 or 224-554-6800
peopleresourcehub@takeda.com

---

**From:** Olson, Shannon <shannon█████████████
**Sent:** Wednesday, September 15, 2021 3:33 PM
**To:** Forestier, Irving <irving██████████████
**Subject:** RE: Shannon Olson

Hi there
I hope this email finds you well. I apologize for now just responding to your email. I somehow missed it. I forwarded you the original email I sent. My rebuttal is the 1st attachment. I have attached it to this email as well. Please let me know that you received it. Thank you so much. I am truly appreciative.

Best Always,


Shannon Olson
Senior Sales Representative

Neuroscience Business Unit
Takeda Pharmaceuticals



**From:** Forestier, Irving <irving
**Sent:** Monday, August 30, 2021 8:47 AM
**To:** Olson, Shannon <shannon
**Subject:** RE: Shannon Olson

Shannon, help me here. I see in both your emails, the signed warning, the email you sent your manager and your Pix order. I do not see your rebuttal. Am I missing something? Please clarify. Thanks.



**Better Health, Brighter Future**

Irving I. Forestier
Employee Relations Partner
**Takeda Pharmaceutical Company Limited**
45 Hayden Avenue
Lexington, MA 02421
Office
irving.



**From:** Olson, Shannon <shannon
**Sent:** Sunday, August 29, 2021 2:34 PM
**To:** Forestier, Irving <irving
**Subject:** FW: Shannon Olson

Hey there
I thought that I sent this email to you Friday, as that is when I had completed it. I must not have replicated or hit send/receive as I just noticed that the time stamp on the email is for today (Sunday). I apologize about that- I intended for you to receive my email on Friday.

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



**From:** Olson, Shannon
**Sent:** Sunday, August 29, 2021 1:13 PM
**To:** Forestier, Irving <irving
**Cc:** Olson, Shannon <shanno
**Subject:** Shannon Olson

Happy Friday Irving!

I hope you had a great week. I have attached a response to the warning letter I received last Friday, August 20, 2021. I also included a copy of an email that I sent to Matt as soon as I remembered that I needed to order a COVID test. I am appreciative that I am able to add my version of the event to this warning letter. To reiterate, prior to leave I was compliant with Takeda's Covid policy. This incident was isolated, was not intentional nor malicious and occurred after a 12 week leave of absence. Thank you for your time and listening ear. Have a wonderful weekend Irving. Take care

Best Always,

Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



 Outlook

Today

From Olson, Shannon <shannon █████████████

Date Tue 3/23/2021 7:59 AM

To    Hand, Matt <matt███████████; Davis, Jordan <jordan██████████

Hey there

Because I was on vacation last week, I did not take a Covid test. I took one and Fed Ex picked it up yesterday morning. I also ordered another and have one on hand to take on Thursday. I should have results tomorrow or Thursday– as soon as I do (per Takeda) I will be live in field. Until then I am virtual.

Best Always,


Shannon Olson
Senior Sales Representative
Neuroscience Business Unit
Takeda Pharmaceuticals



4:29

13 People

Text Message • SMS
Jan 3, 2022 at 8:10 AM

David Dees

Gooooood morning Team Florida! Hope everyone had a GREAT holiday.
Be on the lookout for some emails this morning regarding Budget, next week's meeting, and other items as they appear on my dashboard. As part of the Southeast initiative, I will not actively reach out to you today or tomorrow....BUT....I am available if you need to talk.
Go Win the Morning and welcome back!

Johanna Hernandez

Liked "Gooooood morning Team Florida! Hope everyone had a GREAT holiday.
Be on the lookout for some emails this morning regarding Budget, next week's meeting, and other items as they appear on my dashboard. As part of the Southeast initiative, I will not

Text Message • SMS

4:43

12 People

Text Message · SMS
Feb 10, 2022 at 9:49 AM

David Dees

I may be staying the obvious but wanted to send a friendly reminder that you must have tested negative prior to our meeting. Order your test kit now.

Milton Sanchez

👍 👍

Jessica Ziegler

Liked "I may be staying the obvious but wanted to send a friendly reminder that you must have tested negative prior to our meeting. Order your test kit now. "

Feb 14, 2022 at 8:44 AM

David Dees

Good morning Team Florida. Hope everyone had a GREAT weekend.
Friendly reminder that today the

Text Message · SMS

4:44

50   DD

12 People

Feb 22, 2022 at 10:11 AM

David Dees

Good morning my brothers and sisters. Friendly reminder that we will be meeting in person next Wednesday. Please make sure you have your test ordered, administered, shipped off, and results received by the start of the meeting. Call with questions.

Jessica Ziegler

Liked "Good morning my brothers and sisters. Friendly reminder that we will be meeting in person next Wednesday. Please make sure you have your test ordered, administered, shipped off, and results received by the start of the meeting. Call with questions."

Hey all- after synching numerous times. I still don't have new Suggestions loaded - anyone have them yet?

Lindsey Stewart

Text Message • SMS

4:45

**DD**

**12 People**

**Johanna Hernandez**

Probably when you see ST it's just 1 step !

**JH**

Feb 28, 2022 at 8:19 AM

**David Dees**

Gooood Monday morning Team Florida!
ITS MEETING WEEK! Looking forward to seeing almost all of you and for an opportunity to mingle, bond, and learn from each other. Hopefully you have already received (or will receive soon) your negative Covid test result. Please take a screenshot and keep it handy if needed while we're all together. If you have not done so already, please send me an individual note regarding what you've seen so far with 2-Way RTE.
Thanks and call with questions.

**DD**

Feb 28, 2022 at 9:24 AM

**David Dees**

Wow...I have some fantastic

Text Message · SMS

4:47

DD

12 People

Mar 25, 2022 at 8:52 AM

David Dees

Happy Friday!
A couple items:
1. April DFTO's have been loaded. Keep pushing this resource
2. Optional office hours for 2-Way RTE starts at 9. Jump on if you have the time.
3. Locate your rapid home Covid tests. Please bring a screenshot of your negative result.
Call with questions.

Liked "Happy Friday!
A couple items:
1. April DFTO's have been loaded. Keep pushing this resource
2. Optional office hours for 2-Way RTE starts at 9. Jump on if you have the time.
3. Locate your rapid home Covid tests. Please bring a screenshot of your negative result.
Call with questions. "

Competency Assessment Results

Date: Sep 24, 2021

Matthew Hand                    Shannon Olson

Manager Assessment Completed Date    Sep 24, 2021

Date Self-Assessment Sent    Sep 11, 2021

Date Self-Assessment Completed    Sep 24, 2021

## Instructions

- The competency behavioral assessment analysis establishes a means to review and discuss both indicative and meta-behaviors and competencies and abilities.
- The information gathered from this analysis will inform an ongoing developmental conversation as part of your competency-based Talent Management process.
- If the Proficiency Level for the Competency or Success Factor is missing, it has not yet been observed.
- Remember, rating proficiency is not about rating results, but rather assessing the capabilities and knowledge levels in order to identify opportunities and learning/development strategies.

## Cycles analyzed in this report

- Manager (Off-Cycle 2021-1)
- Self (Off-Cycle 2021-1)

## Overall Competency Averages



- Manager (Off-Cycle 2021-1)    - Self (Off-Cycle 2021-1)

**Business Decisions: Generates Insights**

Definition:

Proficiency Levels

Competency-Based Assessment Results
Date: Sep 24, 2021

|  | Matthew Hand | Shannon Olson |  |
|---|---|---|---|

| Manager Assessment Completed Date | Sep 24, 2021 |  | Date Self Assessment Sent | Sep 14, 2021 |
|---|---|---|---|---|
|  |  |  | Date Self-Assessment Complete | Sep 14, 2021 |

## Instructions

- The competency based assessment analysis establishes a means to review and discuss both individual and manager competency evaluation and identify includes
- The information gained from this analysis will inform an ongoing developmental conversation as part of your competency-based Talent Management process
- If the Proficiency Level for the Competency or Success Factor is missing, it has not yet been observed
- Remember, rating proficiency is not about rating results, but rather assessing the capabilities and knowledge levels in order to devise appropriate developmental strategies

## Cycles analyzed in this report

- Manager (Off-Cycle 2021-1)
- Self (Off-Cycle 2021-1)

## Overall Competency Averages



Manager (Off-Cycle 2021-1)      Self (Off-Cycle 2021-1)

## Business Decisions: Generates Insights

Definition:

Proficiency Levels





Business
Decisions Gen

Not Meeting Expectations          Foundation          Effective          Highly Skilled

Manager (Off-Cycle 2021-1)          Self (Off-Cycle 2021-1)

## Manager Comments for Off-Cycle 2021-1

Shannon demonstrates an understanding and an awareness of data that is relevant to, and impacts her business using Vital Signs to help generate insights into what is driving trends within the St Pete footprint and uses that data to evaluate customer solutions. Example: During a Strategic Business Planning session, shared how looks at C13W for long term trends. C5W and CW for insight into trends impacting short term fluctuations. Example: Using Performance Dashboard to look at Market/Product/Competitor trends and look at # of writers and average Rx per writer – versus prior week. Example: Managed Care Dashboard to identify trends within specific plans. Shannon has an opportunity to be more consistent and intentional with her macro-level analysis, which drives the Shannine does for micro-level analysis. As was discussed during a Strategic Business Planning session, continuing to expand analysis and competitor trends – using thru GA sphere Tracker and HCP Tracker Dashboards – will allow Shannon to more consistently uncover trends/opportunities, and develop strategies/tactics that are aligned with brand strategy. This more proactive approach, integrating a wider range of data, will enable Shannon be truly Effective in analyzing the footprint.

## Individual Comments for Off-Cycle 2021-1

( Managed Care  utilize resources to know customers top payors and where our products fit within the office - Customer Feedback' Ex. Dr Amin  Vyvanse TRx decreased he said pts complain of cost- free trials, gave rebates and discussed help at hand. His feedback that Help at Hand is too time consuming for his staff (and it is) Thus  he is one that i am targeting for Vyv DFT

## Business Decisions: Adjusts to Marketplace Environment

**Definition:**



### Proficiency Levels

Manager (Off-Cycle 2021-1)    Self (Off-Cycle 2021-1)

### Manager Comments for Off-Cycle 2021-1

Shannon effectively tracks and evaluates business, incorporates new and appropriate HCP targets based upon analysis and adapts routing to drive results. Example: Looks at ADHD competitor market share growth and identifies HCPs driving that growth. Makes modifies/reprioritizes routing in order to respond quickly and appropriately. Example: Identified HCPs who have written Trintellix NRX, but have seen an increase in NDRI utilization. Example: By conducting managed care plan analysis, able to address marketplace shifts. Identifies HCPs with market growth, but no product growth on key plans.

### Individual Comments for Off-Cycle 2021-1

New Customers: Analysis insights for new writers Ex: Nick Demellius new Trint writer Shift in Marketplace: insights office protocol, update routing to reflect changes.



## Acts in Planning, Develops Strategic Plan of Action

**Definition:**



Proficiency Levels

Account Planning Devel...

Not Meeting Expectations    Foundational    Effective    Highly Defined

☐ Manager (Off-Cycle 2021-1)    ☐ Self (Off-Cycle 2021-1)

## Manager Comments for Off-Cycle 2021-1

Shannon has shown the ability to pre-call plans using tactical resources (PACT and savings card) along with Vital Signs, while also applying relevant information uncovered during previous sales calls. Example: Shannon uncovered an HCP who treats a specific patient population with a comorbid disease which leads to a very high prevalence of depression. As a part of her pre-call plan, Shannon used that knowledge to plan for subsequent future interactions. Shannon has an opportunity to more consistently leverage all available data (Vital Signs, SOT, Freedman) to develop more well-rounded and applied pre-call plans. As discussed during coaching conversations, this will enable Shannon to uncover incremental growth opportunities and to reduce challenges for her accounts. Simplifying, planning in a proactive approach will help Shannon go from Foundational to Effective

## Individual Comments for Off-Cycle 2021-1

EX: The St Pete Book of Business I created. What I plan and reality can be different. I need to work on slowing down and take the time to analyze the data and then update my business book after each call



## Account Planning: Identifies Resources

**Definition:**



### Manager Comments for Off-Cycle 2021-1

Shannon has shown the ability to effectively connect with HCPs in person, virtually and by phone, while also leveraging a variety of resources to positively impact objectives. Examples include: Using ISA, paper CVAs, Veeva generated emails, patient ed material ordered through Think, as well as driving utilization of Savings Cards. Example: Sharing of savings programs/resources to help highlight how patients can access and afford medication – which helps to positively impact patients. Example: Leveraging promotional budget to connect with several Trintellix Predictive Targets/Hyper Targets and key Vyvanse Back to School Targets and other high decile/high potential HCPs.

### Individual Comments for Off-Cycle 2021-1

Critical Thinking. Ex: DFT and how I developed and executed it Connect with Customers Platforms however I can connect and whatever platform it takes I utilize.

## Selling Skills: Applies Active Listening

Definition:



Proficiency Levels

Manager (Off-Cycle 2021-1)    Self (Off-Cycle 2021-1)

### Manager Comments for Off-Cycle 2021-1

Shannon consistently asks pre-planned first line, open ended questions/probes that enable her to understand the HCPs perspectives. Shannon has also shown the ability to engage in a 2-way dialogue by asking effective follow-up open ended questions. However, there is lack of consistency in doing so. Example: During an observed interaction with a Trintellix Predictive Target (ELV, PA) when the HCP shared that she will either switch or add following a first and in-line Mar rx, saying a therapist, instead of asking clarifying questions to gain further insight into the when why would do one or the other, Shannon transitioned to ... to ... Shannon has an opportunity to go from Foundational to Effective by just being more consistent when it comes to asking those 2nd 3rd 4th revolution or 3rd questions. This will help to facilitate better 2-way dialogue which will get the HCP to more openly share challenges and 2 issues, and probably an opportunity to uncover opportunities for incremental growth.

### Individual Comments for Off-Cycle 2021-1

Build Connection & Trust. This is my strength and I take great pride in my connections and relationships- my relationships are built authentically, honesty and my truth which is displayed in my sincere passion to help the patients of each specific offices I know my accounts and the patient population they serve. With most of my accounts, and ALL of my top important accounts I have an office assistant. This person helps me gain assess to the provider and communicates any needs of the office My use of Probes, Clarifying questions, customer/patient needs, as well as connection and trust can be directly seen in my NRx's and overall business growth

### Selling Skills: Tailors Messages

Definition



Proficiency Levels

Selling Skills Tailors M...

Not Meeting Expectations    Foundational    Skilled    Highly Skilled

Manager (Off-Cycle 2021-1)    Self (Off-Cycle 2021-1)

### Manager Comments for Off-Cycle 2021-1

Shannon has shown to be able to effectively share clinical data that is relevant to the HCP based upon the answers her questions elicit, allowing the clear patient profile she creates so that it aligns to the overall brand strategy, and most importantly sharing WHAT that will mean for the patient "(Tymlos)". During observed interactions, Shannon provides customers with a clear message, applying clinical expertise that resonates with the HCP and provides the not just the "why" but also what it will mean for the patient – "patients don't have to sacrifice efficacy for tolerability."

### Individual Comments for Off-Cycle 2021-1

I utilize all resources given to me to communicate with customers with the goal to help their patients. Promo budget, Virtual, F2F, T-Link, Email, Phone, Text (I do not have exact n's but would like to see them and where I compare with district, region and nation) Clinical Expertise: Ex: Dr Trevino and POSTS etc– asked a lot of questions to multiple individuals in his practice to understand his practice and patient. I then did additonal research on his patient and where specifically our products could help them. I conducted multiple back to back lunches to gain his trust and communicate how both my products could and would help his very specific patient population.



## Connected: Develops Partnerships

**Definition:**



Proficiency Levels

Manager (Off-Cycle 2021-1)    Self (Off-Cycle 2021-1)

### Manager Comments for Off-Cycle 2021-1

Shannon fosters an environment of collaboration and team work. Example: Reaching out to colleagues regarding expense reporting platforms, issues. Example: Suggesting and ultimately leading to A bi-weekly rep collaboration call. This will foster an environment of teamwork, collaboration and allow for sharing of diverse viewpoints amongst peers. Example: Shannon proactively partnered with is helping to mentor a colleague in the district who is also working the territory solo.

### Individual Comments for Off-Cycle 2021-1

I communicate weekly with POD mates. I have joined various groups within the Takeda organization. I have reached out to various people within our organization to share ideas to rebuild patient trust, build corporate culture and build regional culture. Sadly, I have hit dead ends. Takeda outsources a lot. I raise ideas within certain areas where we can utilize our own people and save money instead of outsourcing. Hit another dead end there. I am very self aware and I appreciate diversity and the view points of others. I proactively join conference calls and read posts from the various groups within Takeda to continue to learn and value others views.



## Connected: Prioritizes

**Definition:**



Proficiency Levels

Manager (Off-Cycle 2021-1)    Self (Off-Cycle 2021-1)

### Manager Comments for Off-Cycle 2021-1

Shannon effectively focuses on driving HCP interactions, while avoiding distractions. Example: After not meeting NSBU HCP interaction expectations in the month of July, in August, Shannon was able to meet them by prioritizing her time and driving customer interactions. In the month of August, Shannon averaged 6.6 /day and 23.2/wk Shannon has the opportunity to be Effective, by being more consistent in pulling through other changing work demands, outside of HCP interactions. While those are the most critical, consistently being engaged in the Trintellix Playbook (a top strategic initiative) as well as distribution a...

### Individual Comments for Off-Cycle 2021-1

When I returned from leave in July I did not effectively prioritize. I was very overwhelmed and honestly not in a good space mentally and struggled. I then when I prioritized and created a plan to meet Takeda priorities and initiatives.



**Connected, Demonstrates Accountability & Persistence**

Definition



Proficiency Levels

Connected
Demonstrates A...

Not Meeting Expectations          Meeting Ex...          Exceed...          Highly Skilled

Manager (Off-Cycle 2021-1)          Self (Off-Cycle 2021-1)

**Manager Comments for Off-Cycle 2021-1**

Shannon has demonstrated ownership and accountability, for achieving objectives and has shown a drive to succeed. When faced with setbacks, Shannon consistently maintains a positive attitude and continues to move forward to achieve the objectives. When access has tightened, continues to find ways to connect with HCPs. Following a difficult coaching conversation, Shannon took accountability, maintained a positive attitude and continued to focus on driving results.

**Individual Comments for Off-Cycle 2021-1**

Driven to Succeed - Trintellix and freeing people of the solvable issue encircling depression is very personal for me. I have been extremely vulnerable with my providers and staff. The result is that I gain trust with the provider and office which benefits their patients. A lot of my pediatric offices are virtual. I have never met some of them F2F. I have effectively built authentic relationships virtually with many. Specifically Dr Zhao, Dr Vazquez-Diaz, Dr Andrews, Dr Cinci-bona, Dr Sprui, Dr Kelly, Dr Odom - I am determined to build providers to prescribe our products as I did with Dr Amin. Currently my diamonds ... the rough that I still depend focusing on are Erin Lange-Vandello, Rachel Reilly, Dr Trevino, Dr Jacobs and Lauren Barikovsky. Execution to Drive Business Results - I run DFT-- formulated and executes plan that achieve maximum results. Chose provider who initiated Trintellix therapy to new patients. The prescriber wrote a lot of patients on therapy but have not filled a script. I have a upcoming lunch where we will work together to get those specific patients the DFT. I share my strategy with my teammates and stated if anyone needed help I would help. Courage in the Face of Challenges and Resilience in Set Backs -- Office notices. I have been available, adaptable, relationship and authentic passion for helping patients to gain access to providers with limited to no access (Er, Dr Erin -, Dr Eins, Dr Holt, Dr Triv..., Vandello, Dr Jacobs, Dr Anas, Dr Stuart, Dr K Patel, Dr Arias, Dr H Patel, Gina Manlia, Dr Vazquez-Diaz, Dr As ..., Dr Casaldonte, Dr Py...

5:15 PM  Fri Apr 22                                                                       .ıll 5G Ε 90% ▬▬

            

**Microsoft Flow Notification**
To:

# Field Sales Request 14907-Resolved

Hi Olson, Shannon,

The following Field Sales Request has been resolved. Request Number 14907.

To review the Request form, Click Here

**Request Details:**
Request Date: 2022-04-22
Requestor: Olson, Shannon
Territory ID: ████
Phone: ████████
Business Unit: NSBU
Sales Team: Neuro
Product: N/A
Category: IC
Topic: Celebration/Cresset/Maximum Impact Programs
Additional Comments: 4/22 Ida received email from Shannon : Who should I reach out to regarding Cresset eligibility? I already tried my HR resource and they did not know. "I am ineligible and want to know why
Exception Status: In Progress
Notes: 4/22 Response from IC Team : She received a Warning Letter on 8/20/21. The rep is ineligible according to award eligibility rules. Please have her contact her manager or HRBP if she has questions. Thank you IC/HM/NG. 4/22 Hi Shannon , Forwarded your question to the IC team I will keep you posted . IG
Status: Resolved

This is an electronically generated email, please do not respond to this message. For assistance regarding your WeConnect ticket, please contact the Connect Team by calling
████████████████

# Inbox



**Thompson, Staci**
Cresset Eligibility
10:06 AM

...has been pr...

**Amplify**
Amplify Digest for Monday, April 25, 20...

**Shannon Olson**
Samantha elauf Supreme Court case

**Microsoft Flow Notificati...**
Field Sales Request 14907 - Resolved

**Microsoft Flow Notificati...**
Field Sales Request 14907 - In Progress

Updated Just Now

---

Siri Found a Contact


Staci Thompson
To:
Cc:

## Cresset Eligibility

Hi Shannon,

The IC team reached out to me and confirmed that you are ineligible for FY2021 Cresset due to a WL that was delivered to you in August 2021. Please refer back to the IC eligibility award documents if you have further questions.

*Kind regards,*

**Staci Thompson, PHR**
HR Business Partner, US Business Unit
**Takeda Pharmaceuticals, Inc.**
Phone:                  |Email: staci




People Resource Hub




84%

 Outlook

**ITL: February Cresset**

From Hand, Matt <matt█████████████

Date Mon 5/17/2021 8:30 AM

To Estrera, Theresa <theresa████████  Warner, Angie <angi█████████  Comernisky, Scott <scot████████  Jackson, Teresa <teresa████████  Roberson, Dana <dana████████; Barley, Dustin <dusti██████  Davis, Jordan <jordan███████  Olson, Shannon <shannon████████  Timmel, Rebekah <rebekah██████████

Cc Hand, Matt <matt█████████

JAX,

Sending out a quick recap from the new, February Cresset data that was released this past Friday.

We have <u>5 of 9</u> who are in the top 50% (436 total). GREAT STUFF!!!

- ***Congrats to Team Tallahassee*** leading the way!
  - Angie is in **CRESSET** contention – up <u>13 spots</u> to go from 45 to **32** in the Nation! Outstanding!
  - Theresa is in **SILVER** contention – currently ranked **50** in the Nation! Great job!
- Team Jacksonville – Dana and Dustin, up <u>10 spots</u> to go from 131 to **121** – well done!
- St. Pete making some moves!
  - Shannon – up <u>28 spots</u> to go from 142 to **114** – nicely done!
  - Jordan - up <u>49 spots</u> to go from 303 to **254** – nicely done!

With one month of data left to come, folks have positioned themselves well – to close strong and to make a one last run up the Cresset rankings. Well done to all, for all your hardwork!



| YTD NATIONAL RANK | AWARD QUALIFIER FLAG | PREVIOUS MONTH RANK | REGION ID | DISTRICT ID | FOOTPRINT ID | TERRITORY ID | JOB SHARE FLAG | TERRITORY NAME | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Cresset | 45 | | | | | | Tallahassee, FL | Angela Warner |
| 50 | Silver | 47 | | | | | | Tallahassee, FL | Rita Estrera |
| 121 | | 131 | | | | | | Jacksonville, FL | Dustin Barley |
| 121 | | 131 | | | | | | Jacksonville, FL | Dana Roberson |
| 300 | | 209 | | | | | | Daytona Beach, FL | Teresa Jackson |
| 309 | | 220 | | | | | | Daytona Beach, FL | Scott Comernisky |
| 237 | | 299 | | | | | | Orlando N, FL | Vacant |
| 237 | | 299 | | | | | | Orlando N, FL | Rebekah Timmel |
| 114 | | 142 | | | | | | Saint Petersburg, FL | Shannon Olson |
| 254 | | 303 | | | | | | Saint Petersburg, FL | Jordan Davis |

All the best,

Matt Hand
Interim District Business Manager - Jacksonville
Neuroscience Business Unit
Takeda Pharmaceuticals

**TO:**       Jordan Davis, Sales Representative

**FROM:**    Matt Hand, District Business Manager - Inte■

**CC:**       Greg Crouch, Regional Business Director
Staci Thompson, Sr. HR Manager – Neurosci■
Susan Potilechio, Employee Relations - USB■
Personnel File

**DATE:**    May 26, 2021 [Addendum to original April 23, 2021]

**RE:**       Performance Improvement Plan – 60 days (calendar days)

This memorandum serves as notice that you are being placed on a 60-day Performance Improvement Plan. This Performance Improvement Plan is in response to ongoing concerns related to your job performance, starting with the Q2 (July-Sept) Quality Conversation on 10/22/20. Specific areas of concern include: strategic approach, results orientation, change management, administrative responsibilities, core job expectations and failure to follow through on way forward expectations detailed during the 2/4/21 expectations and alignment discussion. Despite coaching discussions over the past several months (1/15/21, 2/4/21, 2/9/21, 2/21/18, 2/25/21, 3/11/21, 3/19/21, 4/21/21) you have been unable to consistently sustain performance, continue to demonstrate a lack of engagement and have failed to execute the essential functions of a Professional Sales Representative. This lack of performance is unacceptable. The areas of deficiency during this period include:

### *Strategic Approach/Results Orientation/Change Management:*

Since July 2020 (Q2), you have continued to perform below expectations in various duties required for a Professional Sales Representative. You have been unable to consistently stay engaged and pull through on work commitments and requirements. As discussed, you demonstrate some progression for short periods of time and then regress back to unacceptable behaviors. You have been unable to maintain sustained engagement, commitment and improvement in your job performance.

- As part of your strategic approach, you developed a Return on Investment (ROI) tracker for promotional spend. On 1/15/21, during your Q3 Quality Conversation, it was discussed and agreed that an expectation for all Virtual Field Days (VFDs) would be to bring the updated ROI tracker and discuss it. During 3 VFDs in Q4 (2/4/21, 3/11/21 and 3/19/21), you failed to update or discuss the ROI tracker. This showed an inability to follow through and lack of engagement in the strategic territory management.

- There has been a pattern of under-delivering on expectations and the inability to adapt to changing expectations in the new, virtual and hybrid selling environment. This has resulted in your inability to strategically plan for daily and weekly interactions with your customers, averaging the lowest in the district for both Q3 and Q4.

- On 10/22/20, during your Q2 Quality Conversation, the expectation of a 'minimum of 3 engagements' per week was established for Q3.
    - In Q3, your activity fell short averaging 2.7 HCP engagement/week or 0.5 HCP engagements/day.
    - On 1/15/21 during your Q3 Quality Conversation, a discussion and expectation was set to strategically utilize the resources available to drive HCP interactions in Q4. Despite this direction, you averaged less than 1 HCP contact per day for Q4.

<div align="center">

**EXHIBIT**
**39**

</div>

- In Q4, you continued to fall short of NSBU customer engagement expectations:
  - January and February – expectations were 3-4 HCPs/day and 15-20/week; you averaged only 0.9 HCPs/day and 4.7 HCPs/week.
  - March – when able to re-engage in face-to-face interactions which you chose to do, you averaged 0.9 HCPs/day and 4.6 HCP/week. This also fell short of the expectations of 5.5-7 HCPs/day and 28-35 HCP/week.

- On 2/18/21, during a Qualitative Behaviors Conversation, a review took place of your Call Activity report showing daily and hourly activity levels. January data indicated inconsistent effort and engagement on a daily basis, as well as effort within each of the days. Following this discussion, your engagement improved in February, then regressed in March. This behavior indicates you have been unable to improve and sustain your job performance as expected.

### Expectations and Alignment Discussion – Way Forward/Expectations

On 2/4/21, an expectations and alignment discussion took place following the VFD. During this discussion and followed up via email, there were specific expectations set for a way forward to address your performance. These way forward steps included:

- Weekly expectations starting 2/8/21:
  - Every Friday email your manager your plan for the upcoming week - HCPs routed/Engage Appointments/Planned Phone Calls/Administrative duties.
    - Completed only 2 weeks - 2/12/21 and 2/19/21
  - Every Friday, schedule a 30-minute meeting on your managers calendar to debrief/recap the weeks' activities
    - Completed only 1 week – 2/12/21, with 1 meeting cancelled by your manager

- Outstanding 60-Day Concur Expenses:
  - You acknowledged lack of expenses submitted as required and was advised of two deadlines for expense submission, along with providing a breakdown of what expenses had been submitted to become compliant and up to date with expense submissions.
  - Batch 1 – submission due on 2/5/21. This deadline was met.
  - Batch 2 – submission due on 2/11/21 of all remaining outstanding expenses and deadline not met.
    - On 2/17/21, your manager became aware of outstanding expenses when a Concur email was forwarded from your RBD. Following an email from your manager, you did acknowledge submitting some additional expenses after the initial Batch 1 (2/5/21). However, you did not proactively communicate with your manager about the additional expense submission(s), nor did you advise your manager that you missed the 2/11/21 deadline for all outstanding expenses.

### Administrative Responsibilities and Core Job Expectations

There has been an ongoing pattern of behavior which includes a lack of timeliness with assignments related to core job expectations. These issues include:

- On 1/14/21 – missed a WebEx call and failed to proactively communicate with manager that would be unable to join.
- On 2/11/21 – missed the initial deadline for all outstanding 60-day Concur expenses and failed to communicate with manager; went unaddressed until manager addressed it during a conversation on 2/25/21.

Takeda_0000402

- Failed to follow through on Way Forward task from 2/4/21 VFD – which was to follow up with your manager by 2/17/21 to role play scenarios to demonstrate your practice techniques, follow up questions and the clinical information based upon what you learned.
- Failed to follow through on Way Forward task from 3/11/21 VFD – which was to follow-up on the 3/19/21 VFD to share examples of how you pulled together completed calls Learn/Share/Earn as well as role play a full call scenario where you can practice the -LSE from the ELSE model.
- On 3/31/21 – missed a LEADs training deadline for Drug Safety and Products Complaint Training and alerted it was overdue on 4/5/21.
- On 3/5/21 – received a Warning Letter for compliance violations for overdue expenses and was required to review the Takeda US Travel and Expense Policy and send an email confirmation to your manager that this review has been completed by 3/9/21. After a follow-up by your manager on 3/15/21, you forwarded the required email acknowledgement.
- In your Q2 Quality Conversation, proper call entry and documentation was an area of focus for correction and improvement. It also remain a compliance concern due to the accuracy and integrity of books and records as noted in the Code of Conduct. As discussed during your 2020 Performance Review on 4/21/21, the lack of attention to call entry has continued including:
  - In Q4, 15 instances of backdated calls.
  - In Q4, multiple instances where calls are not being entered shortly after taking place but are being entered hours later, and/or in batches.
  - Based on this review, you are not entering calls shortly thereafter as required by field expectations
- On 4/1/21 you received an email from Sample Accountability asking you to resubmit a new physical inventory by the end of that day after you discovered a discrepancy in your March month end inventory submission.
  - You failed to meet this deadline, receiving a follow up email from Sample Accountability on 4/16/21 once again asking you to submit a corrected physical inventory. This deadline you did meet.

The above-listed issues and incidents have been discussed with you previously as noted in the numerous coaching dates listed above. Despite this coaching, compliance and performance concerns remain. As a result, you are being placed on a 60-day Performance Improvement Plan. The following expectations must be demonstrated during the next 60 days and beyond:

### Expectations and Action Items:

- You must provide your completed Q4 ROI tracker no later than 4/30/21.

- Develop a Q1 Business Plan to reflect your Q1 FPP and routing. This plan must incorporate who you are targeting, the reason for your targeting strategy, your goal for those targets along with any additional requirements your manager request. This business plan must be submitted by the 5/5/21 deadline given to the entire district.

- Update and maintain your ROI tracker for Q1 promotional spend with HCPs. You will be expected to keep this information up to date (data from most recent VitalSigns update) and share with your manager on all weekly touchpoints.

- All call activity must accurately reflect interactions with HCPs and calls must be entered into iEngage immediately following each interaction. Backdating or batching calls during the day or into the evening will not be allowed.

- Sign-in sheets for lunches must be secured from an office within one (1) business day of the meal for virtual engagements and immediately after an in-person lunches. Review all entries to ensure participants have completed all required sections of the sign-in sheet. Expenses must be filed every 2

Takeda_0000403

weeks corresponding with payday and should be complete, accurate and compliant. Expenses beyond 60-days will no longer be approved.

- You must increase your HCP interactions in accordance with NSBU expectations (5.5-7/day and 28-35/week) while you continue to work a hybrid schedule. As NSBU adjusts interactions expectations with this hybrid model, you must demonstrate your ability to make these adjustments. A third fiscal quarter of averaging less than 1 HCP contact per day is unacceptable.

- Demonstrate the Takeda Selling Model and your ability to bring value to the HCPs you support during virtual and face to face field interactions as observed by your manager. Your manager must participate in one (1) Veeva Engage HCP meeting per week and receive a meeting notice and be informed as soon as this appointment is scheduled but not later than the day before the call. Your Regional Sales Director will also participate in one (1) virtual call during the PIP period. It will be your responsibility to reach out to your RBD and secure available dates and schedule a call with a prescriber, not office staff. Any changes to the hybrid schedule will be discussed weekly and adjusted accordingly.

5/26/21 Addendum:

- Due to changing dynamics in your footprint – Veeva Engage Meetings being less frequent as more offices shift to Face2Face – your manager must participate in two (2) additional in person field days prior to June 17, 2021. These in person field days must be centered around HCP interactions with High Decile Vyvanse and Trintellix customers, with emphasis being placed on the Trintellix Predictive Targets.

- Your Regional Sales Director must participate in one (1) virtual call prior to June 17, 2021.

- You must demonstrate the necessary progress with selling skills putting together a complete sales call using the ELSE selling model. This includes:
    - Strategic and thoughtful pre-call planning on each call to effectively identify the opportunities in each interaction as noted in your FCL's.
    - You must demonstrate you can share pertinent information with the HCP including:
        - Complete and thorough messaging which builds on the conversations you have had with your HCP's
        - Generate effective probing questions that respond to the needs of the HCP's
        - Sharing Clinical Data such as efficacy, tolerability, dosing etc.
        - Closing for action on a specific patient type in line with brand strategies

- The night prior to a VFD, you must send a pre-call plan to your manager (or RBD) using analytical insight from VitalSigns demonstrating your ability to leverage the data to build an effective pre-call plan based upon brand strategies.

- Every Friday, prior to the 3pm weekly touchpoint with your manager, email your plan for the upcoming week. This email must include: Your daily routing, your planned in-person and/or virtual appointments and/or promotional spends, administrative duties to be accomplished, planned phone calls and any other weekly duties you have. Your plan must also reflective of your Q1 FPP and routing and will be cross referenced against weekly call activity to ensure accuracy.

- You must be proactive with communications with your manager to eliminate any undue burden to provide constant direction and follow-up. Communicate status of projects and call activity in between regular 1:1 meetings as needed to update your manager.

- You are expected to be engaged throughout normal business hours, whether working in a Face-to-Face or Virtual Selling environment. Any time out of territory must be sent to your manager via email, noted in the Timeout System and in Veeva.

Takeda_0000404

- Professional and proper business attire is to be worn at all times during field days and interactions with offices. During virtual interactions with offices, your attire must also convey a professional image as if you were in the office.

- You need to demonstrate proficiency on all sales systems and related processes (i.e. SOT report, VitalSigns, SalesIQ FPP, call documentation within Veeva, Utilization of Veeva Engage, Concur, Compliance policies, etc.) and seek available resources and training to educate yourself if you do not understand. You are expected to execute all sales and marketing strategies, directions and initiatives for the products within your portfolio. You are expected to be in Compliance with all Takeda policies and procedures per the training you have been provided. Your lack of understanding or not knowing will not be an acceptable reason for not performing your job as expected.

- Complete all other job responsibilities per your job description and complete any other tasks, projects and goals assigned to you in a timely and accurate manner.

We will have weekly one-on-one meetings every Friday at 3:00 p.m. and may be subject to change based on business need. These meetings will be via Microsoft Teams. The expectation is that you schedule these with your manager. The purpose of these meetings will be to review your progress and provide you with performance and/or behavioral feedback. You will be responsible for driving the content of these meetings. Come prepared to discuss and review the week's objectives, outlining accomplishments, any problems and offering proposed solutions, as well as any required asks outlined above in the Expectations and Action Items section of this PIP.

Failure to meet these expectations or other expectations for your position during the next 60 days (calendar days) and ongoing thereafter, will result in the termination of employment. It is important to understand your Performance Improvement Plan is confidential and, with the exception of department leadership, your manager, and Human Resources/Employee Relations should not be communicated to your peers, vendors, consultants, customers or others.

Please note that while we hope your performance improves such that you are fully meeting all performance expectations for your position, nothing changes your status as an at-will employee, and there is no guarantee of continued employment during or after this 60-day period. If you disagree with any of the information contained within this document, you may submit a written statement explaining your position to Susan Potilechio, Employee Relations Partner – USBU. Any submitted responses will be reviewed and maintained as a part of your confidential personnel file.

As always, I am committed to working with you and to provide you with the support, tools and resources necessary for you to successfully complete this Performance Improvement Plan but ultimately, it will be your responsibility. Please feel free to contact me at any time.

Sincerely,


Matt Hand
District Business Manager - Interim




This is to confirm that I have received and have had the opportunity to discuss this Performance Improvement Plan.

*Jordan J. Davis*
_____          5/26/2021
Jordan Davis                       _____
                                   Date

Takeda_0000405