SHANNON OLSON,

        Plaintiff,

     v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

        Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE 60(B)

Defendant Takeda Pharmaceuticals America, Inc., pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, submits this Unopposed Motion to Extend the Deadline to File a Response to Plaintiff's Motion for Relief From Judgment Pursuant to Federal Rule 60(b), and states:

1. On October 14, 2025, Plaintiff filed a Motion for Relief From Judgment Pursuant to Federal Rule 60(b). (Dkt. 114.)

2. Pursuant to Local Rule 3.01(c), a party typically has 14 days to respond after the service of a motion. Thus, Takeda's response would ordinarily be due on October 28, 2025. However, "a party may respond within twenty-one days after service to a motion to dismiss, for judgment on the pleadings, for summary judgment, to exclude or limit expert testimony, to certify a class, for a new trial, or to alter or amend the judgment." Although Plaintiff has not moved under Federal Rule of Civil Procedure 59 to alter or amend the judgment, Plaintiff's motion seeks

similarly serious relief in that she seeks to vacate this Court's January 29, 2025 judgment and reopen the case. (Dkt. 114 at 19.) It also places at issue rulings on a summary judgment motion.

3. The Parties also require this additional time to confer and discuss the handling of potential privilege-related issues that may be implicated by Plaintiff's motion, before those issues are presented to the Court.

4. Therefore, Takeda respectfully requests a 7-day extension to the typical, 14-day response deadline, through and including November 4, 2025.

5. This request for an extension of time has been made in good faith and is not sought for the purposes of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1. No party will prejudiced by this extension. This is the first extension request for Takeda's response to Plaintiff's Motion for Relief From Judgment Pursuant to Federal Rule 60(b).

6. Accordingly, Takeda request a 7-day extension for the filing of Takeda's response to Plaintiff's Motion for Relief From Judgment Pursuant to Federal Rule 60(b), through and including November 4, 2025.

## RULE 3.01(g) CERTIFICATION

As required by Rule 3.01(g), Takeda's counsel certifies that it has conferred with Plaintiff's counsel in a good faith effort to resolve the issues that this Motion presents, and Counsel for Plaintiff does not object to the relief requested.

Respectfully submitted October 24, 2025.

**SEYFARTH SHAW LLP**

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will electronically send notification of such filing to all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley