# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHANNON OLSON,

    Plaintiff,

v.

TAKEDA PHARMACEUTICALS AMERICA, INC.,

    Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## DECLARATION OF ANDREW MCKINLEY

1.

My name is Andrew McKinley. I am counsel for Takeda Pharmaceuticals America, Inc. in the above-referenced action. I have personal knowledge of the facts set forth in this Declaration, and I am of competent age and mind to give this Declaration.

2.

During this litigation, counsel for Shannon Olson served discovery requests, responded to discovery requests from Takeda, provided a document production to Takeda, appeared for and defended Olson's deposition, and took 30(b)(6) depositions of two Takeda witnesses.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746.

_____
Andrew McKinley

11/4/2025
_____
Date

2