SHANNON OLSON,

      Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## DEFENDANT'S NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE 60(B)[1]

Defendant Takeda Pharmaceuticals America, Inc., pursuant to the Court's December 1, 2025 order (Dkt. 125), hereby files the following documents on the public docket, in support of its response in opposition (Dkt. 118) to Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule 60(b) (Dkt. 114):

1. Exhibit A – the November 3, 2025 Declaration of Rachel Dreher[2]; and

2. Exhibit B - the November 20, 2025 Supplemental Declaration of Rachel Dreher.

---

[1] Due to a typographical error, Defendant labeled its response (Dkt. 118) to Plaintiff's motion (Dkt. 114) as a "Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses." The Parties' subsequent filings, including Plaintiff's reply, reflect the Parties' understanding that the title was in error. Defendant, nevertheless, apologizes for the error.

[2] The Court's Order only expressly addressed Dreher's supplemental declaration. However, given the Court's holding and the fact that the November 3 declaration was submitted for potential sealing in the motion that led to the order, the Parties conferred. Plaintiff confirmed that she consents to the November 3 declaration also being filed with this submission.

Respectfully submitted December 4, 2025.

**SEYFARTH SHAW LLP**

By: */s/ Andrew M. McKinley*
    Andrew M. McKinley
    Florida Bar No. 122069
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, GA 30309-3958
    Telephone:  (404) 885-1500
    Facsimile:   (404) 892-7056
    amckinley@seyfarth.com

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, the document was filed via CM/ECF, which served a copy of the same on all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley
