# EXHIBIT B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SHANNON OLSON,

      Plaintiff,

    v.

TAKEDA PHARMACEUTICALS
AMERICA, INC.,

      Defendant.

Case No: 8:23-CV-00590-TPB-CPT

## <u>SUPPLEMENTAL DECLARATION OF RACHEL DREHER</u>

1.

My name is Rachel Dreher. I have personal knowledge of the facts set forth in this Declaration, and I am of competent age and mind to give this Declaration.

2.

True and correct copies of screenshots of text messages between Shannon Olson and me are attached hereto as Exhibit 1. My messages are on the right side of the screenshots, in the blue bubbles. Ms. Olson's messages are on the left side of the screenshots, in the gray bubbles.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746.

_____
Rachel Dreher

11/20/2025
_____
Date

# EXHIBIT 1

+1 (727) 641-16

Hey Rachel and Mike
I stayed up all night last night
and stayed home today (still in
my clothes from yesterday )
reading and going through
everything. I am putting together
a solid document based on every
document I have and a couple
things I forgot about until I went
back through things. I have all
proof to statements I make. And
proof to counter some of the
statements made in depositions.

My document will be choppy but
you can You can put some good
lawyer spin, verbiage and case
law. And you have my timeline.
We do need to dispose some
people but we can talk about
that.
Ideally, I get it to you by latest
noon tomorrow.

I will not and can't lose this- I
know we can get it denied.
Please continue to believe in my
case.  I am heading to shower
and then bed, up early to finish.
Talk to you tomorrow-
Shannon

Text Message • RCS

  
Shannon have you had a chance



know we can get it denied. se continue to believe in case. I am heading to shower and then bed, dy to finish. Talk to you to Shannon

**2 People** ›

Oct 31, 2024 at 3:29 PM

Shannon have you had a chance to send over the notes on the depositions? I need to get this drafted and filed by tomorrow.

+1 (727) 641-1676 Add



Still working on it - I keep finding more stuff/ documents

Oct 31, 2024 at 4:44 PM

Ok but I need to be able to pull it together and file and the later I get it the less time I have to work on it. Their Motion for Summary Judgment is VERY strong so we need specific facts regarding the discrimination. Nothing else is going to really have an effect on this decision. I need something to point the Court to, to support our claim of race discrimination and disability discrimination and as I right now I have nothing. This is a very difficult opposition to draft based on the information I currently have and we now only have one business day to file.

+1 (727) 641-1676 Add

I k
e
Monday evening. I am doing my
best. That is why it is taking me a



+ Text Message · RCS



**2 People** ›

+1 (727) 641-16...



I know. Rachel you guys just emailed me the depositions on Monday evening. I am doing my best. That is why it is taking me a hot second- I have neglected my children, life and work to get this to you. I know it needs to be strong

Nov 1, 2024 at 7:16 AM

+1 (727) 641-1676 Add



Good morning- I have not slept been working. I emailed what I have so far. I am going to keep digging through for more - call/text me (email I don't get right away)
Thanks guys

Nov 1, 2024 at 9:30 AM

+1 (727) 641-1676 Add



I received your email. I am still working and have some more facts- I am gathering more and will continue

prior to deciding let's please talk live.

Nov 1, 2024 at 12:42 PM

+1 (727) 641-1676 Add

 



**2 People** ›

+1 (727) 641-16

I have more and am hustling to get it to you.
I may have fumbled some at the deposition aBUT when you line up facts they tell a compelling story

Shannon while I appreciate everything you sent me it's not what I need to beat their motion. I need specific examples of how YOU were discriminated against based on race and disability with evidence proving the allegations. Please explain your basis for each of the claims. Let's start with disability. If you did receive the full leave time and all the compensation you were entitled to how were discriminated against? I need specifics of who was aware of the disability and how they used it to discriminate against you. I think we have major issues with both claims since the black employee was fired for bad performance but you were not and they paid you for your leave and ultimately granted the disability. Please focus on solely those issues with proof I can use to back it up - as

+    Text Message • RCS    🎤



2 People ›

to how were discriminated against? I need specifics of who was aware of the disability and how they used it to discriminate against? I think we have major issues with both claims since the employee was fired for low performance but you were not and they paid you for your leave and ultimately granted the disability. Please focus on solely those issues with proof I can use to back it up - as of right now I don't see anything possible to pull together to file.

Nov 1, 2024 at 2:34 PM

+1 (727) 641-1676 Add

I don't know what to say... I am numb. Especially when I know discovery was not done, individuals who should have been disposed were not.

Jordan was already fired when Mike took my case. I did not want to go down the DEI road but he did. I believed in him and trusted God had a plan.

I have been working in a hell environment for 5+ years. I have stayed with Takeda because I thought it was in the best interest for my case. It has been beyond hard and very isolating . And through it all, I have done my job well.

Ok they fired Jordan and Lincoln fir...

 

2 People ›

I have been working in a hell environment for 5+ years. I have stayed with Takeda because I thought it was best interest for my. It has been beyond harassing to isolating. And through it all, I have done my job well.

Ok they fired Jordan and Lincoln financial approved my disability. How about Takeda denying my medical accommodation 3 times only to have Greg Crouch (who I wanted Yoder to dispose) call Takeda and then it magically gets approved. Years later after approved, myself and others are not allowed to go to physically attend Takeda meetings. And they do not provide a virtual option.

It's the mental abuse they play -it's not ok. Its not ok to mentally beat someone down

Rachel when we spoke you even said that more discovery is warranted.
I will keep working and text you when I send my next email.

Not responding is not an option.



Shannon as I also explained I wasn't sure what stage the litigation was at and if discovery

have in front of us and based on

Text Message · RCS

warranted.
I will keep working and text you
when I send my next email.

Not responding is not an option.




**2 People ›**

Shannon as I also explained I
wasn't sure what stage the
litigation was at and if discovery
was closed and it was. The issue
is we have to deal with what we
have in front of us and based on
the papers and evidence they
put forth I have nothing to
counter with. I completely
understand how frustrating this
is but a bunch of the claims that
were originally presented were
dismissed on the motion to
dismiss filed by the Defendants
initially. I am not stating that
what you encountered was fair or
proper. All I'm saying is the
elements that we need to prove
discrimination based on race or
disability just aren't there.
Although there is only a concern
about being sanctioned if we
submit frivolous papers I literally
just don't have any evidence that
supports our position while they
have quite a bit. These are not
easy claims to prove. I discussed
with **Mike** and a lot came out in
discovery he was unaware of.
That's very common once all the
cards are shown it's a different
picture than when first
presented. I'm going to send

these links below taken from
Defendant that record the
elements we need to prove. It's

Text Message · RCS

**2 People** ›

understand how frustrating this is but a bunch of the ... were originally presented were dismiss... the motion to dismiss... the Defendants initial... not stating that what ... ered was fair or proper. All I'm saying is the elements that we need to prove discrimination based on race or disability just aren't there. Although there is only a concern about being sanctioned if we submit frivolous papers I literally just don't have any evidence that supports our position while they have quite a bit. These are not easy claims to prove. I discussed with **Mike** and a lot came out in discovery he was unaware of. That's very common once all the cards are shown it's a different picture than when first presented. I'm going to send some of the papers from Defendant that lay out the elements we need to prove. It's almost 3 pm and I just have NOTHING in my possession to counter these.

If you have PROOF of those 4 elements I need it immediately.

These are the particular points I have nothing to counter with.

I am sorry Shannon bc I really don't want to have to send any ... I really ... as I can. I just have nothing to



Text Message • RCS



**2 People** ›

If you have PROOF of those 4 elements I need it immediately.

These are the particular points I have nothing to counter with.

I am sorry Shannon bc I really don't want to have to send any email or text like this. I really don't. I want to do my job as best as I can. I just have nothing to work with here. I have spent the entire week looking for ANY angle to go with to try and keep the case alive so we could push for settlement but I have found nothing I can work with.

That's also why I was so pushy all week for information from you because I had nothing.

+1 (727) 641-1676 Add



I did not want to bring anyone into my case. Hence I did not name names- give me a minute



So now what?

What happens next – is it like we



Text Message • RCS



**2 People ›**

+1 (727) 641-1676 Add

I did not want to bring anyone into my case. Hence I did not name names- give me a minute

So now what?

What happens next - is it like we are a no show?

I really don't have anything to use for opposition so I can't file. I also don't want to run up a bill on you when I can see legally we don't have a path forward.

Nov 1, 2024 at 5:59 PM

+1 (727) 641-1676 Add

Don't run up a bill.

Emailed you another doc-

I was deposed for 7 hours? Just because I did not know/ remember something in my deposition doesn't mean that it didn't happen. Reps Titles, their career path, who is being coached or on an action plan. Most of that stuff people keep to themselves.

It's Text Message · RCS a lot of that time being isolated. Then the big layoff- I guess I survived



I really don't have anything to use for proposition so I can't file. I also do want to run up a bill on you who can see legally we don't forward.

Nov 1, 2024 at 5:59 PM

+1 (727) 641-1676 Add

Don't run up a bill.

Emailed you another doc-

I was deposed for 7 hours? Just because I did not know/ remember something in my deposition doesn't mean that it didn't happen. Reps Titles, their career path, who is being coached or on an action plan. Most of that stuff people keep to themselves.
It's been a long 4 years, a lot of that time being isolated. Then the big layoff- I guess I survived either my having an active EEOC complaint or because my territory is one of their most valuable ones and having a body is better then not having any body. My "accommodation" was reviewed every 90 days. To this day, my teammates don't acknowledge me.

I didn't sleep for 2 nights Reading everything. Finding emails and comparing a lot of what was said in depositions to ot

Text Message · RCS

Going to see your dying dad and



**2 People**

I didn't sleep for 2 nights Reading everything. Finding emails and comparing a lot of what was said in depositions to other documents I have-

Going to see your dying dad and mom for some support and checking email while on a leave isn't a crime.

Greg Crouch and Matt Hand got laid off- thus they signed something that would impact what they say.

Jodi- whatever she is at another company doing the same shit. I would love to know who that rep is.

Matt Sheridan, well he is a husband, father of 2 young boys and my current manager. I can't believe Takeda drug him into this.  That is a conflict of interest in and of itself. Or another move to push me out.

We have until 11:59pm

I'd rather respond with

Text Message · RCS



**2 People**

Sheridan, well he is a husband, father of 2 young boys and my current manager. I can't believe Takeda ... him into this. That is a ...ct of interest in and of it... er move to push me out.

We have until 11:59pm

I'd rather respond with something and let Judge Baber decide then to say nothing at all and basically not show up





6:46 ‧ ‖ ▼ ▪

government entities such as the City of New York and District of Columbia and Mayors Bill de Blasio, Eric Adams, and Muriel Bowser, and he has also sued Governors Newsom, Pritzker, Cuomo, and Hochul.

On the corporate front, Mike has litigated on behalf of veterans and was involved in the litigation that ultimately culminated in a $6 billion settlement against corporate giant 3M. Other notable cases include actions against, healthcare organizations such as Memorial Hermann Health Systems, Northwell Health Systems, Duke University, and NYC Health + Hospitals Corporation. Mike has also succeeded in cases against Big Pharma, forcing a settlement against Teva Pharmaceuticals and defeating Takeda Pharmaceuticals in its attempt to dismiss a lawsuit alleging race discrimination against a Caucasian woman in furtherance of its DEI agenda.

When not in court or litigating, Mike also dedicates his time to his newly launched nonprofit, Citizen AG, which is designed to serve as the nation's first legal offense fund as well as an educational hub where Mike continues to teach thousands of

ydplaw.com — Private

I did kinda know it was done awhile back when I saw this... everyone has an agenda - glad ya all got yours



Nov 2, 2024 at 10:33 AM

+1 (727) 641-1676 Add



+ H ... Text Message · RCS
can I expect?



I did kinda know it was done awhile back wh... saw this... everyone has ...nda - glad ya all got your...

**2 People ⟩**

Nov ... ...AM

+1 (727) 641-1676 Add



Hi- so what happens now? What can I expect?

Nov 4, 2024 at 4:09 PM

Sorry for the delay. Basically their Motion for Summary Judgement will be granted as it's unopposed and the case will be over.

Thu, Jan 16 at 3:05 PM

+1 (727) 641-1676 Add

Hi guys
I hope you all are doing well. I checked pacer and there is no record of the judge ruling.

We have a case management conference scheduled next Thursday, January 23, 2025.

While I know we did not respond to Takeda's Motion and you said the case was done. Since there is no official ruling, Do we attend?

I don't want Takeda to show up and us not to. Please let me know. Thanks

  Text Message • RCS

Shannon



We have a case management
conference scheduled next
Thursday, Jan   , 2025.

While I kno        respond
to Takeda's        you said
the case was done. Since there
is no official ruling, Do we
attend?

I don't want Takeda to show up
and us not to. Please let me
know. Thanks

 Shannon

Wed, Jan 22 at 1:09 PM

Shannon I am working to secure
covering counsel for tomorrow's
appearance or I will need to
reach out to the Court to try
reschedule. My son was just
diagnosed with the flu and that
court is 4 1/2 hours from my
home so I can't be gone all day
with my son this sick. I will let
you know if someone is covering
or if the Court will issue us a new
date as soon I have more info.

Wed, Jan 22 at 2:32 PM

Shannon tomorrow's appearance
was actually canceled by the
Court on 1/17/25 so there will be
no appearance necessary
tomorrow.

      Text Message • RCS       

Yes I saw that on pacer last
week-



**2 People** ⟩

+1 (727) 641-16...

Yes i saw that on pacer last week-
What happens now? I know we did not answer their motion and you said my case is over- I have been praying and truly hope my case is not over

Rachel at the end of the day I couldn't give you a name/ comparator as I would not have access to that information- management and HR does. As a sales rep I do not nor would not know career paths / who wanted to be promoted - of others- while as reps we work for an organization and under same manager and management structure, we all operate independently and honestly compete against each other. Management decides title changes/promotions as well as performance reviews etc- and there are specific #'s and %ages mangers are given- thus some people get bad reviews, good reviews etc- Regardless of your performance/ work-

Would love to discuss... Hope yo...

Text Message · RCS

I asked opposing counsel and