# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

**SHANNON OLSON**          **)**

                           )

    *Plaintiff,*              )

                           )

v.                         )        Civil Action No. 8:23-cv-00590-TPB-CPT

                           )

**TAKEDA PHARMACEUTICALS,**  **)**
**USA, Inc., et al.,**           **)**

                          **)**

    *Defendants.*         )

## PLAINTIFF SHANNON OLSON'S DECLARATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL REPLY BRIEF

I, Shannon Olson, being duly sworn (or under penalty of perjury pursuant to 28 U.S.C. § 1746), hereby depose and state as follows:

1.

Annexed hereto as **Exhibit A** are true and accurate copies of the text messages between myself and my prior attorneys, Rachel Dreher and Michael Yoder. These messages highlight that my attorney, Rachel Dreher, admits that she was not the lead attorney on the case and did not have the full file to review and adequately advise me.

2.

Annexed hereto as **Exhibit B** are true and accurate copies of e-

mails between myself and my prior attorneys.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States
of America that the foregoing statements are true and correct to the
best of my knowledge, information, and belief.

Executed this __4__ day of _____December_____, 2025.

_____

Shannon Olson

Plaintiff

# EXHIBIT A

 


iMessage
Oct 16, 2024 at 5:59 PM

Hi Shannon! My office address 631 Lucerne Avenue, Suite 53, Lake Worth Beach, FL 33460. My email is rdreher@ydplaw.com. Once I get everything and review it I'll be back in touch.

Oct 16, 2024 at 7:39 PM

Thank you Rachel

Oct 17, 2024 at 2:32 PM

Copy of my Deposition will delivered via FED EX by 10:30am tomorrow - will email you my timeline when I get home
Thanks Rach
Shannon

Oct 17, 2024 at 7:48 PM

TY. I'll let you know once I've reviewed it.

Oct 18, 2024 at 2:51 PM

I received the deposition – thanks Shannon. I'm filing a motion today asking for a 2 week extension to respond. Technically our response was due today which is impossible with me just getting this paperwork and up to speed. I have requested until 11/1. Once the motion is filed I will send you a copy for your records.

2:51 PM

Great thank you!! Did you receive the timeline that I emailed you? My email is shannonolson3@gmail.com (incase you need to search for it)

3:25 PM

I did but I haven't had a chance to review it bc I went crazy today to get this motion filed once I realized we needed more time but I will go over everything early next week.

3:30 PM

I emailed you the motion for

iMessage



I don't have them from Mike but I will request them and once he sends them over I'll forward them
Along bc that will be a huge help to me too and we are still on a tight deadline.

Have a wonderful weekend! We will get through this starting next week!

5:26 PM

Thank you!! Yes we will!!

I know you know- but you will have to stay on top of him to get them as I have requested them numerous times from him -

Thanks Rachel

5:29 PM

👍

I will Shannon! I'll be in touch next week.

5:46 PM

Dec 16, 2024 at 9:45 AM

9:43

iMessage



 
I'm not agreeing to what Takeda is asking me to pay-

Rachel Dreher

I understand you don't want to agree to what they are asking for but as we discussed the other day I do believe the Court is going to find in their favor and I do believe the award will be much more than what is being offered. I just want that known that's my professional opinion at this stage. Again, I'm trying to draft opposition now but a lot of what is said I just can't dispute and again, I wasn't the attorney on this so I can't really explain the decisions that were made at the time because they weren't my decisions to make. I'll do what I can with it but it's going to be basic based on the strength of their position.

Jodi was your manager but we never deposed her correct?

4:53 PM

Correct- we never disposed

4:55 PM

 

and my current manager. I can't believe Takeda drug him into this. That is a conflict of interest in and of itself. Or another move to push me out.

We have until 11:59pm

I'd rather respond with something and let Judge Baber decide then to say nothing at all and basically not show up

Secretary in the Biden Administration Cabinet, Mike has taken on high-powered agencies including the NSA, the Dept. of Defense, and the DOJ. Mike has also litigated against state-level government entities such as the City of New York and District of Columbia and Mayors Bill de Blasio, Eric Adams, and Muriel Bowser, and he has also sued Governors Newsom, Pritzker, Cuomo, and Hochul.

Mike has also represented Project Veritas whistleblower, Jodi O'Malley, who exposed the federal government regarding the safety and efficacy of the COVID-19 vaccines. Despite a barrage of attacks lodged by co-workers and even the Department of Health and Human Services itself, Ms. O'Malley was not only found clear of any wrongdoing by the Arizona State Board of Nursing, but she also forced the United States government to turn over thousands of COVID related documents regarding financial incentives, the suppression of hydroxychloroquine and ivermectin, the inflation of COVID-19 patient statistics, and the under-reporting of vaccine-induced fatalities and injuries.

On the corporate front, Mike has litigated on behalf of veterans and was involved in the recent $6 billion settlement against corporate giant 3M. Other notable cases include those against Planned Parenthood and Antifa, healthcare organizations such as Memorial Hermann Health Systems, Northwell Health Systems, Duke University, and NYC Health + Hospitals Corporation. Mike has also succeeded in cases against Big Pharma, forcing a settlement against Teva Pharmaceuticals and defeating Takeda Pharmaceuticals in its attempt to dismiss a lawsuit alleging race

6:48 PM

Hochul.

On the corporate front, Mike has litigated on behalf of veterans and was involved in the litigation that ultimately culminated in a $6 billion settlement against corporate giant 3M. Other notable cases include actions against, healthcare organizations such as Memorial Hermann Health Systems, Northwell Health Systems, Duke University, and NYC Health + Hospitals Corporation. Mike has also succeeded in cases against Big Pharma, forcing a settlement against Teva Pharmaceuticals and defeating Takeda Pharmaceuticals in its attempt to dismiss a lawsuit alleging

6:48 PM

Text Message · RCS

# EXHIBIT B



From: **Rachel Dreher** ›
To: **Shannon Olson** ›
October 18, 2024 at 3:10 PM

# Motion to Extend Time to Respond

Hi Shannon

Attached please find the Motion I filed today requesting until 11/1 to file a response to the Motion for Summary Judgment. The response was due today so there was no way I could get something pulled together that quickly.

I will work on our response next week and will call you to go over everything you sent me.

Please let me know if you have any questions in the meantime.

--
Sincerely,

Rachel Lee Dreher, Esq.
YODER DREHER PEARSON LLP



From: **Rachel Dreher** ›
To: **Shannon Olson** ›
October 28, 2024 at 12:08 PM

Attached are the depositions.  We had some issues with the downloading them but it was corrected this morning.  Please review and send me your notes ASAP.  Our opposition is due this Friday.

On Mon, Oct 28, 2024 at 8:21AM
Shannon Olson

Show Quoted Content

2001 L St. NW, Suite 500 | Washington, DC 20036
**p**: (301) 875-2868 | **f**: (571) 327-5554
**e**: rdreher@ydplaw.com    www.ydplaw.com

--

Sincerely,

Rachel Lee Dreher, Esq.
**YODER DREHER PEARSON LLP**
2001 L St. NW, Suite 500 | Washington, DC 20036
**p**: (301) 875-2868 | **f**: (571) 327-5554
**e**: rdreher@ydplaw.com    www.ydplaw.com

**102901 Denmark 09-05-24_full.pdf**
168 KB

**102901 Sheridan**

Shannon

Please be advised that I still have not received your comments on the defendant's motion for summary judgment or any proof that you have that contradicts the papers filed by Defendant.

I have reviewed the file, defendant's motion for summary judgment, the depositions and other discovery and based upon my review there is no justifiable legal argument for me to raise in opposition of defendant's motion for summary judgment. I cannot in good faith put forth frivolous papers to the Court.

If you have any direct evidence of the racial discrimination or discrimination against you based on your disability please forward it to me first

disability please forward it to me first thing tomorrow morning.  I will review the paperwork you send to determine if any of the evidence has merit and can be used to raise opposition. The opposition is due **tomorrow**.

Please be advised that I do have other cases and scheduled appointments tomorrow.  I am unable to guarantee a full day to drafting an opposition on the day it is due. I will review your paperwork and determine if an opposition is appropriate, upon receipt, but based on the information I have, the defendant appears to be correct, based on discovery in this case, there appears to be no sustainable cause of action.

Upon review of the paperwork, if I am provided with valid evidence that I can use in support of our opposition, I will do my best to draft an opposition, given the very short timeframe I will have to do so.

Please contact me ASAP with any information that you have that supports your claims and directly contradicts the



Good morning, Shannon –

I'm not sure why Rachel hasn't provided this to you; she had been sent this file and given access to it repeatedly. In any event, here you are. Let me know if you have any further questions.

To access the file, click here.

Best,
Mik