# EXHIBIT B

SHANNON OLSON            )
                        )
      *Plaintiff,*       )
                        )
v.                      )    Civil Action No. 8:23-cv-00590-TPB-CPT
                        )
TAKEDA PHARMACEUTICALS,  )
USA, Inc., et al.,       )
                        )
      *Defendants.*      )

## JARED M. WICHNOVITZ, ESQ.'S DECLARATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL REPLY BRIEF

I, Jared M. Wichnovitz, Esq., being duly sworn (or under penalty of perjury pursuant to 28 U.S.C. § 1746), hereby depose and state as follows:

1.

Annexed hereto as **Exhibit A** is a partially redacted email chain containing a relevant exchange between myself and Ms. Rachel Dreher. On the email chain included in my paralegal, and the other partners/attorneys of the prior firm representing Plaintiff.

2.

It took me approximately two (2) months and over seven (7) attempts to retrieve the full case file.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this _4_ day of December, 2025.

Jared M. Wichnovitz, Esq.

Counselor for Plaintiff (*Pro Hac Vice Granted*)

# EXHIBIT A

**Rachel Lee Dreher, Esq.**

**D R E H E R  L A W  G R O U P**
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33460
PH: 561.801.8661 | FAX: 561.354.5797
*Admitted in Florida & New York*

On Mon, Jun 9, 2025 at 10:08 AM Jared Wichnovitz
<Jared@wichnovitzlaw.com> wrote:

I will review this shortly. I appreciate the information.

I spoke with the Court, I will be overnighting my motion and check. Their process is a bit different. In other jurisdictions, I would request PACER access and then file it myself. Here, they would like the Judge to grant my motion first, then give me PACER access.

So it may not be for a couple of days.

Thank you,

Jared M. Wichnovitz, Esq.
Principal Attorney

Law Offices of Jared M. Wichnovitz, P.C.
50 Harrison Street, Suite 206
Hoboken, New Jersey 07030
Office: (732) 765-2157
Fax: (732) 358-0178

This e-mail and any documents accompanying this e-mail contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to the Law Offices of Jared M. Wichnovitz, P.C., immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (732-765-2157) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

**From:** Rachel Dreher <dreherlawgroup@gmail.com>
**Sent:** Friday, June 6, 2025 12:20 PM
**To:** Manaswi Prabhu Sawkar <Manaswi@wichnovitzlaw.com>
**Cc:** Jared Wichnovitz <Jared@wichnovitzlaw.com>; Rachel Dreher <rdreher@ydplaw.com>
**Subject:** Re: Shannon Olson v. Takeda - Case No.: 8:23-CV-00590-TPB-CPT - STOP WORK ORDER

I have uploaded all the documents.  Please confirm receipt.

Please note, I was able to obtain some of Mr. Yoder's documents off the YDP server.  I can not state that this is the complete file because Mr. Yoder had Ms. Olson signed to at least 2 other firms prior to bringing her into YDP and he has been completely unresponsive to these requests for information. Further, any and all billing/invoices would have to be obtained from Mr. Yoder.  I never billed Ms. Olson and I have never received any payment from

Mr. Yoder for the work I performed on her matter.  I had no control over any funds for Ms. Olson at any time. Please direct any and all requests for that information directly to Mr. Yoder.

Upon receipt of your notice of appearance, I will file a Motion to withdraw as counsel.

Please contact me with any questions.

**Rachel Lee Dreher, Esq.**

**D R E H E R   L A W   G R O U P**
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33460
PH: 561.801.8661 | FAX: 561.354.5797
*Admitted in Florida & New York*

On Fri, Jun 6, 2025 at 12:03 PM Rachel Dreher <dreherlawgroup@gmail.com> wrote:
> I was unable to upload the documents so I requested access.  Please approve my access to the folder and let me know when that is complete so that I can upload the files.
>
> Thank you,
>
> **Rachel Lee Dreher, Esq.**
>
> **D R E H E R   L A W   G R O U P**
> 631 Lucerne Avenue, Suite 53
> Lake Worth Beach, Florida 33460
> PH: 561.801.8661 | FAX: 561.354.5797
> *Admitted in Florida & New York*
>
> On Tue, Jun 3, 2025 at 1:54 PM Manaswi Prabhu Sawkar <Manaswi@wichnovitzlaw.com> wrote:
>> Hello Ms. Dreher,
>>
>> Good afternoon. Please use the link below to attach the documents. Folder should be titled ██████████████████████
>>
>> Dropbox Link:
>> ████████████████████████████████████
>> ████████████████████████████████████
>>
>> Let me know if there are any issues in viewing/editing permissions. Thank you!
>>
>> Best,
>>
>> Manaswi Prabhu Sawkar
>> *Paralegal to Jared M. Wichnovitz, Esq.*
>>
>> Law Offices of Jared M. Wichnovitz, P.C.

50 Harrison Street, Suite 206
Hoboken, New Jersey 07030
Office: (732) 765-2157
Fax: (732) 358-0178

This e-mail and any documents accompanying this e-mail contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to the Law Offices of Jared M. Wichnovitz, P.C., immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (732-765-2157) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

**From:** Jared Wichnovitz <Jared@wichnovitzlaw.com>
**Sent:** Tuesday, June 3, 2025 1:41 PM
**To:** Rachel Dreher <dreherlawgroup@gmail.com>; Manaswi Prabhu Sawkar <Manaswi@wichnovitzlaw.com>
**Cc:** Rachel Dreher <rdreher@ydplaw.com>; Michael Yoder <michael@yoderesq.com>; Mike Yoder <myoder@ydplaw.com>; Nicole Pearson <npearson@ydplaw.com>
**Subject:** Re: Shannon Olson v. Takeda - Case No.: 8:23-CV-00590-TPB-CPT - STOP WORK ORDER

Manaswi,

Please create a Dropbox link and provide to Ms. Dreher.

Should there be any complications, please let me know.

Thank you,
Jared.

Get Outlook for iOS

**From:** Rachel Dreher <dreherlawgroup@gmail.com>
**Sent:** Tuesday, June 3, 2025 10:14:47 AM
**To:** Jared Wichnovitz <Jared@wichnovitzlaw.com>
**Cc:** Rachel Dreher <rdreher@ydplaw.com>; Michael Yoder <michael@yoderesq.com>; Mike Yoder <myoder@ydplaw.com>; Nicole Pearson <npearson@ydplaw.com>
**Subject:** Re: Shannon Olson v. Takeda - Case No.: 8:23-CV-00590-TPB-CPT - STOP WORK ORDER

Mr. Wichnovitz

I openly admit to not being technologically inclined. In the past when I have had to transfer files to another attorney they usually provide me a link to upload the files to, either on dropbox or another share file application and then I upload the files through the link provided.  I can

also try to upload the files through google and I think they can provide a link to the documents if they are too large. Let me know what you prefer.

To clarify, Mr. Yoder was Ms. Olson's attorney for years before I came into the matter. Just so you know my representation was limited to covering an appearance on a Motion to Dismiss, attending mediation (which Mr. Yoder attended and was lead on) and I filed one response to the Motion for attorney fees. All the other work and depositions and drafting were all done by Mr. Yoder. Therefore, I have limited information and access but I will certainly send you everything that I have.

Please let me know how you would like me to send the documents and I will prepare and send them as soon as possible.

Regards,

**Rachel Lee Dreher, Esq.**

**D R E H E R   L A W   G R O U P**
631 Lucerne Avenue, Suite 53
Lake Worth Beach, Florida 33460
PH: 561.801.8661 | FAX: 561.354.5797
*Admitted in Florida & New York*


On Tue, Jun 3, 2025 at 8:54 AM Jared Wichnovitz <Jared@wichnovitzlaw.com> wrote:

> Good Morning Ms. Dreher,
>
> Thank you the timely response. I was under the impression Mr. Yoder was no longer on the case and/or you were lead counsel based on the docket. Not a problem.
>
> In any event, what is the normal method you all use to transfer files? Some attorneys use Dropbox links, one shared file, etc. Please provide me with the method capable of expediting this process.
>
> Thank you,
>
> Jared M. Wichnovitz, Esq.
> Principal Attorney
>
> Law Offices of Jared M. Wichnovitz, P.C.
> 50 Harrison Street, Suite 206
> Hoboken, New Jersey 07030
> Office: (732) 765-2157
> Fax: (732) 358-0178
>
> This e-mail and any documents accompanying this e-mail contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to the Law Offices of Jared M. Wichnovitz, P.C., immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (732-765-2157) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

**From:** Rachel Dreher <rdreher@ydplaw.com>
**Sent:** Monday, June 2, 2025 6:44 PM
**To:** Jared Wichnovitz <Jared@wichnovitzlaw.com>
**Cc:** Rachel Dreher <dreherlawgroup@gmail.com>; Michael Yoder <michael@yoderesq.com>; Mike Yoder <myoder@ydplaw.com>; Nicole Pearson <npearson@ydplaw.com>
**Subject:** Re: Shannon Olson v. Takeda - Case No.: 8:23-CV-00590-TPB-CPT - STOP WORK ORDER

Thank you for your correspondence Mr. Wichnovitz. I highly recommend that you contact Ms. Olson's original and lead attorney Mr. Michael Yoder with your request as well as he has her entire case file. I will work to compile everything I have in my possession and send it to you. Can you provide a link to your server or alternative method to get you a copy of the documents in my possession – they are likely too large to email.

Regards,

Rachel Dreher

On Mon, Jun 2, 2025 at 5:31 PM Jared Wichnovitz <Jared@wichnovitzlaw.com> wrote:
> Good Afternoon Ms. Dreher,
>
> Please see the attached correspondence regarding the above-referenced matter. Kindly confirm receipt.
>
> Thank you,
>
> Jared M. Wichnovitz, Esq.
> Principal Attorney
>
> Law Offices of Jared M. Wichnovitz, P.C.
> 50 Harrison Street, Suite 206
> Hoboken, New Jersey 07030
> Office: (732) 765-2157
> Fax: (732) 358-0178
>
>
> This e-mail and any documents accompanying this e-mail contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to the Law Offices of Jared M. Wichnovitz, P.C., immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (732-765-2157) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

--
Sincerely,

Rachel Lee Dreher, Esq.
**YODER DREHER PEARSON LLP**
2001 L St. NW, Suite 500 | Washington, DC 20036
**p**: (301) 875-2868 | **f**: (571) 327-5554
**e**: rdreher@ydplaw.com    www.ydplaw.com