# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **SHANNON OLSON** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:23-cv-00590-TPB-CPT |
| | ) | |
| **TAKEDA PHARMACEUTICALS** | ) | |
| **USA, Inc., et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

PLEASE TAKE NOTICE that Plaintiff, Shannon Olson, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order dated December 05, 2025, ECF No. 129.

**LAW OFFICES OF JARED M. WICHNOVITZ, P.C.**

By: /s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.
*Pro Hac Vice Granted[1]*
N.J. Bar I.D. Number 414022022
50 Harrison Street, Suite 206, P.O. Box 631
Hoboken, New Jersey 07030
Phone: (732) 765-2157
Fax: (732) 358-0178
Email: Jared@WichnovitzLaw.com
*Attorneys for Plaintiff*

---

[1] While Pro Hac Vice was granted for Plaintiff's Counsel, Jared M. Wichnovitz, Esq., he has been duly admitted to the Eleventh Circuit Court of Appeals and will be undertaking this appeal.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 29, 2025, a true copy of the foregoing

Notice of Appeal was filed and served upon all parties and counsel of record via

PACER'S ECF.


/s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.