# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:23–cv–00590–TPB–CPT

| | |
|---|---|
| Olson v. Takeda Pharmaceuticals America, Inc. et al | Date Filed: 03/15/2023 |
| Assigned to: Judge Thomas P. Barber | Date Terminated: 01/30/2025 |
| Referred to: Magistrate Judge Christopher P. Tuite | Jury Demand: Both |
| Demand: $25,000 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000e Job Discrimination (Employment) | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Shannon Olson** | represented by | **Michael A. Yoder** |

Yoder LaVeglia LLP
2001 L St NW
Suite 500
Washington, DC 20036
202–875–2799
Email: michael@yoderesq.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared M. Wichnovitz**
Law Offices of Jared M. Wichnovitz, P.C.
50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, NJ 07030
732–765–2157
Email: Jared@WichnovitzLaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A Mendoza**
Mendoza Family Law
200 E Robinson Street
Suite 1270
Orlando, FL 32801
407–720–7211
Email: michael@mendozalawpa.com
*TERMINATED: 09/27/2023*

**Rachel Lee Dreher**
Dreher Law Group PLLC
631 Lucerne Avenue
Suite 53
Lake Worth Beach, FL 33460
561–801–8661
Email: dreherlawgroup@gmail.com
*TERMINATED: 06/24/2025*

*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Takeda Pharmaceuticals America, Inc.**    represented by **Alexander Charles Meier**
Lee Meier
695 Pylant Street N.E.
Suite 105
Atlanta, GA 30306
407−620−3732
Email: <u>ameier@leemeier.law</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Mckinley**
Seyfarth Shaw LLP
1075 Peachtree St., NE, Suite 2500
Atlanta, FL 30309
404−704−9665
Email: <u>amckinley@seyfarth.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Takeda Pharmaceuticals USA, Inc.**
*TERMINATED: 08/23/2023*
*formerly known as*
Takeda Pharmaceuticals North America,
Inc.
*TERMINATED: 08/23/2023*

**<u>Defendant</u>**

**Takeda Pharmaceuticals Company,
Limited**
*TERMINATED: 08/23/2023*

**<u>Defendant</u>**

**Takeda Pharmaceuticals Company,
Limited, N.A.**
*TERMINATED: 08/23/2023*

**<u>Defendant</u>**

**Jodi Gayle−Garcia**    represented by **Alexander Charles Meier**
*in her individual capacities*    (See above for address)
*TERMINATED: 11/29/2023*    *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

represented by

**Matthew Hand**
*in his individual capacities*
*TERMINATED: 11/29/2023*

**Alexander Charles Meier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory Crouch**
*in his individual capacities*
*TERMINATED: 11/29/2023*

**Defendant**

**Christine Mealey**
*in her individual capacities*
*TERMINATED: 11/29/2023*

represented by **Alexander Charles Meier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heidi Miller**
*in her individual capacities*
*TERMINATED: 11/29/2023*

**Defendant**

**Matthew Hand**
*in his official capacities*
*TERMINATED: 11/29/2023*

represented by **Alexander Charles Meier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory Crouch**
*in his official capacities*
*TERMINATED: 11/29/2023*

**Defendant**

**Christine Mealey**
*in her official capacities*
*TERMINATED: 11/29/2023*

represented by **Alexander Charles Meier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heidi Miller**
*in her official capacities*
*TERMINATED: 11/29/2023*

**Defendant**

**Jodi Gayle–Garcia**
*in her official capacities*
*TERMINATED: 11/29/2023*

represented by **Alexander Charles Meier**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 03/15/2023 | 1 | COMPLAINT against Gregory Crouch, Jodi Gayle–Garcia, Matthew Hand, Christine Mealey, Heidi Miller, Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals Company, Limited, Takeda Pharmaceuticals Company, Limited, N.A., Takeda Pharmaceuticals USA, Inc. with Jury Demand (Filing fee $402 receipt number AFLMDC–20617057) filed by Shannon Olson. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons, # 6 Proposed Summons, # 7 Proposed Summons, # 8 Proposed Summons, # 9 Proposed Summons, # 10 Proposed Summons)(Mendoza, Michael) (Entered: 03/15/2023) |
|---|---|---|
| 03/16/2023 | 2 | NEW CASE ASSIGNED to Judge Thomas P. Barber and Magistrate Judge Christopher P. Tuite. New case number: 8:23–cv–0590–TPB–CPT. (SJB) (Entered: 03/16/2023) |
| 03/16/2023 | 3 | SUMMONS issued as to Gregory Crouch(in his official capacities), Gregory Crouch(in his individual capacities), Jodi Gayle–Garcia(in her individual capacities), Jodi Gayle–Garcia(in her official capacities), Matthew Hand(in his official capacities), Matthew Hand(in his individual capacities), Christine Mealey(in her official capacities), Christine Mealey(in her individual capacities), Heidi Miller(in her individual capacities), Heidi Miller(in her official capacities), Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals Company, Limited, Takeda Pharmaceuticals Company, Limited, N.A., Takeda Pharmaceuticals USA, Inc.. (LSS) (Entered: 03/16/2023) |
| 03/17/2023 | 4 | NOTICE TO COUNSEL of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.

–**Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.

–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.

–**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (SRC) (Entered: 03/17/2023) |
| 03/17/2023 | 5 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (SRC) (Entered: 03/17/2023) |
| 04/04/2023 | 6 | NOTICE of a related action per Local Rule 1.07(c) by Shannon Olson. Related case(s): No (Mendoza, Michael) (Entered: 04/04/2023) |

| | | |
|---|---|---|
| 04/04/2023 | 7 | CERTIFICATE of interested persons and corporate disclosure statement by Shannon Olson. (Mendoza, Michael) (Entered: 04/04/2023) |
| 06/09/2023 | 8 | MOTION for Michael A. Yoder to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−20927661 for $150 by Shannon Olson. (Mendoza, Michael) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 06/09/2023) |
| 06/12/2023 | 9 | RESPONSE to Motion re 8 MOTION for Michael A. Yoder to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−20927661 for $150 filed by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Exhibit 1 − Yoder Affidavit, # 2 Exhibit 2 − Cook Docket Sheet)(Meier, Alexander) Modified on 6/12/2023 (CTR). (Entered: 06/12/2023) |
| 06/12/2023 | 10 | NOTICE by Takeda Pharmaceuticals America, Inc. re 9 Response to motion, 8 MOTION for Michael A. Yoder to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−20927661 for $150 (Meier, Alexander) (Entered: 06/12/2023) |
| 06/13/2023 | 11 | **ENDORSED ORDER denying without prejudice 8 Plaintiff's Unopposed Motion for Special Admission of Michael A. Yoder. Mr. Yoder represents that he has "not appeared in any cases in this District during the last thirty−six (36) months." (Doc. 8). Local Rule 2.01, however, requires that the attorney seeking special admission list "each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty−six months." M.D. Fla. R. 2.01(c)(4). Upon re−filing the motion, counsel shall comply with Local Rule 2.01. Signed by Magistrate Judge Christopher P. Tuite on 6/13/2023. (ACL)** (Entered: 06/13/2023) |
| 06/15/2023 | 12 | CORPORATE Disclosure Statement by Takeda Pharmaceuticals America, Inc. identifying Corporate Parent Takeda Pharmaceutical Company International AG for Takeda Pharmaceuticals America, Inc... (Meier, Alexander) (Entered: 06/15/2023) |
| 06/15/2023 | 13 | Joint MOTION for Extension of Time to File Answer re 1 Complaint by Takeda Pharmaceuticals America, Inc.. (Meier, Alexander) (Entered: 06/15/2023) |
| 06/16/2023 | 14 | **ENDORSED ORDER: The joint motion (Doc. 13) is granted. The deadline to effectuate service of process is extended to and includes July 13, 2023. Takeda Pharmaceuticals America, Inc. may file its response to the complaint on or before July 24, 2023. Signed by Judge Thomas P. Barber on 6/16/2023. (ANL)** (Entered: 06/16/2023) |
| 07/10/2023 | 15 | Second MOTION for Michael A. Yoder to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−21021040 for $150 by All Plaintiffs. (Mendoza, Michael) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 07/10/2023) |
| 07/11/2023 | 16 | **ENDORSED ORDER granting 15 Plaintiff's Unopposed Motion for Special Admission of Michael A. Yoder. If counsel has not already done so, within fourteen (14) days hereof, he shall complete the e−filer registration (more information available at https://www.flmd.uscourts.gov/for−lawyers). Signed by Magistrate Judge Christopher P. Tuite on 7/11/2023. (ACL)** (Entered: 07/11/2023) |
| 07/21/2023 | 17 | MOTION to Dismiss Plaintiff's Complaint by Jodi Gayle−Garcia(in her individual capacities), Jodi Gayle−Garcia(in her official capacities). (Meier, Alexander) |

| | | (Entered: 07/21/2023) |
|---|---|---|
| 07/21/2023 | 18 | MEMORANDUM in support re 17 Motion to Dismiss filed by Jodi Gayle–Garcia(in her individual capacities), Jodi Gayle–Garcia(in her official capacities). (Meier, Alexander) (Entered: 07/21/2023) |
| 07/21/2023 | 19 | CERTIFICATE of interested persons and corporate disclosure statement by Jodi Gayle–Garcia(in her official capacities). (Meier, Alexander) (Entered: 07/21/2023) |
| 07/24/2023 | 20 | MOTION to Dismiss Plaintiff's Complaint by Takeda Pharmaceuticals America, Inc.. (Meier, Alexander) (Entered: 07/24/2023) |
| 07/24/2023 | 21 | MEMORANDUM in support re 20 Motion to Dismiss filed by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – EEOC Charge of Discrimination, # 2 Exhibit B – Employment Policies)(Meier, Alexander) (Entered: 07/24/2023) |
| 07/24/2023 | 22 | Unopposed MOTION to Dismiss Improperly Added Takeda Entities by Takeda Pharmaceuticals America, Inc.. (Meier, Alexander) (Entered: 07/24/2023) |
| 07/25/2023 | 23 | **ENDORSED ORDER: The Middle District of Florida has five separate divisions (Tampa, Orlando, Ocala, Jacksonville and Ft. Myers). Upon** *sua sponte* **review of the complaint, the events alleged appear connected to the Neuroscience Division of Takeda's Jacksonville division office. As such, it is unclear whether venue is proper within the Tampa Division.** *See* **28 U.S.C. § 1391. Accordingly, on or before August 1, 2023, Plaintiff is directed to file a written response – that does not exceed 5 pages – explaining why she believes venue is appropriate in the Tampa Division rather than the Jacksonville Division of the Middle District of Florida. Failure to file a response may result in the dismissal of this case without prejudice without further notice. Signed by Judge Thomas P. Barber on 7/25/2023. (ANL)** (Entered: 07/25/2023) |
| 07/27/2023 | 24 | MOTION to Dismiss Plaintiff's Complaint by Matthew Hand(in his official capacities). (Meier, Alexander) (Entered: 07/27/2023) |
| 07/27/2023 | 25 | MEMORANDUM in support re 24 Motion to Dismiss *Plaintiff's Complaint* filed by Matthew Hand(in his official capacities). (Meier, Alexander) (Entered: 07/27/2023) |
| 08/01/2023 | 26 | DECLARATION of Shannon Olson by Shannon Olson. (Mendoza, Michael) (Entered: 08/01/2023) |
| 08/02/2023 | 27 | RETURN of service executed on 07/13/23 by Shannon Olson as to Christine Mealey(in her official capacities). (Yoder, Michael) (Entered: 08/02/2023) |
| 08/02/2023 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss Plaintiff's Complaint , 17 MOTION to Dismiss Plaintiff's Complaint , 24 MOTION to Dismiss Plaintiff's Complaint *and to Issue a Briefing Schedule* by Shannon Olson. (Attachments: # 1 Text of Proposed Order)(Yoder, Michael) (Entered: 08/02/2023) |
| 08/03/2023 | 29 | **ENDORSED ORDER: The unopposed motion for extension of time (Doc. 28) is granted to the extent Plaintiff may file her responses in opposition to the pending motions to dismiss on or before August 22, 2023, and Defendant Christine Mealey may file her response to the complaint on or before August 17, 2023. The Court notes, however, that based on the representations in Plaintiff's motion for extension of time that she intends to dismiss all corporate defendants** |

| | | |
|---|---|---|
| | | other than Takeda Pharmaceuticals America, Inc. and dismiss her FCRA and Title VII claims against all individual defendants, it appears that the filing of an amended complaint may moot some of the issues raised in the pending motions to dismiss. And these changes would require an amended complaint notwithstanding any remaining possible arguments for dismissal. As such, Plaintiff is given leave to file an amended complaint on or before August 23, 2023. In the event Plaintiff disagrees with the Court's suggestion to file an amended complaint, the parties are directed to appear for an in−person hearing on any pending motions to dismiss on August 23, 2023 at 1:30 PM. Plaintiff is directed to file a notice advising the Court of her intent to file an amended complaint on or before August 9, 2023. Signed by Judge Thomas P. Barber on 8/3/2023. **(ANL)** (Entered: 08/03/2023) |
| 08/07/2023 | 30 | NOTICE *of Intent to File Amended Complaint on or before August 23, 2023* by Shannon Olson (Yoder, Michael) Modified text on 8/7/2023 (JK). (Entered: 08/07/2023) |
| 08/15/2023 | 31 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Christine Mealey(in her official capacities). (Meier, Alexander) (Entered: 08/15/2023) |
| 08/16/2023 | 32 | **ENDORSED ORDER: Defendant Christine Mealey's unopposed motion for extension of time to respond to Plaintiff's complaint (Doc. 31) is granted. Mealey may file her response to the complaint within fourteen days of the filing of the amended complaint. Signed by Judge Thomas P. Barber on 8/16/2023. (ANL)** (Entered: 08/16/2023) |
| 08/23/2023 | 33 | AMENDED COMPLAINT against All Defendants with Jury Demand. Filed by Shannon Olson.(Yoder, Michael) (Entered: 08/23/2023) |
| 08/24/2023 | 34 | **ENDORSED ORDER: In light of the amended complaint (Doc. 33), the motions to dismiss (Docs. 17, 20, 22, 24) are denied as moot. Signed by Judge Thomas P. Barber on 8/24/2023. (ANL)** (Entered: 08/24/2023) |
| 08/24/2023 | 35 | **ENDORSED ORDER: Plaintiff is directed to file the joint case management report on or before August 31, 2023. See Local Rule 3.02. Failure to file the report as directed may result in the dismissal of this case without prejudice without further notice. Signed by Judge Thomas P. Barber on 8/24/2023. (ANL)** (Entered: 08/24/2023) |
| 09/06/2023 | 36 | Partially Unopposed MOTION to Dismiss for Failure to State a Claim by Jodi Gayle−Garcia(in her individual capacities), Jodi Gayle−Garcia(in her official capacities), Matthew Hand(in his official capacities), Matthew Hand(in his individual capacities), Christine Mealey(in her official capacities), Christine Mealey(in her individual capacities). (Attachments: # 1 Main Document Memorandum of Law, # 2 Exhibit A − Redline of Complaint to Amended Complaint)(Meier, Alexander) Modified text on 9/7/2023 (JK). (Entered: 09/06/2023) |
| 09/06/2023 | 37 | MOTION to Dismiss for Failure to State a Claim by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Main Document Memorandum of Law, # 2 Exhibit A − Redline of Complaint to Amended Complaint, # 3 Exhibit B − Charge of Discrimination, # 4 Exhibit C − Outside Employment Policy)(Meier, Alexander) (Entered: 09/06/2023) |
| 09/13/2023 | 38 | |

| | | |
|---|---|---|
| | | NOTICE of hearing: Case Management Conference set for SEPTEMBER 27, 2023, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 09/13/2023) |
| 09/19/2023 | 39 | Unopposed MOTION to Continue *September 27, 2023 Case Management Conference (Jointly Made)* by Jodi Gayle–Garcia(in her individual capacities), Jodi Gayle–Garcia(in her official capacities), Matthew Hand(in his official capacities), Matthew Hand(in his individual capacities), Christine Mealey(in her official capacities), Christine Mealey(in her individual capacities), Takeda Pharmaceuticals America, Inc.. (Meier, Alexander) (Entered: 09/19/2023) |
| 09/20/2023 | 40 | **ENDORSED ORDER: The joint motion to continue the case management conference (Doc. 39) is denied. Signed by Judge Thomas P. Barber on 9/20/2023. (ANL)** (Entered: 09/20/2023) |
| 09/27/2023 | 41 | MOTION for Leave to File Other Document :Joint Case Management Report by Shannon Olson. (Yoder, Michael) (Entered: 09/27/2023) |
| 09/27/2023 | 42 | NOTICE of Appearance by Rachel Lee Dreher on behalf of Shannon Olson (AA) (Entered: 09/27/2023) |
| 09/27/2023 | 43 | MEMORANDUM in opposition re 37 Motion to Dismiss for Failure to State a Claim, 36 Motion to Dismiss for Failure to State a Claim filed by Shannon Olson. (Yoder, Michael) (Entered: 09/27/2023) |
| 09/27/2023 | 44 | Minute Entry. In Person Proceedings held before Judge Thomas P. Barber: CASE MANAGEMENT CONFERENCE held on 9/27/2023. Court Reporter: Rebekah Lockwood (SRC) (Entered: 09/29/2023) |
| 09/27/2023 | 45 | ORAL MOTION for Michael Mendoza to Withdraw as Local Counsel by Shannon Olson. (SRC) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 09/29/2023) |
| 09/27/2023 | 46 | **ORAL ORDER granting 45 Oral Motion to Withdraw as Local Counsel. Attorney Michael A Mendoza terminated. Entered by Judge Thomas P. Barber on 9/27/2023. (SRC)** (Entered: 09/29/2023) |
| 09/27/2023 | 48 | **ENDORSED ORDER: Plaintiff's "Motion for Leave to File Joint Case Management Report" (Doc. 41) is granted. The Clerk is directed to file the proposed Case Management Report attached to the motion. Signed by Judge Thomas P. Barber on 9/27/2023. (SRC)** Modified on 9/29/2023 to reflect correct date. (SRC) (Entered: 09/29/2023) |
| 09/29/2023 | 47 | NOTICE of hearing: Case Management Conference set for JANUARY 17, 2024, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 09/29/2023) |
| 09/29/2023 | 49 | UNILATERAL CASE MANAGEMENT REPORT. (SRC) (Entered: 09/29/2023) |
| 09/29/2023 | 50 | CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings/Joinder of Parties due by 12/3/2023; Discovery due by 7/26/2024; Dispositive motions due by 9/13/2024; Plaintiff disclosure of expert report due by 4/5/2024; Defendant disclosure of expert report due by 4/26/2024; Rebuttal disclosure of expert report due by 5/24/2024; Pretrial Conference set for FEBRUARY 18, 2025, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. Trial set for term commencing 3/3/2025 before Judge |

| | | |
|---|---|---|
| | | **Thomas P. Barber. The parties anticipate a JURY TRIAL will take 4 days to complete. Conduct mediation hearing by 12/22/2023. Lead counsel to coordinate dates. Signed by Judge Thomas P. Barber on 9/29/2023. (SRC)** Modified on 9/29/2023 to correct scrivener's error on attachment. (SRC) (Entered: 09/29/2023) |
| 09/29/2023 | 51 | NOTICE TO COUNSEL Rachel Lee Dreher of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle District, visit www.flmd.uscourts.gov/for–lawyers. (Signed by Deputy Clerk). (AG) (Entered: 09/29/2023) |
| 09/29/2023 | 52 | NOTICE TO COUNSEL Michael A. Yoder, Rachel Lee Dreher of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk) (AG) (Entered: 09/29/2023) |
| 10/06/2023 | 53 | NOTICE of Lead Counsel Designation by Michael A. Yoder on behalf of Shannon Olson. Lead Counsel: Michael A. Yoder. (Yoder, Michael) (Entered: 10/06/2023) |
| 11/29/2023 | 54 | **ORDER: "Defendants Gayle–Garcia, Hand, and Mealey's Motion to Dismiss Plaintiff's Amended Complaint" (Doc. 36) is hereby granted. The claims against Defendants Jodi Gayle–Garcia, Matthew Hand, Gregory Crouch, Christine Mealey, and Heidi Miller in their individual and official capacities are dismissed. The Clerk is directed to terminate these defendants as parties to this case. The amended complaint (Doc. 33) is dismissed as a shotgun pleading. Plaintiff is directed to file an amended complaint on or before December 14, 2023. Failure to file an amended complaint as directed will result in this Order becoming a final judgment. "Defendant Takeda's Motion to Dismiss Plaintiff's Amended Complaint" (Doc. 37) is denied as moot. See Order for details. Signed by Judge Thomas P. Barber on 11/29/2023. (ANL)** (Entered: 11/29/2023) |
| 12/14/2023 | 55 | SECOND AMENDED COMPLAINT against Takeda Pharmaceuticals America, Inc. with Jury Demand. filed by Shannon Olson.(Yoder, Michael) (Modified on 12/15/2023, to edit text) (BGR). (Entered: 12/14/2023) |
| 12/15/2023 | 56 | THIRD AMENDED COMPLAINT *Correcting Signature Block of Second Amended Complaint* against Takeda Pharmaceuticals America, Inc. with Jury Demand. filed by Shannon Olson. Related document: 55 Amended Complaint filed by Shannon Olson.(Yoder, Michael) (Entered: 12/15/2023) |
| 12/28/2023 | 57 | MOTION to Dismiss 56 THIRD AMENDED COMPLAINT for Failure to State a Claim by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Memorandum of Law in Support, # 2 Exhibit A– Charge of Discrimination, # 3 Exhibit B – Outside Employment Policy, # 4 Exhibit C – Correspondence re: Dilatory Conduct)(Meier, Alexander) Modified on 1/2/2024 to edit docket text EAM). (Entered: 12/28/2023) |
| 01/09/2024 | 58 | MEDIATION report Hearing held on January 5, 2024. Hearing outcome: Impasse.. (Quintana, Marlene) (Entered: 01/09/2024) |
| 01/11/2024 | 59 | RESPONSE in Opposition re 57 MOTION to Dismiss 56 THIRD AMENDED COMPLAINT for Failure to State a Claim filed by Shannon Olson. (Yoder, Michael) (Entered: 01/11/2024) |

| | | |
|---|---|---|
| 01/17/2024 | 60 | Minute Entry. In Person Proceedings held before Judge Thomas P. Barber: CASE MANAGEMENT CONFERENCE held on 1/17/2024. Court Reporter: Rebekah Lockwood (SRC) (Entered: 01/19/2024) |
| 01/19/2024 | 61 | NOTICE of hearing: Case Management Conference set for AUGUST 28, 2024, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 01/19/2024) |
| 01/23/2024 | 62 | **ORDER: "Defendant Takeda's Motion to Dismiss Plaintiff's Third Amended Complaint" (Doc. 57) is granted in part and denied in part. The motion is granted to the extent that Counts II and III are dismissed with prejudice. The motion is otherwise denied. Defendant is directed to file an answer on or before February 6, 2024. See Order for details. Signed by Judge Thomas P. Barber on 1/23/2024.(ANL)** (Entered: 01/23/2024) |
| 02/06/2024 | 63 | ANSWER and affirmative defenses with Jury Demand to 56 Third Amended Complaint by Takeda Pharmaceuticals America, Inc. (Meier, Alexander) Modified text on 2/6/2024 (JK). (Entered: 02/06/2024) |
| 05/09/2024 | 64 | MOTION to Substitute Attorney by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 05/09/2024) |
| 05/09/2024 | 65 | NOTICE of Lead Counsel Designation by Andrew Mckinley on behalf of Takeda Pharmaceuticals America, Inc.. Lead Counsel: Andrew M. McKinley. (Mckinley, Andrew) (Entered: 05/09/2024) |
| 05/14/2024 | 66 | **ENDORSED ORDER denying without prejudice 64 Defendant's Motion for Substitution of Counsel. The motion fails to comply with Local Rules 2.02(c)(1)(B)(i) and 3.01(g). Signed by Magistrate Judge Christopher P. Tuite on 5/14/2024. (ACL)** (Entered: 05/14/2024) |
| 07/12/2024 | 67 | Joint MOTION for Protective Order by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Text of Proposed Order)(Mckinley, Andrew) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 07/12/2024) |
| 07/15/2024 | 68 | Joint MOTION for Extension of Time to Complete Discovery *and Other Deadlines, and to Amend the Case Management and Scheduling Order* by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 07/15/2024) |
| 07/15/2024 | 69 | **ENDORSED ORDER: The "Joint Motion to Extend Discovery and Other Deadlines, and to Amend the Case Management and Scheduling Order" is granted in part and denied in part. The discovery deadline is extended to and includes September 9, 2024. The dispositive motion deadline is extended to and includes September 27, 2024. All other deadlines remain unchanged, including the pretrial conference and trial term. In addition, the case management conference remains as scheduled on August 28, 2024. Signed by Judge Thomas P. Barber on 7/15/2024. (ANL)** (Entered: 07/15/2024) |
| 07/18/2024 | 70 | **ORDER denying without prejudice the Parties' 67 Joint Motion for Entry of a Confidentiality Order. Signed by Magistrate Judge Christopher P. Tuite on 7/18/2024. (ACL)** (Entered: 07/18/2024) |
| 07/23/2024 | 71 | RENEWED Joint MOTION for Entry of a Confidentiality Order by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Proposed Confidentiality and |

| | | |
|---|---|---|
| | | Qualified HIPAA Protective Order)(Mckinley, Andrew) Motions referred to Magistrate Judge Christopher P. Tuite. (Modified on 7/23/2024, to edit text) (BGR). (Entered: 07/23/2024) |
| 07/30/2024 | 72 | **ORDER granting the parties' 71 Renewed Joint Motion for Entry of a Confidentiality Order. See Order for details. Signed by Magistrate Judge Christopher P. Tuite on 7/30/2024. (ACL)** (Entered: 07/30/2024) |
| 08/23/2024 | 73 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Case Management Conference previously scheduled for 8/28/2024 is rescheduled. New hearing time: AUGUST 28, 2024, at 09:30 AM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 08/23/2024) |
| 08/27/2024 | 74 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Case Management Conference previously scheduled for 8/28/2024 is rescheduled. New hearing time: AUGUST 28, 2024, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 08/27/2024) |
| 08/28/2024 | 75 | Minute Entry. In Person Proceedings held before Judge Thomas P. Barber: CASE MANAGEMENT CONFERENCE held on 8/28/2024. Court Reporter: Rebekah Lockwood (SRC) (Entered: 09/01/2024) |
| 09/01/2024 | 76 | NOTICE of hearing: Case Management Conference set for JANUARY 23, 2025, at 01:30 PM in Tampa Courtroom 14 A before Judge Thomas P. Barber. (SRC) (Entered: 09/01/2024) |
| 09/27/2024 | 77 | MOTION for Summary Judgment by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – Deposition of Shannon Olson with select Exhibits, # 2 Exhibit B – Declaration of Jodi Gayle–Garcia, # 3 Exhibit C – Declaration of Matthew Hand, # 4 Exhibit D – Declaration of Gregory Crouch, # 5 Exhibit E – Declaration of Staci Thompson, # 6 Exhibit F – Declaration of Sherri Haines)(Mckinley, Andrew) (Entered: 09/27/2024) |
| 10/18/2024 | 78 | Unopposed MOTION for Extension of Time to File Response/Reply as to 77 MOTION for Summary Judgment by Shannon Olson. (Dreher, Rachel) (Entered: 10/18/2024) |
| 10/21/2024 | 79 | **ENDORSED ORDER: Plaintiff's "Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment" (Doc. 78) is granted. Plaintiff may file her response in opposition to the motion for summary judgment (Doc. 77) on or before November 1, 2024. Signed by Judge Thomas P. Barber on 10/21/2024. (ANL)** Modified on 10/21/2024 to correct scrivener's error in date (ANL). (Entered: 10/21/2024) |
| 01/17/2025 | 80 | NOTICE canceling Case Management Conference scheduled for 1/23/2025 before Judge Thomas P. Barber. (SRC) (Entered: 01/17/2025) |
| 01/29/2025 | 81 | **ORDER: "Defendant's Motion for Summary Judgment" (Doc. 77) is granted. The Clerk is directed to enter summary judgment in favor of Defendant Takeda Pharmaceuticals America, Inc., and against Plaintiff Shannon Olson, on Counts I, IV, and V of the third amended complaint. Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case. See Order for details. Signed by Judge Thomas P. Barber on 1/29/2025. (ANL)** (Entered: 01/29/2025) |
| 01/30/2025 | 82 | |

| | | JUDGMENT: Pursuant to this Court's Order, entered January 29, 2025, summary judgment is hereby entered in favor of Defendant Takeda Pharmaceuticals America, Inc., and against Plaintiff Shannon Olson, on Counts I, IV, and V of the third amended complaint. Signed by Deputy Clerk on 1/30/2025. (BD) (Entered: 01/30/2025) |
|---|---|---|
| 01/30/2025 | 83 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (BD) (Entered: 01/30/2025) |
| 02/13/2025 | 84 | MOTION for Miscellaneous Relief, specifically to Determine Entitlement to Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – Email)(Mckinley, Andrew) (Entered: 02/13/2025) |
| 02/13/2025 | 85 | PROPOSED BILL OF COSTS by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Itemization of Costs)(Mckinley, Andrew) (Entered: 02/13/2025) |
| 02/19/2025 | 86 | SUPPLEMENT (Local Rule 3.01(g) Certification) re 84 MOTION for Miscellaneous Relief, specifically to Determine Entitlement to Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc. (Mckinley, Andrew) Modified text on 2/20/2025 (LNR). (Entered: 02/19/2025) |
| 02/20/2025 | 87 | **ENDORSED ORDER re: 84 Defendant's Motion to Determine Entitlement to Attorney's Fees and Expenses. No later than February 24, 2025, the parties shall (1) confer in good faith––either in person, via teleconference, or by telephone––regarding the relief sought in the motion and (2) advise the Court by way of a written notice whether they have resolved part or all of their dispute. Plaintiff is cautioned that the purposeful evasion of a communication under Local Rule 3.01(g) may result in the imposition of sanctions. M.D. Fla. 3.01(g)(3). Signed by Magistrate Judge Christopher P. Tuite on 2/20/2025. (ACL)** (Entered: 02/20/2025) |
| 02/24/2025 | 88 | RESPONSE re 87 Order filed by Shannon Olson. (Dreher, Rachel) (Entered: 02/24/2025) |
| 02/26/2025 | 89 | Unopposed MOTION for Extension of Time to File Response/Reply by All Plaintiffs. (Dreher, Rachel) Modified motion and docket text on 2/27/2025 (EVK). (Entered: 02/26/2025) |
| 02/27/2025 | 90 | **ENDORSED ORDER granting Plaintiff's 89 Unopposed Motion to Extend Time for Plaintiff to File Opposition. No later than March 20, 2025, Plaintiff shall respond to Defendant's motion to determine Defendant's entitlement to attorney's fees (84). Signed by Magistrate Judge Christopher P. Tuite on 2/27/2025. (ACL)** (Entered: 02/27/2025) |
| 03/20/2025 | 91 | RESPONSE in Opposition re 84 MOTION for Miscellaneous Relief, specifically to Determine Entitlement to Attorney's Fees and Expenses filed by Shannon Olson. (Dreher, Rachel) (Entered: 03/20/2025) |
| 03/26/2025 | 92 | MOTION for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) (Entered: 03/26/2025) |
| 03/31/2025 | 93 | |

| | | |
|---|---|---|
| | | SUPPLEMENT re 92 MOTION for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses (3.01(g) Certificate) by Takeda Pharmaceuticals America, Inc. (Mckinley, Andrew) Modified on 4/1/2025 to edit the docket text (MLB). (Entered: 03/31/2025) |
| 04/07/2025 | 94 | SECOND SUPPLEMENT *to Local Rule 3.01(g) Certification* re 92 MOTION for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc. (Mckinley, Andrew) Modified text on 4/7/2025 (JK) (Entered: 04/07/2025) |
| 04/08/2025 | 95 | **ENDORSED ORDER granting 92 Defendant's Motion for Leave to File Reply in Support of Motion to Determine Entitlement to Attorney's Fees and Expenses. No later than April 14, 2025, the Defendant may file a reply not to exceed five (5) pages. Signed by Magistrate Judge Christopher P. Tuite on 4/8/2025. (ACL)** (Entered: 04/08/2025) |
| 04/08/2025 | 96 | **ENDORSED ORDER: This cause is before the Court sua sponte. It appears from the docket that Plaintiff has failed confer as required by Local Rule 3.01(g). See Docs. 93, 94. The Court previously cautioned Plaintiff that the purposeful evasion of a communication under Local Rule 3.01(g) may result in the imposition of sanctions. See Doc. 87 (citing M.D. Fla. 3.01(g)(3)). Accordingly, no later than April 14, 2025, Plaintiff shall file a notice explaining why she did not comply with Local Rule 3.01(g). Signed by Magistrate Judge Christopher P. Tuite on 4/8/2025. (ACL)** (Entered: 04/08/2025) |
| 04/14/2025 | 97 | RESPONSE re 96 Order filed by Shannon Olson. (Dreher, Rachel) (Entered: 04/14/2025) |
| 04/14/2025 | 98 | REPLY to Response to Motion re 84 MOTION for Miscellaneous Relief, specifically to Determine Entitlement to Attorney's Fees and Expenses filed by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – Declaration of Andrew M. McKinley)(Mckinley, Andrew) (Entered: 04/14/2025) |
| 04/15/2025 | 99 | **ENDORSED ORDER: The Court accepts the explanation of Plaintiff's counsel regarding the parties' conferral (97) and, in light of that explanation, will take no further action relative to its prior Order (96). Signed by Magistrate Judge Christopher P. Tuite on 4/15/2025. (ACL)** (Entered: 04/15/2025) |
| 06/11/2025 | 100 | MOTION for Jared M. Wichnovitz to appear pro hac vice by Shannon Olson. (Attachments: # 1 Cover Letter, # 2 Mailing Envelope)(LNR) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 06/13/2025) |
| 06/11/2025 | | ***PRO HAC VICE FEES PAID (Receipt Number TPA72406 for $150) by attorney Jared M. Wichnovitz, appearing on behalf of Shannon Olson. Related document: 100 MOTION for Jared M. Wichnovitz to appear pro hac vice. (LNR) (Entered: 06/13/2025) |
| 06/16/2025 | 101 | **ENDORSED ORDER granting 100 Plaintiff's Unopposed Motion for Special Admission of Jared M. Wichnovitz. If counsel has not already done so, within fourteen (14) days hereof, he shall complete the e–filer registration (more information available at https://www.flmd.uscourts.gov/for–lawyers). Signed by Magistrate Judge Christopher P. Tuite on 6/16/2025. (ACL)** (Entered: 06/16/2025) |
| 06/17/2025 | 102 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Jared M. Wichnovitz on behalf of Shannon Olson (Wichnovitz, Jared ) (Entered: 06/17/2025) |
| 06/18/2025 | 103 | MOTION for Rachel Lee Dreher to Withdraw as Attorney by Shannon Olson. (Attachments: # 1 Text of Proposed Order)(Dreher, Rachel) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 06/18/2025) |
| 06/23/2025 | 104 | **ENDORSED ORDER denying without prejudice Plaintiff's 103 Motion to Withdraw as Counsel of Record as to attorney Rachel Lee Dreher. The motion does not comply with Local Rules 1.08 and 3.01(g). Signed by Magistrate Judge Christopher P. Tuite on 6/23/2025. (MEL)** (Entered: 06/23/2025) |
| 06/24/2025 | 105 | MOTION for Rachel Lee Dreher to Withdraw as Attorney by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Dreher, Rachel) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 06/24/2025) |
| 06/24/2025 | 106 | **ENDORSED ORDER granting Plaintiff's 105 Unopposed Motion to Withdraw as Counsel of Record as to attorney Rachel Lee Dreher. The Clerk of Court shall terminate Ms. Dreher as Plaintiff's counsel of record. Signed by Magistrate Judge Christopher P. Tuite on 6/24/2025. (ACL)** (Entered: 06/24/2025) |
| 07/01/2025 | 107 | **REPORT AND RECOMMENDATIONS re: Defendant Takeda Pharmaceuticals America, Inc.'s 84 Motion to Determine Entitlement to Attorneys' Fees and Expenses. Signed by Magistrate Judge Christopher P. Tuite on 7/1/2025. (ACL)** (Entered: 07/01/2025) |
| 07/18/2025 | 108 | **ORDER: The report and recommendation (Doc. 107) is affirmed and adopted and incorporated by reference into this Order for all purposes, including appellate review. "Defendant's Motion to Determine Entitlement to Attorney's Fees and Expenses" (Doc. 84) is granted. Defendant is directed to file a motion to determine the amount of attorney's fees and costs within the time prescribed by Local Rule 7.01(c). See Order for details. Signed by Judge Thomas P. Barber on 7/18/2025. (ANL)** (Entered: 07/18/2025) |
| 08/28/2025 | 109 | Joint MOTION for Extension of Time to File A Motion to Determine Amount of Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) (Entered: 08/28/2025) |
| 08/29/2025 | 110 | **ENDORSED ORDER granting the Parties' 109 Joint Motion to Extend the Deadline to File a Motion to Determine Amount of Attorney's Fees and Expenses. No later than September 23, 2025, Defendant shall file a motion to determine the amount of attorney's fees and expenses. Signed by Magistrate Judge Christopher P. Tuite on 8/29/2025. (ACL)** (Entered: 08/29/2025) |
| 09/22/2025 | 111 | JOINT MOTION for Extension of Time to File a Motion to Determine Amount of Attorney's Fees and Expenses by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) Modified on 9/23/2025 to edit docket text (JDR). (Entered: 09/22/2025) |
| 09/23/2025 | 112 | **ENDORSED ORDER granting the Parties' 111 Joint Motion to Extend the Deadline to File a Motion to Determine Amount of Attorney's Fees and Expenses. No later than September 30, 2025, Defendant shall file a motion to assess the amount of attorney's fees and expenses. Signed by Magistrate Judge Christopher P. Tuite on 9/23/2025. (ACL)** (Entered: 09/23/2025) |
| 09/30/2025 | 113 | Supplemental MOTION for Attorney Fees and Expenses by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – Declaration of Andrew M. |

| | | |
|---|---|---|
| | | McKinley)(Mckinley, Andrew) Motions referred to Magistrate Judge Christopher P. Tuite. Modified text on 10/1/2025 (MGB). (Entered: 09/30/2025) |
| 10/14/2025 | 114 | MOTION for Miscellaneous Relief, specifically Relief from Summary Judgment Rule 60(b) by Shannon Olson. (Attachments: # 1 Exhibits A–O, # 2 Exhibits P–X)(Wichnovitz, Jared ) Modified on 10/15/2025 to edit docket text (ELA). (Entered: 10/14/2025) |
| 10/14/2025 | 115 | RESPONSE in Opposition re 113 Supplemental MOTION for Attorney Fees and Expenses filed by Shannon Olson. (Wichnovitz, Jared ) (Entered: 10/14/2025) |
| 10/24/2025 | 116 | Unopposed MOTION for Extension of Time to File Response/Reply as to 114 MOTION for Miscellaneous Relief, specifically Relief from Summary Judgment *Rule 60(b)* by Takeda Pharmaceuticals America, Inc.. (Mckinley, Andrew) (Entered: 10/24/2025) |
| 10/27/2025 | 117 | **ENDORSED ORDER: Defendant Takeda Pharmaceuticals America, Inc.'s "Unopposed Motion to Extend the Deadline to File a Response to Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule 60(b)" (Doc. 116) is granted. Defendant may file its response on or before November 4, 2025. Signed by Judge Thomas P. Barber on 10/27/2025. (ANL)** (Entered: 10/27/2025) |
| 11/04/2025 | 118 | RESPONSE in Opposition re 114 MOTION for Miscellaneous Relief, specifically Relief from Summary Judgment *Rule 60(b)* filed by Takeda Pharmaceuticals America, Inc.. (Attachments: # 1 Exhibit A – Declaration of Andrew McKinley)(Mckinley, Andrew) (Entered: 11/04/2025) |
| 11/04/2025 | 119 | MOTION to file DOCUMENT under seal by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Proposed Sealed Item – Declaration of Rachel Dreher)(Mckinley, Andrew). (Entered: 11/04/2025) |
| 11/18/2025 | 120 | RESPONSE to Motion re 119 MOTION to file DOCUMENT under seal *Consent to In–Camera Review* filed by Shannon Olson. (Wichnovitz, Jared ) (Entered: 11/18/2025) |
| 11/18/2025 | 121 | MOTION for Leave to File Reply Brief to Defendant Opposition *Rule 60(b)* by Shannon Olson. (Attachments: # 1 Exhibit Proposed Reply Brief)(Wichnovitz, Jared ) (Entered: 11/18/2025) |
| 11/19/2025 | 122 | **ENDORSED ORDER: "Defendant's Motion to Seal or, in the Alternative, for In Camera Review, and Incorporated Memorandum of Law" (Doc. 119) is granted to the extent that the Court will require Defendant to submit the declaration of Rachel Dreher, along with any text messages or documents she relies on to support her declaration, for in camera review. By November 21, 2025, at 4:00 pm, Defendant must send the declaration and other documentation to CHAMBERS_FLMD_BARBER@flmd.uscourts.gov. Defendant must copy Plaintiff's counsel on the email to chambers. Should the Court determine that the declaration and documentation are not protected by the attorney–client privilege, it will require the filing of these documents on the public docket. Signed by Judge Thomas P. Barber on 11/19/2025. (ANL)** (Entered: 11/19/2025) |
| 11/19/2025 | 123 | **ENDORSED ORDER: On November 18, 2025, Plaintiff Shannon Olson filed a motion seeking leave to file a reply. (Doc. 121). The Court notes that the motion does not comply with Local Rule 3.01(e) ("A motion for leave to reply must not exceed three pages; must specify the need for, and the length of, the proposed** |

| | | |
|---|---|---|
| | | reply; and *must not include the proposed reply*."). However, in the interest of judicial economy, the Court will grant the motion (Doc. 121). Plaintiff is directed to file her reply on or before November 24, 2025. Signed by Judge Thomas P. Barber on 11/19/2025. (ANL) (Entered: 11/19/2025) |
| 11/19/2025 | 124 | REPLY to Response to Motion re 114 MOTION for Miscellaneous Relief, specifically Relief from Summary Judgment *Rule 60(b) Plaintiff's Reply Brief to Defendant Takeda's Opposition* filed by Shannon Olson. (Wichnovitz, Jared ) (Entered: 11/19/2025) |
| 12/01/2025 | 125 | **ENDORSED ORDER: The Court has reviewed the in−camera submission of the declaration of Rachel Dreher, along with the text message documentation relied on to support the declaration. The Court finds that the declaration and documentation are not protected by the attorney−client privilege. Consequently, Defendant is directed to file the declaration and documentation on the public docket on or before December 4, 2025. Signed by Judge Thomas P. Barber on 12/1/2025. (ANL)** (Entered: 12/01/2025) |
| 12/02/2025 | 126 | **ENDORSED ORDER: In Plaintiff's response to Defendant's motion for leave to file a document under seal (Doc. 120), Plaintiff appears to request affirmative relief. Although this request would be properly before the Court in the form of a motion, in the interest of judicial economy, the Court will address the request. The request to submit documents for in−camera review is denied. To the extent that Plaintiff wishes to submit additional communications between Plaintiff and former counsel, she is required to file those communications on the public docket −− as a supplement to her reply −− on or before December 4, 2025. Signed by Judge Thomas P. Barber on 12/2/2025. (ANL)** (Entered: 12/02/2025) |
| 12/04/2025 | 127 | NOTICE of Filing Declarations in Support of 118 Response in Opposition to 114 Motion for Relief from Judgment by Takeda Pharmaceuticals America, Inc. (Attachments: # 1 Exhibit A − November 3, 2025 Declaration of Rachel Dreher, # 2 Exhibit B − November 20, 2025 Supplemental Declaration of Rachel Dreher)(Mckinley, Andrew) Modified text on 12/5/2025 (BD). (Entered: 12/04/2025) |
| 12/04/2025 | 128 | SUPPLEMENTAL REPLY in Support of 114 MOTION for Relief from Summary Judgment filed by Shannon Olson. (Attachments: # 1 Exhibit Exhibit A − Plaintiff Certification and Exhibits, # 2 Exhibit Exhibit B − Certification of Counsel with Exhibit)(Wichnovitz, Jared ) Modified text on 12/5/2025 (BD). (Entered: 12/04/2025) |
| 12/05/2025 | 129 | **ENDORSED ORDER: "Plaintiff's Motion for Relief From Judgment Pursuant to Federal Rule 60(b)" (Doc. 114) is denied. Plaintiff seeks relief under Federal Rule of Civil Procedure 60(b)(6), which allows a court to relief a party from a final judgment for "any other reason that justifies relief." Plaintiff claims "extraordinary circumstances[,]" including attorney abandonment, the failure to file a dispositive motion (or opposition to a dispositive motion), the concealment of material disciplinary information, and "procedural collapse" outside of her control. Plaintiff has not shown that she acted diligently while the motion for summary judgment was pending, or after the Court ruled adversely to her on the motion and entered judgment against her. In fact, Plaintiff provides zero explanation for her decision not to move to vacate the judgment until over eight and a half months after the entry of judgment (Doc. 81), and nearly four months after retaining new counsel (Doc. 102). Importantly, although Plaintiff claims that her prior counsel "abandoned" her and that she** |

| | | |
|---|---|---|
| | | did not know about the strategic decision to not respond to the summary judgment motion, the declaration of her prior counsel, Rachel Dreher, and contemporaneous text messages between Ms. Dreher and Plaintiff show these claims to be, at best, inaccurate. It appears that Plaintiff's request to vacate the judgment may have been made only when confronted with the possibility of an award of attorney's fees against her. (Docs. 84; 91; 107; 108). This certainly does not justify relief from a final judgment under Rule 60(b)(6), nor does it justify shifting an award of attorney's fees to former counsel. Signed by Judge Thomas P. Barber on 12/5/2025. (ANL) (Entered: 12/05/2025) |
| 12/29/2025 | 130 | NOTICE OF APPEAL as to 129 Order on Motion for Miscellaneous Relief by Shannon Olson. Filing fee $605, receipt number AFLMDC–24272410. ***Case Stayed. (Wichnovitz, Jared ) (Entered: 12/29/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **SHANNON OLSON** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:23-cv-00590-TPB-CPT |
| | ) | |
| **TAKEDA PHARMACEUTICALS** | ) | |
| **USA, Inc., et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

PLEASE TAKE NOTICE that Plaintiff, Shannon Olson, hereby appeals to the

United States Court of Appeals for the Eleventh Circuit from this Court's Order

dated December 05, 2025, ECF No. 129.

**LAW OFFICES OF JARED M.**
**WICHNOVITZ, P.C.**

By: /s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.
*Pro Hac Vice Granted[1]*
N.J. Bar I.D. Number 414022022
50 Harrison Street, Suite 206, P.O. Box 631
Hoboken, New Jersey 07030
Phone: (732) 765-2157
Fax: (732) 358-0178
Email: Jared@WichnovitzLaw.com
*Attorneys for Plaintiff*

---

[1] While Pro Hac Vice was granted for Plaintiff's Counsel, Jared M. Wichnovitz, Esq., he has been duly admitted to the Eleventh Circuit Court of Appeals and will be undertaking this appeal.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 29, 2025, a true copy of the foregoing

Notice of Appeal was filed and served upon all parties and counsel of record via

PACER'S ECF.

/s/ *Jared M. Wichnovitz*

Jared M. Wichnovitz, Esq.

MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Andrew Mckinley (3231807420@filings.docketbird.com,
amckinley@seyfarth.com, atldocket@seyfarth.com, mpwaters@seyfarth.com), Alexander Charles
Meier (2693828420@filings.docketbird.com, 2840933420@filings.docketbird.com,
2999880420@filings.docketbird.com, ameier@leemeier.law), Jared M. Wichnovitz
(jared@wichnovitzlaw.com), Michael A. Yoder (michael@yoderesq.com), Judge Thomas P. Barber
(chambers_flmd_barber@flmd.uscourts.gov), Magistrate Judge Christopher P. Tuite
(chambers_flmd_tuite@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26518353@flmd.uscourts.gov
Subject:Activity in Case 8:23-cv-00590-TPB-CPT Olson v. Takeda Pharmaceuticals America,
Inc. et al Order on Motion for Miscellaneous Relief
Content-Type: text/html

# U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 12/5/2025 at 8:41 AM EST and filed on 12/5/2025

| | |
|---|---|
| **Case Name:** | Olson v. Takeda Pharmaceuticals America, Inc. et al |
| **Case Number:** | 8:23–cv–00590–TPB–CPT |
| **Filer:** | |

**WARNING: CASE CLOSED on 01/30/2025**

**Document Number:** 129(No document attached)

**Docket Text:**
**ENDORSED ORDER: "Plaintiff's Motion for Relief From Judgment Pursuant to Federal Rule 60(b)" (Doc. [114]) is denied. Plaintiff seeks relief under Federal Rule of Civil Procedure 60(b)(6), which allows a court to relief a party from a final judgment for "any other reason that justifies relief." Plaintiff claims "extraordinary circumstances[,]" including attorney abandonment, the failure to file a dispositive motion (or opposition to a dispositive motion), the concealment of material disciplinary information, and "procedural collapse" outside of her control. Plaintiff has not shown that she acted diligently while the motion for summary judgment was pending, or after the Court ruled adversely to her on the motion and entered judgment against her. In fact, Plaintiff provides zero explanation for her decision not to move to vacate the judgment until over eight and a half months after the entry of judgment (Doc. [81]), and nearly four months after retaining new counsel (Doc. [102]). Importantly, although Plaintiff claims that her prior counsel "abandoned" her and that she did not know about the strategic decision to not respond to the summary judgment motion, the declaration of her prior counsel, Rachel Dreher, and contemporaneous text messages between Ms. Dreher and Plaintiff show these claims to be, at best, inaccurate. It appears that Plaintiff's request to vacate the judgment may have been made only when confronted with the possibility of an award of attorney's fees against her. (Docs. [84]; [91]; [107]; [108]). This certainly does not justify relief from a final judgment under Rule 60(b)(6), nor does it justify shifting an award of attorney's fees to former counsel. Signed by Judge Thomas P. Barber on 12/5/2025. (ANL)**

**8:23–cv–00590–TPB–CPT Notice has been electronically mailed to:**

Alexander Charles Meier    ameier@leemeier.law, 2693828420@filings.docketbird.com, 2840933420@filings.docketbird.com, 2999880420@filings.docketbird.com

Andrew Mckinley    amckinley@seyfarth.com, 3231807420@filings.docketbird.com, atldocket@seyfarth.com, mpwaters@seyfarth.com

Michael A. Yoder    michael@yoderesq.com

Jared M. Wichnovitz    Jared@WichnovitzLaw.com

**8:23–cv–00590–TPB–CPT Notice has been delivered by other means to:**