**EXHIBIT A - PLAINTIFF'S ITEMIZED OBJECTIONS (Doc. 139-1)**

Olson v. Takeda Pharmaceuticals America, Inc., No. 8:23-cv-00590-TPB-CPT. Entries are screening objections, not findings of improper billing. Each entry is listed once under its primary category for counting only. The objections overlap, no deficiency should support more than one reduction, and no category totals should be added together to compute a reduction. The Bill of Costs entries discussed in the Response (467, 472, 477, 478, 479, 481, 482, 505) total 8 entries / 5.1 hours / $2,796.00 (Schedule 4); entry 479 is counted under Clerical here, so the Bill of Costs row below shows 7.

| Objection | Entries | Hours | Billed ($) |
|---|---|---|---|
| Allocation: dismissal-stage work | 12 | 28.6 | $17,430.00 |
| Bill of Costs | 7 | 4.9 | $2,685.00 |
| Clerical | 6 | 3.3 | $2,340.00 |
| Conference preparation / attendance | 4 | 7.4 | $5,180.00 |
| Date / docket variance | 2 | 2.4 | $1,491.50 |
| Mixed litigation / severance-plan work | 1 | 0.6 | $453.00 |
| Pro hac vice dispute | 4 | 4.1 | $2,389.00 |
| Rates | 1 | 3 | $1,665.00 |
| Redacted / inadequate narrative | 107 | 57.8 | $37,057.00 |
| Rule 60(b) merits argument | 2 | 8.1 | $6,115.50 |
| Rule 60(b) work on former counsel's materials | 9 | 5.8 | $4,379.00 |
| Fee-application work | 1 | 4.5 | $2,497.50 |
| Fee-conferral correspondence | 1 | 0.6 | $453.00 |
| **TOTAL** | **157** | **131.1** | **$84,135.50** |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A — SUPPORTING SCHEDULES (Local Rule 7.01(d))** | | | | |
| Figures are computed from Takeda's own entries (Doc. 139-1). They are context and organization for the objections in Plaintiff's Response; they are not additional deductions, and no two schedule totals should be added together. Plaintiff does not allege bad faith by any timekeeper and does not concede any submitted hour. | | | | |
| | | | | |
| **SCHEDULE 1 — Billing by phase (context for Response Part IV.A)** | **Entries** | **Hours** | **Billed ($)** | |
| Through Doc. 54 (March 16 – Nov. 30, 2023) | 66 | 81.3 | 47900.5 | |
| Pleading interval after Doc. 54, billed through Jan. 23, 2024 (includes work reviewing the Jan. 23 order) | | | 28021 | |
| Subtotal through Jan. 23, 2024 | | | 75921.5 | |
| Jan. 24 – Aug. 14, 2024 (before Plaintiff's deposition; discovery stage) | | | 89499.5 | |
| Combined phases above | | | 165421 | |
| Plaintiff requests reduction of the discovery-stage charges ($89,499.50) to the extent the record identifies work outside the scope of Docs. 107–108 or work that was excessive, duplicative, or inadequately documented. Plaintiff acknowledges Doc. 107 at 11–13. These figures are context, not a stacked deduction. | | | | |
| | | | | |
| **SCHEDULE 2 — Post-judgment and fee-related billing groups (Response Part IV.F)** | **Entries** | **Hours** | **Billed ($)** | |
| Nine selected fee-motion planning entries, Nov. 25, 2024 – Jan. 29, 2025 (selected entries only; not all work in the interval) | 9 | 11 | 5764 | |
| Jan. 30 – July 31, 2025 (entitlement-motion and Bill of Costs work, but also admission issues, Rule 60/conferral work, severance-plan work and obscured communications) | 69 | 52.4 | 33836.5 | |
| Aug. 8 – Oct. 1, 2025 (amount-motion work later denied without prejudice, Doc. 132, together with Rule 60-related work) | 44 | 36.9 | 23163 | |
| Oct. 14 – Dec. 8, 2025 (predominantly Rule 60(b)(6) opposition; also settlement strategy and obscured communications) | 42 | 38.9 | 29009.5 | |
| Sum of the four groups (mixed work; not the cost of any single motion) | 164 | 139.2 | 91773 | |
| All entries after Feb. 13, 2025 (chronological aggregate of mixed work) | 133 | 100.7 | 69113.5 | |
| Takeda's own estimate when it moved on entitlement (Doc. 84 at 12; Doc. 107 at 1 n.1): about $318,869.50 in fees and expenses. Doc. 139 seeks $391,601.16, which is $72,731.66 more. | | | | |
| Relevant mixed entries appear at Doc. 139-1, pp. 76–77, 82–85, 90. | | | | |
| | | | | |
| **SCHEDULE 3 — Expenses (Response Part IV.E)** | | | Amount ($) | |
| Atlanta-to-Tampa conference travel, Sept. 27, 2023 (challenged for reasonable necessity) | | | 710.73 | |
| Conference travel, Jan. 17, 2024 (challenged for reasonable necessity) | | | 1105.68 | |
| Conference travel, Aug. 28, 2024 (challenged for reasonable necessity) | | | 1654.04 | |
| Subtotal challenged | | | 3470.45 | |
| Deposition travel, Aug. 15, 2024 (not challenged) | | | 1586.21 | |
| Mediator fee, Jan. 5, 2024 mediation (not challenged as such; Doc. 139 at 10) | | | 1512.5 | |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A — SUPPORTING SCHEDULES (Local Rule 7.01(d))** | | | | |
| **Total expenses (Doc. 139 at 11)** | | | **6569.16** | |
| | | | | |
| **SCHEDULE 4 — Clusters referenced in the Response** | Entries | Hours | Billed ($) | |
| Admission-related, June 2023 (entries 12, 15, 16, 17; Doc. 139-1 at 13–14) | 4 | 4.1 | 2389 | |
| Dismissal-stage allocation, July 2023 (entries 27–38) | 12 | 28.6 | 17430 | |
| Sept. 24–27, 2024 billing cluster, predominantly summary-judgment work, including production review and obscured communications (entries below; scrutinize for duplication, staffing and unnecessary tasks) | 30 | 34.3 | 18889.5 | |
| Bill of Costs entries (467, 472, 477, 478, 479, 481, 482, 505) | 8 | 5.1 | 2796 | |
| Obscured-subject subset ($1,510.00): entries 463, 497, 523, 579 (0.2 h component), 619 | 5 | | 1510 | |
| Partner time: 306.3 of 646.4 hours (47.4%) but $218,711.00 of $385,032.00 (56.8%) | | | | |
| Eyth comparator illustration only: 306.3 × $635 + 309.0 × $440 + 31.1 × $290 = $339,479.50, which is $45,552.50 below the request before any adjustment of hours. Not a concession of hours or rates. | | | | |
| | | | | |
| Sept. 24–27, 2024 billing cluster entries | Date | Timekeeper | Hours | Billed ($) |
| Entry 406 | 09/24/24 | A. McKinley | 0.2 | 140 |
| Entry 407 | 09/24/24 | A. McKinley | 0.4 | 280 |
| Entry 408 | 09/24/24 | A. McKinley | 0.2 | 140 |
| Entry 409 | 09/24/24 | A. McKinley | 0.7 | 490 |
| Entry 410 | 09/24/24 | A. McKinley | 0.7 | 490 |
| Entry 411 | 09/24/24 | A. McKinley | 0.1 | 70 |
| Entry 412 | 09/24/24 | A. McKinley | 0.4 | 280 |
| Entry 413 | 09/24/24 | A. McKinley | 0.4 | 280 |
| Entry 414 | 09/24/24 | A. McKinley | 1.7 | 1190 |
| Entry 415 | 09/24/24 | A. McKinley | 1.9 | 1330 |
| Entry 416 | 09/24/24 | S. Cherney | 2.6 | 1274 |
| Entry 417 | 09/24/24 | L. Gonzalez | 0.6 | 201 |
| Entry 418 | 09/25/24 | A. McKinley | 0.3 | 210 |
| Entry 419 | 09/25/24 | A. McKinley | 0.3 | 210 |
| Entry 420 | 09/25/24 | A. McKinley | 0.3 | 210 |
| Entry 421 | 09/25/24 | A. McKinley | 0.3 | 210 |
| Entry 422 | 09/25/24 | A. McKinley | 0.3 | 210 |
| Entry 423 | 09/25/24 | A. McKinley | 1 | 700 |

| EXHIBIT A — SUPPORTING SCHEDULES (Local Rule 7.01(d)) | | | | |
|---|---|---|---|---|
| Entry 424 | 09/25/24 | A. McKinley | 1.1 | 770 |
| Entry 425 | 09/25/24 | A. McKinley | 0.5 | 350 |
| Entry 426 | 09/25/24 | L. Gonzalez | 2.7 | 904.5 |
| Entry 427 | 09/26/24 | A. McKinley | 0.1 | 70 |
| Entry 428 | 09/26/24 | A. McKinley | 3.6 | 2520 |
| Entry 429 | 09/26/24 | S. Cherney | 1 | 490 |
| Entry 430 | 09/26/24 | S. Cherney | 2.2 | 1078 |
| Entry 431 | 09/26/24 | L. Gonzalez | 2.4 | 804 |
| Entry 432 | 09/27/24 | S. Cherney | 4.2 | 2058 |
| Entry 433 | 09/27/24 | S. Cherney | 1 | 490 |
| Entry 434 | 09/27/24 | A. McKinley | 1.1 | 770 |
| Entry 435 | 09/27/24 | L. Gonzalez | 2 | 670 |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 11 (2533) | 04/10/23 | A. Meier | 0.5 | $350.00 | Telephone call with S. Das regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 9 | 13 (2535) | 06/07/23 | A. Meier | 0.5 | $350.00 | Call with S. Das regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 12 | 13 (2535) | 06/08/23 | M. Dangnokho | 2.6 | $1,339.00 | Prepare Motion to show cause regarding Plaintiff's counsel's failure to file pro hac. | Pro hac vice dispute | Time on motion to show cause about opposing counsel's admission; no stated connection to the compensable claims. Takeda to explain. | Explain or exclude |
| 15 | 13 (2535) | 06/09/23 | A. Meier | 0.5 | $350.00 | Review pro hac application and prior filings from M. Yoder regarding disclosure of residence. | Pro hac vice dispute | Same as entry 12. | Explain or exclude |
| 16 | 13 (2535) | 06/12/23 | A. Meier | 0.4 | $280.00 | Conduct research regarding M. Yoder's identification of state of residence. | Pro hac vice dispute | Same as entry 12. | Explain or exclude |
| 17 | 14 (2536) | 06/12/23 | A. Meier | 0.6 | $420.00 | Draft response in opposition to motion for special admission. | Pro hac vice dispute | Same as entry 12. | Explain or exclude |
| 27 | 15 (2537) | 07/05/23 | M. Dangnokho | 6 | $3,090.00 | Prepare Defendant's motion to dismiss plaintiff's complaint. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 28 | 15 (2537) | 07/06/23 | M. Dangnokho | 1 | $515.00 | Prepare Defendant's motion to dismiss defendant's complaint. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 29 | 16 (2538) | 07/10/23 | M. Dangnokho | 5 | $2,575.00 | Prepare motion to dismiss argument section. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 16 (2538) | 07/10/23 | A. Meier | 0.2 | $140.00 | Draft emails to M. Dangnokho regarding preparation of motion to dismiss. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 31 | 16 (2538) | 07/18/23 | A. Meier | 0.6 | $420.00 | Review draft motion to dismiss claims against Takeda. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 32 | 16 (2538) | 07/18/23 | A. Meier | 0.2 | $140.00 | Draft email to M. Yoder attempting to confer on bases for motion to dismiss. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 33 | 17 (2539) | 07/20/23 | M. Dangnokho | 2 | $1,030.00 | Prepare cover motion for defendants motion to dismiss and insert case citation links and pull exhibits in advance of filing. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 34 | 17 (2539) | 07/20/23 | A. Meier | 2.4 | $1,680.00 | Revise facts and argument section of motion to dismiss. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 35 | 17 (2539) | 07/20/23 | A. Meier | 0.9 | $630.00 | Analyze complaint and identify additional potential bases to move to dismiss. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 17 (2539) | 07/21/23 | A. Meier | 6.8 | $4,760.00 | Extensively revise draft motion to dismiss by adding case law regarding adverse employment action, disparate impact claim, intentional infliction of emotional distress, and impact of shotgun pleading on repleading obligation. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 37 | 17 (2539) | 07/22/23 | A. Meier | 3.3 | $2,310.00 | Continue to prepare motion to dismiss. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 38 | 17 (2539) | 07/22/23 | A. Meier | 0.2 | $140.00 | Draft additional conferral email to M. Yoder regarding bases for motion to dismiss by Takeda. | Allocation: dismissal-stage work | Dismissal-stage work. Takeda to identify any separable work outside the entitlement ruling, including work exclusively for another defendant that was not reasonably necessary to Takeda's defense (Fox v. Vice). No exclusion is requested solely because a claim was dismissed. | Identify separable work outside the entitlement ruling; exclude only that portion |
| 39 | 18 (2540) | 08/07/23 | A. Meier | 0.2 | $140.00 | Draft email to S. Das and Takeda team regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 50 | 20 (2542) | 09/26/23 | A. Meier | 2.2 | $1,540.00 | Prepare for case management conference by reviewing motions to dismiss and case docket activity. | Conference preparation / attendance | Preparation and attendance time for conferences lasting about 12, 5 and 5 minutes (Doc. 134 at 1; Doc. 135 at 1; Doc. 136 at 1). In-person attendance is not disputed; assess time against what was litigated. | Reasonableness review |
| 51 | 20 (2542) | 09/26/23 | A. Meier | 0.3 | $210.00 | Telephone call with S. Das regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 52 | 20 (2542) | 09/26/23 | A. Meier | 1.1 | $770.00 | Attend case management conference. | Date / docket variance | Entry date does not match the event or order it describes. Request concise clarification; no accusation of false billing. | Clarify; exclude only if unexplained |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 62 | 22 (2544) | 11/27/23 | A. Meier | 0.9 | $630.00 | Draft email to S. Das providing in advance of mediation. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 102 | 27 (2549) | 01/17/24 | A. Meier | 1.8 | $1,260.00 | Prepare for case management hearing, including review of motion to dismiss filings and outline argument for dismissal of claims. | Conference preparation / attendance | Preparation and attendance time for conferences lasting about 12, 5 and 5 minutes (Doc. 134 at 1; Doc. 135 at 1; Doc. 136 at 1). In-person attendance is not disputed; assess time against what was litigated. | Reasonableness review |
| 105 | 27 (2549) | 01/24/24 | A. Meier | 0.2 | $140.00 | Draft emails to S. Das regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 112 | 29 (2551) | 02/02/24 | A. Meier | 0.4 | $280.00 | Draft emails to S. Cherney regarding revisions to answers based on documents and information provided by . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 117 | 29 (2551) | 02/22/24 | A. Meier | 0.5 | $350.00 | Draft email to S. Das providing . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 118 | 29 (2551) | 02/23/24 | A. Meier | 0.3 | $210.00 | Draft follow-up emails to S. Das providing clarification regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 119 | 29 (2551) | 02/23/24 | A. Meier | 0.3 | $210.00 | Draft emails to S. Das regarding . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 144 | 35 (2557) | 06/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning as discovery comes to close. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 150 | 35 (2557) | 06/11/24 | A. McKinley | 0.5 | $350.00 | Call with S. Das concerning as discovery closes. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 165 | 36 (2558) | 06/19/24 | A. McKinley | 0.6 | $420.00 | Review and analyze documents provided by , and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 167 | 36 (2558) | 06/20/24 | A. McKinley | 0.5 | $350.00 | Review and respond to emails from S. Das and S. Haines concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 170 | 36 (2558) | 06/25/24 | A. McKinley | 0.5 | $350.00 | Collect additional documents to be uploaded into review platform. | Clerical | Collecting documents for upload to a review platform at attorney rate. | Reduce to clerical rate or exclude |
| 171 | 36 (2558) | 06/25/24 | A. McKinley | 0.1 | $70.00 | Communicate with H. Miller and S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 176 | 36 (2558) | 06/27/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 180 | 37 (2559) | 06/30/24 | A. McKinley | 0.8 | $560.00 | Update initial disclosures, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 185 | 38 (2560) | 07/02/24 | A. McKinley | 0.2 | $140.00 | Review and tag newly uploaded documents for production. | Clerical | Review and tagging of newly uploaded documents for production: substantive review may be compensable; Takeda to describe. | Clarify; exclude if ministerial |
| 187 | 38 (2560) | 07/02/24 | A. McKinley | 0.4 | $280.00 | Review and analyze , and email Lighthouse concerning inclusion of same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 189 | 38 (2560) | 07/03/24 | A. McKinley | 0.6 | $420.00 | Finalize and serve affirmative production set. | Clerical | Finalizing and serving a production set: ministerial portion not recoverable at attorney rate. | Clarify; exclude ministerial portion |
| 191 | 38 (2560) | 07/05/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 193 | 39 (2561) | 07/08/24 | S. Cherney | 3.4 | $1,666.00 | Draft deposition outline for S. Olson to include to include . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 194 | 39 (2561) | 07/08/24 | S. Cherney | 3.5 | $1,715.00 | Continue to draft deposition outline for S. Olson to include . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 195 | 39 (2561) | 07/08/24 | A. McKinley | 0.2 | $140.00 | Email J. Gayle-Garcia concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 198 | 39 (2561) | 07/09/24 | A. McKinley | 0.3 | $210.00 | Exchange emails with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 199 | 39 (2561) | 07/09/24 | A. McKinley | 0.4 | $280.00 | Conduct call with J. Gayle-Garcia concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 203 | 39 (2561) | 07/11/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement draft confidentiality order and related motion, and email S. Das . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 205 | 39 (2561) | 07/11/24 | A. McKinley | 0.8 | $560.00 | Draft email to S. Das requesting and providing updates on and recommendations for . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 209 | 40 (2562) | 07/12/24 | A. McKinley | 0.5 | $350.00 | Call with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 211 | 40 (2562) | 07/12/24 | A. McKinley | 0.4 | $280.00 | Respond to email from S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 216 | 40 (2562) | 07/12/24 | S. Cherney | 2 | $980.00 | Review timeline produced by Plaintiff and edit Olson's deposition outline . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 221 | 41 (2563) | 07/15/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning court's extension of discovery period and implications of same, including with respect to moving Plaintiff's deposition, 30(b)(6), and medical subpoenas, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 223 | 41 (2563) | 07/15/24 | S. Cherney | 1 | $490.00 | Review produced by Plaintiff and edit Olson's deposition to include reverences to . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 224 | 41 (2563) | 07/16/24 | A. McKinley | 0.3 | $210.00 | Exchange multiple emails with D. Holden concerning job description for . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 228 | 41 (2563) | 07/19/24 | A. McKinley | 0.7 | $490.00 | Review email from S. Das concerning , and review files to provide information related to same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 240 | 42 (2564) | 07/31/24 | A. McKinley | 0.2 | $140.00 | Email G. Crouch regarding , in advance of Olson's deposition. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 251 | 44 (2566) | 08/02/24 | A. McKinley | 0.4 | $280.00 | Review and strategize concerning text messages from . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 261 | 45 (2567) | 08/05/24 | A. McKinley | 0.3 | $210.00 | Email S. Das concerning for Plaintiff's deposition. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 264 | 45 (2567) | 08/06/24 | A. McKinley | 0.2 | $140.00 | Call with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 266 | 45 (2567) | 08/06/24 | A. McKinley | 0.2 | $140.00 | Review and respond to email from D. Holdren concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 269 | 45 (2567) | 08/08/24 | A. McKinley | 0.9 | $630.00 | Review and strategize concerning discovery requests and 30(b)[6] notice served by opposing counsel, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 270 | 45 (2567) | 08/08/24 | A. McKinley | 0.1 | $70.00 | Respond to S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 272 | 45 (2567) | 08/09/24 | A. McKinley | 0.4 | $280.00 | Call with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 279 | 46 (2568) | 08/13/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das regarding after communications with opposing counsel. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 285 | 46 (2568) | 08/14/24 | A. McKinley | 0.2 | $140.00 | Communicate with anticipated 30(b)(6) representatives concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 304 | 47 (2569) | 08/20/24 | S. Cherney | 1.7 | $833.00 | Prepare 30(b)(6) deposition outline for B. Dean . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 306 | 47 (2569) | 08/20/24 | S. Cherney | 3.4 | $1,666.00 | Prepare 30(b)(6) deposition outline for M. Sheridan . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 318 | 48 (2570) | 08/26/24 | A. McKinley | 0.4 | $280.00 | Communicate with M. Sheridan concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 323 | 48 (2570) | 08/27/24 | A. McKinley | 0.2 | $140.00 | Review and strategize concerning documents . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 325 | 48 (2570) | 08/27/24 | A. McKinley | 0.2 | $140.00 | Email J. Gayle-Garcia concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 328 | 48 (2570) | 08/28/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 330 | 49 (2571) | 08/28/24 | A. McKinley | 1.4 | $980.00 | Attend status conference with court. | Conference preparation / attendance | Preparation and attendance time for conferences lasting about 12, 5 and 5 minutes (Doc. 134 at 1; Doc. 135 at 1; Doc. 136 at 1). In-person attendance is not disputed; assess time against what was litigated. | Reasonableness review |
| 331 | 49 (2571) | 08/28/24 | A. McKinley | 2 | $1,400.00 | Plan and prepare for status conference with Court. | Conference preparation / attendance | Preparation and attendance time for conferences lasting about 12, 5 and 5 minutes (Doc. 134 at 1; Doc. 135 at 1; Doc. 136 at 1). In-person attendance is not disputed; assess time against what was litigated. | Reasonableness review |
| 334 | 49 (2571) | 08/29/24 | A. McKinley | 0.2 | $140.00 | Review and analyze emails from B. Dean . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 340 | 49 (2571) | 08/30/24 | A. McKinley | 0.2 | $140.00 | Communicate with J. Gayle-Garcia concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 346 | 51 (2573) | 09/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with M. Sheridan and B. Dean . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 347 | 51 (2573) | 09/03/24 | A. McKinley | 0.4 | $280.00 | Email J. Gayle-Garcia , and strategize concerning next steps following response to same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 350 | 51 (2573) | 09/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 357 | 52 (2574) | 09/04/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning , and review documents from S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 367 | 52 (2574) | 09/06/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement discovery responses, in light of recent ESI review and other information, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 371 | 52 (2574) | 09/08/24 | S. Cherney | 3.6 | $1,764.00 | Continue to draft Statement of Facts in Motion for Summary Judgment to include information about | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 372 | 52 (2574) | 09/08/24 | A. McKinley | 0.4 | $280.00 | Revise and supplement interrogatory responses , and email M. Sheridan concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 411 | 56 (2578) | 09/24/24 | A. McKinley | 0.1 | $70.00 | Email S. Haines concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 412 | 56 (2578) | 09/24/24 | A. McKinley | 0.4 | $280.00 | Communicate with S. Thompson concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 413 | 57 (2579) | 09/24/24 | A. McKinley | 0.4 | $280.00 | Revise and supplement declarations, and email J. Gayle- Garcia, M. Hand, and G. Crouch concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 415 | 57 (2579) | 09/24/24 | A. McKinley | 1.9 | $1,330.00 | Revise and supplement draft declaration for J. Gayle-Garcia, in support of motion for summary judgment . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 418 | 57 (2579) | 09/25/24 | A. McKinley | 0.3 | $210.00 | Communicate with S. Haines concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 419 | 57 (2579) | 09/25/24 | A. McKinley | 0.3 | $210.00 | Revise and supplement declaration for S. Thompson, and email her concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 420 | 57 (2579) | 09/25/24 | A. McKinley | 0.3 | $210.00 | Communicate with S. Thompson and G. Crouch concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 425 | 57 (2579) | 09/25/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement declaration for J. Gayle-Garcia and communicate . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 427 | 57 (2579) | 09/26/24 | A. McKinley | 0.1 | $70.00 | Communicate with G. Crouch . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 438 | 60 (2582) | 10/10/24 | A. McKinley | 0.3 | $210.00 | Strategize concerning Olson 30(b)(6) transcripts, and email B. Dean and M. Sheridan concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 439 | 60 (2582) | 10/10/24 | S. Cherney | 0.8 | $392.00 | Review 30(b)(6) depositions for edits to include in Errata sheet for witnesses Sheridan and Denmark . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 445 | 60 (2582) | 10/22/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning pendency of motion to extend summary judgment response deadline, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 446 | 62 (2584) | 11/18/24 | A. McKinley | 0.1 | $70.00 | Email S. Das concerning t. . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 447 | 62 (2584) | 11/19/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 448 | 62 (2584) | 11/20/24 | A. McKinley | 0.3 | $210.00 | Call with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 449 | 62 (2584) | 11/20/24 | A. McKinley | 0.1 | $70.00 | Review and respond to email from S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 450 | 62 (2584) | 11/21/24 | A. McKinley | 0.3 | $210.00 | Strategize concerning questions from S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 452 | 62 (2584) | 11/29/24 | A. McKinley | 0.9 | $630.00 | Revise and supplement summary of fee-related issues , in connection with evaluation of whether fee motion should be pursued. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 453 | 64 (2586) | 12/01/24 | A. McKinley | 0.2 | $140.00 | Update fee-related summary . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 454 | 64 (2586) | 12/02/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning email from S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 455 | 64 (2586) | 12/05/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 456 | 64 (2586) | 12/05/24 | A. McKinley | 0.6 | $420.00 | Draft response to S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 462 | 66 (2588) | 01/28/25 | S. Cherney | 1.3 | $721.50 | Continue to draft motion for entitlement to attorney's fees and expenses to incorporate Court's Order granting Motion for Summary Judgment. | Date / docket variance | Entry date does not match the event or order it describes. Request concise clarification; no accusation of false billing. | Clarify; exclude only if unexplained |
| 463 | 66 (2588) | 01/29/25 | A. McKinley | 0.1 | $75.50 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 465 | 66 (2588) | 01/30/25 | A. McKinley | 0.2 | $151.00 | Email G. Crouch, M. Hand, and J. Gayle-Garcia concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 467 | 66 (2588) | 01/31/25 | A. McKinley | 0.2 | $151.00 | Strategize concerning documentation for motion for attorneys' fees and bill of costs. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 472 | 68 (2590) | 02/06/25 | A. McKinley | 0.4 | $302.00 | Strategize concerning preparation of bill of costs, after receipt of cost information from S. Cherney. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 477 | 68 (2590) | 02/10/25 | S. Cherney | 2.6 | $1,443.00 | Research requirements for Bill of Costs and compare with costs in this matter. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 478 | 68 (2590) | 02/11/25 | L. Gonzalez | 0.9 | $324.00 | Draft Bill of Costs and Itemization of Bill of Costs in support of same while simultaneously reviewing costs and invoices regarding same; Exchange correspondence regarding same. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 479 | 68 (2590) | 02/11/25 | S. Cherney | 0.2 | $111.00 | Call Chambers to determine requirements for Bill of Costs and incorporate into filing. | Clerical | Call to chambers about Bill of Costs requirements. | Exclude as clerical |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 480 | 68 (2590) | 02/12/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 481 | 68 (2590) | 02/12/25 | A. McKinley | 0.3 | $226.50 | Review and strategize concerning edits to draft Bill of Costs. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 482 | 68 (2590) | 02/12/25 | S. Cherney | 0.3 | $166.50 | Continue to prepare Bill of Costs. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 497 | 69 (2591) | 02/26/25 | A. McKinley | 0.4 | $302.00 | Draft email to S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 498 | 71 (2593) | 03/03/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 499 | 71 (2593) | 03/11/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning , in connection with fee dispute. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 500 | 71 (2593) | 03/11/25 | A. McKinley | 0.3 | $226.50 | Respond to S. Das concerning , and revise email to opposing counsel following same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 501 | 71 (2593) | 03/11/25 | A. McKinley | 0.6 | $453.00 | Draft email to R. Dreher concerning conferral on amount of fees and costs and Takeda's stance on same. | Fee-conferral correspondence | March 11, 2025 email to R. Dreher concerning conferral on the amount of fees and costs. Not Rule 60(b) work. | Evaluate for necessity and overlap with other conferral entries |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 502 | 71 (2593) | 03/20/25 | A. McKinley | 0.9 | $679.50 | Review and analyze Plaintiff's response to motion for entitlement to attorneys' fees, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 503 | 71 (2593) | 03/21/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning , and email opposing counsel following same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 505 | 71 (2593) | 03/25/25 | L. Gonzalez | 0.2 | $72.00 | Telephone conference with Court Clerk regarding progress of Bill of Costs due to outstanding motion. | Bill of Costs | Bill of Costs preparation or review. Segregate from the costs sought through Doc. 85 to avoid duplicate recovery. | Segregate; exclude duplicative portion |
| 515 | 73 (2595) | 04/02/25 | A. McKinley | 0.1 | $75.50 | Respond to S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 523 | 75 (2597) | 05/14/25 | A. McKinley | 0.4 | $302.00 | Exchange multiple emails with S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 524 | 76 (2598) | 06/02/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning , and strategize concerning response to opposing counsel. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 526 | 76 (2598) | 06/18/25 | A. McKinley | 1.1 | $830.50 | Conduct call with opposing counsel and strategize concerning , in light of pending fee motion. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 527 | 76 (2598) | 06/18/25 | A. McKinley | 0.6 | $453.00 | Call with S. Das concerning i | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 528 | 77 (2599) | 07/01/25 | A. McKinley | 0.5 | $377.50 | Review and analyze Report and Recommendation granting motion for entitlement to fees, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 529 | 77 (2599) | 07/11/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 531 | 77 (2599) | 07/11/25 | A. McKinley | 0.6 | $453.00 | Following call with opposing counsel, pull discovery materials and email opposing counsel concerning same and severance plan. | Mixed litigation / severance-plan work | Narrative refers to the severance plan following a call with opposing counsel. Clarify whether the time was litigation or settlement work or independent benefits work. | Clarify; proportional exclusion if discrete |
| 532 | 77 (2599) | 07/18/25 | A. McKinley | 0.4 | $302.00 | Review order granting motion on entitlement to fees, and email S. Das concerning . | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 545 | 80 (2602) | 08/27/25 | A. McKinley | 0.9 | $679.50 | Call with opposing counsel to discuss and motion to determine fee amount, and strategize concerning next steps following same. | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 546 | 80 (2602) | 08/27/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 551 | 81 (2603) | 09/12/25 | S. Cherney | 4.5 | $2,497.50 | Review all billing entries, expenses, and costs for Olson matter to evaluate what to include in fee request and continue drafting and editing motion for entitlement to attorneys' fees and expenses and supporting declaration. | Fee-application work | Review of billing entries and expenses and drafting of the fee motion and declaration (not Bill of Costs work). Evaluate for demonstrated excess or overlap. | Reduce only for identified excess or overlap |
| 557 | 82 (2604) | 09/17/25 | S. Cherney | 3 | $1,665.00 | Research Florida precedent and past matters handled by A. Meier and A. McKinley for rates similar to the rates case team charged in this matter. | Rates | 3.0 hours researching Florida rate precedent and past matters; no independent local-market support presented with the application. | Considered with rates objection |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 558 | 82 (2604) | 09/18/25 | A. McKinley | 0.8 | $604.00 | Revise and supplement motion to determine fee amount and email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 559 | 82 (2604) | 09/19/25 | A. McKinley | 0.2 | $151.00 | Respond to S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 570 | 83 (2605) | 09/29/25 | A. McKinley | 1.6 | $1,208.00 | Review and redact attorney fee records for inclusion in motion to determine fee amount against legal standard. | Clerical | Entry expressly includes review of fee records against the legal standard; Takeda to identify any mechanical redaction component billed at a partner rate. The visible narrative is not alleged to be redacted. | Separate mechanical preparation from legal review; exclude only the mechanical component |
| 575 | 85 (2607) | 10/01/25 | S. Cherney | 0.2 | $111.00 | Facilitate mailing of motion for fees to chambers. | Clerical | Facilitating mailing of fee motion to chambers. | Exclude as clerical |
| 579 | 85 (2607) | 10/15/25 | A. McKinley | 0.2 | $151.00 | Respond to email from R. Dreher (0.3); email S. Das concerning | Redacted / inadequate narrative | The invoice totals 0.5 hours/$377.50. This objection concerns only the residual 0.2 hours/$151; the separately identified 0.3-hour Dreher component is not challenged on this ground. To the extent the obscured portion, considered with the visible wording, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation. | Clarify; in camera if needed; reduce only unsupported work |
| 583 | 85 (2607) | 10/16/25 | A. McKinley | 0.3 | $226.50 | Strategize concerning submission of evidence from R. Dreher in opposition to Plaintiff's Rule 60(b) motion. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 589 | 86 (2608) | 10/27/25 | A. McKinley | 5.8 | $4,379.00 | Revise and supplement response to Rule 60(b) motion, concerning race-related merits arguments. | Rule 60(b) merits argument | Race-related merits argument in the Rule 60(b) opposition; Doc. 129 resolved the motion on diligence and the abandonment record. Assess length and overlap with entry 590. | Reasonableness review |
| 590 | 86 (2608) | 10/28/25 | A. McKinley | 2.3 | $1,736.50 | Revise and supplement response to Rule 60(b) motion, concerning disability-related merits arguments. | Rule 60(b) merits argument | Disability-related merits argument in the Rule 60(b) opposition; assess length and overlap with entry 589. | Reasonableness review |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 593 | 86 (2608) | 10/31/25 | A. McKinley | 0.3 | $226.50 | Email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 594 | 88 (2610) | 11/02/25 | A. McKinley | 0.8 | $604.00 | Draft declaration of R. Dreher for Rule 60(b) response. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 595 | 88 (2610) | 11/03/25 | A. McKinley | 1.1 | $830.50 | Draft motion to seal and supplemental declaration for R. Dreher. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 601 | 88 (2610) | 11/19/25 | A. McKinley | 0.3 | $226.50 | Email R. Dreher concerning declaration and texts for in camera submission. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 602 | 88 (2610) | 11/19/25 | A. McKinley | 0.7 | $528.50 | Strategize concerning court's order for in camera submission and communication with R. Dreher on same. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 604 | 88 (2610) | 11/20/25 | A. McKinley | 0.2 | $151.00 | Exchange multiple communications with R. Dreher concerning declaration and texts for in camera review. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 605 | 88 (2610) | 11/20/25 | A. McKinley | 0.2 | $151.00 | Email chambers concerning supplemental declaration of R. Dreher. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 606 | 88 (2610) | 11/20/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 607 | 88 (2610) | 11/20/25 | A. McKinley | 2 | $1,510.00 | Review and analyze texts from R. Dreher to compile same into exhibit, draft declaration, and provide same to R. Dreher for execution. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |

| Entry | Doc. 139-1 p. (PageID) | Date | Timekeeper | Hours | Billed ($) | Visible description (Doc. 139-1) | Objection | Specific basis | Requested treatment |
|---|---|---|---|---|---|---|---|---|---|
| 608 | 89 (2611) | 11/20/25 | A. McKinley | 0.2 | $151.00 | Review and respond to email from R. Dreher concerning text messages for declaration. | Rule 60(b) work on former counsel's materials | Time on former counsel's declarations, texts and in camera submissions. Assess necessity, overlap and length on the visible work; no presumption of unreasonableness. | Review; reduce for overlap |
| 613 | 90 (2612) | 12/04/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 618 | 90 (2612) | 12/05/25 | A. McKinley | 1.2 | $906.00 | Review and strategize concerning order denying Rule 60(b) motion, and respond to S. Das concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| 619 | 90 (2612) | 12/08/25 | A. McKinley | 0.9 | $679.50 | Call with S. Das and C. Allen concerning | Redacted / inadequate narrative | To the extent the obscured portion, considered with the visible wording and surrounding entries, prevents meaningful review, Plaintiff requests a neutral, nonprivileged explanation; reduction is requested only of work that remains unsupported. | Clarify; in camera if needed; reduce only unsupported work |
| | | | **TOTAL** | **131.1** | **$84,135.50** | | | | |
| | | | | | | | | | |
| 587 | 86 (2608) | 10/24/25 | A. McKinley | 0.3 | $226.50 | Email to Plaintiff’s former counsel concerning a potential declaration. | CONTEXT ONLY (not in totals) | Entry discussed in Response Part IV.F with the other Rule 60(b) entries concerning prior counsel’s declarations; listed here for identification. | Judge on visible work, necessity and overlap; no automatic deduction |

| Entry | Doc. 139-1 PDF p. | Date | Timekeeper | Hours | Billed ($) | Visible text only (redacted portion not guessed) |
|---|---|---|---|---|---|---|
| 6 | 11 | 04/10/23 | A. Meier | 0.5 | $350.00 | Telephone call with S. Das regarding . |
| 9 | 13 | 06/07/23 | A. Meier | 0.5 | $350.00 | Call with S. Das regarding . |
| 39 | 18 | 08/07/23 | A. Meier | 0.2 | $140.00 | Draft email to S. Das and Takeda team regarding . |
| 51 | 20 | 09/26/23 | A. Meier | 0.3 | $210.00 | Telephone call with S. Das regarding . |
| 62 | 22 | 11/27/23 | A. Meier | 0.9 | $630.00 | Draft email to S. Das providing in advance of mediation. |
| 105 | 27 | 01/24/24 | A. Meier | 0.2 | $140.00 | Draft emails to S. Das regarding . |
| 112 | 29 | 02/02/24 | A. Meier | 0.4 | $280.00 | Draft emails to S. Cherney regarding revisions to answers based on documents and information provided by . |
| 117 | 29 | 02/22/24 | A. Meier | 0.5 | $350.00 | Draft email to S. Das providing . |
| 118 | 29 | 02/23/24 | A. Meier | 0.3 | $210.00 | Draft follow-up emails to S. Das providing clarification regarding . |
| 119 | 29 | 02/23/24 | A. Meier | 0.3 | $210.00 | Draft emails to S. Das regarding . |
| 144 | 35 | 06/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning as discovery comes to close. |
| 150 | 35 | 06/11/24 | A. McKinley | 0.5 | $350.00 | Call with S. Das concerning as discovery closes. |
| 165 | 36 | 06/19/24 | A. McKinley | 0.6 | $420.00 | Review and analyze documents provided by , and email S. Das concerning . |
| 167 | 36 | 06/20/24 | A. McKinley | 0.5 | $350.00 | Review and respond to emails from S. Das and S. Haines concerning . |
| 171 | 36 | 06/25/24 | A. McKinley | 0.1 | $70.00 | Communicate with H. Miller and S. Das concerning . |
| 176 | 36 | 06/27/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . |
| 180 | 37 | 06/30/24 | A. McKinley | 0.8 | $560.00 | Update initial disclosures, and email S. Das concerning . |
| 187 | 38 | 07/02/24 | A. McKinley | 0.4 | $280.00 | Review and analyze , and email Lighthouse concerning inclusion of same. |
| 191 | 38 | 07/05/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . |
| 193 | 39 | 07/08/24 | S. Cherney | 3.4 | $1,666.00 | Draft deposition outline for S. Olson to include to include . |
| 194 | 39 | 07/08/24 | S. Cherney | 3.5 | $1,715.00 | Continue to draft deposition outline for S. Olson to include . |
| 195 | 39 | 07/08/24 | A. McKinley | 0.2 | $140.00 | Email J. Gayle-Garcia concerning . |
| 198 | 39 | 07/09/24 | A. McKinley | 0.3 | $210.00 | Exchange emails with S. Das concerning . |
| 199 | 39 | 07/09/24 | A. McKinley | 0.4 | $280.00 | Conduct call with J. Gayle-Garcia concerning . |
| 203 | 39 | 07/11/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement draft confidentiality order and related motion, and email S. Das . |
| 205 | 39 | 07/11/24 | A. McKinley | 0.8 | $560.00 | Draft email to S. Das requesting and providing updates on and recommendations for . |
| 209 | 40 | 07/12/24 | A. McKinley | 0.5 | $350.00 | Call with S. Das concerning . |
| 211 | 40 | 07/12/24 | A. McKinley | 0.4 | $280.00 | Respond to email from S. Das concerning . |
| 216 | 40 | 07/12/24 | S. Cherney | 2 | $980.00 | Review timeline produced by Plaintiff and edit Olson's deposition outline . |
| 221 | 41 | 07/15/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning court's extension of discovery period and implications of same, including with respect to moving Plaintiff's deposition, 30(b)(6), and medical subpoenas, and email S. Das concerning . |

| Entry | Doc. 139-1 PDF p. | Date | Timekeeper | Hours | Billed ($) | Visible text only (redacted portion not guessed) |
|---|---|---|---|---|---|---|
| 223 | 41 | 07/15/24 | S. Cherney | 1 | $490.00 | Review produced by Plaintiff and edit Olson's deposition to include reverences to . |
| 224 | 41 | 07/16/24 | A. McKinley | 0.3 | $210.00 | Exchange multiple emails with D. Holden concerning job description for . |
| 228 | 41 | 07/19/24 | A. McKinley | 0.7 | $490.00 | Review email from S. Das concerning , and review files to provide information related to same. |
| 240 | 42 | 07/31/24 | A. McKinley | 0.2 | $140.00 | Email G. Crouch regarding , in advance of Olson's deposition. |
| 251 | 44 | 08/02/24 | A. McKinley | 0.4 | $280.00 | Review and strategize concerning text messages from . |
| 261 | 45 | 08/05/24 | A. McKinley | 0.3 | $210.00 | Email S. Das concerning for Plaintiff's deposition. |
| 264 | 45 | 08/06/24 | A. McKinley | 0.2 | $140.00 | Call with S. Das concerning . |
| 266 | 45 | 08/06/24 | A. McKinley | 0.2 | $140.00 | Review and respond to email from D. Holdren concerning |
| 269 | 45 | 08/08/24 | A. McKinley | 0.9 | $630.00 | Review and strategize concerning discovery requests and 30(b)[6] notice served by opposing counsel, and email S. Das concerning . |
| 270 | 45 | 08/08/24 | A. McKinley | 0.1 | $70.00 | Respond to S. Das concerning . |
| 272 | 45 | 08/09/24 | A. McKinley | 0.4 | $280.00 | Call with S. Das concerning . |
| 279 | 46 | 08/13/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das regarding after communications with opposing counsel. |
| 285 | 46 | 08/14/24 | A. McKinley | 0.2 | $140.00 | Communicate with anticipated 30(b)(6) representatives concerning . |
| 304 | 47 | 08/20/24 | S. Cherney | 1.7 | $833.00 | Prepare 30(b)(6) deposition outline for B. Dean . |
| 306 | 47 | 08/20/24 | S. Cherney | 3.4 | $1,666.00 | Prepare 30(b)(6) deposition outline for M. Sheridan . |
| 318 | 48 | 08/26/24 | A. McKinley | 0.4 | $280.00 | Communicate with M. Sheridan concerning . |
| 323 | 48 | 08/27/24 | A. McKinley | 0.2 | $140.00 | Review and strategize concerning documents . |
| 325 | 48 | 08/27/24 | A. McKinley | 0.2 | $140.00 | Email J. Gayle-Garcia concerning . |
| 328 | 48 | 08/28/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . |
| 334 | 49 | 08/29/24 | A. McKinley | 0.2 | $140.00 | Review and analyze emails from B. Dean . |
| 340 | 49 | 08/30/24 | A. McKinley | 0.2 | $140.00 | Communicate with J. Gayle-Garcia concerning . |
| 346 | 51 | 09/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with M. Sheridan and B. Dean . |
| 347 | 51 | 09/03/24 | A. McKinley | 0.4 | $280.00 | Email J. Gayle-Garcia , and strategize concerning next steps following response to same. |
| 350 | 51 | 09/03/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning . |
| 357 | 52 | 09/04/24 | A. McKinley | 0.2 | $140.00 | Communicate with S. Das concerning , and review documents from S. Das concerning . |
| 367 | 52 | 09/06/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement discovery responses, in light of recent ESI review and other information, and email S. Das concerning . |
| 371 | 52 | 09/08/24 | S. Cherney | 3.6 | $1,764.00 | Continue to draft Statement of Facts in Motion for Summary Judgment to include information about |
| 372 | 52 | 09/08/24 | A. McKinley | 0.4 | $280.00 | Revise and supplement interrogatory responses , and email M. Sheridan concerning . |
| 411 | 56 | 09/24/24 | A. McKinley | 0.1 | $70.00 | Email S. Haines concerning . |

| Entry | Doc. 139-1 PDF p. | Date | Timekeeper | Hours | Billed ($) | Visible text only (redacted portion not guessed) |
|---|---|---|---|---|---|---|
| 412 | 56 | 09/24/24 | A. McKinley | 0.4 | $280.00 | Communicate with S. Thompson concerning . |
| 413 | 57 | 09/24/24 | A. McKinley | 0.4 | $280.00 | Revise and supplement declarations, and email J. Gayle- Garcia, M. Hand, and G. Crouch concerning . |
| 415 | 57 | 09/24/24 | A. McKinley | 1.9 | $1,330.00 | Revise and supplement draft declaration for J. Gayle-Garcia, in support of motion for summary judgment . |
| 418 | 57 | 09/25/24 | A. McKinley | 0.3 | $210.00 | Communicate with S. Haines concerning . |
| 419 | 57 | 09/25/24 | A. McKinley | 0.3 | $210.00 | Revise and supplement declaration for S. Thompson, and email her concerning . |
| 420 | 57 | 09/25/24 | A. McKinley | 0.3 | $210.00 | Communicate with S. Thompson and G. Crouch concerning . |
| 425 | 57 | 09/25/24 | A. McKinley | 0.5 | $350.00 | Revise and supplement declaration for J. Gayle-Garcia and communicate . |
| 427 | 57 | 09/26/24 | A. McKinley | 0.1 | $70.00 | Communicate with G. Crouch . |
| 438 | 60 | 10/10/24 | A. McKinley | 0.3 | $210.00 | Strategize concerning Olson 30(b)(6) transcripts, and email B. Dean and M. Sheridan concerning . |
| 439 | 60 | 10/10/24 | S. Cherney | 0.8 | $392.00 | Review 30(b)(6) depositions for edits to include in Errata sheet for witnesses Sheridan and Denmark . |
| 445 | 60 | 10/22/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning pendency of motion to extend summary judgment response deadline, and email S. Das concerning . |
| 446 | 62 | 11/18/24 | A. McKinley | 0.1 | $70.00 | Email S. Das concerning t. . |
| 447 | 62 | 11/19/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . |
| 448 | 62 | 11/20/24 | A. McKinley | 0.3 | $210.00 | Call with S. Das concerning . |
| 449 | 62 | 11/20/24 | A. McKinley | 0.1 | $70.00 | Review and respond to email from S. Das concerning . |
| 450 | 62 | 11/21/24 | A. McKinley | 0.3 | $210.00 | Strategize concerning questions from S. Das concerning |
| 452 | 62 | 11/29/24 | A. McKinley | 0.9 | $630.00 | Revise and supplement summary of fee-related issues , in connection with evaluation of whether fee motion should be pursued. |
| 453 | 64 | 12/01/24 | A. McKinley | 0.2 | $140.00 | Update fee-related summary . |
| 454 | 64 | 12/02/24 | A. McKinley | 0.2 | $140.00 | Strategize concerning email from S. Das concerning . |
| 455 | 64 | 12/05/24 | A. McKinley | 0.2 | $140.00 | Email S. Das concerning . |
| 456 | 64 | 12/05/24 | A. McKinley | 0.6 | $420.00 | Draft response to S. Das concerning . |
| 463 | 66 | 01/29/25 | A. McKinley | 0.1 | $75.50 | Email S. Das concerning . |
| 465 | 66 | 01/30/25 | A. McKinley | 0.2 | $151.00 | Email G. Crouch, M. Hand, and J. Gayle-Garcia concerning . |
| 480 | 68 | 02/12/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning . |
| 497 | 69 | 02/26/25 | A. McKinley | 0.4 | $302.00 | Draft email to S. Das concerning . |
| 498 | 71 | 03/03/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning . |
| 499 | 71 | 03/11/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning , in connection with fee dispute. |
| 500 | 71 | 03/11/25 | A. McKinley | 0.3 | $226.50 | Respond to S. Das concerning , and revise email to opposing counsel following same. |
| 502 | 71 | 03/20/25 | A. McKinley | 0.9 | $679.50 | Review and analyze Plaintiff's response to motion for entitlement to attorneys' fees, and email S. Das concerning . |

| Entry | Doc. 139-1 PDF p. | Date | Timekeeper | Hours | Billed ($) | Visible text only (redacted portion not guessed) |
|---|---|---|---|---|---|---|
| 503 | 71 | 03/21/25 | A. McKinley | 0.3 | $226.50 | Call with S. Das concerning , and email opposing counsel following same. |
| 515 | 73 | 04/02/25 | A. McKinley | 0.1 | $75.50 | Respond to S. Das concerning . |
| 523 | 75 | 05/14/25 | A. McKinley | 0.4 | $302.00 | Exchange multiple emails with S. Das concerning . |
| 524 | 76 | 06/02/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning , and strategize concerning response to opposing counsel. |
| 526 | 76 | 06/18/25 | A. McKinley | 1.1 | $830.50 | Conduct call with opposing counsel and strategize concerning , in light of pending fee motion. |
| 527 | 76 | 06/18/25 | A. McKinley | 0.6 | $453.00 | Call with S. Das concerning i |
| 528 | 77 | 07/01/25 | A. McKinley | 0.5 | $377.50 | Review and analyze Report and Recommendation granting motion for entitlement to fees, and email S. Das concerning . |
| 529 | 77 | 07/11/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning |
| 532 | 77 | 07/18/25 | A. McKinley | 0.4 | $302.00 | Review order granting motion on entitlement to fees, and email S. Das concerning . |
| 545 | 80 | 08/27/25 | A. McKinley | 0.9 | $679.50 | Call with opposing counsel to discuss and motion to determine fee amount, and strategize concerning next steps following same. |
| 546 | 80 | 08/27/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning |
| 558 | 82 | 09/18/25 | A. McKinley | 0.8 | $604.00 | Revise and supplement motion to determine fee amount and email S. Das concerning |
| 559 | 82 | 09/19/25 | A. McKinley | 0.2 | $151.00 | Respond to S. Das concerning |
| 579 | 85 | 10/15/25 | A. McKinley | 0.2 | $151.00 | Respond to email from R. Dreher (0.3); email S. Das concerning |
| 593 | 86 | 10/31/25 | A. McKinley | 0.3 | $226.50 | Email S. Das concerning |
| 606 | 88 | 11/20/25 | A. McKinley | 0.4 | $302.00 | Email S. Das concerning |
| 613 | 90 | 12/04/25 | A. McKinley | 0.2 | $151.00 | Email S. Das concerning |
| 618 | 90 | 12/05/25 | A. McKinley | 1.2 | $906.00 | Review and strategize concerning order denying Rule 60(b) motion, and respond to S. Das concerning |
| 619 | 90 | 12/08/25 | A. McKinley | 0.9 | $679.50 | Call with S. Das and C. Allen concerning |
| | | | **TOTAL** | 57.8 | $37,057.00 | |

| # | Date / event | Description | Amount ($) | Objection |
|---|---|---|---|---|
| 1 | 9/27/23 CMC | Airport parking | $36.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 2 | 9/27/23 CMC | Roundtrip flight Atlanta-Tampa | $611.80 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 3 | 9/27/23 CMC | Rideshare airport to court | $42.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 4 | 9/27/23 CMC | Rideshare to airport | $20.93 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 5 | 1/5/24 mediation | Mediator fee (Takeda share) | $1,512.50 | Not challenged as such (court-ordered mediation share; listed for completeness). Takeda to confirm amount paid; no duplicate recovery. |
| 6 | 1/17/24 CMC | Airport parking | $72.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 7 | 1/17/24 CMC | Roundtrip flight Atlanta-Tampa | $592.20 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 8 | 1/17/24 CMC | Rideshare airport to hotel | $34.72 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 9 | 1/17/24 CMC | Hotel | $378.44 | Takeda to show reasonable necessity of overnight stay for a conference for which local counsel was available. |
| 10 | 1/17/24 CMC | Rideshare court to airport | $28.32 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 11 | 8/15/24 deposition | Airport parking | $38.00 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 12 | 8/15/24 deposition | Roundtrip flight Atlanta-Tampa | $756.94 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 13 | 8/15/24 deposition | Baggage fee (to Tampa) | $35.00 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 14 | 8/15/24 deposition | Baggage fee (return) | $35.00 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 15 | 8/15/24 deposition | Rental car fuel | $6.20 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 16 | 8/15/24 deposition | Hotel | $583.39 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 17 | 8/15/24 deposition | Hotel parking | $37.63 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |

| # | Date / event | Description | Amount ($) | Objection |
|---|---|---|---|---|
| 18 | 8/14/24 meal | Meal | $10.32 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 19 | 8/14/24 meal | Meal | $24.83 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 20 | 8/15/24 meal | Meal | $23.90 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 21 | 8/15/24 deposition | Deposition parking | $35.00 | Not challenged (deposition-related travel; listed for completeness). Barred from duplicate recovery with Bill of Costs (Doc. 85). |
| 22 | 8/28/24 CMC | Airport parking | $38.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 23 | 8/28/24 CMC | Roundtrip flight Atlanta-Tampa | $994.96 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 24 | 8/28/24 CMC | Baggage fee (to Tampa) | $35.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 25 | 8/28/24 CMC | Baggage fee (return) | $35.00 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 26 | 8/28/24 CMC | Rental car | $60.60 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 27 | 8/28/24 CMC | Rental car fuel | $3.28 | Takeda to show reasonable necessity of Atlanta-to-Tampa travel for this conference (local counsel; staffing); amount reasonable. |
| 28 | 8/28/24 CMC | Hotel | $329.97 | Takeda to show reasonable necessity of overnight stay for a conference for which local counsel was available. |
| 29 | 8/28/24 CMC | Hotel parking | $43.00 | Takeda to show reasonable necessity of overnight stay for a conference for which local counsel was available. |
| 30 | 8/27/24 meal | Meal | $54.23 | Conference-related meal; Takeda to show reasonably necessary and customarily billed. |
| 31 | 8/28/24 meal | Meal | $60.00 | Conference-related meal; Takeda to show reasonably necessary and customarily billed. |
| | | **TOTAL** | $6,569.16 | |
| | | Doc. 139 at 11 states $6,569.16 in expenses; the items listed here sum to that total; $5,056.66 is the travel, lodging and meal portion and $1,512.50 is the mediator share. | | |